**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Friendship Village of Mill Creek, NFP** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  GreenFields of Geneva** | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3300991** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **0N801 Friendship Way** <br> **Geneva, IL 60134** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kane** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.greenfieldsofgeneva.org** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Friendship Village of Mill Creek, NFP**_____   Case number (*if known*)_____
     Name

**7.** **Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6233__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor    **Friendship Village of Mill Creek, NFP**
    Name                                                      Case number (*if known*)

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Friendship Village of Mill Creek, NFP**
        Name                                                            Case number *(if known)*

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 20, 2017**
              MM / DD / YYYY

X _____          Stephen A. Yenchek
Signature of authorized representative of debtor          Printed name

Title   **President & Chief Executive Officer**

---

**18. Signature of attorney**

X   /s/ Bruce C. Dopke                            Date **April 20, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

Bruce C. Dopke
Printed name

Stahl Cowen Crowley Addis LLC
Firm name

55 W. Monroe Street
12th Floor
Chicago, IL 60603-5001
Number, Street, City, State & ZIP Code

Contact phone   312-641-0060          Email address   bdopke@stahlcowen.com

3127052
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Friendship Village of Mill Creek, NFP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☒ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☒ *Schedule H: Codebtors (Official Form 206H)*
- ☒ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 20, 2017          X _____
                                        Signature of individual signing on behalf of debtor

                                        Stephen A. Yenchek
                                        Printed name

                                        President & Chief Executive Officer
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

**Debtor name:** Friendship Village of Mill Creek, NFP

**United States Bankruptcy Court for the:** Northern District of Illinois

**Case number (if known):** 17-_____

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Greystone Development Company 225 E John Carpenter Freeway Suite 700 Irving TX 75062 | Brad Straub bstraub@greystonecommunities.com 972-402-3763 | Developer Fees | ☐ C ☐ U ☐ D | | | $306,825.31 |
| 2 | Name Intentionally Omitted 507 Bradbury Geneva IL 60134 | C/O Nancy Ludeks | Refund to Former Resident | ☑ C ☐ U ☐ D | | | $301,055.00 |
| 3 | Name Intentionally Omitted 623 Independence Ave Elburn IL 60119 | C/O Janet Walstrom | Refund to Former Resident | ☑ C ☐ U ☐ D | | | $290,790.00 |
| 4 | Name Intentionally Omitted 43W950 Kenmar Drive Elburn IL 60119 | c/o Connie Hodson | Refund to Former Resident | ☑ C ☐ U ☐ D | | | $282,065.00 |
| 5 | Duane Morris Attn: Payment Processing 30 South 17th Street Philadelphia PA 19103-4196 | Charlie Lewis cblewis@duanemorris.com 215-979-1000 fax 215-979-1020 | Legal Fees | ☐ C ☐ U ☐ D | $96,944.76 | undetermined | $96,944.76 |
| 6 | Name Intentionally Omitted 1S316 Revere House Lane Geneva IL 60134-4806 | c/o Charles Bell | Refund to Former Resident | ☑ C ☐ U ☐ D | | | $61,029.76 |
| 7 | MIDAMERICAN ENERGY COMPANY P.O. BOX 8019 DAVENPORT IA 52808-8019 | | Estimated Utility Payment for April 1 - 18, 2017 | ☐ C ☑ U ☐ D | | | $31,667.00 |
| 8 | MILL CREEK WATER DIST P.O. BOX 4290 CAROL STREAM IL 60197-4290 | | Estimated Utility Payment for April 1 - 18, 2017 | ☐ C ☑ U ☐ D | | | $4,433.00 |

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  MEDIACOM LLC PO BOX 5744 CAROL STREAM IL 60197-5741 | | Estimated Utility Payment for April 1 - 18, 2017 | ☐ C ☑ U ☐ D | | | $2,090.00 |
| 10  REPUBLIC P.O. BOX 9001154 LOUISVILLE KY 40290-1154 | | Estimated Utility Payment for April 1 - 18, 2017 | ☐ C ☑ U ☐ D | | | $1,900.00 |
| 11  VERIZON WIRELESS P.O. BOX 25505 LEHIGH VALLEY PA 18002-5505 | | Estimated Utility Payment for April 1 - 18, 2017 | ☐ C ☑ U ☐ D | | | $823.00 |
| 12  CENTERPOINT ENERGY 23968 NETWORK PLACE CHICAGO IL 60673-1239 | | Estimated Utility Payment for April 1 - 18, 2017 | ☐ C ☑ U ☐ D | | | $823.00 |
| 13  AT&T BILL PAYMENT CENTER P.O. BOX 5080 CAROL STREAM IL 60197-5080 | | Estimated Utility Payment for April 1 - 18, 2017 | ☐ C ☑ U ☐ D | | | $380.00 |

**Fill in this information to identify the case:**

**Debtor name:** Friendship Village of Mill Creek, NFP

**United States Bankruptcy Court for the:** Northern District of Illinois

**Case number (if known):** 17-_____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B ...................................................

    $50,898,342.32

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B ...............................................

    $5,979,132.33

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B ..................................................

    $56,877,474.65

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................

    $100,581,151.76

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F .......................................................

    $942,939.76

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

    + $11,503,487.31

4. ***Total liabilities***
    Lines 2 + 3a + 3b ........................................................................................................

    $113,027,578.83

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Friendship Village of Mill Creek, NFP |
| **United States Bankruptcy Court for the:** Northern District of Illinois |
| **Case number (if known):** 17-_____ |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

**2.** **Cash on hand**

| 2.1. | CASH REGISTERS, CHANGE FUND, DEPARTMENTAL PETTY CASH | | | $2,129.29 |
|---|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | SCHAUMBURG BANK & TRUST<br>350 W SCHAUMBURG RD.<br>SCHAUMBURG IL 60194 | CHECKING ACCOUNT | 0210 | $2,045,536.98 |
| 3.2. | UMB BANK<br>P.O. BOX 419692<br>KANSAS CITY MO 64141-7014 | PLEDGED ACCOUNT | 4091.3 | $270,632.80 |
| 3.3. | ELK GROVE VILLAGE BANK & TRUST<br>1145 N ARLINGTON HEIGHTS ROAD<br>ITASCA IL 60143 | ESCROW ACCOUNT | 9372 | $366,600.00 |

**4.** **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.** **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,684,899.07

Debtor   **Friendship Village of Mill Creek, NFP**                                        Case number *(if known)* **17-_____**

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.   Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below

**7.   Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.   TWO WEEKS OF PAYROLL, BENEFITS AND PAYROLL TAXES | $250,000.00 |
| FRIENDSHIP SENIOR OPTIONS | |
| 7.2.   FOOD PURCHASES | $30,000.00 |
| MORRISON MANAGEMENT | |

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.1.   NETWORK SERVICES MAINT CONTRACT | $10,263.36 |
| BLACK BOX | |
| 8.2.   SERVER AND CLIENT/NETWORK LICENSES | $3,735.00 |
| CARDWATCH 10 | |
| 8.3.   RETAINER | $3,235.00 |
| DONLIN, RECANO & COMPANY, INC. | |
| 8.4.   BARRACUDA WEB SECURITY GATEWAY 610 APPLIANCE IR | $1,999.80 |
| ITEK SYSTEMS INC | |
| 8.5.   (BARRACUDA WEB SECURITY GATEWAY 610 EU) | $2,399.00 |
| ITEK SYSTEMS INC | |
| 8.6.   (REPS LEADS SUBSCRIPTION) | $1,863.00 |
| MATRIXCARE | |
| 8.7.   SOFTWARE PREPAYMENT | $2,211.30 |
| ONSHIFT | |
| 8.8.   RETAINER | $50,029.50 |
| STAHL, COWEN ETAL | |

**9.   Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

| $355,735.96 |
|---|

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.   Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of
debtor's interest

**11.   Accounts receivable**

|  | Face amount | Doubtful or uncollectible accounts |
|---|---|---|

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-____**

| 11a. | 90 days old or less: | $1,981,090.47 | - | $0.00 | | = ........ → | | $1,981,090.47 |
|---|---|---|---|---|---|---|---|---|
| | | Face amount | | Doubtful or uncollectible accounts | | | | |
| 11b. | Over 90 days old: | $543,965.00 | - | $0.00 | | = ........ → | | $543,965.00 |

**12.** **Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$2,525,055.47

---

**Part 4:**   **Investments**

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____   _____   $_____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                                            % of ownership

15.1. _____   _____%   _____   $_____

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____   _____   $_____

**17.** **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

19.1. _____   _____   $_____   _____   $_____

**20.** **Work in progress**

20.1. _____   _____   $_____   _____   $_____

**21.** **Finished goods, including goods held for resale**

21.1. _____   _____   $_____   _____   $_____

Debtor    **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

**22.    Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1.    DINING SERVICES INVENTORY | _____ | $21,803.00 | NET BOOK VALUE | $21,803.00 |

**23.    Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$21,803.00

**24.    Is any of the property listed in Part 5 perishable?**

☐ No
☒ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes Book value: $21,803.00 Valuation method: PAID CASH Current value: $21,803.00

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.    Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    Crops—either planted or harvested** | | | |
| 28.1.    _____ | $_____ | _____ | $_____ |
| **29.    Farm animals.** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1.    _____ | $_____ | _____ | $_____ |
| **30.    Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1.    _____ | $_____ | _____ | $_____ |
| **31.    Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1.    _____ | $_____ | _____ | $_____ |
| **32.    Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1.    _____ | $_____ | _____ | $_____ |

**33.    Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.    Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No
    ☐ Yes

Debtor    **Friendship Village of Mill Creek, NFP**                                                           Case number *(if known)* **17-_____**

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____  Valuation method: _____  Current value: $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **39.   Office furniture** | | | |
| 39.1.   CARPET EXTRACTOR | $2,383.52 | 10% of Cost | $253.44 |
| 39.2.   GREENFIELDS OF GENEVA EQUIPMENT FY 2013 | $71,900.39 | 10% of Cost | $61,628.94 |
| 39.3.   SCISSORS LIFT KIT - GREENFIELDS | $3,532.26 | 10% of Cost | $690.00 |
| 39.4.   LOW VISION MAGNIFIER MACHINE - GFS | $2,606.25 | 10% of Cost | $337.50 |
| 39.5.   TOOLS FOR HVAC TECHNICIAN | $4,817.07 | 10% of Cost | $635.23 |
| 39.6.   HOUSEKEEPING EQUIPMENT | $2,468.28 | 10% of Cost | $376.98 |
| 39.7.   AUTOSCRUBBER | $1,902.03 | 10% of Cost | $290.49 |
| 39.8.   FOOD PROCESSOR/ROBOT COUPE | $1,024.41 | 10% of Cost | $128.43 |
| 39.9.   HOUSEKEEPING EQUIPMENT-EXTRACTOR | $11,609.04 | 10% of Cost | $1,455.46 |
| 39.10.  HVLP HANDHELP SPRAYER/PAINT APPLICATOR | $1,510.70 | 10% of Cost | $210.81 |
| 39.11.  PORTABLE HVAC | $2,440.92 | 10% of Cost | $306.02 |
| 39.12.  HALLWAY UPGRADES-ARTWORK, WINDOW TREATMENTS | $4,458.24 | 10% of Cost | $519.40 |
| 39.13.  GREENFIELDS OF GENEVA FURNISHINGS FY2012 | $123,154.34 | 10% of Cost | $54,447.26 |
| 39.14.  GREENFIELDS OF GENEVA FURNISHINGS FY2013 | $551,942.62 | 10% of Cost | $149,558.64 |
| 39.15.  PATIO FURNITURE FOR HEALTH CARE CENTER | $3,685.05 | 10% of Cost | $1,163.70 |
| 39.16.  OFFICE FURNITURE - GREENFIELDS OF GENEVA | $5,359.94 | 10% of Cost | $1,047.10 |
| 39.17.  KITCHEN SHELVING AND STORAGE ENHAN CEMENT | $1,637.72 | 10% of Cost | $319.90 |
| 39.18.  FURNITURE FOR AL LIVING ROOM AREAS | $2,841.03 | 10% of Cost | $433.89 |
| 39.19.  FURNITURE FOR CHAPLAIN | $1,697.57 | 10% of Cost | $259.25 |
| 39.20.  FURNITURE FOR SOCIAL WORKER | $1,172.81 | 10% of Cost | $179.14 |
| 39.21.  OUTDOOR FURNITURE | $2,050.30 | 10% of Cost | $313.14 |
| 39.22.  BABY GRAND PIANO | $2,893.09 | 10% of Cost | $381.50 |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| | | | | |
|---|---|---|---|---|
| 39.23. | STORAGE CLOSET SHELVING | $855.88 | 10% of Cost | $130.71 |
| 39.24. | FILE CABINET | $626.57 | 10% of Cost | $95.69 |
| 39.25. | UMBRELLA - BRIARWOOD SECOND FLOOR PATIO | $503.74 | 10% of Cost | $97.50 |
| 39.26. | PING PONG TABLE | $879.26 | 10% of Cost | $134.27 |
| 39.27. | POOL TABLE | $2,105.04 | 10% of Cost | $321.52 |
| 39.28. | WINDOW TREATMENTS | $4,386.96 | 10% of Cost | $670.00 |
| 39.29. | OUTDOOR TEAK FURNITURE | $7,853.42 | 10% of Cost | $984.62 |
| 39.30. | CASE MANAGER FURNITURE | $1,049.48 | 10% of Cost | $111.59 |
| 39.31. | BLINDS FOR LOBBY | $5,655.68 | 10% of Cost | $1,104.80 |
| 39.32. | VITALS MACHINE WITH STAND - GREENFIELDS | $2,791.00 | 10% of Cost | $545.19 |
| 39.33. | BLADDER SCANNER - GREENFIELDS | $4,281.31 | 10% of Cost | $836.33 |
| 39.34. | HEART START DEFRIBILATOR WITH CABINET - GREENFIELDS | $636.88 | 10% of Cost | $124.45 |
| 39.35. | WHEELCHAIRS - GREENFIELDS | $655.87 | 10% of Cost | $128.15 |
| 39.36. | WHEELCHAIR CUSHIONS (GFS) | $1,943.54 | 10% of Cost | $379.67 |
| 39.37. | TREATMENT CARTS (GFS) | $4,539.44 | 10% of Cost | $886.74 |
| 39.38. | VITALS MACHINE WITH STAND | $1,447.41 | 10% of Cost | $282.75 |
| 39.39. | WHEELCHAIRS WITH BAGS (17) | $2,506.92 | 10% of Cost | $489.72 |
| 39.40. | ULTRALIFT 3510 WITH SCALE AND BATTERY PACK (2) | $3,777.74 | 10% of Cost | $738.00 |
| 39.41. | WALKER DELUXE WITH WHEELS (5) | $518.47 | 10% of Cost | $101.29 |
| 39.42. | SIT TO STAND - STEADY AID 3500 (2) | $3,690.70 | 10% of Cost | $720.97 |
| 39.43. | RECLINER WHEELCHAIRS WITH BAGS (3) | $2,389.63 | 10% of Cost | $466.80 |
| 39.44. | ELECTRONIC MEDICAL RECORDS GFS WAGES FOR FY2013 | $6,587.70 | 10% of Cost | $1,152.87 |
| 39.45. | SHOWER CHAIRS (8) | $632.80 | 10% of Cost | $96.63 |
| 39.46. | WHEELCHAIRS WITH BAGS | $1,270.21 | 10% of Cost | $194.01 |
| 39.47. | WHEECHAIR SCALE | $2,317.64 | 10% of Cost | $353.97 |
| 39.48. | UNDER COUNTER FREEZERS | $2,052.87 | 10% of Cost | $313.54 |
| 39.49. | SECURITY CAMERAS (GREENFIELDS) | $26,469.66 | 10% of Cost | $3,693.44 |
| 39.50. | IPADS 32GB WIFI (9) | $0.00 | 10% of Cost | $487.19 |
| 39.51. | GREENFIELDS OF GENEVA HARDWARE & SOFTWARE FY2012 | $0.00 | 10% of Cost | $26,100.23 |
| 39.52. | GREENFIELDS OF GENEVA HARDWARE & SOFTWARE FY2013 | $50,110.31 | 10% of Cost | $42,951.77 |
| 39.53. | RESIDENT INTERNET (GREENFIELDS) | $5,649.69 | 10% of Cost | $1,070.46 |
| **40.** | **Office fixtures** | | | |
| 40.1. | REPORTED IN NUMBER 39 ABOVE | $_____ | _____ | $_____ |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

