UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>FRIENDSHIP VILLAGE OF<br>MILL CREEK, NFP, d/b/a<br>GREENFIELDS OF GENEVA,<br><br>FEIN: 20-3300991,<br>      Debtor(s) | BK No.:   17-12470<br><br>Chapter: 11<br><br>Honorable LaShonda A. Hunt |

**Final Order Granting Debtor's Motion for Entry of Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Prepetition Invoices; (B) Establishing Procedures for Determining Requests for Additional Adequate Assurance; and (C) Granting Related Relief**

This matter was heard on the motion (the "Motion") filed by Friendship Village of Mill Creek, NFP, d/b/a Greenfields of Geneva, debtor and debtor in possession herein, for entry of interim and final orders (a) prohibiting utilities from altering, refusing, or discontinuing services on account of prepetition invoices; (b) establishing procedures for determining requests for additional adequate assurance; and (c) granting related relief, and the Court, having considered the record in this case, the pleadings on file and the statements of counsel in support of their respective positions, and having afforded the parties an opportunity for hearing as was appropriate under the circumstances, and being advised in the premises:

IT IS ORDERED:

1. The terms of the Interim Order on the Motion which was entered on April 26, 2017 (Doc. 43) are now approved on a final basis.

Enter:

/s/ LaShonda A. Hunt
Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: 1 1 MAY 2017

**Prepared by:**
Bruce Dopke (ARDC: 3127052)
Kevin Hunt (ARDC:6283126)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200, Chicago, IL 60603
Tel: 312-641-0060 / 847-524-4811
Fax: 312-423-8189
email: bdopke@stahlcowen.com
email:khunt@stahlcowen.com

Rev: 20170105_bko