IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRIENDSHIP VILLAGE OF | § | Case No.: 17-12470 |
| MILL CREEK, NFP, d/b/a | § | |
| GREENFIELDS OF GENEVA, | § | *Objections:* 12/20/17 @ 4:00 p.m. |
| | § | *Hearing:* 12/21/2017 @ 10:30 a.m. |
| FEIN: 20-3300991, | § | |
| | § | |
| Debtor. | § | Hon. LaShonda A. Hunt |

**NOTICE OF MOTION AND COMBINED SECOND INTERIM AND FINAL FEE
APPLICATION OF SOLIC CAPITAL ADVISORS, LLC AND SOLIC CAPITAL, LLC
AS FINANCIAL ADVISOR FOR THE DEBTOR**

Please take notice that on Thursday, December 21, 2017 at 10:30 a.m., we will appear before the Honorable LaShonda A. Hunt, Judge of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Courtroom 719, Chicago, IL 60604, or such other judge as may be sitting in Judge LaShonda Hunt's place and stead, and then and there present the "COMBINED SECOND INTERIM AND FINAL FEE APPLICATION OF SOLIC CAPITAL ADVISORS, LLC AND SOLIC CAPITAL, LLC AS FINANCIAL ADVISOR FOR THE DEBTOR", a copy of which is attached hereto and is hereby served upon you.

Dated: November 30, 2017

**Friendship Village of Mill Creek, NFP, d/b/a
GreenFields of Geneva**

By: /s/      Kevin V. Hunt
One of its attorneys

Bruce Dopke, Member (ARDC # 3127052)
Ronald A. Damashek (ARDC # 6183820)
Kevin V. Hunt (ARDC# 6283126)
Melissa J. Lettiere (ARDC # 6291738)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Tel: 312-641-0060
Fax: 312-423-8188
email: bdopke@stahlcowen.com
email: rdamashek@stahlcowen.com
email: khunt@stahlcowen.com
email: mlettiere@stahlcowen.com

# CERTIFICATE OF SERVICE

I, Kevin V. Hunt, an attorney, hereby certify that I caused to be served a complete and accurate copy of the attached Notice of Motion and the Combined Second Interim and Final Fee Application of SOLIC Capital Advisors, LLC and SOLIC Capital, LLC as Financial Advisor for the Debtor by causing a copy of the same to be sent: (a) electronically and through the Court's electronic delivery system, to those persons who are registered to receive electronic service of process in this case as indicated below, or (b) by email, sent on or before 5:00 p.m. Central Time on November 30, 2017 to the persons whose names appear below.   A courtesy copy of the referenced documents shall also be delivered to the Clerk.


                                                      /s/ Kevin V. Hunt

Electronic Notice in addition to that sent through the ECF system:

Gretchen Silver, Esq.
Kimberly Bacher, Esq.
Office of the U.S. Trustee, Region 11
Gretchen.Silver@usdoj.gov
Kimberly.Bacher@usdoj.gov

Charles Azano, Esq.
Daniel S. Bleck, Esq.
Bond Counsel
CWAzano@mintz.com
dsbleck@mintz.com

Jeffrey C. Dan
David K. Welch
Brian P. Welch
Bond Counsel – Local
jdan@craneheyman.com
dwelch@craneheyman.com
bwelch@craneheyman.com

Mark Fisher
Counsel for Illinois Finance Authority
mfisher@schiffhardin.com

Michael Kelly
US Attorney's Office
Michael.Kelly@usdoj.gov

Jeremy Johnson
Jerry Switzer
Jean Soh
Counsel for Friendship Senior Options
jeremy.johnson@polsinelli.com
jswitzer@polsinelli.com
jsoh@polsinelli.com

John Lipinsky
Counsel for Estate of Helen White
lipinsky@ccmlawyer.com

Richard Larsen
Counsel for Nancy Knight
rlarsen@springerbrown.com

Friendship Village of Mill Creek, NFP
e-mail: notice@myfso.org

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                     )
                                          )
                                          )    Bankruptcy No. _____
                                          )
                    Debtor.               )    Chapter              _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:   $_____

Amount of Expense Reimbursement Sought:   $_____

This is an:        Interim Application _____                Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____        _____
                                                                                      (Counsel)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| § | | |
| FRIENDSHIP VILLAGE OF § | | Case No.: 17-12470 |
| MILL CREEK, NFP, d/b/a § | | |
| GREENFIELDS OF GENEVA, § | | *Objections:* 12/20/2017 @ 4:00 pm |
| § | | *Hearing:* 12/21/2017 @ 10:30 am |
| FEIN: 20-3300991, § | | |
| § | | |
| Debtor. § | | Hon. LaShonda A. Hunt |

**COMBINED SECOND INTERIM AND FINAL FEE APPLICATION OF
SOLIC CAPITAL ADVISORS, LLC AND SOLIC CAPITAL, LLC
AS FINANCIAL ADVISOR FOR THE DEBTOR**

SOLIC Capital Advisors, LLC and SOLIC Capital, LLC ("Applicant"), for its "Combined Second Interim and Final Fee Application of SOLIC Capital Advisors, LLC and SOLIC Capital, LLC (herein "SOLIC") as Financial Advisor for the Debtor (the "Final Application"), respectfully states as follows.