**41.**   **Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1.   REPORTED IN NUMBER 39 ABOVE | $_____ | _____ | $_____ |

**42.**   **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1.   REPORTED IN NUMBER 39 ABOVE | $_____ | _____ | $_____ |

**43.**   **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $360,701.09 |

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☒ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.**   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2011 FORD F250 SUPER DUTY (PICK UP TRUCK) (VIN # 1FT7X2B60BED10291) | $6,991.60 | NET BOOK VALUE | $6,991.60 |
| 47.2.   VAN - 2014 HONDA ODYSSEY (VIN # 5FNRL5H65EBO30818) | $10,652.24 | NET BOOK VALUE | $10,652.24 |
| 47.3.   2012 FORD E450 SUPER DUTY VAN (VIN # 1FDFE4FS1CDA19337) | $13,293.90 | NET BOOK VALUE | $13,293.90 |
| **48.**   **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.   _____ | $_____ | _____ | $_____ |
| **49.**   **Aircraft and accessories** | | | |
| 49.1.   _____ | $_____ | _____ | $_____ |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1.   _____ | $_____ | _____ | $_____ |

**51.**   **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $30,937.74 |

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1.[1] | GREENFIELDS OF GENEVA BUILDING<br><br>RETIREMENT COMMUNITY<br><br>_____<br>0N801 FRIENDSHIP WAY<br>GENEVA IL 60134 | FEE SIMPLE OWNERSHIP | $50,898,342.32 | net book value | $50,898,342.32 |
|---|---|---|---|---|---|

[1]THE VALUE DOES NOT INCLUDE AN ADJUSTMENT FOR THE ANTICIPATED COST OF REMEDIATION AND REPAIR OF PHYSICAL CONDITIONS ON THE CAMPUS.

**56.  Total of part 9**

Add the current value on lines 55. Copy the total to line 88.          | $50,898,342.32 |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.  Patents, copyrights, trademarks, and trade secrets**

| 60.1. | GREENFIELDS OF GENEVA | UNDETERMINED | _____ | UNDETERMINED |
|---|---|---|---|---|

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

**61.**   **Internet domain names and websites**

|  |  | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|---|
| 61.1. | GREENFIELDSOFGENEVA.ORG | UNDETERMINED | _____ | UNDETERMINED |
| 61.2. | MYFSO.ORG | UNDETERMINED | _____ | UNDETERMINED |

**62.**   **Licenses, franchises, and royalties**

| 62.1. | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|

**63.**   **Customer lists, mailing lists, or other compilations**

| 63.1. | THE DEBTOR MAINTAINS NAME, MAILING ADDRESS, E-MAIL ADDRESS, AND TELEPHONE NUMBER INFORMATION FOR ITS RESIDENTS AND POTENTIAL RESIDENTS. | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

**64.**   **Other intangibles, or intellectual property**

| 64.1. | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|

**65.**   **Goodwill**

| 65.1. | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|

**66.**   **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

> UNDETERMINED

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 11:**   **All other assets**

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

> Current value of debtor's interest

**71.**   **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ _____ | $_____ - | $_____ = | ........ → | $_____ |

Debtor    **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

**72.** **Tax refunds and unused net operating losses (NOLs)**

| | Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|---|
| 72.1. | _____ | $_____ | $_____ | _____ | $_____ |

**73.** **Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | CARING COMMUNITIES, A RECIPROCAL RISK RETENTION GROUP | CCRRRG-0005-17 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | TRAVELERS | KTJ-CMB-5288X84-0-16 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | PMA COMPANIES | 0469866 | _____ | _____ | _____ | UNDETERMINED |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | DORSKY, HODGSON, PARRISH, YUE | DEFICIENCY IN DESIGN OF MECHANICAL SYSTEMS AND PLUMBING AND WASTE STACKS | $3,000,000.00 | UNDETERMINED |
| 74.2. | LEND LEASE | COSTS INCURRED TO RECTIFY DEFECTIVE WORK ALLOWING WATER DAMAGE TO EXTERIOR OF BUILDING, IMPROPER INSTALLATION OF CONDENSING UNITS FOR THE COOLING SYSTEM, CORRECT DEFECTS IN FIRE SAFETY ISSUES, AND LIQUIDATED DAMAGES PER THE CONTRACT FOR DELAYED OPENING OF THE FACILITY | $865,571.00 | UNDETERMINED |
| 74.3. | PHILADELPHIA INSURANCE | ADDED CONSTRUCTION LOAN INTEREST, LOST RENTAL INCOME AND EXPENSES RELATED TO DELAYED OPENING OF BUILDING TO DO CONSTUCTION AND DESIGN DEFICIENCIES | $4,557,401.00 | UNDETERMINED |
| 74.4. | CERTAIN SUBCONTRACTORS EMPLOYED BY DORSKY, HODGSON, ET AL. | DEFICIENCY IN DESIGN OF MECHANICAL SYSTEMS AND PLUMBING AND WASTE STACKS | UNDETERMINED | UNDETERMINED |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | _____ | $_____ | $_____ |

**76.** **Trusts, equitable or future interests in property**

| | | Current value of debtor's interest |
|---|---|---|
| 76.1. | _____ | $_____ |

**77.** **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | _____ | $_____ |

**78.** **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| UNDETERMINED |

Debtor    **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **Friendship Village of Mill Creek, NFP**                                   Case number *(if known)* **17-_____**

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,684,899.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $355,735.96 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,525,055.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $21,803.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $360,701.09 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,937.74 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................................... → | | $50,898,342.32 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                              + | UNDETERMINED | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $5,979,132.33 | + 91b. $50,898,342.32 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... $56,877,474.65

---

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Friendship Village of Mill Creek, NFP |
| **United States Bankruptcy Court for the:** Northern District of Illinois |
| **Case number (if known):** 17-_____ |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2.   List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1.   Creditor's name and address**

DUANE MORRIS
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

**Creditor's email address, if known**

_____

**Date debt was incurred:** various

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

LITIGATION RECOVERIES    $96,944.76    UNDETERMINED

**Describe the lien**

ATTORNEY'S LIEN LAW OF 1909, AS AMENDED, FOR LEGAL FEES

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

| | |
|---|---|
| **2.2.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

KANE COUNTY TREASURER
DAVID J. RICKERT
719 SOUTH BATAVIA AVENUE
GENEVA IL 60134
RICKERTDAVID@CO.KANE.IL.US

REAL ESTATE AND IMPROVEMENTS            $484,207.00        UNDETERMINED

**Date debt was incurred:** Taxes accruing during 2017

**Describe the lien**

STATUTORY GENERAL TAX LIEN

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☑ No

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

☑ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:** Check all that apply.

  ☑ No. Specify each creditor, including this creditor, and its relative priority.
  KAIN COUNTY'S INTEREST IS SUPERIOR TO UMB BANK, N.A.

☐ Contingent

☐ Unliquidated

  ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Disputed

---

**2.3.** **Creditor's name and address**            **Describe debtor's property that is subject to a lien**

UMB BANK, N.A.
ATTN: VIRGINIA A. HOUSUM
SENIOR VICE PRESIDENT
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS MN 55403
VIRGINIA.HOUSUM@UMB.COM

ALL ASSETS OTHER THAN TITLED       $100,000,000.00   $54,382,599.70
VEHICLES AND FUNDS HELD IN ESCROW.

**Describe the lien**

LIEN ARISES UNDER MASTER TRUST INDENTURE

**Date debt was incurred:** 8/1/2010

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☐ No

☑ No

☑ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

  _____
  _____

☐ Contingent

  ☑ Yes. The relative priority of creditors is specified on lines: 2.2

☐ Unliquidated

☐ Disputed

---

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**            $100,581,151.76

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | ILLINOIS ATTORNEY GENERAL<br>LISA MADIGAN<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | Line 2.2 | _____ |
| 3.2. | KANE COUNTY STATE'S ATTORNEY'S OFFICE<br>37W777 ROUTE 38<br>SUITE 300<br>ST. CHARLES IL 60175 | Line 2.2 | _____ |
| 3.3. | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>ATTN: DANIEL S. BLECK, ESQ<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | Line 2.3 | _____ |

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    Page 3 of 3

**Fill in this information to identify the case:**

Debtor name: Friendship Village of Mill Creek, NFP

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 17-_____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name Intentionally Omitted<br>0N801 FRIENDSHIP WAY<br>UNIT 1205<br>GENEVA IL 60134 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PARKING GARAGE DEPOSIT OF $9,875.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **Friendship Village of Mill Creek, NFP**                              Case number *(if known)* **17-_____**

---

| 2.2. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | AULT, ROGER & ELEANOR<br>Address Intentionally Omitted | ☐ Contingent | $1,000.00 | $1,000.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

DEPOSIT OF FUTURE RESIDENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.3. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name Intentionally Omitted<br>0N801 FRIENDSHIP WAY<br>UNIT 1105<br>GENEVA IL 60134 | ☒ Contingent | UNDETERMINED | UNDETERMINED |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | |
| | ☐ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PARKING GARAGE DEPOSIT OF $7,375.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.4. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | Name and Address Intentionally Omitted | ☒ Contingent | $61,029.76 | $2,850.00 |

| | | | Nonpriority amount |
|---|---|---|---|
| | ☐ Unliquidated | | |
| | ☐ Disputed | | $58,179.76 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

REFUND TO FORMER RESIDENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**          Case number *(if known)* **17-_____**

---

| 2.5. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1344
GENEVA IL 60134

As of the petition filing date, the claim is: *Check all that apply.*

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $11,500.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1151
GENEVA IL 60134

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $8,375.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.7. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CASCIARO, JEAN
Address Intentionally Omitted

Total claim: $1,000.00
Priority amount: $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT OF FUTURE RESIDENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**                                      Case number *(if known)* **17-_____**

---

| 2.8. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name Intentionally Omitted<br>0N801 FRIENDSHIP WAY<br>UNIT 1225<br>GENEVA IL 60134 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $13,500.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COLLINS, BELLE<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 | $1,000.00 |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**
DEPOSIT OF FUTURE RESIDENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.10. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name Intentionally Omitted<br>0N801 FRIENDSHIP WAY<br>UNIT 1349<br>GENEVA IL 60134 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $9,875.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**                              Case number *(if known)* **17-_____**

---

2.11. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1254
GENEVA IL 60134

UNDETERMINED | UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PARKING GARAGE DEPOSIT OF
$11,375.00 NOT REFUNDABLE UNTIL
RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1233
GENEVA IL 60134

UNDETERMINED | UNDETERMINED

☑ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PARKING GARAGE DEPOSIT OF
$12,500.00 NOT REFUNDABLE UNTIL
RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.13. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name and Address Intentionally Omitted

$282,065.00 | $2,850.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$279,215.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

REFUND TO FORMER RESIDENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**                                              Case number *(if known)* **17-_____**

---

| 2.14. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1144
GENEVA IL 60134

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED   **Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PARKING GARAGE DEPOSIT OF $14,000.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.15.   **Priority creditor's name and mailing address**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1325
GENEVA IL 60134

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED   **Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PARKING GARAGE DEPOSIT OF $7,625.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.16.   **Priority creditor's name and mailing address**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1149
GENEVA IL 60134

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED   **Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PARKING GARAGE DEPOSIT OF $13,875.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

---

**2.17.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1212
GENEVA IL 60134

☒ Contingent
☐ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $7,625.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.18.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

FRIENDSHIP SENIOR OPTIONS
350 W. SCHAUMBURG ROAD
SCHAUMBURG IL 60194

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00 (NET OF DEPOSIT)
Priority amount: $0.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAGES, SALARIES, COMMISSIONS, TAXES, BENEFITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.19.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1305
GENEVA IL 60134

☒ Contingent
☐ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $12,250.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

| 2.20. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HEERMAN, JOAN
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $1,000.00 | $1,000.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT OF FUTURE RESIDENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.21. | **Priority creditor's name and mailing address** |
|---|---|

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 242
GENEVA IL 60134

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
ACUTE NURSING CARE DEPOSIT OF $7,000.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.22. | **Priority creditor's name and mailing address** |
|---|---|

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1324
GENEVA IL 60134

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $11,375.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

---

**2.23.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.24.** | **Priority creditor's name and mailing address**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1154
GENEVA IL 60134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $12,250.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.25.** | **Priority creditor's name and mailing address**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1154
GENEVA IL 60134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED
**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $12,125.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**                              Case number *(if known)* **17-_____**

---

**2.26.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 233
GENEVA IL 60134

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

ACUTE NURSING CARE DEPOSIT OF $13,320.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.27.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1200
GENEVA IL 60134

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

PARKING GARAGE DEPOSIT OF $9,500.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.28.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 237
GENEVA IL 60134

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

ACUTE NURSING CARE DEPOSIT OF $11,700.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**                                 Case number *(if known)* **17-_____**

---

| 2.29. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.29.** **Priority creditor's name and mailing address**

MICHAEL, HELMUT & ROLANDE
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT OF FUTURE RESIDENT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim**   $1,000.00

**Priority amount**   $1,000.00

**Nonpriority amount**   $0.00

---

**2.30.** **Priority creditor's name and mailing address**

MOTT, RICHARD & SIDNEY
Address Intentionally Omitted

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEPOSIT OF FUTURE RESIDENT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim**   $1,000.00

**Priority amount**   $1,000.00

**Nonpriority amount**   $0.00

---

**2.31.** **Priority creditor's name and mailing address**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1007
GENEVA IL 60134

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $11,500.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**   UNDETERMINED

---

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

---

| 2.32. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.32.