1. Friendship Village of Mill Creek, NFP, d/b/a Greenfields of Geneva, as debtor and debtor in possession (the "Debtor") filed this voluntary chapter 11 case (the "Case") on April 20, 2017.

2. No official committee of creditors or equity holders has been appointed in this Case by the United States Trustee (the "UST").

3. This Final Application is filed pursuant to 11 U.S.C. §§ 330 and 331, Federal Rule of Bankruptcy Procedure 2016, this Court's published Local Rules, the national guidelines promulgated by the United States Trustee and the "Order Granting Debtor's Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (Doc. 55) (the "Procedures Order"). For the

-1-

convenience of the Court and parties in interest, a true copy of the Procedures Order is attached to this Final Application as <u>Exhibit A</u>.

4.    The Court entered an order on May 11, 2017 (Doc. 74) which authorized Applicant to serve as the Debtor's financial advisor.

5.    The Applicant filed its First Interim Fee Application (the "First Fee Application") (Doc. 127) which covered fees and expenses on the Debtor's behalf from April 20 – June 30, 2017.  The First Fee Application remains pending at the time of the filing of the instant, Final Application

6.    This Final Application covers fees and expenses which Applicant incurred on the Debtor's behalf in the following time period:  July 1 – August 31, 2017 (the "Time Period").

7.    In order to avoid duplicate time entries, the Final Application does not duplicate the invoices submitted in the First Fee Application but instead incorporates them by reference herein.

8.    The Procedures Order established the following procedure for the submission and approval of interim compensation and reimbursement of expenses by professionals which have been employed by the estate pursuant to 11 U.S.C. §327 ("Professionals"):

a. Professionals are allowed to file monthly fee statements which reflect the professional fees and expenses which they have incurred in this Case ("Monthly Statements") (Procedures Order, p. 1, par. 2(a));

b. The Monthly Statements are to be filed with the Court and served on the following parties:  counsel for the Bond Trustee which holds the majority of the secured and unsecured debt in this Case, the United States Trustee and the Debtor (collectively,

the "Notice Parties"), who are given 20 days to object to all or part of the Monthly Statements (the "Objection Period") (Procedures Order, p. 2, par. 2(b));

c. After the Objection Period for a Monthly Statement expires, Professionals are allowed to receive 80% of the professional fees and 100% of the costs and expenses detailed in that Monthly Statement. *Id*.

d. Professionals are allowed to file applications for interim compensation under 11 U.S.C. §331 on a quarterly basis ("Quarterly Applications"), to be filed no later than 45 days after the end of a given calendar quarter (Procedures Order, p. 2, par. 2(d));

e. The Notice Parties and person who have filed requests for service pursuant to Federal Rule of Bankruptcy Procedure 2002 ("Other Parties") are given 20 days to object to all or part of any Quarterly Application (the "Quarterly Application Objection Deadline")(Procedures Order, pp. 2-3, pars. 2(d) and 3);

f. The Court may grant any Quarterly Application if no objections to such applications are filed by the Notice Parties prior to the expiration of the Quarterly Application Objection Deadline (Procedures Order, p. 2, par. 2(e)); and

g. Notice of Quarterly Applications is limited to the Notice Parties and Other Parties (who will receive copies of this Application and all exhibits thereto through the ECF system maintained by the Clerk) (Procedures Order, p. 3, par. 3).

9.    Applicant, as permitted by the Procedures Order, filed the following monthly fee statements and, pursuant to those statements, received the payments specified below:

| Statement | Fees Requested | Exp/Costs | Fees Paid | Costs Paid |
| --- | --- | --- | --- | --- |
| 1st (Doc 70) | $19,738.00 | $114.92 | $15,790.40 | $114.92 |
| 2nd (Doc 88) | $52,663.50 | $904.33 | $42,130.80 | $904.33 |

-3-

| | | | | |
|---|---|---|---|---|
| 3rd (Doc 103) | $45,383.50 | $684.06 | $36,306.80 | $684.06 |
| 4th (Doc 122) | $38,989.50 | $0.00 | $31,191.60 | $0.00 |
| 5th (Doc 153) | $23,560.50 | $0.00 | $18,848.40 | $0.00 |
| **Totals:** | **$180,335.00** | **$1,703.31** | **$144,268.00** | **$1,703.31** |

10.   The Notice Parties did not object to Applicant's First, Second, Third, Fourth, or Fifth Monthly Statements (Docs. 70, 88, 103, 122, and 153).

11.   By this Application, Applicant requests: (a) final allowance of the $62,550.00 in professional fees which Applicant incurred in the Time Period; (b) final allowance of the $119,488.31 of costs and expenses which Applicant incurred during its First Interim Fee Application which such Court has not ruled; and (c) final fee and expense allowance of $182,038.31 which Applicants incurred during the entirety of this case.