**Priority creditor's name and mailing address**

PETERSON, LEE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $1,000.00 | $1,000.00 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
DEPOSIT OF FUTURE RESIDENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.33.

**Priority creditor's name and mailing address**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1027
GENEVA IL 60134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF
$10,125.00 NOT REFUNDABLE UNTIL
RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

2.34.

**Priority creditor's name and mailing address**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1231
GENEVA IL 60134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF
$14,000.00 NOT REFUNDABLE UNTIL
RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**                                      Case number *(if known)* **17-_____**

---

**2.35.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

Name Intentionally Omitted
507 BRADBURY
GENEVA IL 60134

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $301,055.00
Priority amount: $2,850.00

**Nonpriority amount**
$298,205.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
REFUND TO FORMER RESIDENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.36.** **Priority creditor's name and mailing address**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1208
GENEVA IL 60134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $13,750.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

**2.37.** **Priority creditor's name and mailing address**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1150
GENEVA IL 60134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** UNDETERMINED
**Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $13,750.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**                        Case number *(if known)* **17-_____**

---

| 2.38. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name Intentionally Omitted<br>0N801 FRIENDSHIP WAY<br>UNIT 1228<br>GENEVA IL 60134 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

_____

**Basis for the claim:**
PARKING GARAGE DEPOSIT OF $8,625.00 NOT REFUNDABLE UNTIL RESIDENT EXITS COMMUNITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.39. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | WELSCH, THOMAS<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 | $1,000.00 |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**
DEPOSIT OF FUTURE RESIDENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

| 2.40. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | Name Intentionally Omitted<br>623 INDEPENDENCE AVE<br>ELBURN IL 60119 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $290,790.00 | $2,850.00 |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | $287,940.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**
REFUND TO FORMER RESIDENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (7)

---

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.1.  **Nonpriority creditor's name and mailing address**

AT&T
BILL PAYMENT CENTER
P.O. BOX 5080
CAROL STREAM IL 60197-5080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$380.00

**Date or dates debt was incurred**

APRIL 1-18, 2017

**Last 4 digits of account number:**

**Basis for the claim:**

ESTIMATED UTILITY PAYMENT FOR APRIL 1 - 18, 2017

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2.  **Nonpriority creditor's name and mailing address**

CENTERPOINT ENERGY
23968 NETWORK PLACE
CHICAGO IL 60673-1239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$823.00

**Date or dates debt was incurred**

APRIL 1-18, 2017

**Last 4 digits of account number:**

**Basis for the claim:**

ESTIMATED UTILITY PAYMENT FOR APRIL 1 - 18, 2017

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.3.  **Nonpriority creditor's name and mailing address**

FRIENDSHIP SENIOR OPTIONS
350 W SCHAUMBURG RD
SCHAUMBURG IL 60194

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,154,546.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

DEFERRED MANAGEMENT FEES AND FUNDED LIQUIDITY SUPPORT OF $4.5M WHICH IS CONTRACTUALLY SUBORDINATED TO THE CLAIM OF UMB BANK (THE BOND TRUSTEE)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

---

3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

GREYSTONE DEVELOPMENT COMPANY
225 E JOHN CARPENTER FREEWAY
SUITE 700
IRVING TX 75062

☐ Contingent
☐ Unliquidated
☐ Disputed

$306,825.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

DEVELOPER FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.5. **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **Amount of claim**

MEDIACOM LLC
PO BOX 5744
CAROL STREAM IL 60197-5741

☐ Contingent
☒ Unliquidated
☐ Disputed

$2,090.00

**Date or dates debt was incurred**

APRIL 1-18, 2017

**Basis for the claim:**

ESTIMATED UTILITY PAYMENT FOR APRIL
1 - 18, 2017

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.6. **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **Amount of claim**

MIDAMERICAN ENERGY COMPANY
P.O. BOX 8019
DAVENPORT IA 52808-8019

☐ Contingent
☒ Unliquidated
☐ Disputed

$31,667.00

**Date or dates debt was incurred**

APRIL 1-18, 2017

**Basis for the claim:**

ESTIMATED UTILITY PAYMENT FOR APRIL
1 - 18, 2017

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| | | |
|---|---|---|
| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Amount of claim**

3.7.    **Nonpriority creditor's name and mailing address**

MILL CREEK WATER DIST
P.O. BOX 4290
CAROL STREAM IL 60197-4290

**Date or dates debt was incurred**

APRIL 1-18, 2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

ESTIMATED UTILITY PAYMENT FOR APRIL
1 - 18, 2017

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,433.00

---

3.8.    **Nonpriority creditor's name and mailing address**

REBECCA BARNETT
AS EXECUTOR OF ESTATE
11035 AVENIDA DE LOS LOBOS
SAN DIEGO CA 92127

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

POTENTIAL LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.9.    **Nonpriority creditor's name and mailing address**

REPUBLIC
P.O. BOX 9001154
LOUISVILLE KY 40290-1154

**Date or dates debt was incurred**

APRIL 1-18, 2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

ESTIMATED UTILITY PAYMENT FOR APRIL
1 - 18, 2017

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,900.00

---

Debtor    **Friendship Village of Mill Creek, NFP**                                Case number *(if known)* **17-_____**

| | | |
|---|---|---|
| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.10.   **Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
P.O. BOX 25505
LEHIGH VALLEY PA 18002-5505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

$823.00

**Date or dates debt was incurred**

APRIL 1-18, 2017

**Last 4 digits of account number:**

**Basis for the claim:**

ESTIMATED UTILITY PAYMENT FOR APRIL
1 - 18, 2017

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that
may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional
pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| CONNIE HODSON<br>43W950 KENMAR DRIVE<br>ELBURN IL 60119 | Part 1 line 2.13 | _____ |

Debtor   **Friendship Village of Mill Creek, NFP**                                   Case number *(if known)* **17-_____**

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $942,939.76 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $11,503,487.31 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $12,446,427.07 |

**Fill in this information to identify the case:**

**Debtor name:** Friendship Village of Mill Creek, NFP

**United States Bankruptcy Court for the:** Northern District of Illinois

**Case number (if known):** 17-_____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1. | **Title of contract** | GARAGE RENTAL AGREEMENT | Name Intentionally Omitted |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | 0N801 FRIENDSHIP WAY UNIT 1205 GENEVA IL 60134 |
| | **Nature of debtor's interest** | OBLIGOR | |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | |
| | **List the contract number of any government contract** | _____ | |

| 2.2. | **Title of contract** | RESIDENCY AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 1247 GENEVA IL 60134 |
| | **State the term remaining** | LIFE TIME | |
| | **List the contract number of any government contract** | _____ | |

| 2.3. | **Title of contract** | RESIDENCY AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 1154 GENEVA IL 60134 |
| | **State the term remaining** | LIFE TIME | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| | | | |
|---|---|---|---|
| 2.4. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1310 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.5. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1309 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.6. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1247 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.7. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | SERVICES | AT&T |
| | **State the term remaining** | ONGOING | BILL PAYMENT CENTER CAROL STREAM IL 60197-5080 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.8. | **Title of contract** | WAITING LIST AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | WAITING LIST FOR RESIDENCY | |
| | **Nature of debtor's interest** | OBLIGOR | AULT, ROGER & ELEANOR |
| | **State the term remaining** | UNTIL RESIDENT MOVES INTO COMMUNITY | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| 2.9. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1105 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.10. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 1105 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.11. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1106 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.12. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1123 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.13. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1117 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                                    Case number *(if known)* **17-_____**

| 2.14. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | | | UNIT 1250 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.15. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | | | UNIT 1139 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.16. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | | | UNIT 1344 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.17. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY |
| | | | UNIT 1344 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.18. | **Title of contract** | RENTAL CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSISTIED LIVING | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | MONTH TO MONTH | 0N801 FRIENDSHIP WAY |
| | | | UNIT 2308 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                Case number *(if known)* **17-_____**

| | | | |
|---|---|---|---|
| 2.19. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1312<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.20. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1151<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.21. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY<br>UNIT 1151<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.22. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY<br>UNIT 2315<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.23. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1317<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

---

| 2.24. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 2112 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.25. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1246 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.26. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1124 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.27. | **Title of contract** | CARDIAC DIAGNOSTICS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANS-TELEPHONIC PACEMAKER CHECKS | |
| | **Nature of debtor's interest** | _____ | CARDIAC DIAGNOSTICS |
| | **State the term remaining** | _____ | 3357 COMMERCIAL AVE NORTHBROOK IL 60062 |
| | **List the contract number of any government contract** | _____ | |

| 2.28. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1125 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                                          Case number *(if known)* **17-_____**

| | | |
|---|---|---|
| 2.29. | **Title of contract** | RESIDENCY AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1205
GENEVA IL 60134

---

| | | |
|---|---|---|
| 2.30. | **Title of contract** | WAITING LIST AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | WAITING LIST FOR RESIDENCY |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | UNTIL RESIDENT MOVES INTO COMMUNITY |
| | **List the contract number of any government contract** | _____ |

CASCIARO, JEAN
Address Intentionally Omitted

---

| | | |
|---|---|---|
| 2.31. | **Title of contract** | RESIDENCY AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1225
GENEVA IL 60134

---

| | | |
|---|---|---|
| 2.32. | **Title of contract** | GARAGE RENTAL AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY |
| | **List the contract number of any government contract** | _____ |

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1225
GENEVA IL 60134

---

| | | |
|---|---|---|
| 2.33. | **Title of contract** | ENTRANCE FEE CONTRACT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY |
| | **List the contract number of any government contract** | _____ |

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 2204
GENEVA IL 60134

Debtor **Friendship Village of Mill Creek, NFP**                        Case number *(if known)* **17-_____**

| 2.34. | **Title of contract** | RENTAL CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSISTED LIVING | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 2301 GENEVA IL 60134 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.35. | **Title of contract** | WAITING LIST AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WAITING LIST FOR RESIDENCY | |
| | **Nature of debtor's interest** | OBLIGOR | COLLINS, BELLE Address Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT MOVES INTO COMMUNITY | |
| | **List the contract number of any government contract** | _____ | |

| 2.36. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 1348 GENEVA IL 60134 |
| | **State the term remaining** | LIFE TIME | |
| | **List the contract number of any government contract** | _____ | |

| 2.37. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 1349 GENEVA IL 60134 |
| | **State the term remaining** | LIFE TIME | |
| | **List the contract number of any government contract** | _____ | |

| 2.38. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 1349 GENEVA IL 60134 |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| | | | |
|---|---|---|---|
| 2.39. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | | | 0N801 FRIENDSHIP WAY |
| | **State the term remaining** | LIFE TIME | UNIT 1318 |
| | | | GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.40. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | | | 0N801 FRIENDSHIP WAY |
| | **State the term remaining** | LIFE TIME | UNIT 1120 |
| | | | GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.41. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | | | 0N801 FRIENDSHIP WAY |
| | **State the term remaining** | LIFE TIME | UNIT 1345 |
| | | | GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.42. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | | | 0N801 FRIENDSHIP WAY |
| | **State the term remaining** | LIFE TIME | UNIT 1337 |
| | | | GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.43. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | | | 0N801 FRIENDSHIP WAY |
| | **State the term remaining** | LIFE TIME | UNIT 1215 |
| | | | GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| 2.44. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1023<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | | |

| 2.45. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1219<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | | |

| 2.46. | **Title of contract** | DATA TECH | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | | DATA-TECH |
| | **State the term remaining** | | 7904 HOPI PLACE<br>TAMPA FL 33634 |
| | **List the contract number of any government contract** | | |

| 2.47. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1236<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | | |

| 2.48. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1254<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | | |

Debtor   **Friendship Village of Mill Creek, NFP**                                                                   Case number *(if known)* **17-_____**

| | | | |
|---|---|---|---|
| 2.49. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 1254 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| | | | |
|---|---|---|---|
| 2.50. | **Title of contract** | DELNOR HOSPITAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | DELNOR COMMUNITY HOSPITAL | |
| | **Nature of debtor's interest** | _____ | DELNOR COMMUNITY HOSPITAL |
| | **State the term remaining** | _____ | 300 RANDALL ROAD |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60145 |

| | | | |
|---|---|---|---|
| 2.51. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 2207 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| | | | |
|---|---|---|---|
| 2.52. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1109 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| | | | |
|---|---|---|---|
| 2.53. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1233 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| | | | |
|---|---|---|---|
| 2.54. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 1233 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.55. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1104 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.56. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1120 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.57. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1102 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.58. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1328 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

| | | |
|---|---|---|
| 2.59. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1144
GENEVA IL 60134

---

| | | |
|---|---|---|
| 2.60. | **Title of contract** | GARAGE RENTAL AGREEMENT |
| | **State what the contract or lease is for** | GARAGE AGREEMENT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1144
GENEVA IL 60134

---

| | | |
|---|---|---|
| 2.61. | **Title of contract** | ELGIN COMMUNITY COLLEGE |
| | **State what the contract or lease is for** | ELGIN COMMUNITY COLLEGE |
| | **Nature of debtor's interest** | _____ |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ELGIN COMMUNITY COLLEGE
1700 SPARTAN DRIVE
ELGIN IL 60123

---

| | | |
|---|---|---|
| 2.62. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1325
GENEVA IL 60134

---

| | | |
|---|---|---|
| 2.63. | **Title of contract** | GARAGE RENTAL AGREEMENT |
| | **State what the contract or lease is for** | GARAGE AGREEMENT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1325
GENEVA IL 60134

Debtor   **Friendship Village of Mill Creek, NFP**                                      Case number *(if known)* **17-_____**

---

2.64. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
|---|---|---|
| **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 2319 GENEVA IL 60134 |
| **List the contract number of any government contract** | _____ | |

2.65. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
|---|---|---|
| **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 2111 GENEVA IL 60134 |
| **List the contract number of any government contract** | _____ | |

2.66. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
|---|---|---|
| **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1115 GENEVA IL 60134 |
| **List the contract number of any government contract** | _____ | |

2.67. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
|---|---|---|
| **State what the contract or lease is for** | GARAGE AGREEMENT | |
| **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 1115 GENEVA IL 60134 |
| **List the contract number of any government contract** | _____ | |

2.68. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
|---|---|---|
| **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1149 GENEVA IL 60134 |
| **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

---

| 2.69. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 1149 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.70. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1336 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.71. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1248 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.72. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1343 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.73. | **Title of contract** | RENTAL CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSISTED LIVING | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | MONTH TO MONTH | 0N801 FRIENDSHIP WAY UNIT 2310 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

---

2.74. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |

| **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1212
GENEVA IL 60134

| **State the term remaining** | LIFE TIME |

| **List the contract number of any government contract** | _____ |

---

2.75. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | GARAGE AGREEMENT |

| **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1212
GENEVA IL 60134

| **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY |

| **List the contract number of any government contract** | _____ |

---

2.76. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |

| **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1011
GENEVA IL 60134

| **State the term remaining** | LIFE TIME |

| **List the contract number of any government contract** | _____ |

---

2.77. | **Title of contract** | ADMINISTRATIVE SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | ADMINISTRATIVE SERVICES |

| **Nature of debtor's interest** | SERVICES | FRIENDSHIP SENIOR OPTIONS, NFP
350 W. SCHAUMBURG ROAD
SCHAUMBURG IL 60194

| **State the term remaining** | AUTOMATIC RENEWAL FOR SUCCESSIVE TWO YEAR PERIODS |

| **List the contract number of any government contract** | _____ |

---

2.78. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT |

| **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 2206
GENEVA IL 60134

| **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY |

| **List the contract number of any government contract** | _____ |

---

Debtor   **Friendship Village of Mill Creek, NFP**                                                    Case number *(if known)* **17-_____**

| 2.79. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 2102 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.80. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1009 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.81. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1326 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.82. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1304 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.83. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1229 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| 2.84. | **Title of contract** | RENTAL CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSISTED LIVING | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | MONTH TO MONTH | 0N801 FRIENDSHIP WAY |
| | **List the contract number of any government contract** | _____ | UNIT 2318 GENEVA IL 60134 |

| 2.85. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | **List the contract number of any government contract** | _____ | UNIT 1318 GENEVA IL 60134 |

| 2.86. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | **List the contract number of any government contract** | _____ | UNIT 1110 GENEVA IL 60134 |

| 2.87. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | **List the contract number of any government contract** | _____ | UNIT 1305 GENEVA IL 60134 |

| 2.88. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY |
| | **List the contract number of any government contract** | _____ | UNIT 1305 GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

---

| 2.89. | **Title of contract** | WAITING LIST AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WAITING LIST FOR RESIDENCY | |
| | **Nature of debtor's interest** | OBLIGOR | HEERMAN, JOAN<br>Address Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT MOVES INTO COMMUNITY | |
| | **List the contract number of any government contract** | _____ | |

| 2.90. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted<br>0N801 FRIENDSHIP WAY<br>UNIT 1015<br>GENEVA IL 60134 |
| | **State the term remaining** | LIFE TIME | |
| | **List the contract number of any government contract** | _____ | |

| 2.91. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted<br>0N801 FRIENDSHIP WAY<br>UNIT 1112<br>GENEVA IL 60134 |
| | **State the term remaining** | LIFE TIME | |
| | **List the contract number of any government contract** | _____ | |

| 2.92. | **Title of contract** | RENTAL CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSISTIED LIVING | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted<br>0N801 FRIENDSHIP WAY<br>UNIT 2203<br>GENEVA IL 60134 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | _____ | |

| 2.93. | **Title of contract** | SKILL NURSING CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | NURSING ASSISTANCE | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted<br>0N801 FRIENDSHIP WAY<br>UNIT 242<br>GENEVA IL 60134 |
| | **State the term remaining** | DAY TO DAY | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| 2.94. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1144 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.95. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1324 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.96. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 1324 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.97. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 128 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.98. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1208 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| 2.99. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1350 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.100. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1308 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.101. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1227 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.102. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 2212 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.103. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1241 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                        Case number *(if known)* **17-_____**

| 2.104. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY<br>UNIT 1154<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.105. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1123<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.106. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY<br>UNIT 126<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.107. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1351<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.108. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1329<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| 2.109. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 2200 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.110. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1210 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.111. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1252 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.112. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1003 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.113. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1118 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                      Case number *(if known)* **17-_____**

| 2.114. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1315 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.115. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 1315 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.116. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1243 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.117. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1101 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.118. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1145 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                                    Case number *(if known)* **17-_____**

---

2.119.   **Title of contract**                     GARAGE RENTAL AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        GARAGE AGREEMENT

   **Nature of debtor's interest**      OBLIGOR                                       Name Intentionally Omitted
                                                                                      0N801 FRIENDSHIP WAY
   **State the term remaining**       UNTIL RESIDENT EXITS/LEAVES COMMUNITY           UNIT 1154
                                                                                      GENEVA IL 60134
   **List the contract number of any government contract**        _____

---

2.120.   **Title of contract**                     SKILL NURSING CONTRACT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        NURSING ASSISTANCE

   **Nature of debtor's interest**      OBLIGOR                                       Name Intentionally Omitted
                                                                                      0N801 FRIENDSHIP WAY
   **State the term remaining**       DAY TO DAY                                      UNIT 233
                                                                                      GENEVA IL 60134
   **List the contract number of any government contract**        _____

---

2.121.   **Title of contract**                     RESIDENCY AGREEMENT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        LIFE CARE TYPE A CONTRACT

   **Nature of debtor's interest**      OBLIGOR                                       Name Intentionally Omitted
                                                                                      0N801 FRIENDSHIP WAY
   **State the term remaining**       LIFE TIME                                       UNIT 1334
                                                                                      GENEVA IL 60134
   **List the contract number of any government contract**        _____

---

2.122.   **Title of contract**                     RESIDENCY AGREEMENT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        LIFE CARE TYPE A CONTRACT

   **Nature of debtor's interest**      OBLIGOR                                       Name Intentionally Omitted
                                                                                      0N801 FRIENDSHIP WAY
   **State the term remaining**       LIFE TIME                                       UNIT 1303
                                                                                      GENEVA IL 60134
   **List the contract number of any government contract**        _____

---

2.123.   **Title of contract**                     RESIDENCY AGREEMENT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        LIFE CARE TYPE A CONTRACT

   **Nature of debtor's interest**      OBLIGOR                                       Name Intentionally Omitted
                                                                                      0N801 FRIENDSHIP WAY
   **State the term remaining**       LIFE TIME                                       UNIT 1025
                                                                                      GENEVA IL 60134
   **List the contract number of any government contract**        _____

Debtor   **Friendship Village of Mill Creek, NFP**                              Case number *(if known)* **17-_____**

| 2.124. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1141 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.125. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 2107 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.126. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1346 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.127. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 1200 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.128. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1013 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                        Case number *(if known)* **17-_____**

---

2.129.  **Title of contract**                  RESIDENCY AGREEMENT                         **State the name and mailing address
                                                                                           for all other parties with whom the
        **State what the contract or**          LIFE CARE TYPE A CONTRACT                  debtor has an executory contract or
        **lease is for**                                                                   unexpired lease**

        **Nature of debtor's interest**         OBLIGOR                                    Name Intentionally Omitted
                                                                                           0N801 FRIENDSHIP WAY
        **State the term remaining**            LIFE TIME                                  UNIT 1113
                                                                                           GENEVA IL 60134
        **List the contract number of**         _____
        **any government contract**

2.130.  **Title of contract**                  RESIDENCY AGREEMENT                         **State the name and mailing address
                                                                                           for all other parties with whom the
        **State what the contract or**          LIFE CARE TYPE A CONTRACT                  debtor has an executory contract or
        **lease is for**                                                                   unexpired lease**

        **Nature of debtor's interest**         OBLIGOR                                    Name Intentionally Omitted
                                                                                           0N801 FRIENDSHIP WAY
        **State the term remaining**            LIFE TIME                                  UNIT 1249
                                                                                           GENEVA IL 60134
        **List the contract number of**         _____
        **any government contract**

2.131.  **Title of contract**                  RESIDENCY AGREEMENT                         **State the name and mailing address
                                                                                           for all other parties with whom the
        **State what the contract or**          LIFE CARE TYPE A CONTRACT                  debtor has an executory contract or
        **lease is for**                                                                   unexpired lease**

        **Nature of debtor's interest**         OBLIGOR                                    Name Intentionally Omitted
                                                                                           0N801 FRIENDSHIP WAY
        **State the term remaining**            LIFE TIME                                  UNIT 1211
                                                                                           GENEVA IL 60134
        **List the contract number of**         _____
        **any government contract**

2.132.  **Title of contract**                  RESIDENCY AGREEMENT                         **State the name and mailing address
                                                                                           for all other parties with whom the
        **State what the contract or**          LIFE CARE TYPE A CONTRACT                  debtor has an executory contract or
        **lease is for**                                                                   unexpired lease**

        **Nature of debtor's interest**         OBLIGOR                                    Name Intentionally Omitted
                                                                                           0N801 FRIENDSHIP WAY
        **State the term remaining**            LIFE TIME                                  UNIT 1320
                                                                                           GENEVA IL 60134
        **List the contract number of**         _____
        **any government contract**

2.133.  **Title of contract**                  RESIDENCY AGREEMENT                         **State the name and mailing address
                                                                                           for all other parties with whom the
        **State what the contract or**          LIFE CARE TYPE A CONTRACT                  debtor has an executory contract or
        **lease is for**                                                                   unexpired lease**

        **Nature of debtor's interest**         OBLIGOR                                    Name Intentionally Omitted
                                                                                           0N801 FRIENDSHIP WAY
        **State the term remaining**            LIFE TIME                                  UNIT 1107
                                                                                           GENEVA IL 60134
        **List the contract number of**         _____
        **any government contract**

---

Debtor   **Friendship Village of Mill Creek, NFP**                                  Case number *(if known)* **17-_____**

| 2.134. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1245 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.135. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1122 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.136. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1341 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.137. | **Title of contract** | SKILL NURSING CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | NURSING ASSISTANCE | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | DAY TO DAY | 0N801 FRIENDSHIP WAY UNIT 237 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.138. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1354 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor  **Friendship Village of Mill Creek, NFP**                                          Case number *(if known)* **17-_____**

| 2.139. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1126 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.140. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1307 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.141. | **Title of contract** | CHICAGO RECORDS MANAGEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RECORDS MANAGEMENT | |
| | **Nature of debtor's interest** | _____ | MICHAEL JURCZYKOWSKI |
| | **State the term remaining** | _____ | 3925 CARNATION ST. FRANKLIN PARK IL 60131 |
| | **List the contract number of any government contract** | _____ | |

| 2.142. | **Title of contract** | WAITING LIST AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WAITING LIST FOR RESIDENCY | |
| | **Nature of debtor's interest** | OBLIGOR | MICHAEL, HELMUT & ROLANDE |
| | **State the term remaining** | UNTIL RESIDENT MOVES INTO COMMUNITY | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.143. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1119 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                        Case number *(if known)* **17-_____**

| 2.144. | **Title of contract** | WAITING LIST AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WAITING LIST FOR RESIDENCY | |
| | **Nature of debtor's interest** | OBLIGOR | MOTT, RICHARD & SIDNEY |
| | **State the term remaining** | UNTIL RESIDENT MOVES INTO COMMUNITY | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.145. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1111 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.146. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1021 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.147. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1108 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.148. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1232 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| | | |
|---|---|---|
| **2.149.** | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1306 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| | | |
|---|---|---|
| **2.150.** | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1327 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| | | |
|---|---|---|
| **2.151.** | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 2105 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| | | |
|---|---|---|
| **2.152.** | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1209 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| | | |
|---|---|---|
| **2.153.** | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1007 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**    Case number *(if known)* **17-_____**

| | | |
|---|---|---|
| **2.154.** | **Title of contract** | GARAGE RENTAL AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | GARAGE AGREEMENT |
| **Nature of debtor's interest** | OBLIGOR |
| **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY |
| **List the contract number of any government contract** | _____ |