12.   The Final Fee Application Objection Deadline for this Application is Wednesday, December 20, 2017 at 4:00 p.m. prevailing Central Time.

**Detailed Statement of Services**

13.   <u>Exhibit B</u> to this Application includes a summary list of the principal activities by Applicant's professionals and the total compensation incurred for each activity for the Time Period.  In addition, the Applicant has provided a summary of the principal activities by Applicant's professionals and total compensation incurred for the entirety of the case.  An itemization of those principal activities for time period is attached hereto as <u>Exhibit C</u>.

a.   <u>Fee Applications / Statements</u>.  Applicant incurred 8.1 hours of time, with a time value of $5,629.50 in this category, which involves Applicant's preparation of monthly fee statements as well as Applicant's First Interim Fee Application

    b.    <u>Miscellaneous.</u>  Applicant incurred 4.0 hours of time, with a time value of $2,780.00 in this category, which involves the Applicant's participation in conference calls amongst the Debtor's advisors to report on the latest updates regarding the Debtor's financial, operational, and sale efforts.

    c.    <u>Operations / Reporting.</u>  Applicant incurred 61.8 hours of time, with a time value of $42,951.00 in this category, which includes the Applicant's preparation of daily cash reporting, weekly cash budget vs. actual variance reports, preparation of monthly operating reports, and daily conversations with the Debtor's employees regarding bankruptcy operational/compliance matters in connection with the chapter 11 case.

    d.    <u>Sale / Auction.</u>  Applicant incurred 16.1 hours of time, with a time value of $11,189.50 in this category, which relates to the Debtor's sales process.  The services in this category including communication with potential buyers, participation in on-site tours with prospective buyers, review of Debtor's historical and projected financial and operational performance and communication of such information with prospective buyers and how it relates to their strategic initiatives, and leading strategy discussions regarding various financing options and critical transaction structure solutions available to potential buyers as effective opportunities for the Debtor and/or its operations to emerge from bankruptcy..

## Other Required Disclosures

14.    The professionals who rendered the services described in the Final Application, and the hourly rates and total fees which they incurred in the time period covered by this Final Application on the Debtor's behalf, is shown in <u>Exhibit B</u> to this Final Application.

## Disclosures Required By US Trustee National Guidelines

15. <u>Comparable Compensation</u>.  A comparison of blended hourly rates charged by Applicant's professionals who rendered service to the Debtor during the time period of this Statement are:

| **Name** | **Post-Petition Rate** |
|---|---|
| Neil Luria | $825.00 |
| Matthew Caine | $695.00 |
| Matthew Rubin | $695.00 |

The billing rates for Mr. Luria, Mr. Caine, and Mr. Rubin have remained unchanged during the statement period.

16. <u>Titles and status of professionals working on this matter</u>.  As noted above, <u>Exhibit B</u> to this Application identifies the individual professionals who worked on this matter during the time period subject to this Application.

17. <u>Staffing</u>.  Although this case is a "mega case" from the regulatory perspective of the US Trustee, Applicant believes that the Debtor's was managed efficiently with the two timekeepers who are primarily working on the matter (Messrs. Caine and Rubin).  The additional resources available in the Applicant's firm will be tapped only if there is a need for additional assistance or a need for the kinds of skills that other members of Applicant possess.  Apart from motions relating to the possible exit plan for the case, and certain other actions which the Debtor may take to provide additional assurance to residents with respect to their privacy and other interests, Applicant presently does not anticipate that there will be substantial litigation in this case over claims, avoiding powers, or other litigation.

## Notice

18. Pursuant to the terms of the Procedures Order, this Interim Fee Application will be served on the Notice Parties and the Other Parties through the ECF system maintained by the

Clerk. A physical courtesy copy of the Application will be delivered to the Clerk, and the Notice Parties and Service Parties will receive a copy of that letter and Application by email. The Exhibits to the Application are searchable (as required by the US Trustee's guidelines).

WHEREFORE, SOLIC Capital Advisors, LLC and SOLIC Capital, LLC respectfully requests that an interim and final fee allowance and approval be made to SOLIC Capital Advisors, LLC and SOLIC Capital, LLC in the amount of the $62,550.00 of professional fees which it incurred during the time period of this Application, and the amount of $180,335.00 for 100% of the fees and $1,703.31 for 100% of the expenses incurred by Applicant during the case, for a total allowance and approval of compensation and expenses to Applicant of $182,038.31, payment of that sum, either from Applicant's retainer or from the Debtor's general accounts (minus a credit for any amounts paid to Applicant after the filing of this application as permitted by the Procedures Order), and for such other relief as the Court deems just.