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1007
GENEVA IL 60134

| | | |
|---|---|---|
| **2.155.** | **Title of contract** | RESIDENCY AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| **Nature of debtor's interest** | OBLIGOR |
| **State the term remaining** | LIFE TIME |
| **List the contract number of any government contract** | _____ |

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1251
GENEVA IL 60134

| | | |
|---|---|---|
| **2.156.** | **Title of contract** | RESIDENCY AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| **Nature of debtor's interest** | OBLIGOR |
| **State the term remaining** | LIFE TIME |
| **List the contract number of any government contract** | _____ |

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1150
GENEVA IL 60134

| | | |
|---|---|---|
| **2.157.** | **Title of contract** | WAITING LIST AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | WAITING LIST FOR RESIDENCY |
| **Nature of debtor's interest** | OBLIGOR |
| **State the term remaining** | UNTIL RESIDENT MOVES INTO COMMUNITY |
| **List the contract number of any government contract** | _____ |

PETERSON, LEE
Address Intentionally Omitted

| | | |
|---|---|---|
| **2.158.** | **Title of contract** | GARAGE RENTAL AGREEMENT |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | GARAGE AGREEMENT |
| **Nature of debtor's interest** | OBLIGOR |
| **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY |
| **List the contract number of any government contract** | _____ |

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1027
GENEVA IL 60134

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

| | | |
|---|---|---|
| **2.159.** | **Title of contract** | RENTAL CONTRACT |

| | |
|---|---|
| **State what the contract or lease is for** | ASSISTED LIVING |
| **Nature of debtor's interest** | OBLIGOR |
| **State the term remaining** | MONTH TO MONTH |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 2202
GENEVA IL 60134

---

| | | |
|---|---|---|
| **2.160.** | **Title of contract** | RESIDENCY AGREEMENT |

| | |
|---|---|
| **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| **Nature of debtor's interest** | OBLIGOR |
| **State the term remaining** | LIFE TIME |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1124
GENEVA IL 60134

---

| | | |
|---|---|---|
| **2.161.** | **Title of contract** | RESIDENCY AGREEMENT |

| | |
|---|---|
| **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| **Nature of debtor's interest** | OBLIGOR |
| **State the term remaining** | LIFE TIME |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1017
GENEVA IL 60134

---

| | | |
|---|---|---|
| **2.162.** | **Title of contract** | RESIDENCY AGREEMENT |

| | |
|---|---|
| **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| **Nature of debtor's interest** | OBLIGOR |
| **State the term remaining** | LIFE TIME |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1335
GENEVA IL 60134

---

| | | |
|---|---|---|
| **2.163.** | **Title of contract** | RESIDENCY AGREEMENT |

| | |
|---|---|
| **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| **Nature of debtor's interest** | OBLIGOR |
| **State the term remaining** | LIFE TIME |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1231
GENEVA IL 60134

Debtor   **Friendship Village of Mill Creek, NFP**                                Case number *(if known)* **17-_____**

| | | | |
|---|---|---|---|
| 2.164. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY |
| | **List the contract number of any government contract** | _____ | UNIT 1231 GENEVA IL 60134 |

| | | | |
|---|---|---|---|
| 2.165. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | **List the contract number of any government contract** | _____ | UNIT 1201 GENEVA IL 60134 |

| | | | |
|---|---|---|---|
| 2.166. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | **List the contract number of any government contract** | _____ | UNIT 1121 GENEVA IL 60134 |

| | | | |
|---|---|---|---|
| 2.167. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | **List the contract number of any government contract** | _____ | UNIT 1311 GENEVA IL 60134 |

| | | | |
|---|---|---|---|
| 2.168. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | **List the contract number of any government contract** | _____ | UNIT 1322 GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                        Case number *(if known)* **17-_____**

---

2.169. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for**   LIFE CARE TYPE A CONTRACT

**Nature of debtor's interest**   OBLIGOR

**State the term remaining**   LIFE TIME

**List the contract number of any government contract**   _____

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1127
GENEVA IL 60134

---

2.170. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for**   LIFE CARE TYPE A CONTRACT

**Nature of debtor's interest**   OBLIGOR

**State the term remaining**   LIFE TIME

**List the contract number of any government contract**   _____

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1224
GENEVA IL 60134

---

2.171. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for**   LIFE CARE TYPE A CONTRACT

**Nature of debtor's interest**   OBLIGOR

**State the term remaining**   LIFE TIME

**List the contract number of any government contract**   _____

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1215
GENEVA IL 60134

---

2.172. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for**   LIFE CARE TYPE A CONTRACT

**Nature of debtor's interest**   OBLIGOR

**State the term remaining**   LIFE TIME

**List the contract number of any government contract**   _____

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1005
GENEVA IL 60134

---

2.173. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for**   LIFE CARE TYPE A CONTRACT

**Nature of debtor's interest**   OBLIGOR

**State the term remaining**   LIFE TIME

**List the contract number of any government contract**   _____

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1204
GENEVA IL 60134

---

Debtor   **Friendship Village of Mill Creek, NFP**                                                          Case number *(if known)* **17-_____**

| 2.174. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1207<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.175. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1152<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.176. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1302<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.177. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY<br>UNIT 1001<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.178. | **Title of contract** | RENTAL CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSISTIED LIVING | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | MONTH TO MONTH | 0N801 FRIENDSHIP WAY<br>UNIT 2302<br>GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                                      Case number *(if known)* **17-_____**

| | | |
|---|---|---|
| 2.179. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1333
GENEVA IL 60134

| | | |
|---|---|---|
| 2.180. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1143
GENEVA IL 60134

| | | |
|---|---|---|
| 2.181. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1223
GENEVA IL 60134

| | | |
|---|---|---|
| 2.182. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1146
GENEVA IL 60134

| | | |
|---|---|---|
| 2.183. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1202
GENEVA IL 60134

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

| | | |
|---|---|---|
| 2.184. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1352
GENEVA IL 60134

| | | |
|---|---|---|
| 2.185. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1217
GENEVA IL 60134

| | | |
|---|---|---|
| 2.186. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1246
GENEVA IL 60134

| | | |
|---|---|---|
| 2.187. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1019
GENEVA IL 60134

| | | |
|---|---|---|
| 2.188. | **Title of contract** | RESIDENCY AGREEMENT |
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT |
| | **Nature of debtor's interest** | OBLIGOR |
| | **State the term remaining** | LIFE TIME |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

Name Intentionally Omitted
0N801 FRIENDSHIP WAY
UNIT 1147
GENEVA IL 60134

Debtor   **Friendship Village of Mill Creek, NFP**                                      Case number *(if known)* **17-_____**

| 2.189. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 1208 GENEVA IL 60134 |
| | **State the term remaining** | LIFE TIME | |
| | **List the contract number of any government contract** | _____ | |

| 2.190. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 1208 GENEVA IL 60134 |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | |
| | **List the contract number of any government contract** | _____ | |

| 2.191. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 1150 GENEVA IL 60134 |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | |
| | **List the contract number of any government contract** | _____ | |

| 2.192. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 1150 GENEVA IL 60134 |
| | **State the term remaining** | LIFE TIME | |
| | **List the contract number of any government contract** | _____ | |

| 2.193. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted 0N801 FRIENDSHIP WAY UNIT 1228 GENEVA IL 60134 |
| | **State the term remaining** | LIFE TIME | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Friendship Village of Mill Creek, NFP**                    Case number *(if known)* **17-_____**

| 2.194. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 1228 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.195. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1313 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.196. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1148 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.197. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1013 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.198. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICES | |
| | **Nature of debtor's interest** | SERVICES | VERIZON WIRELESS |
| | **State the term remaining** | ONGOING | P.O. BOX 25505 LEHIGH VALLEY PA 18002-5505 |
| | **List the contract number of any government contract** | _____ | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

---

| 2.199. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1241 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.200. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1244 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.201. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1323 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.202. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1319 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.203. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1226 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| 2.204. | **Title of contract** | GARAGE RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | GARAGE AGREEMENT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY |
| | | | UNIT 1126 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.205. | **Title of contract** | RENTAL CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSISTED LIVING | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | MONTH TO MONTH | 0N801 FRIENDSHIP WAY |
| | | | UNIT 2305 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.206. | **Title of contract** | WAITING LIST AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WAITING LIST FOR RESIDENCY | |
| | **Nature of debtor's interest** | OBLIGOR | WELSCH, THOMAS |
| | **State the term remaining** | UNTIL RESIDENT MOVES INTO COMMUNITY | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.207. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | | | UNIT 1300 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

| 2.208. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY |
| | | | UNIT 1206 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

Debtor   **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| 2.209. | **Title of contract** | ENTRANCE FEE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CARE CONTRACT FOR ASSISTED LIVING AND MEMORY SUPPORT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | UNTIL RESIDENT EXITS/LEAVES COMMUNITY | 0N801 FRIENDSHIP WAY UNIT 2207 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.210. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1332 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.211. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1331 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.212. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1005 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

| 2.213. | **Title of contract** | RESIDENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIFE CARE TYPE A CONTRACT | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | LIFE TIME | 0N801 FRIENDSHIP WAY UNIT 1237 GENEVA IL 60134 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Friendship Village of Mill Creek, NFP**                                    Case number *(if known)* **17-_____**

| 2.214. | **Title of contract** | RENTAL CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSISTIED LIVING | |
| | **Nature of debtor's interest** | OBLIGOR | Name Intentionally Omitted |
| | **State the term remaining** | MONTH TO MONTH | 0N801 FRIENDSHIP WAY UNIT 2108 |
| | **List the contract number of any government contract** | _____ | GENEVA IL 60134 |

**Fill in this information to identify the case:**

**Debtor name:** Friendship Village of Mill Creek, NFP

**United States Bankruptcy Court for the:** Northern District of Illinois

**Case number (if known):** 17-_____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.   **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1. _____ | _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |

# United States Bankruptcy Court
## Northern District of Illinois

In re    Friendship Village of Mill Creek, NFP

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Friendship Senior Options, NFP<br>350 W. Schaumburg Road<br>Schaumburg, IL 60194-6257 | | 1 | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President & Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   April 20, 2017        Signature

Stephen A. Yenchek

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Friendship Village of Mill Creek, NFP

Debtor(s)

Case No.