Dated: November 30, 2017              SOLIC CAPITAL ADVISORS, LLC
                                      SOLIC CAPITAL, LLC

                              By:     /s/ Neil F. Luria

Neil F. Luria
Matthew M. Caine
Matthew E. Rubin

SOLIC Capital Advisors, LLC
SOLIC Capital, LLC
1603 Orrington Avenue Suite 1600
Evanston, IL 60201
Telephone: 847-583-1618
Fax: 847-583-1719
nluria@soliccapital.com
mcaine@soliccapital.com
mrubin@soliccapital.com

-7-

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>FRIENDSHIP VILLAGE OF<br>MILL CREEK, NFP, d/b/a<br>GREENFIELDS OF GENEVA,<br><br>FEIN: 20-3300991,<br>Debtor(s) | BK No.: 17-12470<br><br>Chapter: 11<br><br>Honorable LaShonda A. Hunt |

**Order Granting Debtor's Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals**

Upon the Debtor's Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (the "Motion"); and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. Except as may otherwise be provided in orders of the Court authorizing the retention of specific Professionals, all Professionals in this case may seek interim monthly payment of compensation and reimbursement of expenses in accordance with the following procedures (collectively, the "Interim Compensation Procedures"):

a) For interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred from April 20, 2017 through April 30, 2017, each Professional seeking compensation will file with the Court an application (a "Monthly Fee Application") no earlier than May 10, 2017. For interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during May 2017 and each month thereafter, each Professional seeking compensation will file with the Court a Monthly Fee Application no earlier than the tenth (10th) day of the month immediately following the month in which the services were rendered or the expenses were incurred. Each Professional filing a Monthly Fee Application will serve a copy of such Monthly Fee Application by hand, overnight delivery, or email on: (i) counsel to the Debtor, Stahl Cowen Crowley Addis LLC, 55 W. Monroe St., Ste. 1200, Chicago, IL 60603 (Attn: Bruce Dopke) (bdopke@stahlcowen.com) (ii) the Office of the United States Trustee (the "U.S. Trustee"), 227 W. Monroe St., Ste. 3350, Chicago, IL 60606; (iii) counsel to the Bond Trustee, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Attn: Daniel S. Bleck, Esq., One Financial Center, Boston, MA 02111, e-mail: dsbleck@mintz.com; and (iv) counsel to any statutory Committee in this Chapter 11 Case (individually, a "Notice Party" and collectively, the "Notice Parties"). Any Professional that fails to file a Monthly Fee Application for a particular month or months may subsequently submit a consolidated Monthly Fee Application for such month or months. All Monthly Fee Applications shall comply with the Bankruptcy Code, the Bankruptcy Rules, applicable Seventh Circuit law, Local Rules, or any orders of the Court. For those Professionals who bill by the hour, each Monthly Fee Application must contain detailed time entries for each individual in increments of tenths (1/10) of an hour (unless the Court specifically orders

otherwise). Each Monthly Fee Application and any notice thereof shall display clearly and conspicuously the deadline to timely file an objection to such Monthly Fee Application.

b) Each Notice Party shall have until 4:00 p.m. (prevailing Central time) on the twentieth (20th) day (or the next business day if the twentieth day is not a business day) following service of the Monthly Fee Application (the "Objection Deadline") to object to the requested fees and expenses in accordance with the procedures described in subparagraph (c) below. Upon expiration of the Objection Deadline, a Professional may file a certificate of no objection with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application (a "CNO"). After a CNO is filed, the Debtor is authorized and directed to pay the Professional an amount (the "Actual Monthly Payment") equal to the lesser of: (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"); and (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the applicable Monthly Fee Application that are not subject to an objection pursuant to subparagraph (c) below (the "Incremental Amount").

c) If any Notice Party wishes to object to a Professional's Monthly Fee Application, it must: (i) file a written objection (an "Objection") with the Court on or before the Objection Deadline; and (ii) serve the Objection on the affected Professional and each of the other Notice Parties so that it is received by each of those parties on or before the Objection Deadline. Thereafter, the objecting party and the affected Professional may attempt to resolve the Objection on a consensual basis. If the parties are unable to reach a resolution of the Objection, the affected Professional may either: (i) file a request with the Court for payment of the Incremental Amount; or (ii) forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the Objection if requested by the parties.

d) At quarterly intervals or such other intervals convenient to the Court (the "Interim Fee Period"), each Professional may file with the Court and serve on the Notice Parties a request (an "Interim Fee Application") for interim Court approval and allowance of the compensation and reimbursement of expenses sought by such Professional in its Monthly Fee Applications filed during the Interim Fee Period, pursuant to section 331 of the Bankruptcy Code. The Interim Fee Application must include a brief description identifying: (i) the Monthly Fee Applications that are the subject of the request; (ii) the amount of fees and expenses requested; (iii) the amount of fees and expenses paid to date or subject to an Objection; (iv) the deadline for parties and the Notice Parties to file objections (the "Additional Objections") to the Interim Fee Application; and (v) any other information requested by the Court or required by the Local Rules or the Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "Revised UST Guidelines"). Each Professional must file and serve its Interim Fee Application within forty-five (45) days of the conclusion of the Interim Fee Period for which the request seeks allowance of fees and reimbursement of expenses. The first Interim Fee Application shall cover the time between the Petition Date through and including June 30, 2017, and shall be filed on or before July 10, 2017. Objections, if any, to the Interim Fee Application shall be filed and served upon the affected Professional and the Notice Parties so as to be received on or before the twentieth (20th) day (or the next business day if such day is not a business day) following service of the applicable Interim Fee Application. *Courtesy copies of all Interim Fee Applications must also be provided to the Clerk's Office within seven (7) days of filing.* LAH

e) If no Objections are pending and no Additional Objections are timely filed, the Court may grant an Interim Fee Application without a hearing.