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   5

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   April 20, 2017

Stephen A. Yenchek/President & Chief Executive Officer
Signer/Title

GOG_Matrix.txt

3RD COAST IMAGING INC
228 S WABASH AVE
STE 350
CHICAGO, IL 60604


A-TEC AMBULANCE
PO BOX 6639
CAROL STREAM, IL 60197-6639


ABTCOM
1200 N MILWAUKEE AVE
GLENVIEW, IL 60025


ACCELERATED CARE PLUS CORP
13828 COLLECTIONS CTR DR
CHICAGO, IL 60693


ACCURATE OFFICE SUPPLY
260 GERZEVSKE LN
CAROL STREAM, IL 60188-2049


ACRES GROUP
PO BOX 88459
CHICAGO, IL 60680-1459


ACTIVE SENIOR EXPO
PO BOX 535
LOMBARD, IL 60148


JOHN ADAIR
880 MAPLE
PALATINE, IL 60067


ADR SYSTEMS OF AMERICALLC
20 N CLARK ST 29TH FL
CHICAGO, IL 60602


AHW LLC
559 SOUTH MAIN ST

GOG_Matrix.txt

ELBURN, IL 60119


ALCO SALES AND SVC CO
6851 HIGH GROVE BLVD
BURR RIDGE, IL 60521


ALL ABOUT BLINDS
150 MORSE AVE
SCHAUMBURG, IL 60193


ALL AMERICAN FLAG
380 INDUSTRIAL DR
SOUTH ELGIN, IL 60177


ALL AROUND PUMPING SVC IN
PO BOX 75
CORTLAND, IL 60112


AMAZON SYNCB
PO BOX 530958
ATLANTA, GA 30353-0958


AMBIUS (19)
PO BOX 14086
READING, PA 19612


AMERICAN ARBITRATION ASSOCIATI
13727 NOEL RD
STE 700
DALLAS, TX 75240


AMERICAN EXPRESS
BOX 0001
LOS ANGELES, CA 90096


ARCHER WINDOW CLEANING
14616 BEECH AVE
ORLAND PARK, IL 60462

GOG_Matrix.txt

ARCO MECHANICAL EQUIPMENT SALE
1000 INDUSTRIAL DR UNIT 1C
BENSENVILLE, IL 60106


ART VAN FURNITURE
165 N RANDALL RD
BATAVIA, IL 60510


ART WITH KIM
676 MATTHEW LN
CAROL STREAM, IL 60188


ASCAP
PO BOX 331608  7515
NASHVILLE, TN 37203-9998


STEPHEN E ASKINS
PO BOX 5204
ELGIN, IL 60121


AT&T
BILL PAYMENT CENTER
P.O. BOX 5080
CAROL STREAM, IL 60197-5080


ATEC AMBULANCE INC INTEGRITY
PO BOX 457
WHEELING, IL 60090-0457


REBECCA BARNETT
11035 AVENIDA DE LOS LOBOS
SAN DIEGO, CA 92127


BCBS IL
HEALTH CARE SVC CORP
25553 NETWORK PL
CHICAGO, IL 60673-1255

GOG_Matrix.txt

BCBS OF IL
REFUND DEPT CASH DISB
25718 NETWORK PL
CHICAGO, IL 60673-1257


BEAR.COM
PO BOX 670354
DALLAS, TX 75267-0354


BEECH TREE STUDIO
2219 KINGS CT
GENEVA, IL 60134


BELL FUELS
1515 CREEK DR
MORRIS, IL 60450-6857


BIRD CONTROL INC
6N050 WHEATON ROAD
ROSELLE, IL 60172


KIMBERLY BIRD
676 MATTHEW LN
CAROL STREAM, IL 60188


BLACK BOX NETWORK SVC
NEXTIRAONE LLC
PO BOX775151
CHICAGO, IL 60677-5151


BMI
PO BOX 630893
CINCINNATI, OH 45263-0893


JOHN BODA
204 SAVORY DR
SHOREWOOD, IL 60404


HEATHER LYNN BRAOUDAKIS

GOG_Matrix.txt

6035 IRENE DR
HOFFMAN ESTATES, IL 60192


BREAKTHRU BEVERAGE ILLINOIS L
PO BOX 809180
CHICAGO, IL 60680


BREDA MOVING CO
805 DAVE PATE DR
ROSELLE, IL 60172


BRIGGS CORP
PO BOX 1355
DES MOINES, IA 50305-1355


BRIGHTSTAR CARE
650E ALGONQUIN ROAD
STE 301
SCHAUMBURG, IL 60173


BROGAN'S PAINTING
PO BOX 988
ELBURN, IL 60119


ANDRIA BURCHETT
2219 KINGS CT
GENEVA, IL 60134


CADENCE PHYSICIAN GROUP OAD
DEPARTMENT 5777
CAROL STREAM, IL 60122-5777


CAM
12880 DEL WEBB BLVD
HUNTLEY, IL 60142


MICHAEL R CANNON
4107 N KILBOURN AVE
CHICAGO, IL 60641

GOG_Matrix.txt

CAPITAL ONE
PO BOX 5219
CAROL STREAM, IL 60197-6492


CAPITAL ONE COMMERCIAL
MENARDS
PO BOX 5219
CAROL STREAM, IL 60197-5219


CARDIAC DIAGNOSTIC
3357 COMMERCIAL AVE
NORTHBROOK, IL 60062


CARDIAC DIAGNOSTICS
3357 COMMERCIAL AVE
NORTHBROOK, IL 60062


CARDIAC SCIENCE CORP
PO BOX 776401
CHICAGO, IL 60677-6401


CARDIONET LLC
PO BOX 417704
BOSTON, MA 02241-7704


CARDWATCH LICENSING LIMITED
16610 BAYVIEW AVE
STE 209
NEWMARKET, ON L3X-1X3
CANADA


CAREMERGE
PO BOX 3333
CHICAGO, IL 60654


CARNOW CONIBEAR AND ASSOC
600 WEST VAN BUREN ST
STE 500

GOG_Matrix.txt

CHICAGO, IL 60607


CHARLES CASSELL
1107 PINE VLY CT
ELGIN, IL 60124


CAWLEY CO
PO BOX 2110
MANITOWOC, WI 54221-2110


CDW GOVERNMENT INC
75 REMITTANCE DR
STE 1515
CHICAGO, IL 60675-1515


CENTERPOINT ENERGY
23968 NETWORK PLACE
CHICAGO, IL 60673-1239


CENTRAL DUPAGE HOSPITAL
25 NORTH WINFIELD RD
WINFIELD, IL 60190


CENTRAL REPORTERS ASSOCIATED
29 EAST MADISON ST
STE 1826
CHICAGO, IL 60602


CENTRAL STATES BUS SALES INC
49W102 US HWY 30 BLDG E
BIG ROCK, IL 60511-1644


CFT INC
670 HERRA ST
ELBURN, IL 60119


CHICAGO FILTER SUPPLY
221 KING ST
ELK GROVE VILLAGE, IL 60007

GOG_Matrix.txt

CHICAGO PRINT GROUP INC
2635 S WABASH AVE
2ND FL
CHICAGO, IL 60616


CHICAGO RECORDS MANAGEMENT IN
3815 CARNATION ST
FRANKLIN PARK, IL 60131


CHICAGO SUN-TIMES
8526 SOLUTIONS CTR
CHICAGO, IL 60677-8002


CLIFTONLARSONALLEN LLP
1301 W 22ND ST
STE 1100
OAK BROOK, IL 60523


COMED
P.O. BOX 6111
CAROL STREAM, IL 60197-6111


CONFIDENT AIRE
416 E WILSON ST
BATAVIA, IL 60510


CONNOR CO
3537 MERCHANDISE DR
ROCKFORD, IL 61109-2513


CONSTRUCTION SPECIALTIES
PO BOX 415278
BOSTON, MA 02241-5278


COOK ED
731 OZION DR
BATAVIA, IL 60510

GOG_Matrix.txt

CORNERSTONE MEDICAL GROUP
DEPT 5777
CAROL STREAM, IL 60122-5777


GAVIN COYLE
3368 CHARLEMAINE DR
AURORA, IL 60504


CREST HEALTHCARE SUPPLY
PO BOX 727
DASSEL, MN 55325-0727


CTL GROUP
5400 OLD ORCHARD RD
SKOKIE, IL 60077


CULLIGAN TRICITY SWS INC
PO BOX 266
GENEVA, IL 60134-0266


JESSE DAHLQUIST
1772 SUNFLOWER DR
SYCAMORE, IL 60178


TOM DAHLQUIST
1772 SUNFLOWER DR
SYCAMORE, IL 60178


AMY DALY
PO BOX 244
MILLINGTON, IL 60537


RITCHIE DAPHNE
106 SOUTH 6TH ST
BELLEVUE, IA 52031


DARLING INTERNATIONAL  TORVAC
PO BOX 552210

GOG_Matrix.txt

DETROIT, MI 48255-2210


DATA-TECH
7904 HOPI PL
TAMPA, FL 33634


HARRISON DION DAVIS
333 NORTH MICHIGAN AVE
STE 2300
CHICAGO, IL 60601-4194


DELNOR COMMUNITY HOSPITAL
300 RANDALL RD
GENEVA, IL 60145


DELNOR COMMUNITY HOSPITAL
DEPT 4698
CAROL STREAM, IL 60122-4698


DELNOR HEALTH AND WELLNEST CENTE
296 RANDALL RD
GENEVA, IL 60134


DEPT OF THE TREASURY
INTERNAL REVENUE SVC
PO BOX 7346
PHILADELPHIA, PA 19101-7346


DES PLAINES OFFICE EQUIPMENT C
1020 BONAVENTURE DR
ELK GROVE VILLAGE, IL 60007


JEFFREY DEUTSCH
248 E 2ND ST
ELMHURST, IL 60126


DIRECT FITNESS SOLUTIONS LLC
600 TOWER RD
MUNDELEIN, IL 60060

GOG_Matrix.txt

DIRECT SUPPLY HEALTHCARE EQUIP
PO BOX 88201
MILWAUKEE, WI 53288-0201


DIVINE SIGNS AND GRAPHICS
601 ESTES AVE
SCHAUMBURG, IL 60193


DORJATH LAW CENTER
106 W WILSON 3
BATAVIA, IL 60510


DOWNSIZING BY DESIGN
1229 CENTRAL PK DR
CAROL STREAM, IL 60188


DPOE IMAGE-FLEX INC
PO BOX 660831
DALLAS, TX 75266-0831


DUANE MORRIS
PAYMENT PROCESSING CHARLIE LEWIS
30 SOUTH 17TH ST
PHILADELPHIA, PA 19103-4196


DUNDEE TOWNSHIP PARK DISTRICT
750 N RANDALL RD
WEST DUNDEE, IL 60118


DUPAGE MEDICAL GROUP
1860 PAYSPHERE CIR
CHICAGO, IL 60674-0018


DUPAGE PEST CONTROL
114 N COLUMBINE AVE
LOMBARD, IL 60148

GOG_Matrix.txt

ECOLAB EQUIPMENT CARE
GCS SVC INC
24673 NETWORK PL
CHICAGO, IL 60673-1246


ELEVATOR INSPECTION SVC
745 MCCLINTOCK DR
STE 235
BURR RIDGE, IL 60527


ELGIN COMMUNITY COLLEGE
1700 SPARTAN DR
ELGIN, IL 60123


ELGIN SYMPHONY ORCHESTRA
20 DUPAGE CT
ELGIN, IL 60120


ELK GROVE VILLAGE BANK AND TRUST
1145 N ARLINGTON HEIGHTS RD
ITASCA, IL 60143


ELLIOT ENGEL
1900 TORREY PINES PL
RALEIGH, NC 27615


ENVIRONMENTAL PROTECTION AGENCY
77 WEST JACKSON BLVD
CHICAGO, IL 60604-3507


JANUARIO P ESTRADA MD
1585 #1 MORGAN LN
SOUTH BARRINGTON, IL 60010


EUCLID BEVERAGE
200 OVERLAND DR
NORTH AURORA, IL 60542


FAMILY HOME MEDICAL EQUIPMENT

GOG_Matrix.txt

444 RANDY RD
UNIT A
CAROL STREAM, IL 60188-2120


FEDEX
PO BOX 94515
PALATINE, IL 60094-4515


FEMORAN INC
2165 SHERMER RD UNIT D
NORTHBROOK, IL 60062-6322


FIRST ILLINOIS SYSTEMS INC
53 SOUTH CYPRESS DR
BRISTOL, IL 60512


FLUORECYCLE INC
27780 W CONCRETE DR
INGLESIDE, IL 60041


FOX VALLEY FAMILY PHYSICIANS
2425 FARGO BLVD
THOMAS HAZEL R MD
GENEVA, IL 60134-3591


FOX VALLEY FIRE AND SAFETY
2730 PINNACLE DR
ELGIN, IL 60123


FOX VALLEY GLASS INC
1409 WRIGHT BLVD
SCHAUMBURG, IL 60193


FOX VALLEY ORTHOPAEDIC ASSOC
2525 KANEVILLE RD
GENEVA, IL 60134-2578


FREEDOM 1ST TRANSPORTATION
200 POPLAR PL

GOG_Matrix.txt

NORTH AURORA, IL 60542


FRIENDSHIP SENIOR OPTIONS
350 W SCHAUMBURG RD
SCHAUMBURG, IL 60194


FRIENDSHIP SENIOR OPTIONS
MIKE FLYNN
350 W SCHAUMBURG RD
SCHAUMBURG, IL 60194


FRIENDSHIP SENIOR OPTIONS NFP
350 W SCHAUMBURG RD
SCHAUMBURG, IL 60194


GDK BUILDER SVC INC
1547 BOURBON PKWY
STREAMWOOD, IL 60107


GENEVA CHAMBER OF COMMERCE
8 SOUTH THIRD ST
GENEVA, IL 60134-0481


GENEVA GLASS WORKS
PO BOX 76
WASCO, IL 60134


GENEVA HISTORY MUSEUM
113 S 3RD ST
GENEVA, IL 60134


GENEVA MUSIC BOOSTERS
416 MCKINLEY AVE
GENEVA, IL 60134


GLYNNDEVINS MARKETING AND ADVERT
11230 COLLEGE BLVD
STE 120
OVERLAND PARK, KS 66210

GOG_Matrix.txt


GRAF TREE CARE
1652 E MAIN ST
STE 20
ST. CHARLES, IL 60174


MOLLY GRAFF
502 CHARLES ST
GENEVA, IL 60134


GRAINGER
DEPT 839454873
PALATINE, IL 60038-0001


GREATCALL INC
HELATHSENSE
1191 NORTHLAND DR STE100
MENDOTA HEIGHTS, MN 55120


GREENLEAF COMPACTION INC
LOCK BOX
PO BOX 296612008
PHOENIX, AZ 85038-2008


GREYSTONE DEVELOPMENT CO
BRAD STRAUB
225 E JOHN CARPENTER FWY
STE 700
IRVING, TX 75062


GRUMMAN BUTKUS ASSOCIATES
820 DAVIS ST
STE 300
EVANSTON, IL 60201


HAMLIN CAPITAL ADVISORS
5550 WEST EXECUTIVE DR
STE 235
TAMPA, FL 33609

GOG_Matrix.txt

CAROLYN HANSEN
23 WINDWOOD CT
SUGAR GROVE, IL 60554


SANDI HAYNES
PO BOX 87784
CAROL STREAM, IL 60188


HD SUPPLY FACILITIES MAINTENANCE
PO BOX 509058
SAN DIEGO, CA 92150-9058


HEALTHCARE AND FAMILY SVC
HFS BUREAU OF FISCAL OPERATION
PO BOX 19491
SPRINGFIELD, IL 62794-9491


HEALTHCARE COSMETOLOGY SVC
PO BOX 850243
BRAINTREE, MA 02185


HEALTHPRO REHABILITATION
3703 WEST LAKE AVE
STE 200
GLENVIEW, IL 60026


HERITAGE FOOD SVC EQUIPMEN
PO BOX 71595
CHICAGO, IL 60694-1595


HFS BUREAU OF FISCAL OPERATION
PO BOX 19491
SPRINGFIELD, IL 62794-9491


HIRERIGHT LLC
PO BOX 847891
DALLAS, TX 75284-7891

GOG_Matrix.txt

HOBART SVC
ITW FOOD EQUIPMENT GROUP
PO BOX 2517
CAROL STREAM, IL 60132-2517


JEORGE HOLMES
760 CAROL AVE
ELGIN, IL 60123


HONORING AGING INC
2580 FOXFIELD RD
STE 101
ST. CHARLES, IL 60174


JON AND AJIA HORTON
1601 MILLVIEW DR
BATAVIA, IL 60510


HOUSE OF DOORS
PO BOX 147
BROOKFIELD, IL 60513-0147


HPS
3275 N M37 HIGHWAY
PO BOX 247
MIDDLEVILLE, MI 49333-0247


HUEN ELECTRIC INC
1801 WEST 16TH ST
BROADVIEW, IL 60155


ILLCO INC
PO BOX 5691
CAROL STREAM, IL 60197-5691


ILLINOIS ATTORNEY GENERAL
LISA MADIGAN
JAMES R THOMPSON CENTER
100 W RANDOLPH ST
CHICAGO, IL 60601

GOG_Matrix.txt

ILLINOIS DEPT OF AGING
LONG TERM CARE OMBUDSMAN PROGRAM
ONE NATURAL RESOURCES WAY
STE 100
SPRINGFIELD, IL 62702-1271


ILLINOIS DEPT OF AGING
LONG TERM CARE OMBUDSMAN PROGRAM
160 NORTH LASALLE ST STE N-700
CHICAGO, IL 60601-3117


ILLINOIS DEPT OF EMPLOYMENT SECURITY
BENEFIT PAYMENT CONTROL DIVISION
PO BOX 4385
CHICAGO, IL 60680


ILLINOIS DEPT OF FINANCIAL AND
PROFESSIONAL REGULATION
100 WEST RANDOLPH ST
9TH FL
CHICAGO, IL 60601


ILLINOIS DEPT OF HUMAN SERVICES
JAMES T DIMAS SECRETARTY
401 SOUTH CLINTON ST
CHICAGO, IL 60607


ILLINOIS DEPT OF PUBLIC HEALTH
122 S MICHIGAN AVE
7TH AND 20TH FLOORS
CHICAGO, IL 60603


ILLINOIS DEPT OF PUBLIC HEALTH
69 W WASHINGTON ST
35TH FL
CHICAGO, IL 60602


ILLINOIS DEPT OF PUBLIC HEALTH
LTCQA 525 W JEFFERSON ST

GOG_Matrix.txt

5TH FL
SPRINGFIELD, IL 62761


ILLINOIS DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD, IL 62794-9035


ILLINOIS DEPT OF REVENUE
JAMES R THOMPSON CTR CONCOURSE LEVEL
100 WEST RANDOLPH ST
CHICAGO, IL 60601-3274


ILLINOIS DEPT OF REVENUE
JAMES R THOMPSON CENTER CONCOURSE LEVEL
100 WEST RANDOLPH ST
CHICAGO, IL 60601-3274


ILLINOIS DEPT OF REVNEUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD, IL 62794-9035


ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
1021 NORTH GRAND AVE EAST
PO BOX 19276
SPRINGFIELD, IL 62794-9276


ILLINOIS FINANCE AUTHORITY
CHRISTOPHER B MEISTER EXECUTIVE DIR
160 N LASALLE ST
STE S-1000
CHICAGO, IL 60601


ILLINOIS LIQUOR CONTROL COMMIS
100 W RANDOLPH ST
STE 7-801
CHICAGO, IL 60601


ILLINOIS MEDICAR

GOG_Matrix.txt

395 W LAKE ST
ELMHURST, IL 60126


ILLINOIS OFFICE OF THE STATE F
CASHIER BOILERS
PO BOX 3332
SPRINGFIELD, IL 62708-3332


ILLINOIS STATE POLICE SVC
BUREAU OF IDENTIFICATION
260 NORTH CHICAGO ST
JOLIET, IL 60432-4072


ILLINOIS STUDENT ASSISTANCE COMMISSION
BANKRUPTCY DEPT
1755 LAKE COOK RD
DEERFIELD, IL 60015


INCREDIBLEBATS INC
210 ELM ST
NEW LENOX, IL 60451


INDUSTRIAL CHEM LABS
55 BROOK AVE
STE G
DEER PARK, NY 11729


INDUSTRIAL MAINTENANCE SVC
PO BOX 763
SAINT CHARLES, IL 60174


INTERNATIONAL CRANE FOUNDATION
E11376 SHADY LANE RD
BARABOO, WI 53913


INTERSTATE POWERSYSTEMS
NW7244
PO BOX 1450
MINNEAPOLIS, MN 55485-7244

GOG_Matrix.txt

ITEK SYSTEMS INC
33801 CURTIS BLVD
STE 100
EASTLAKE, OH 44095


IVY MARKETING GROUP INC
23 WEST 070 MULBERRY
GLEN ELLYN, IL 60137


J C LICHT LLC
28188 NETWORK PL
CHICAGO, IL 60673-1281


JOHNSON CONTROLS
PO BOX 730068
DALLAS, TX 75373-0068


JOHNSTONE SUPPLY
6153 MULFORD CT
NILES, IL 60714


KACOA LANDSCAPING INC
300 JEFFERSON DR
KINGSTON, IL 60145


KANE COUNTY HEALTH DEPT
1240 N HIGHLAND
STE 5
AURORA, IL 60506


KANE COUNTY LIQUOR CONTROL COM
719 S BATAVIA AVE BLDG A
GENEVA, IL 60134


KANE COUNTY SENIOR RESOURCES
KATHY WEHERS
PO BOX 616
GENEVA, IL 60134

GOG_Matrix.txt

KANE COUNTY TREASURER
DAVID J RICKERT
719 SOUTH BATAVIA AVE
GENEVA, IL 60134


KANE COUNTY TREASURER
Kane County State's Attorney's office
37W777 Route 38
SUITE 300
ST. CHARLES, IL 60175


KANE COUNTY TREASURER
Illinois Attorney General
Lisa Madigan
100 West Randolph Street
CHICAGO, IL 60601


KANE COUNTY TREASURER
PO BOX 4025
GENEVA, IL 60134-4025


KINSALE CONTRACTING GROUP INC
648 BLACKHAWK DR
WESTMONT, IL 60559


TOM KIRKLAND
408 BANBURY AVE
ELBURN, IL 60119


KONICA MINOLTA BUSINEES SOLUTIONS
USA INC
DEPT CH 19188
PALATINE, IL 60055-9188


KORNESCZUK WINDOW AND DOORS
30 W 260 BUTTERFIELD RD
UNIT 212
WARRENVILLE, IL 60555

GOG_Matrix.txt

LABORATORY PHYSICIANS LLC
PO BOX 10200
PEORIA, IL 61612-0200


LANDS' END BUSINESS OUTFITTERS
PO BOX 217
DODGEVILLE, WI 53533-0217


LARRY ROESCH CHRYSLER JEEP
200 WEST GRAND AVE
ELMHURST, IL 60126


LARSEN ENVELOPE CO
165 GAYLORD ST
ELK GROVE VILLAGE, IL 60007


LEVEL 3 COMUNICATIONS LLC
PO BOX 910182
DENVER, CO 80291-0182


LOCK MED MEDICAL PRODUCT
PO BOX 13166
PITTSBURG, PA 15243


LOWES BUSINESS ACCOUNT
PO BOX 530970
ATLANTA, GA 30353-0970


LURIE CHILDRENS MEDICAL GROUP
PO BOX 4051
CAROL STREAM, IL 60197-4051


TERRANCE LYNCH
PO BOX 2337
ORLAND PARK, IL 60462


M COOPER CABINET CO
4835 SOLUTION CTR
CHICAGO, IL 60677-4008

GOG_Matrix.txt

MAGNA LEGAL SVC
PO BOX 822804
PHILADELPHIA, PA 19182-2804


MAILFINANCE
25881 NETWORK PL
CHICAGO, IL 60673-1258


MARATHON ASHLAND PETROLEUM LLC
WEX BANK
PO BOX 6293
CAROL STREAM, IL 60197-6293


MARBERRY CLEANERS AND LAUNDERE
315 E MAIN ST
ST.CHARLES, IL 60174


MASTER LOCK CO
PO BOX 927
OAK CREEK, WI 53154


MARTINA MATHISEN
265 MELODY LN
LAKE MARIAN, IL 60110


MATRIXCARE
BIN #32
PO BOX 1414
MINNEAPOLIS, MN 55480-1414


MAXIM STAFFING SOLUTIONS
12558 COLLECTIONS CTR DR
CHICAGO, IL 60693


MBS IMAGING LLC
1919 S HIGHLAND AVE
LOMBARD, IL 60148

GOG_Matrix.txt

MCKESSON MEDICAL-SURGICAL
MINNESOTA SUPPLY INC
PO BOX 630693
CINCINNATI, OH 45263-0693


BETSEY MEANS
1849 W EDDY ST
CHICAGO, IL 60657


MEDIACOM LLC
PO BOX 5744
CAROL STREAM, IL 60197-5741


MEDICAID AND MEDICARE SVC
7500 SECURITY BLVD
BALTIMORE, MD 21244


MEDICAID AND MEDICARE SVC
233 NORTH MICHIGAN AVE
STE 600
CHICAGO, IL 60601


MEDLINE INDUSTRIES INC
DEPT CH 14400
PALATINE, IL 60055-4400


MEDPASS INC
L-3495
COLUMBUS, OH 43260-0001


MENDEL PLUMBING AND HEATING INC
3N640 N 17TH STREET
ST CHARLES, IL 60174


MEPC
300 SOUTH RIVERSIDE PLZ
STE 1650S
CHICAGO, IL 60606

GOG_Matrix.txt

METROPOLITAN INDUSTRIES
37 FORESTWOOD DR
ROMEOVILLE, IL 60446


MICHAEL JURCZYKOWSKI
3925 CARNATION ST
FRANKLIN PARK, IL 60131


MICHIGAN DEPT OF TREASURY
TAX POLICY DIV LITIGATION LIAISON
2ND FL AUSTIN BLDG
430 WEST ALLEGAN ST
LANSING, MI 48922


MIDAMERICAN ENERGY COMPANY
P.O. BOX 8019
DAVENPORT, IA 52808-8019


MIDWEST SCREENS LLC
303 MAIN ST 111
ANTIOCH, IL 60002


MIDWEST XRAY INC
1031 MT AUBURN RD
EVANSVILLE, IN 47720


MILL CREEK RESIDENCES LLC
39W250 HERRINGTON BLVD
UNIT D-1
GENEVA, IL 60134


MILL CREEK WATER DIST
P.O. BOX 4290
CAROL STREAM, IL 60197-4290


MOBILEXUSA
PO BOX 17462
BALTIMORE, MD 21297-1452

GOG_Matrix.txt

MORRISON MANAGEMENT SPECIALIST
PO BOX 102289
ATLANTA, GA 30368-2289


NAPER SETTLEMENT
523 SOUTH WEBSTER ST
NAPERVILLE, IL 60540-6517


NEOFUNDS BY NEOPOST
PO BOX 30193
TAMPA, IL 33630-3193


NEW LIBERTY POCORN LLC
PO BOX 509
WHEATON, IL 60187


NFPA
PO BOX 9689
MANCHESTER, NH 03108-9806


NICL LABORATORIES
306 ERA DR
NORTHBROOK, IL 60062


NICOR GAS
BILL PAYMENT CENTER
P.O. BOX 5407
CAROL STREAM, IL 60197-5407


NM REGIONAL MEDICAL GROUP
DEPT 5777
CAROL STREAM, IL 60122-5777


NORTH AMERICAN NETWORK SVC
2101 CLAIRIE CT
GLENVIEW, IL 60025


NURSES AND CAREGIVERS INC

GOG_Matrix.txt

801 E MAIN ST REAR
ST. CHARLES, IL 60174


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2315
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2112
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2204
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2207
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2319
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2111
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA

GOG_Matrix.txt

0N801 FRIENDSHIP WAY
UNIT 2206
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2102
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 128
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2212
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 126
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2200
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2107
GENEVA, IL 60134


OCCUPANT

GOG_Matrix.txt

```
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2105
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2207
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2308
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2301
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2310
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2318
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2203
GENEVA, IL 60134
```

GOG_Matrix.txt

OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2202
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2302
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2305
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 2108
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1205
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1105
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1344
GENEVA, IL 60134

GOG_Matrix.txt

```
OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1151
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1225
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1349
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1254
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1233
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1144
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1325
GENEVA, IL 60134
```

GOG_Matrix.txt

```
OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1115
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1149
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1212
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1305
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1324
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1154
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1315
```

GOG_Matrix.txt

GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1154
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1200
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1007
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1027
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1231
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1208
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY

GOG_Matrix.txt
UNIT 1150
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1228
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1126
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1001
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1003
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1005
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1005
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA

GOG_Matrix.txt

0N801 FRIENDSHIP WAY
UNIT 1009
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1011
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1013
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1013
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1015
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1017
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1019
GENEVA, IL 60134


OCCUPANT

GOG_Matrix.txt

```
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1021
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1023
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1025
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1101
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1102
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1104
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1106
GENEVA, IL 60134
```

GOG_Matrix.txt

OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1107
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1108
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1109
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1110
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1111
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1112
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1113
GENEVA, IL 60134

GOG_Matrix.txt

OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1117
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1118
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1119
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1120
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1120
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1121
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1122
GENEVA, IL 60134

GOG_Matrix.txt

```
OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1123
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1123
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1124
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1124
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1125
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1126
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1127
```

GOG_Matrix.txt

GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1139
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1141
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1143
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1144
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1145
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1146
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY

GOG_Matrix.txt

UNIT 1147
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1148
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1150
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1152
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1154
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1201
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1202
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA

GOG_Matrix.txt

0N801 FRIENDSHIP WAY
UNIT 1204
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1205
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1206
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1207
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1208
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1209
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1210
GENEVA, IL 60134


OCCUPANT

GOG_Matrix.txt

GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1211
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1215
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1215
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1217
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1219
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1223
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1224
GENEVA, IL 60134

GOG_Matrix.txt

OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1226
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1227
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1229
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1232
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1236
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1237
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1241
GENEVA, IL 60134

GOG_Matrix.txt

```
OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1241
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1243
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1244
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1245
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1246
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1246
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1247
GENEVA, IL 60134
```

GOG_Matrix.txt

OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1247
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1248
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1249
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1250
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1251
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1252
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1300

GOG_Matrix.txt

GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1302
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1303
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1304
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1306
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1307
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1308
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY

GOG_Matrix.txt

UNIT 1309
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1310
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1311
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1312
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1313
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1317
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1318
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA

GOG_Matrix.txt

0N801 FRIENDSHIP WAY
UNIT 1318
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1319
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1320
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1322
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1323
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1326
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1327
GENEVA, IL 60134


OCCUPANT

GOG_Matrix.txt

```
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1328
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1329
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1331
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1332
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1333
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1334
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1335
GENEVA, IL 60134
```

GOG_Matrix.txt

OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1336
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1337
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1341
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1343
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1345
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1346
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1348
GENEVA, IL 60134

GOG_Matrix.txt

OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1350
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1351
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1352
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 1354
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 242
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 233
GENEVA, IL 60134