Rev: 20170105_bko

f) The pendency of an Objection to payment of compensation or reimbursement of expenses will not disqualify a Professional from the future payment of compensation or reimbursement of expenses under the Interim Compensation Procedures.

g) Neither (i) the payment of or the failure to pay, in whole or in part, monthly interim compensation and reimbursement of expenses under the Interim Compensation Procedures nor (ii) the filing of or failure to file an Objection will bind any party in interest or the Court with respect to the allowance of interim or final applications for compensation and reimbursement of expenses of Professionals. All fees and expenses paid to Professionals under the Interim Compensation Procedures are subject to disgorgement until final allowance by the Court.

h) At the close of the case, on or before a date and time to be established by the Court, each Professional shall file with the Court and serve on the Notice Parties a request for final Court approval and allowance, on a final basis, pursuant to section 331 of the Bankruptcy Code, of compensation of all fees and reimbursement of expenses sought in the Monthly Fee Applications and the Interim Fee Applications, including all amounts previously withheld (the "Final Fee Application"). Unless otherwise ordered by the Court, each Notice Party will have twenty (20) days after filing and service of a Final Fee Application to object to such application (the "Objection Deadline"). Hearing on the Final Fee Application shall be held at such time as the Court deems appropriate.

3. Only the Notice Parties shall be entitled to receive the Monthly Fee Applications, the Interim Fee Applications, any final fee applications and the notices of hearing relating thereto (the "Hearing Notices"), and all other parties who have filed a request for service pursuant to Bankruptcy Rule 2002 shall be entitled to receive only the Hearing Notices.

4. The Debtor will include all payments made to Professionals in accordance with the Interim Compensation Procedures in its monthly operating reports, identifying the amount paid to each Professional.

5. All time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, and 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. Professionals who are attorneys shall make reasonable efforts to format their monthly, interim and final applications for compensation and reimbursement of costs and expenses in a manner consistent with the standards set forth in the "Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013" promulgated by the United States Trustee.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: 5/3/2017

**Prepared by:**
Bruce Dopke (ARDC: 3127052)
Kevin Hunt (ARDC:6283126)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200, Chicago, IL 60603
Tel: 312-641-0060 / 847-524-4811
Fax: 312-423-8189
email: bdopke@stahlcowen.com
email:khunt@stahlcowen.com

Rev: 20170105_bko

## SOLIC CAPITAL ADVISORS - EXHIBIT B

**Schedule of hours & Fees for the period July 1 through August 31, 2017**

| Activity Code | Hours for Matt Caine | Sum of Fees | Hours for Matt Rubin | Sum of Fees | Sum of Total Hours | Sum of Total Fees |
|---|---|---|---|---|---|---|
| 007 - Fee Applications & Statements | 0.0 | $ - | 8.1 | $ 5,629.50 | 8.1 | $ 5,629.50 |
| 008 - Miscellaneous | 2.5 | $ 1,737.50 | 1.5 | $ 1,042.50 | 4.0 | $ 2,780.00 |
| 010 - Operations/Reporting | 2.9 | $ 2,015.50 | 58.9 | $ 40,935.50 | 61.8 | $ 42,951.00 |
| 012 - Sale/Auction | 16.1 | $ 11,189.50 | 0.0 | $ - | 16.1 | $ 11,189.50 |
| **Totals** | **21.5** | **$ 14,942.50** | **68.5** | **$ 47,607.50** | **90.0** | **$ 62,550.00** |

**Schedule of Hours & Fees for the period April 20 through August 31, 2017**

| Activity Code | Hours for Matt Caine | Sum of Fees | Hours for Neil Luria | Sum of Fees | Hours for Matt Rubin | Sum of Fees | Sum of Total Hours | Sum of Total Fees |
|---|---|---|---|---|---|---|---|---|
| 002 - Court Appearances | 1.5 | $ 1,042.50 | 0.0 | $ - | 4.7 | $ 3,266.50 | 6.2 | $ 4,309.00 |
| 003 - Cash Collateral | 0.0 | $ - | 0.0 | $ - | 6 | $ 4,170.00 | 6 | $ 4,170.00 |
| 005 - Creditor Inquiries/Communications | 0.0 | $ - | 0.0 | $ - | 0.5 | $ 347.50 | 0.5 | $ 347.50 |
| 007 - Fee Applications & Statements | 0.0 | $ - | 0.4 | $ 330.00 | 16.1 | $ 11,189.50 | 16.5 | $ 11,519.50 |
| 008 - Miscellaneous | 5.3 | $ 3,683.50 | 0.0 | $ - | 4.3 | $ 2,988.50 | 9.6 | $ 6,672.00 |
| 009 - Motions - General | 4.4 | $ 3,058.00 | 0.0 | $ - | 2.5 | $ 1,737.50 | 6.9 | $ 4,795.50 |
| 010 - Operations/Reporting | 2.9 | $ 2,015.50 | 0.0 | $ - | 131.2 | $ 91,184.00 | 134.1 | $ 93,199.50 |
| 012 - Sale/Auction | 79.6 | $ 55,322.00 | 0.0 | $ - | | $ - | 79.6 | $ 55,322.00 |
| **Totals** | **93.7** | **$ 65,121.50** | **0.4** | **$ 330.00** | **165.3** | **$ 114,883.50** | **259.4** | **$ 180,335.00** |