OCCUPANT
GREENFIELDS OF GENEVA
0N801 FRIENDSHIP WAY
UNIT 237
GENEVA, IL 60134

GOG_Matrix.txt

OCCUPANT
NANCY LUDEKS
507 BRADBURY
GENEVA, IL 60134


OCCUPANT
JANET WALSTROM
623 INDEPENDENCE AVE
ELBURN, IL 60119


OFFICE TEAM
12400 COLLECTIONS CTR DR
CHICAGO, IL 60693


ONSHIFT
75 REMITTANCE DR
DEPT 6500
CHICAGO, IL 60675-6500


ORTHOPEDIC AND SPINE
28450 NETWORK PL
CHICAGO, IL 60673-1284


PAHCS II CADENCE OCCUPATIONAL
HEALTH
DEPT 4086
CAROL STREAM, IL 60122-4086


PARAMOUNT THEATRE
8 E GALENA BLVD
STE 230
AURORA, IL 60506


PCM PC MALL
FILE 55327
LOS ANGELES, CA 90074-5327


PERFORMANCE HEALTH

GOG_Matrix.txt

PATTERSON MEDICAL
PO BOX 93040
CHICAGO, IL 60673-3040

PHOENIX TEXTILE CORP
PO BOX 1328
ST. PETERS, MO 63376-0023

PICKEN**RICK
122 ASHLAND AVE
RIVER FOREST, IL 60305

PILGRIM PRODUCTIONS INC
204 SAVOY DR
SHOREWOOD, IL 60404

JOHN P PLANTE MD
25 N WINFIELD RD
STE 407
WINFIELD, IL 60190-1222

MELAINE POHLMAN
1839 SHEFFIELD LN
GENEVA, IL 60134

POLSINELLI
161 N CLARK ST
STE 4200
CHICAGO, IL 60601

POSEY CO
PO BOX 51017
LOS ANGELES, CA 90051-5317

PRESERVATION PARTNES OF THE FO
PO BOX 903
ST. CHARLES, IL 60174

CASEY PUDWILL

GOG_Matrix.txt

927 INDIGO CT
HANOVER PARK, IL 60133


QUEST DIAGNOSTIC
13001 COLLECTION CTR DR
CHICAGO, IL 60693


RABBI ORA SCHNITZER
877 TIMBEL HILL RD
HIGHLAND PARK, IL 60035


MICHAEL A RASHID MD
25 NORTH WINFIELD RD
STE 407
WINFIELD, IL 60190-1222


RATHS RATHS AND JOHNSON INC
500 JOLIET RD
STE 200
WILLOWBROOK, IL 60527-5618


REPUBLIC SVC
PO BOX 9001154
LOUISVILLE, KY 40290-1154


RIDGE AMBULANCE
1851 AUCUTT RD
MONTGOMERY, IL 60538


RIEHLE DEVELOPMENT
479 SOUTH WESTERN AVE
BARTLETT, IL 60103-4582


BILL ROBINSON
36W395 RIVER GRANGE RD
ST. CHARLES, IL 60175


ROCKFORD ORTHOPEDIC ASSOCIATES
BOX 78534

GOG_Matrix.txt

MILWAUKEE, WI 53278-8534


ROOFING INSIDE OUT
1425 PARAMOUNT PKWY UNIT
BATAVIA, IL 60510


FRANK ROSSI
15144 KENTON AVE
OAK FOREST, IL 60452


ROTO-ROOTER SVC CO
5672 COLLECTIONS CTR DR
CHICAGO, IL 60693


BILL RUSSELL
56382 GRIFFITH RD
THREE RIVERS, MI 49093


SALT SOLUTIONS INC
1300 W WASHINGTON ST
WEST CHICAGO, IL 60185


SAMS CLUB SYNCHRONY BANK
P O BOX 530930
ATLANTA, GA 30353-0930


SCHAUMBURG BANK AND TRUST
350 W SCHAUMBURG RD
SCHAUMBURG, IL 60194


SCHECK AND SIRESS PROSTHETICS
20 EXECUTIVE CT #2
SOUTH BARRINGTON, IL 60010-9543


SCHINDLER ELEVATOR CORP
PO BOX 93050
CHICAGO, IL 60673-3050

GOG_Matrix.txt

SDT STRATEGIC DATA AND TELCOM
931 W 75TH ST
NAPERVILLE, IL 60565


SEBERT LANDSCAPING
PO BOX 71148
CHICAGO, IL 60694-1146


SECRETARY OF STATE
BUSINESS SVC DEPT
501 S 2ND ST RM 328
SPRINGFIELD, IL 62756-5520


SENIOR LIVING VALUATION SERVIC
1458 SUTTER ST
SAN FRANCISCO, CA 94109


SENIOR SVC ASSOCIATES INC
STEPHANIE ROBERTS
900 NORTH LAKE
AURORA, IL 60506


SERVPRO OF ST
CHARLES GENEVA BATAVIA
1900 E TYLER RD STE 600
ST. CHARLES, IL 60174


SESAC PERFORMANCE LICENSE
55 MUSIC SQUARE EAST
NASHVILLE, TN 37203


SHAW MEDIA
PO BOX 250
CRYSTAL LAKE, IL 60039-0250


SHERWIN-WILLIAMS
600 WISE RD
HANOVER PARK, IL 60103-2767

GOG_Matrix.txt

SMITH AFFILIATED CAPITAL
WALL STREET PLAZA
88 PINE ST
NEW YORK, NY 10005


HEMMESCH BURKE AND KACZYN SMITH
10 SOUTH LASALLE ST
STE 2660
CHICAGO, IL 60603


STEVE SMITH
25581 WEST NORTH AVE
ANTIOCH, IL 60002


SOLARIS ADVISORS
645 MADISON AVE
8TH FL
NEW YORK, NY 10022


SOLIC CAPITAL ADVISORS LLC
1603 ORRINGTON AVE
STE 1600
EVANSTON, IL 60201


SOS OF ILLINOIS
JESSE WHITE
213 STATE CAPITOL
SPRINGFIELD, IL 62756


SPECTRUM PROMOTIONS
570 SANDPEBBLE DR
SCHAUMBURG, IL 60193


ST CHARLES PARK DISTRICT
HICKORY KNOLLS DISCOVERY CENTE
3795 CAMPTON HILLS RD
ST. CHARLES, IL 60174-5


STAHL COWEN CROWLEY ADDIS LLC
12TH FLOOR

GOG_Matrix.txt

55 WEST MONROE ST
CHICAGO, IL 60603


STAHL'S HOTRONIX
6353 E 14 MILE RD
STERLING HEIGHTS, MI 48312


STAKLEEN INC
803 WEST ESTES AVE
SCHAUMBURG, IL 60193


STATE OF ILLINOIS HFS
PO BOX 19491
SPRINGFIELD, IL 62794-9491


STEINER ELECTRIC CO
2665 PAYSPHERE CIR
CHICAGO, IL 60674


STERICYCLE INC
PO BOX 6575
CAROL STREAM, IL 60197-6575


ANN STEWART
PO BOX 87255
CAROL STREAM, IL 60188


STRODE'S FURNITURE
11707 EAST MAIN ST
PO BOX 607
HUNTLEY, IL 60142


SUN CITY HUNTLEY
COMMUNITY ASSOCIATION
12880 DEL WEBB BLVD
HUNTLEY, IL 60142


SUPERB CARPETS INC
2010 N GARY AVE

GOG_Matrix.txt

WHEATON, IL 60187


SUPERIOR AIR-GROUND
AMBULANCE SVC INC
PO BOX 1407
ELMHURST, IL 60126


SYMBRIA REHAB INC
28100 TORCH PKWY
STE 600
WARRENVILLE, IL 60555


SYMBRIA REHAB INC
28100 TORCH PKWY
STE 600
WARENVILLE, IL 60555


SYMBRIA RX SVC
28100 TORCH PKWY
STE 600
WARRENVILLE, IL 60555


TCF EQUIPMENT FINANCE INC
PO BOX 77077
MINNEAPOLIS, MN 55480-7777


TDR CONTRACTORS INC
FORMERLY JOHNSON TINT
3434 ROSEMAN LN
DEKALB, IL 60115


TEE JAY SVC CO INC
958 CORPORATE BLVD
AURORA, IL 60502


TENNANT SALES AND SVC COMP
PO BOX 71414
CHICAGO, IL 60694-1414

GOG_Matrix.txt

THE BAREFOOT HAWAIIAN
1401 E OAKTON ST
DES PLAINES, IL 60018


THE CONSERVATION FOUNDATION
10S404 KNOCK KNOLLS RD
NAPERVILLE, IL 60565


THE FOX VALLEY CONCERT BAND
PO BOX 1422
ST.CHARLES, IL 60174


THE SHRED AUTHORITY
4101 W 124TH PL
ALSIP, IL 60803


THOMPSON'S CARPET CLEANING SER
40W343 WILLIAM CULLEN BRYANT S
ST. CHARLES, IL 60175


MELANIE THOMPSON
7822 N PILLOW HILL RD
SPRING GROVE, IL 60081


THOSE FUNNY LITTLE PEOPLE
ENTERPRISES INC
7501 SOUTH QUINCY ST
WILLOWBROOK, IL 60527


GARY TODD
PO BOX 99
RINGWOOD, IL 60072


TOLLOS FORMERLY THE MEDICAL
1 EASTER CT STE J
OWINGS MILLS, MD 21117


CHRISTINE TOOLAN
MEDICAL RECORD CONSULTANT

GOG_Matrix.txt

6101 BLODGETT AVE
DOWNERS GROVE, IL 60516


TOTAL NURSES NETWORK
1515 NORTH HARLEM AVE
OAK PARK, IL 60302


TOVAR SNOW PROFESSIONAL
25817 NETWORK PL
CHICAGO, IL 60673-1258


TOWN AND COUNTRY GARDENS
216 W STATE ST
GENEVA, IL 60134


TWO MEN AND A TRUCK
370 SMOKE TREE BUSINESS PK
NORTH AURORA, IL 60542


DUANE TYLER
1116 GULF KEY RD
ELGIN, IL 60120


UMB BANK
PO BOX 419692
KANSAS CITY, MO 64141-7014


UMB BANK NA
VIRGINIA A HOUSUM SENIOR VP
120 SIXTH ST SOUTH
STE 1400
MINNEAPOLIS, MN 55403


UNIFIED ALERTS
109 E BYERS AVE
BOX 200
NEW STANTON, PA 15672


UNITED COFFEE SVC INC

GOG_Matrix.txt

1096 NATIONAL PKWY
SCHAUMBURG, IL 60173


UNLIMITED ADVACARE ADVACARE SY
23838 NETWORK PL
CHICAGO, IL 60673-1238


UROPARTNERS LLC
3183 PAYPHERE CIR
CHICAGO, IL 60674-3183


US DEPT OF HEALTH AND HUMAN SVC
200 INDEPENDENCE AVE SW
WASHINGTON, DC 20201


US ENVIRONMENTAL PROTECTION AGENCY
RICHARD L NAGLE BKTCY CONTACT
US EPA REGION 5
MAIL CODE C-14J
CHICAGO, IL 60604


US SIGNAL
201 IONIA AVE SW
GRAND RAPIDS, MI 49503


VALLEY CASTING
2500 LOUISIANA AVE NORTH
GOLDEN VALLEY, MN 55427


VALLEY FIRE PROTECTION SVC
101 N RADDANT RD
BATAVIA, IL 60510


VALLEY LOCK CO INC
1450 WEST MAIN ST
STE B
ST. CHARLES, IL 60174


VERIZON WIRELESS

GOG_Matrix.txt

P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505


VITACON
PO BOX 427
MAPLE PLAIN, MN 55359


GEORGE VOGRIN
2 MEADOW LN
MERRILLVILLE, IN 46410


RICHARD VOLKER
304 ELM PI
PRINCETON, IL 61356


VONS ELECTRIC INC
2701 DUKANE DR
ST. CHARLES, IL 60174


JOHN WAGNER
1190 CAPE COD LN
PINGREE GROVE, IL 60140


WARD ARTEMUS
1425 W LINCOLN HWY
DEKALB, IL 60015


WAREHOUSE DIRECT
2001 SOUTH MOUNT PROSPECT RD
DES PLAINES, IL 60018


WASHBURN MACHINERY
175 GAYLORD ST
ELK GROVE VILLAGE, IL 60007


WATER STREET STUDIOS
160 SOUTH WATER ST
BATAVIA, IL 60510

GOG_Matrix.txt

WELCH ALLYN INC
PO BOX 73040
CHICAGO, IL 60673-7040


WHEATON ACADEMY
900 PRINCE CROSSING
WEST CHICAGO, IL 60185


WHEATON EYE CLINIC
2015  N MAIN ST
WHEATON, IL 60187


WHEATON PARK DISTRICT
208 W UNION AVE
WHEATON, IL 60187


KEVIN WILSON
327 W SUNSET RD APT 2231
SAN ANTONIO, TX 78209


WIRED TECHNOLOGIES INC
37 SHERWOOD TERR
UNIT  131
LAKE BLUFF, IL 60044


WMA
CONSULTING ENGINEERS
815 SOUTH WABASH AVE
CHICAGO, IL 60605


WOLF BROS CARPET CLEANING
39W836 MIDAN DRIVE
ELBURN, IL 60119


ZIEGLER CAPITAL MANAGEMENT LL
ACCOUNTS RECEIVABLE
70 WEST MADISON ST
CHICAGO, IL 60602

GOG_Matrix.txt

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Friendship Village of Mill Creek, NFP**

Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Friendship Village of Mill Creek, NFP**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Friendship Senior Options, NFP**
**350 W. Schaumburg Road**
**Schaumburg, IL 60194-6257**

☐ None [*Check if applicable*]

**April 20, 2017**

Date

/s/ Bruce C. Dopke

**Bruce C. Dopke 3127052**

Signature of Attorney or Litigant

Counsel for   **Friendship Village of Mill Creek, NFP**

**Stahl Cowen Crowley Addis LLC**
**55 W. Monroe Street**
**12th Floor**
**Chicago, IL 60603-5001**
**312-641-0060 Fax:312-641-6959**
**bdopke@stahlcowen.com**