# Greenfields of Geneva – EXHIBIT C

| Date | Person | Activity Code | Duration | Fee |
|---|---|---|---|---|
| 7/5/2017 | Rubin, Matt | 010 - Operations/Reporting | 2.40 | $ 1,668.00 |
| | | Attention to daily cash reporting, update cash model, preparation of Week 11 cash reporting, and convert model from Week 11 and 12 | | |
| 7/5/2017 | Caine, Matthew | 012 - Sale/Auction | 1.50 | $ 1,042.50 |
| | | Attention to reporting matters on solicitation effort, update with banker on bidder discussions and next steps. | | |
| 7/6/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.10 | $ 764.50 |
| | | Attention to daily cash reporting, update cash model, and communication with Debtor's staff | | |
| 7/6/2017 | Rubin, Matt | 010 - Operations/Reporting | 3.40 | $ 2,363.00 |
| | | Attention to preparation of June MOR for Debtor staff to review | | |
| 7/6/2017 | Caine, Matthew | 012 - Sale/Auction | 0.80 | $ 556.00 |
| | | Attention to reporting matters on solicitation effort, update with banker on bidder discussions and next steps. | | |
| 7/7/2017 | Rubin, Matt | 008 - Miscellaneous | 0.50 | $ 347.50 |
| | | Attention to operational & sale update status call with Debtor's professionals including A. Rulnick, B. Dopke, and M. Caine | | |
| 7/7/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.80 | $ 1,251.00 |
| | | Attention to daily cash reporting, updates to daily cash model, review of AP Disbursement Run, communication with J. Nyberg to discussion disbursements decisions, and review of weekly cash totals to confirm compliance with cash collateral budget | | |
| 7/7/2017 | Rubin, Matt | 007 - Fee Applications & Statements | 2.30 | $ 1,598.50 |
| | | Attention to preparation of SOLIC monthly fee statement and various support documents for submission to Court | | |
| 7/7/2017 | Caine, Matthew | 008 - Miscellaneous | 0.50 | $ 347.50 |
| | | Attention to operational & sale update status call with Debtor's professionals including A. Rulnick, B. Dopke, and M. Rubin | | |
| 7/10/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.70 | $ 1,181.50 |
| | | Attention to daily cash reporting, updates to cash model, communication with Debtor staff, production of Week 12 variance report and review/analysis of such | | |
| 7/10/2017 | Caine, Matthew | 012 - Sale/Auction | 2.20 | $ 1,529.00 |
| | | Attention to solicitation efforts, review and edit draft communications. | | |
| 7/11/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.10 | $ 764.50 |
| | | Attention to daily cash reporting, update cash model, and communication with Debtor's staff | | |
| 7/11/2017 | Caine, Matthew | 012 - Sale/Auction | 1.40 | $ 973.00 |
| | | Attention to solicitation efforts, review and edit draft communications. | | |
| 7/12/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.10 | $ 764.50 |
| | | Attention to daily cash reporting, update cash model, and communication with Debtor's staff | | |
| 7/13/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.40 | $ 973.00 |
| | | Attention to daily cash reporting, update cash model, and communication with Debtor's staff | | |
| 7/13/2017 | Caine, Matthew | 012 - Sale/Auction | 3.20 | $ 2,224.00 |
| | | Attention to files in data room, occupancy trends and utilization, update on financial run-rate. | | |
| 7/14/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.40 | $ 973.00 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

1 of 5

**Greenfields of Geneva – EXHIBIT C**

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to daily cash reporting and several calls/conversations with J. Nyberg to review weekly check run | | |
| 7/14/2017 | Caine, Matthew | 012 - Sale/Auction | 1.80 | $ 1,251.00 |
| | | Attention to solicitation updates, review distribution materials, communications with HJ Sims. | | |
| 7/17/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.90 | $ 1,320.50 |
| | | Attention to daily cash reporting, communication with Debtor's staff, preparation of Quarterly Fee calculation and directions to Debtor to pay such fee, final edits to June MOR and communication with Debtor to finalize report | | |
| 7/18/2017 | Rubin, Matt | 010 - Operations/Reporting | 2.20 | $ 1,529.00 |
| | | Attention to daily cash reporting, preparation of Week 13 cash variance report and related analysis, preparation of Week 14 cash model, and daily communications with Debtor's staff | | |
| 7/18/2017 | Caine, Matthew | 010 - Operations/Reporting | 1.10 | $ 764.50 |
| | | Attention to financial trends, resident deposits, cash budget outlook. | | |
| 7/19/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.70 | $ 1,181.50 |
| | | Attention to daily cash reporting, confirmation of cash variance report to Bond Trustee and payment of Quarter US Trustee, and communication regarding June MOR | | |
| 7/19/2017 | Caine, Matthew | 010 - Operations/Reporting | 1.80 | $ 1,251.00 |
| | | Attention to financial trends, resident deposits, cash budget outlook. | | |
| 7/20/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.70 | $ 1,181.50 |
| | | Attention to daily cash reporting, communication with J. Nyberg, review June MOR and provided various comments, review of weekly AP disbursements and corresponding comments/inquiries to J. Nyberg | | |
| 7/21/2017 | Rubin, Matt | 008 - Miscellaneous | 0.50 | $ 347.50 |
| | | Attention to operational & sale update status call with Debtor's professionals including A. Rulnick, B. Dopke, and M. Caine | | |
| 7/21/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.30 | $ 903.50 |
| | | Attention to daily cash reporting, final review of June MOR, confirmation of UST payment, and communication with Debtor's staff | | |
| 7/21/2017 | Caine, Matthew | 008 - Miscellaneous | 0.50 | $ 347.50 |
| | | Attention to operational & sale update status call with Debtor's professionals including A. Rulnick, B. Dopke, and M. Rubin | | |
| 7/21/2017 | Caine, Matthew | 012 - Sale/Auction | 1.00 | $ 695.00 |
| | | Review and assess sample documentation for supporting sale process, and address with A. Rulnick | | |
| 7/24/2017 | Rubin, Matt | 010 - Operations/Reporting | 2.40 | $ 1,668.00 |
| | | Attention to daily cash reporting, preparation and analysis for Week 14 variance report, convert Week 14 model to Week 15 and representative formulas, communication with Debtor's staff, and preparation of cash summary activity for Disclosure Statement prepared by B. Dopke | | |
| 7/25/2017 | Rubin, Matt | 010 - Operations/Reporting | 0.90 | $ 625.50 |
| | | Attention to daily cash reporting and communication with Debtor's staff | | |
| 7/26/2017 | Rubin, Matt | 010 - Operations/Reporting | 2.70 | $ 1,876.50 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

2 of 5

**Greenfields of Geneva – EXHIBIT C**

| Date | Person | Activity Code | Duration | Fee |
|---|---|---|---|---|
| | | Attention to daily cash reporting and communication with Debtor's staff; Preparation of DRAFT cash collateral budget for Debtor's review | | |
| 7/27/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.70 | $ 1,181.50 |
| | | Attention to daily cash reporting and communication with Debtor's staff, communication with M. Flynn to discuss cash variance report, DRAFT cash collateral budget, and other operating matters | | |
| 7/28/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.30 | $ 903.50 |
| | | Attention to daily cash reporting, communications with Debtor's staff, and review of weekly accounts payable check run and potential impact on cash collateral budget | | |
| 7/31/2017 | Caine, Matthew | 012 - Sale/Auction | 1.60 | $ 1,112.00 |
| | | Attention to correspondence with A. Rulnick, review file of solicitation, review corresponding documentation. | | |
| 7/31/2017 | Rubin, Matt | 010 - Operations/Reporting | 2.20 | $ 1,529.00 |
| | | Attention to daily cash reporting and communication with Debtor's staff, preparation of Week 15 variance report, and updates to revised cash collateral budget and supporting schedules | | |

**$ 38,989.50**

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

3 of 5

**Greenfields of Geneva – EXHIBIT C**

| Date | Person | Activity Code | Duration | Fee |
|---|---|---|---|---|
| 8/1/2017 | Rubin, Matt | 008 - Miscellaneous | 0.50 | $ 347.50 |
| | | Attention to operational & sale update status call with Debtor's professionals including A. Rulnick, B. Dopke, and M. Caine | | |
| 8/1/2017 | Rubin, Matt | 010 - Operations/Reporting | 2.30 | $ 1,598.50 |
| | | Attention to daily cash reporting and communication with Debtor's staff; Updates to extended cash collateral budget and communication with B. Dopke regarding various changes to the forecast | | |
| 8/1/2017 | Caine, Matthew | 008 - Miscellaneous | 0.50 | $ 347.50 |
| | | Attention to operational & sale update status call with Debtor's professionals including A. Rulnick, B. Dopke, and M. Rubin | | |
| 8/2/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.30 | $ 903.50 |
| | | Attention to daily cash reporting and communication with staff, finalize weekly cash variance report for Week 15, and review AP Disbursements with J. Nyberg | | |
| 8/2/2017 | Caine, Matthew | 012 - Sale/Auction | 2.00 | $ 1,390.00 |
| | | Attention to sale process documentation, file review on background and document same.   Discuss with engagement professionals. | | |
| 8/3/2017 | Rubin, Matt | 010 - Operations/Reporting | 0.80 | $ 556.00 |
| | | Attention to daily cash reporting and communication with Debtor's staff | | |
| 8/4/2017 | Rubin, Matt | 007 - Fee Applications & Statements | 2.90 | $ 2,015.50 |
| | | Attention to preparation of first interim fee application and submission to counsel | | |
| 8/4/2017 | Rubin, Matt | 010 - Operations/Reporting | 0.70 | $ 486.50 |
| | | Attention to daily cash reporting and communication with Debtor's staff | | |
| 8/4/2017 | Caine, Matthew | 012 - Sale/Auction | 0.30 | $ 208.50 |
| | | Attention to transaction timing, milestones to get to plan support confirmation, status update on IFA documentation. | | |
| 8/7/2017 | Rubin, Matt | 007 - Fee Applications & Statements | 1.70 | $ 1,181.50 |
| | | Attention to preparation of July Fee Statement with J. Friese of SOLIC | | |
| 8/7/2017 | Rubin, Matt | 010 - Operations/Reporting | 0.50 | $ 347.50 |
| | | Attention to daily cash reporting and communication with Debtor's staff | | |
| 8/7/2017 | Caine, Matthew | 012 - Sale/Auction | 0.30 | $ 208.50 |
| | | Attention to transaction timing, milestones to get to plan support confirmation, status update on IFA documentation. | | |
| 8/8/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.40 | $ 973.00 |
| | | Attention to daily cash reporting and communication with Debtor's staff, finalization of Week 16 variance report and financial analysis, and updates to extended cash collateral budget and submission to B. Dopke | | |
| 8/9/2017 | Rubin, Matt | 010 - Operations/Reporting | 1.20 | $ 834.00 |
| | | Attention to daily cash reporting and communication with Debtor staff; Reminders to staff regarding various deadlines; Communication with Debtor and Bondholder counsel regarding reporting of future cash variance reports as it relates to language in cash collateral order | | |
| 8/10/2017 | Rubin, Matt | 010 - Operations/Reporting | 2.90 | $ 2,015.50 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

4 of 5

**Greenfields of Geneva - EXHIBIT C**

| Date | Person | Activity Code | Duration | Fee |
|---|---|---|---|---|
| 8/11/2017 | Rubin, Matt | Attention to daily cash reporting and communication with Debtor staff and preparation of July MOR package for Debtor<br>010 - Operations/Reporting | 2.10 | $ 1,459.50 |
| 8/14/2017 | Rubin, Matt | Attention to daily cash reporting, communication with Debtor's staff, and final updates to 1st DRAFT of July MOR<br>007 - Fee Applications & Statements | 1.20 | $ 834.00 |
| 8/15/2017 | Rubin, Matt | Attention to fee application questions/inquiries from Counsel and preparation of additional schedules to file SOLIC 1st interim fee application<br>010 - Operations/Reporting | 2.40 | $ 1,668.00 |
| 8/17/2017 | Caine, Matthew | Attention to daily cash reporting, updates to model for cash collateral budget #3 and preparation of new variance report<br>008 - Miscellaneous | 1.00 | $ 695.00 |
| 8/21/2017 | Rubin, Matt | Attention to update call with case professionals, discuss case status and key milestones; discussion with investment banker.<br>010 - Operations/Reporting | 1.20 | $ 834.00 |
| 8/22/2017 | Rubin, Matt | Attention to daily cash reporting, communication with Debtor's staff, and preparation of weekly variance report<br>010 - Operations/Reporting | 0.90 | $ 625.50 |
| 8/23/2017 | Rubin, Matt | Attention to daily cash reporting and communication with Debtor's staff<br>010 - Operations/Reporting | 0.40 | $ 278.00 |
| 8/24/2017 | Rubin, Matt | Attention to daily cash reporting and communication with Debtor's staff<br>010 - Operations/Reporting | 1.20 | $ 834.00 |
| 8/25/2017 | Rubin, Matt | Attention to daily cash reporting, finalization of Week 18 variance report, and review and respond to questions from Debtor's staff<br>010 - Operations/Reporting | 0.80 | $ 556.00 |
| 8/29/2017 | Rubin, Matt | Attention to daily cash reporting and communication with J. Nyberg to discuss weekly disbursements<br>010 - Operations/Reporting | 1.30 | $ 903.50 |
| 8/30/2017 | Rubin, Matt | Attention to daily cash reporting and communication with Debtor staff members and preparation of Week 19 variance report<br>010 - Operations/Reporting | 1.40 | $ 973.00 |
| 8/31/2017 | Rubin, Matt | Attention to daily cash reporting, communication with Debtor's staff, update financial model for Week 20, and weekly disbursement scheduling<br>010 - Operations/Reporting | 0.70 | $ 486.50 |
| | | Attention to daily cash reporting, communication with Debtor's staff, and review of AP payments for the week with J. Nyberg | | |
| | | | | **$ 23,560.50** |