IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRIENDSHIP VILLAGE OF | § | Case No.: 17-12470 |
| MILL CREEK, NFP, d/b/a | § | |
| GREENFIELDS OF GENEVA, | § | **Objections:**  12/20/17 @ 4:00 p.m. |
| | § | **Hearing:**  12/21/2017 @ 10:30 a.m. |
| FEIN: 20-3300991, | § | |
| | § | |
| Debtor. | § | Hon. LaShonda A. Hunt |

**NOTICE OF MOTION AND APPLICATION OF STAHL COWEN CROWLEY ADDIS, LLC FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF COSTS AND EXPENSES FOR ITS SERVICES AS THE GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR**

Please take notice that on Thursday, December 21, 2017 at 10:30 a.m., we will appear before the Honorable LaShonda A. Hunt, Judge of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Courtroom 719, Chicago, IL 60604, or such other judge as may be sitting in Judge LaShonda Hunt's place and stead, and then and there present the "Application of Stahl Cowen Crowley Addis, LLC for Final Allowance of Compensation and Reimbursement of Costs and Expenses for Its Services As The General Bankruptcy Counsel for the Debtor", a copy of which is attached hereto and is hereby served upon you.

Dated: November 30, 2017

**Friendship Village of Mill Creek, NFP, d/b/a
GreenFields of Geneva**

By: /s/    Kevin V. Hunt
One of its attorneys

Bruce Dopke, Member (ARDC # 3127052)
Ronald A. Damashek (ARDC # 6183820)
Kevin V. Hunt (ARDC# 6283126)
Melissa J. Lettiere (ARDC # 6291738)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Tel: 312-641-0060
Fax: 312-423-8188
email: bdopke@stahlcowen.com
email: rdamashek@stahlcowen.com
email: khunt@stahlcowen.com
email: mlettiere@stahlcowen.com

## CERTIFICATE OF SERVICE

I, Kevin V. Hunt, an attorney, hereby certify that I caused to be served a complete and accurate copy of the attached Notice of Motion and Application of Stahl Cowen Crowley Addis, LLC for Final Allowance of Compensation and Reimbursement of Costs and Expenses for Its Services As The General Bankruptcy Counsel for the Debtor by causing a copy of the same to be sent: (a) electronically and through the Court's electronic delivery system, to those persons who are registered to receive electronic service of process in this case as indicated below, or (b) by email, sent on or before 5:00 p.m. Central Time on November 30, 2017 to the persons whose names appear below.   A courtesy copy of the referenced documents shall also be delivered to the Clerk.


/s/ Kevin V. Hunt


Electronic Notice in addition to that sent through the ECF system:

Gretchen Silver, Esq.
Kimberly Bacher, Esq.
Office of the U.S. Trustee, Region 11
Gretchen.Silver@usdoj.gov
Kimberly.Bacher@usdoj.gov

Charles Azano, Esq.
Daniel S. Bleck, Esq.
Bond Counsel
CWAzano@mintz.com
dsbleck@mintz.com

Jeffrey C. Dan
David K. Welch
Brian P. Welch
Bond Counsel – Local
jdan@craneheyman.com
dwelch@craneheyman.com
bwelch@craneheyman.com

Mark Fisher
Counsel for Illinois Finance Authority
mfisher@schiffhardin.com

Michael Kelly
US Attorney's Office
Michael.Kelly@usdoj.gov

Jeremy Johnson
Jerry Switzer
Jean Soh
Counsel for Friendship Senior Options
jeremy.johnson@polsinelli.com
jswitzer@polsinelli.com
jsoh@polsinelli.com

John Lipinsky
Counsel for Estate of Helen White
lipinsky@ccmlawyer.com

Richard Larsen
Counsel for Nancy Knight
rlarsen@springerbrown.com

Friendship Village of Mill Creek, NFP
e-mail: notice@myfso.org

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re                                          )
                                               )
                                               )          Bankruptcy No. _____
                                               )
                    Debtor.                    )          Chapter          _____

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From    _____, _____     through _____, _____

Amount of Fees Sought:      $_____

Amount of Expense Reimbursement Sought:     $_____

This is an:          Interim Application _____          Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date<br>Filed | Period<br>Covered | Total Requested<br>(Fees & Expenses) | Total Allowed<br>(Fees & Expenses) | Fees & Expenses<br>Previously Paid |
|---|---|---|---|---|

Dated:  _____          _____
                                                                        (Counsel)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRIENDSHIP VILLAGE OF | § | Case No.: 17-12470 |
| MILL CREEK, NFP, d/b/a | § | |
| GREENFIELDS OF GENEVA, | § | ***Objections:*** 12/20/2017 @ 4:00 pm |
| | § | ***Hearing:*** 12/21/2017 @ 10:30 am |
| FEIN: 20-3300991, | § | |
| | § | |
| Debtor. | § | Hon. LaShonda A. Hunt |

**SUMMARY COVER SHEET OF FINAL FEE APPLICATION OF STAHL COWEN CROWLEY
ADDIS, LLC, GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR**

| | |
|---|---|
| Name of applicant | Stahl Cowen Crowley Addis LLC |
| Name of client | Friendship Village of Mill Creek, NFP, d/b/a GreenFields of Geneva |
| Time period covered by this application | April 20, 2017 – November 16, 2017 |
| Total compensation sought this period | $227,730.00 |
| Total expenses sought this period | $314.54 |
| Petition date | April 20, 2017 |
| Retention date | October 26, 2016 |
| Date of order approving employment | May 12, 2017 |
| Total compensation approved by interim order to date | $73,560.00 |
| Total expenses approved by interim order to date | $31.00 |
| Total allowed compensation paid to date | $73,560.00 |
| Total allowed expenses paid to date | $31.00 |
| Blended rate in this application for all attorneys | $396.67 |
| Blended rate in this application for all timekeepers | $396.67 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $68,753.80 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $181.00 |
| Number of professionals included in this application | 2 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | None |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

Dated:  November 30, 2017                    By:  _____s/ Bruce Dopke_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRIENDSHIP VILLAGE OF | § | Case No.: 17-12470 |
| MILL CREEK, NFP, d/b/a | § | |
| GREENFIELDS OF GENEVA, | § | **Objections:** 12/20/2017 @ 4:00 p.m. |
| | § | **Hearing:**  12/21/2017 @ 10:30 a.m. |
| FEIN: 20-3300991, | § | |
| | § | |
| Debtor. | § | Hon. LaShonda A. Hunt |

## APPLICATION OF STAHL COWEN
## CROWLEY ADDIS, LLC FOR FINAL ALLOWANCE OF
## COMPENSATION AND REIMBURSEMENT OF COSTS
## AND EXPENSES FOR ITS SERVICE AS THE GENERAL
## BANKRUPTCY COUNSEL FOR THE DEBTOR

Stahl Cowen Crowley Addis LLC, ("Applicant"), for its "Application of Stahl Cowen Crowley Addis, LLC For Final Allowance Of Compensation And Reimbursement Of Costs And Expenses For Its Service As General Bankruptcy Counsel For The Debtor" (the "Application"), respectfully states as follows:

1.      Friendship Village of Mill Creek, NFP, d/b/a Greenfields of Geneva, as debtor and debtor in possession (the "Debtor") filed this voluntary chapter 11 case (the "Case") on April 20, 2017.

2.      No official committee of creditors or equity holders was appointed in this Case by the United States Trustee (the "UST").

3.      The Court entered an order on May 12, 2017 (Doc. 73) which authorized Applicant to serve as the Debtor's general bankruptcy counsel.

4.      This Application is filed pursuant to 11 U.S.C. §330, Federal Rule of Bankruptcy Procedure 2016, this Court's published Local Rules, the national guidelines promulgated by the

United States Trustee and the "Order Granting Debtor's Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (Doc. 55) (the "Procedures Order").  For the convenience of the Court and parties in interest, a true copy of the Procedures Order is attached to this Application as ***Exhibit A***.

5.      The Procedures Order established a procedure for the monthly submission of fee statements to the Notice Parties specified by the order, as well as a procedure for the filing of quarterly applications for the approval and payment of interim compensation.   (Procedures Order, pars. 2 (a) and (d)).  Pursuant to those procedures, Applicant filed monthly fee statements for each monthly (or partial monthly) period of between April 2017 and October of 2017 (See Docs. 68, 86, 105, 120, 151, 175 and 208) (collectively, the "Monthly Statements").

6.      The Procedures Order limited the notice to be given concerning compensation and reimbursement requests made under that Order and under 11 U.S.C. §330 and 331 to a defined group of "Notice Parties" which included the Debtor, counsel for the bond trustee which was responsible for the substantial majority of the claims asserted against the Debtor, and the United States Trustee (Procedures Order, par. 2 (a)).[1]  The Notice Parties did not object to any of SCCA's Monthly Statements.

7.      The Procedures Order established a procedure for the filing of quarterly applications for interim compensation by estate professionals (Procedures Order, par. 2 (d)).  Pursuant to those procedures, Applicant filed its "First Interim Fee Application of Stahl Cowen Crowley Addis, LLC, General Bankruptcy Counsel For The Debtor" (the "Interim Application") on July 17, 2017 (Doc. 107).  The Interim Application sought the payment and allowance of

---

[1] As a practical matter, because each of the Monthly Statements was filed with the Court, notice of those statements was given to all parties which appeared in this Case.

$73,560.00 interim compensation and reimbursement of expenses of $31.00, incurred in the time period of April 20, 2017 and June 30, 2017 (the "Initial Time Period").

8.      The Notice Parties did not object to the Interim Application.  The Court granted the Interim Application in full and without deduction on September 14, 2017 (Doc. 160).

9.      Paragraph 2 (h) of the Procedures Order established the following procedure for requests for final application made by estate professionals at the conclusion of the Case:

> At the close of the case, on or before a date and time to be established by the Court, each Professional shall file with the Court and serve on the Notice Parties a request for final Court approval and allowance, on a final basis, pursuant to section 331 of the Bankruptcy Code, of compensation of all fees and reimbursement of expenses sought in the Monthly Fee Applications and the Interim Fee Applications, including all amounts previously withheld (the "Final Fee Application"). Unless otherwise ordered by the Court, each Notice Party will have twenty (20) days after filing and service of a Final Fee Application to object to such application (the "Objection Deadline"). Hearing on the Final Fee Application shall be held at such time as the Court deems appropriate.

10.     On September 18, 2017, the Debtor filed its Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code (the "Plan") (Doc. No. 163).

11.     The Plan was confirmed by this Court on October 26, 2017 (Doc. No. 200).

12.     The Plan became effective on November 17, 2017 (the "Effective Date").  The Debtor has duly filed a notice of the Effective Date (Doc. 210) and served notice of same on parties and interest.[2]

13.     The Debtor now operates as the "Reorganized Debtor" for purposes of the Plan.

14.     Section 2.2 of the Plan contained the following provision concerning applications for final compensation filed in this Case by professionals appointed pursuant to Section 327 of the Bankruptcy Code:

---

[2] Debtor will file a certificate of service concerning that notice within ten days of the filing of this Motion.

**2.2      Professional Compensation**. Professionals or other Persons asserting a Claim for Accrued Professional Compensation for services rendered before the Effective Date must request payment for such Professional Compensation no later than thirty (30) days after the Effective Date. All such applications be in the form required by the "Order Granting Debtor's Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals" which was entered by the Court on May 4, 2017 (Docket. 55, hereafter, the "Fee Procedures Order"). Copies of such applications shall be served on the "Notice Parties" identified by that order, each of whom may object to any such final compensation applications within the time allowed by the Fee Procedures Order. The Court shall resolve any objections filed to any timely filed application for Professional Compensation.  The Reorganized Debtor shall promptly pay any Allowed Claim for Accrued Professional Compensation from the reserves established for that purpose by this Plan, or, at its sole option, from funds of the Reorganized Debtor. For the avoidance of doubt, the Debtor shall be responsible for payment of the Professional Compensation payable pursuant to the Budget prior to the Effective Date, the Reorganized Debtor shall be responsible for payment of the holdback and other "end of case fees" as provided in the Budget.

Upon the Effective Date, any requirement that Professionals comply with Bankruptcy Code sections 327 through 331 and 1103 in seeking retention or compensation for services rendered after such date shall terminate, and the Reorganized Debtor may employ and pay any professional for services rendered or expenses incurred after the Effective Date in the ordinary course of business without any further notice to any party or action, order or approval of the Bankruptcy Court.

15.      Pursuant to paragraph 2 (h) of the Procedures Order, and the governing provisions of the Plan outlined above, this Application is a request for final allowance and payment of professional fees, and reimbursement of expenses and costs which Applicant incurred on the Debtor's behalf in the following time period:   April 20 – November 16, 2017 (the "Time Period").

16.      Applicant, as permitted by the Procedures Order, filed the Monthly Statements and, pursuant to those statements, received the payments specified below, either as permitted

offsets against its retainer in this case, or by post-petition payments made by the Debtor:

| Statement | Fees Requested | Exp/Costs | Fees Paid | Costs Paid |
|---|---|---|---|---|
| 1st (Doc 68) | $ 24,405.00 | -0- | $ 19,524.00 | $ -0- |
| 2nd (Doc 86) | $ 30,372.00 | -0- | $ 24,297.60 | $ -0- |
| 3rd (Doc 105) | $ 18,783.00 | $ 31.00 | $ 15,098.40 | $ 31.00 |
| 1st Interim App[3] | | | $ 14,640.00 | |
| 4th (Doc 120) | $ 18,420.00 | $181.00 | $ 14,736.00 | $ 181.00 |
| 5th (Doc 151) | $ 54,294.00 | -0- | $ 43,435.20 | $ -0- |
| 6th (Doc 175) | $ 31,302.00 | -0- | $ 25,041.60 | $ -0- |
| 7th (Doc 208) | $ 41,217.00 | $102.54 | $  -0- | $ -0- |
| Totals: | $218,793.00 | $314.54 | $156,772.80 | $ 212.00 |

17.     In addition to the time, expense and cost charges set forth in the Monthly Statements, Applicant incurred an additional $8,937.00 of time charges (with no expenses) between November 1 – 16, 2017.  Applicant intends to file a Monthly Statement for this time on December 11, 2017, when the Procedures Order allows such a statement to be filed.

18.     By this Application, Applicant requests: (a) final allowance of $227,730.00 of compensation (b) final allowance of $314.54 for the reimbursement of costs and expenses incurred on the Debtor's behalf in this case, for a total final allowance of compensation and reimbursement of expenses and costs of $228,044.54; and (c) payment by the Reorganized Debtor of the difference between the allowances which the Court may allow  to Applicants, and

---

[3] As noted above, the Court granted the Interim Application on September 15, 2017.  Applicant received a payment from the Debtor in the amount of $14,640.00 on November 3, 2017.

the amount which the Debtor and Reorganized Debtor has paid to Applicant as of the date that the final allowances are granted.

19.     As noted above, pursuant to the Procedures Order, the Objection Deadline for this Application is Wednesday, December 20, 2017 at 4:00 p.m. prevailing Central Time.


## Detailed Statement of Services

20.     **Exhibit B** to this Application is a summary list of the principal activities of the Applicant and the total compensation incurred for each activity for the entire Time Period (including activities between April 20 and June 30, 2017 (the Initial Time Period) which were described in detail in the Interim Application).  As set forth in Exhibit B, the time value of the services rendered by Applicant between April 20 and November 16, 2017 is $227,730.00, for 574.1 hours of time.

21.     **Exhibit C** contains a subset of the information provided in Exhibit B.  Exhibit C summaries the time incurred by Applicant in each billing category between July 1 and November 16, 2017 (the "Additional Time"). This was done to make it easier for the Court and parties in interest to assess the efforts made by Applicants (and the costs of those efforts) in the latter half of this Case.  As set forth in Exhibit C, the time value of the services rendered by Applicant between July 1 and November 16, 2017 is $154,170.00, for 388.5 hours of time.

22.     The Interim Application contained a detailed itemization of the time charges incurred by Applicant for each principal area of activity during the Initial Time Period (See Interim Application, Exhibit C, Doc. 107, pp. 20 – 56).  By this reference, Applicant incorporates the content of Exhibit C to the Interim Application into this Final Application.

23.    **_Exhibit D_** to this Final Application includes a separate description and itemization of the hours, rates, fees charged and actions taken by each of Applicant's professionals in each principal area of activity between July 1 and November 16, 2017 (hereafter, the "Later Period"), which occurred after the applicable time period of the Interim Application).   A narrative summary of the time expenditure during the Later Period appears below.

a.    <u>Asset Disposition</u>.   During the Time Period, Applicant incurred 42.9 hours of time, with a value of $17,811.00 in this category.   Of that amount, 12.1 hours of time, with a value of $4,983.00, was incurred in the Later Period.   During the Later Period, Applicant took steps necessary to move forward with the Sale Process for the Debtor's business, both before and after it became clear (on July 24, 2017) that the initial bid made by FSO was the only bid generated by the process.

b.    <u>Assumption and Rejection of Contracts</u>.   During the Time Period, Applicant incurred 46.6 hours of time, with a value of $18,033 00 in this category.   That entire amount was incurred in the Later Period.   Applicant reviewed and prepared a proposed motion to set procedures for the assumption and rejection of executory contracts.   That motion was heavily negotiated with a number of parties, including Bond Counsel.   After that motion was granted in September of 2017, was proactive in contacting contract counter-parties, in an effort which continued through the confirmation date to reconcile balances due (and cure amounts) as well as to verify the accuracy of the information provided by the client on this subject.

c.    <u>Business Operations</u>.   During the Time Period, Applicant incurred 12.4 hours of time, with a value of $5,181.00 in this category.   Of that amount, 4.2 hours of time, with a value of $1,783.00, was incurred in the Later Period.   This category includes Applicant's response to questions and issues relative to the Debtor's bank accounts, cash management system, vendor

-7-

relations, claims and the process for filing claims, the management of the Debtor's work force and other issues related to the above subjects.

d.    <u>Case Administration.</u>  During the Time Period, Applicant incurred 96.4 hours of time, with a value of $37,662.00 in this category.  Of that amount, 14.0 hours of time, with a value of $5,637.00, was incurred in the Later Period.  In the Later Period, Applicant took steps to manage the progress of this case in chapter 11, including multiple court appearances and the preparation of a motion to extend the Debtor's exclusive periods to file a plan and a disclosure statement in the Case, which the Court granted on August 31, 2017.

e.    <u>Claims Administration and Objections.</u>  During the Time Period, Applicant incurred 30.6 hours of time, with a value of $10,269.00 in this category.  Of that amount, 30.4 hours of time, with a value of $10,203.00, was incurred in the Later Period.  In the Later Period, Applicant engaged in a preliminary review of the proofs of claim which have been filed in the Case.  Later, Applicant made a determined (and successful) effort to contact all Class 4 (unsecured) claimants in order to reconcile differences between the proofs of claim filed, and the amounts shown by the debtor's records to be due, and to encourage claimants to file appropriate amendments to their filed proofs of claim.  As a result of this effort, the Court will not need to preside over the post-confirmation claim objection process which is common in cases of this kind.

f.    <u>Corporate Governance/Board Matters.</u>  During the Time Period, Applicant incurred 13.5 hours of time, with a value of $5,670.00 in this category.  Of that amount, 6.7 hours of time, with a value of $2,814.00, was incurred in the Later Period.  This time included contacts with the Special Committee of the Debtor's board, which had authority over the Sale

Process, as well as formal presentations made to the Debtor's full board and the executive committee of the Debtor's corporate manager.

g.     <u>Employment and Fee Applications.</u>     During the Time Period, Applicant incurred 52.0 hours of time, with a value of $19,176.00 in this category.  Of that amount, 30.2 hours of time, with a value of $11,010.00, was incurred in the Later Period.  This category includes:

- In July of 2017, Applicant incurred 15.9 hours of time, with a time value of $5,877.00 on four tasks.  Applicant incurred $363.00 reviewing SOLIC's third monthly fee statement (for June 2017 time), addressing the service requirements of that statement, and later, filing a certificate of no objection for that statement (as required by the administrative procedures order).  Applicant incurred $882.00 preparing its own third monthly fee statement, addressing the service requirements of that statement, and later preparing and filing a certificate of no objection for that statement.  Applicant incurred $4,401.00 preparing its first interim application for compensation and reimbursement of expenses, which application is set for hearing on August 17, 2017.  Finally, Applicant incurred $231 in fees, in correspondence with the court and other parties concerning the interim fee application.  All of the fees described above and in Applicant's prior monthly statement and its first interim fee application involve the preparation of the pleadings and summary exhibits for those pleadings.  Applicant does not charge its clients, including those clients who are in bankruptcy, for the review of its time statements, which in Applicant's view, is a matter of firm overhead.

- In August of 2017, Applicant incurred 5.1 hours of time, with a time value of $1,782.00 in this category.  This time expenditure falls into two tasks.  Applicant

incurred (i) $1,221.00 on the preparation of its Fourth Fee Statement; (ii) $231.00 on the final preparation of SOLIC's Fourth Fee Statement; and (iii) $231.00, preparing the required certificates of non-objection for both statements which was due (and filed) at month end.

- In September of 2017, Applicant incurred 2.0 hours of time, with a time value of $732.00 in this category.  This time expenditure involved 1.7 hours ($633.00) spent on the preparation of Applicant's fifth monthly fee statement; and .3 hours ($99.00) on the preparation of notices related to the SOLIC fifth monthly fee statement.

- In October of 2017, Applicant incurred 3.3 hours of time, with a time value of $1,179.00 in this category, all of which involved the preparation of Applicant's sixth monthly fee statement, and the preparation and filing of notices related to that statement (for which a certificate of no objection was prepared and filed).

- In November of 2017, Applicant incurred 3.9 hours of time, with a time value of $1,440.00 in this category, all of which involved the preparation of Applicant's seventh monthly fee statement, and the preparation and filing of notices related to that statement (for which a certificate of no objection was prepared and filed).

h.     Employment and Fee Application Objections.  During the Time Period, Applicant incurred 2.6 hours of time, with a value of $1,092.00 in this category.  Most of this time was spent in a review of the fee statements filed by SOLIC as well as the billings received from the Debtor's two noticing agents (Donlin Recano & Co. and Globic) to make sure that the charges reflected in those statements were appropriate.

-10-

i.      <u>Financing and Cash Collateral.</u>  During the Time Period, Applicant incurred 26.2 hours of time, with a value of $10,788.00 in this category.  Of that amount, 16.9 hours of time, with a value of $7,026.00, was incurred in the Later Period.  The original cash collateral order expired, by design, in August of 2017.  This was done because the Bond Trustee that held rights in cash collateral wanted an opportunity to re-set the budget once the outcome of the Sale Process became clear.  There was a certain practicality to this decision, because if the Sale Process for the Campus had resulted in a sale of the Campus to a third party, the duration and likely activities during the concluding months of this case would have been far different.  In any event, in August 2017, Applicant prepared, negotiated, filed and obtain the entry of an order approving an extension of the Debtor's authority to use cash collateral.  Toward the end of this case, when it became clear that the Debtor's plan of reorganization would not be effective until several weeks after the extended date for the Debtor's authority to use cash collateral, the Debtor negotiated a consensual extension of that authority, which was spread of record at the confirmation hearing.

j.      <u>Litigation.</u>  During the Time Period, Applicant incurred 2.4 hours of time, with a value of $945.00 in this category.  Of that amount, .3 hours of time, with a value of $126.00, was incurred in the Later Period.  This category includes contacts with the Debtor's separate counsel or adversaries in non-bankruptcy litigation in which the Debtor is involved.

k.      <u>Meetings and Communications with Creditors.</u>    During the Time Period, Applicant incurred 11.7 hours of time, with a value of $4,905.00 in this category.  Of that amount, 4.3 hours of time, with a value of $1,806.00, was incurred in the Later Period.  This category includes numerous contacts with creditors and residents who were curious about the status of the case.

l.    <u>Plan and Disclosure Statement.</u>   During the Time Period, Applicant incurred 218.2 hours of time, with a value of $88,836.00 in this category.  All of that time was incurred in the Later Period.  The effort includes the following:

- In July 2017, Applicant incurred 7.3 hours of time, with a time value of $3,066.00 in the review and extensive revision of a draft joint plan of reorganization for the Debtor which was initially prepared by counsel for the Debtor's corporate manager, Friendship Senior Options.

- In August of 2017, Applicant incurred 79.8 hours of time, with a time value of $33,057.00 in (i) continuing review and negotiation of the Plan with FSO and Bond Counsel; and (ii) work on the (extensive) factual disclosures which were added (by Applicant) to a draft Disclosure Statement received from FSO's counsel (which had blanks for the factual elements which needed to be changed).

- In September of 2017 Applicant incurred 58.2 hours of time, with a time value of $23,625.00 in this category, continuing and sometimes spirited negotiations of the amended drafts of the joint plan of reorganization for the Debtor and the second amended joint disclosure statement; (ii) similar (though less intensive) negotiations and preparation of a procedures motion relative to the solicitation process, and the notices and other documentation associated therewith.  The amended joint plan and the second amended joint disclosure statement were filed with the Court on September 18, 2017.  The Court approved the second amended joint disclosure statement as well as the Debtor's motion relative to voting solicitation procedures at the September 20, 2017 hearing in the case.  After that hearing, Applicant worked extensively with the two noticing agents employed in

-12-

this case (Globic for bond holders and Donlin Recano for non-bondholder creditors) to discuss their numerous questions and suggestions concerning the final format of the documents in the solicitation package, and to insure that the materials were timely sent to parties in interest.

- In October of 2017, Applicant incurred 69.4 hours of time, with a time value of $27,690.00:  (i) working with the service agents relative to the notice and service projects related to confirmation; (ii) preparation  for and participation in a public hearing before the Illinois Finance Authority on October 12, 2017, relative to the series 2017 tax exempt bond proposal made by the Debtor (as a component of the Plan); (iii) discussions with client staff and others concerning ways to accelerate the closing of the financing issues, following the confirmation of the Plan; (iv) prepare, review and negotiate the form of the proposed confirmation order; (v) prepared affidavits of potential witnesses for the confirmation hearing  which, after the objection deadline passed, were modified to reflect the reduced content needed; (vi) prepare the affiants to give testimony, in the event that the Court required testimony in lieu of affidavits; (vii) prepare to address the Court at the confirmation hearing; and (viii) appear at the confirmation hearing.  With respect to the confirmation hearing, Applicants took prudent steps to prepare for confirmation both under Section 1129(a) and 1129(b).  Applicants considered that a plan contest could be triggered in this case either by (a) the casting of a rejecting ballot and an objection to confirmation by a claimant whose disputed claim comprised more than half of the Class 4 claim pool; or (b) multiple rejecting ballots cast by more than 50% of the voting Class 1 claimants; or (c) both.  Had

these developments occurred, the Court would be obliged to consider whether to confirm the Plan under Section 1129(b) of the Bankruptcy Code, over the objections of the dissenters.  Any such confirmation order would require the entry of findings of fact and conclusions of law (either with an embedded confirmation order, or a separate one).  Applicant prepared comprehensive findings of fact and conclusions of law in the week of Oct. 23, 2017, and circulated a draft of the order to bond counsel.  A draft was circulated to other active parties (the US Trustee, the US Attorney and the IFA) later that same week.   There was considerable discussion among those parties concerning the form of the order, with some parties wanting more content and some wanting less.  Ultimately, when the results of the balloting became known, Applicant revised the order (to reflect a confirmation by consent), recirculated it, obtained the parties' comments and ultimately submitted an agreed form of that order to the Court on October 25, 2017, along with affidavits of Stephen Yenchek (the Debtor's chief executive officer), Michael Flynn (FSO's chief financial officer) and Aaron Rulnick (the Debtor's investment banker which managed the marketing of the Campus).  The Court entered a confirmation order on October 27, 2017.  At the time of this writing, the parties are making preparations for a closing of the Plan and the related bond financings in the week of November 13, 2017.  Applicants are confident that the Plan and the bond financings will close on schedule.

- In November of 2017, Applicant incurred 3.5 hours of time, with a time value of $1,398.00, in the final effort to work with the Debtor to help resolve the remaining issues relative to the financing (notably, the covenants involved in the

financings) and taking other steps to facilitate the successful completion of the case.

m.   <u>Reporting.</u>  During the Time Period, Applicant incurred 18.6 hours of time, with a value of $7,632.00 in this category.  Of that amount, 2.0 hours of time, with a value of $840.00, was incurred in the Later Period.  This category review of the Debtor's monthly reporting to the US Trustee as well as to the Bond Trustee (which reports were required by the orders concerning the use of cash collateral.

## **Other Required Disclosures**

7.   Applicant does not seek Court approval of compensation for the preparation of this Application, all of which occurred after the Effective Date of the Plan.  Pursuant to the Plan, Applicant will seek that compensation from the Reorganized Debtor.

8.   The professionals who rendered the services described in the Application, and the hourly rates and total fees which they incurred in the time period covered by this Application on the Debtor's behalf, is shown in Exhibit E to this Application.

9.   Applicant requests the reimbursement of a $314.54 expenses, detailed in the US Trustee Cover Sheet form that was filed with this Application.

## **Disclosures Required By US Trustee National Guidelines**

10.   <u>Comparable Compensation.</u>  A comparison of blended hourly rates charged by Applicant's professionals who rendered service to the Debtor during the time period of this Statement are:

| <u>Name</u> | <u>Blended Pre-Petition Rate</u> | <u>Blended Post-Petition Rate</u> |
|---|---|---|
| Bruce Dopke | $400.07 | $420.00 |
| Kevin Hunt | $330.00 | $330.00 |

Mr. Dopke's billing rate increased from $400.00 per hour to $420.00 per hour effective on April 2, 2017.   That rate increase was the first rate increase made for Mr. Dopke since his engagement for the Debtor commenced in November of 2015.

11.    <u>Titles and status of professionals working on this matter</u>.  As noted above, Exhibit D to this Application identifies the individual professionals who worked on this matter during the time period subject to this Application.   All of those professionals are "members" of the Applicant, and therefore, are also attorneys (as opposed to paralegals or other professional persons).

12.    <u>Budgeting</u>.  The cash collateral orders entered by the Court set maximum amounts which Applicant could receive (from cash collateral) for the services which it rendered to the Debtor in this case.   Under these orders and budgets, Applicant had the ability to utilize up to $460,000.00 of cash collateral to cover its fees, expenses and costs from the start to the finish of the reorganization process in this case which ended on November 16, 2017.   As shown in this Application, Applicant incurred professional fees, expenses and costs totaling $228,044.54, which represents approximately 50% of its cash collateral budget.   Applicant has kept its professional fees at relatively low levels by limiting the staffing of this case, completing those tasks which needed to be done with skill and efficiency, and most importantly, through the savings achieved by taking the time to negotiate solutions to the many, many issues which arose in this case, which, but for those efforts, would have magnified the ultimate cost of this engagement to the Debtor and the parties affected by the Case.

13.    <u>Staffing</u>.  Although this case is a "mega case" from the regulatory perspective if the US Trustee, Applicant believes that the Debtor's case can be managed efficiently with the two timekeepers who are currently working on the matter (Messrs. Dopke and Hunt).   The

-16-

additional resources available in the Applicant's firm will be tapped only if there is a need for

additional assistance or a need for the kinds of skills that other members of Applicant possess.

Apart from motions relating to the possible exit plan for the case, and certain other actions which

the Debtor may take to provide additional assurance to residents with respect to their privacy and

other interests, Applicant presently does not anticipate that there will be substantial litigation in

this case over claims, avoiding powers, or other litigation.

## **Notice**

14.     Pursuant to the terms of the Procedures Order, this Interim Fee Application will

be served on the Notice Parties and the Other Parties through the ECF system maintained by the

Clerk.  A physical courtesy copy of the Application will be delivered to the Clerk, and the Notice

Parties and Service Parties will receive a copy of that letter and Application by email.  The

Exhibits to the Application are searchable (as required by the US Trustee's guidelines).

WHEREFORE, Stahl Cowen Crowley Addis LLC respectfully requests that the Court

enter a final allowance to Applicant of (a) $227,730.00 compensation; (b) a final allowance of

$314.54 for the reimbursement of costs and expenses incurred on the Debtor's behalf in this

case, for a total final allowance of compensation and reimbursement of expenses and costs of

$228,044.54; and (c) an order which authorizes and directs the Reorganized Debtor to pay

Applicant of the difference between the allowances which the Court may allow  to Applicants,

and the amount which the Debtor and Reorganized Debtor has paid to Applicant as of the date

that the final allowances are granted; and (d) for such other relief as the Court deems just.

Dated: November 30, 2017                    STAHL COWEN CROWLEY ADDIS LLC

                                    By:    /s/ Bruce Dopke                        

Bruce Dopke, Member (ARDC # 3127052)
Kevin V. Hunt (ARDC# 6283126)
Stahl Cowen Crowley Addis, LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Tel: 312-641-0060
Fax: 312-423-8189
email: bdopke@stahlcowen.com
email: khunt@stahlcowen.com

v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:   17-12470
FRIENDSHIP VILLAGE OF                      )
MILL CREEK, NFP, d/b/a                     )
GREENFIELDS OF GENEVA,                     )          Chapter:  11
                                           )          Honorable LaShonda A. Hunt
FEIN: 20-3300991,                          )
              Debtor(s)                    )

**Order Granting Debtor's Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals**

Upon the Debtor's Motion for Administrative Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (the "Motion"); and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. Except as may otherwise be provided in orders of the Court authorizing the retention of specific Professionals, all Professionals in this case may seek interim monthly payment of compensation and reimbursement of expenses in accordance with the following procedures (collectively, the "Interim Compensation Procedures"):

a) For interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred from April 20, 2017 through April 30, 2017, each Professional seeking compensation will file with the Court an application (a "Monthly Fee Application") no earlier than May 10, 2017. For interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during May 2017 and each month thereafter, each Professional seeking compensation will file with the Court a Monthly Fee Application no earlier than the tenth (10th) day of the month immediately following the month in which the services were rendered or the expenses were incurred. Each Professional filing a Monthly Fee Application will serve a copy of such Monthly Fee Application by hand, overnight delivery, or email on: (i) counsel to the Debtor, Stahl Cowen Crowley Addis LLC, 55 W. Monroe St., Ste. 1200, Chicago, IL 60603 (Attn: Bruce Dopke) (bdopke@stahlcowen.com) (ii) the Office of the United States Trustee (the "U.S. Trustee"), 227 W. Monroe St., Ste. 3350, Chicago, IL 60606; (iii) counsel to the Bond Trustee, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Attn: Daniel S. Bleck, Esq., One Financial Center, Boston, MA 02111, e-mail: dsbleck@mintz.com; and (iv) counsel to any statutory Committee in this Chapter 11 Case (individually, a "Notice Party" and collectively, the "Notice Parties"). Any Professional that fails to file a Monthly Fee Application for a particular month or months may subsequently submit a consolidated Monthly Fee Application for such month or months. All Monthly Fee Applications shall comply with the Bankruptcy Code, the Bankruptcy Rules, applicable Seventh Circuit law, Local Rules, or any orders of the Court. For those Professionals who bill by the hour, each Monthly Fee Application must contain detailed time entries for each individual in increments of tenths (1/10) of an hour (unless the Court specifically orders

otherwise). Each Monthly Fee Application and any notice thereof shall display clearly and conspicuously the deadline to timely file an objection to such Monthly Fee Application.

b) Each Notice Party shall have until 4:00 p.m. (prevailing Central time) on the twentieth (20th) day (or the next business day if the twentieth day is not a business day) following service of the Monthly Fee Application (the "Objection Deadline") to object to the requested fees and expenses in accordance with the procedures described in subparagraph (c) below. Upon expiration of the Objection Deadline, a Professional may file a certificate of no objection with the Court with respect to the unopposed portion of the fees and expenses requested in its Monthly Fee Application (a "CNO"). After a CNO is filed, the Debtor is authorized and directed to pay the Professional an amount (the "Actual Monthly Payment") equal to the lesser of: (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the applicable Monthly Fee Application (the "Maximum Monthly Payment"); and (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the applicable Monthly Fee Application that are not subject to an objection pursuant to subparagraph (c) below (the "Incremental Amount").

c) If any Notice Party wishes to object to a Professional's Monthly Fee Application, it must: (i) file a written objection (an "Objection") with the Court on or before the Objection Deadline; and (ii) serve the Objection on the affected Professional and each of the other Notice Parties so that it is received by each of those parties on or before the Objection Deadline. Thereafter, the objecting party and the affected Professional may attempt to resolve the Objection on a consensual basis. If the parties are unable to reach a resolution of the Objection, the affected Professional may either: (i) file a request with the Court for payment of the Incremental Amount; or (ii) forego payment of the Incremental Amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the Objection if requested by the parties.

d) At quarterly intervals or such other intervals convenient to the Court (the "Interim Fee Period"), each Professional may file with the Court and serve on the Notice Parties a request (an "Interim Fee Application") for interim Court approval and allowance of the compensation and reimbursement of expenses sought by such Professional in its Monthly Fee Applications filed during the Interim Fee Period, pursuant to section 331 of the Bankruptcy Code. The Interim Fee Application must include a brief description identifying: (i) the Monthly Fee Applications that are the subject of the request; (ii) the amount of fees and expenses requested; (iii) the amount of fees and expenses paid to date or subject to an Objection; (iv) the deadline for parties and the Notice Parties to file objections (the "Additional Objections") to the Interim Fee Application; and (v) any other information requested by the Court or required by the Local Rules or the Guidelines for Reviewing Applications for Compensation and Reimbursement for Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "Revised UST Guidelines"). Each Professional must file and serve its Interim Fee Application within forty-five (45) days of the conclusion of the Interim Fee Period for which the request seeks allowance of fees and reimbursement of expenses. The first Interim Fee Application shall cover the time between the Petition Date through and including June 30, 2017, and shall be filed on or before July 10, 2017. Objections, if any, to the Interim Fee Application shall be filed and served upon the affected Professional and the Notice Parties so as to be received on or before the twentieth (20th) day (or the next business day if such day is not a business day) following service of the applicable Interim Fee Application. Courtesy copies of all Interim Fee Applications must also be provided to the Clerk's Office within seven (7) days of filing. LAH

e) If no Objections are pending and no Additional Objections are timely filed, the Court may grant an Interim Fee Application without a hearing.

f) The pendency of an Objection to payment of compensation or reimbursement of expenses will not disqualify a Professional from the future payment of compensation or reimbursement of expenses under the Interim Compensation Procedures.

g) Neither (i) the payment of or the failure to pay, in whole or in part, monthly interim compensation and reimbursement of expenses under the Interim Compensation Procedures nor (ii) the filing of or failure to file an Objection will bind any party in interest or the Court with respect to the allowance of interim or final applications for compensation and reimbursement of expenses of Professionals. All fees and expenses paid to Professionals under the Interim Compensation Procedures are subject to disgorgement until final allowance by the Court.

h) At the close of the case, on or before a date and time to be established by the Court, each Professional shall file with the Court and serve on the Notice Parties a request for final Court approval and allowance, on a final basis, pursuant to section 331 of the Bankruptcy Code, of compensation of all fees and reimbursement of expenses sought in the Monthly Fee Applications and the Interim Fee Applications, including all amounts previously withheld (the "Final Fee Application"). Unless otherwise ordered by the Court, each Notice Party will have twenty (20) days after filing and service of a Final Fee Application to object to such application (the "Objection Deadline"). Hearing on the Final Fee Application shall be held at such time as the Court deems appropriate.

3. Only the Notice Parties shall be entitled to receive the Monthly Fee Applications, the Interim Fee Applications, any final fee applications and the notices of hearing relating thereto (the "Hearing Notices"), and all other parties who have filed a request for service pursuant to Bankruptcy Rule 2002 shall be entitled to receive only the Hearing Notices.

4. The Debtor will include all payments made to Professionals in accordance with the Interim Compensation Procedures in its monthly operating reports, identifying the amount paid to each Professional.

5. All time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, and 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. Professionals who are attorneys shall make reasonable efforts to format their monthly, interim and final applications for compensation and reimbursement of costs and expenses in a manner consistent with the standards set forth in the "Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013" promulgated by the United States Trustee.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: 5/3/2017

**Prepared by:**
Bruce Dopke (ARDC: 3127052)
Kevin Hunt (ARDC:6283126)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200, Chicago, IL 60603
Tel: 312-641-0060 / 847-524-4811
Fax: 312-423-8189
email: bdopke@stahlcowen.com
email:khunt@stahlcowen.com

Rev: 20170105_bko

Date: 11/30/2017 **Tabs3 Client Ledger Report** Page: 1
Stahl Cowen Crowley Addis LLC

Thru 11/30/2017

| Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| **35125.002M  FVMC Chapter 11** | | | | | | | | | | |
| RE: Asset Disposition | | | | | | | | | | |
| 05/01/2017 | 1 | 748191 | 3,825.00 | 9.30 | | | | | 3,825.00 | 3,825.00 |
| 05/31/2017 | 2 | 748285 | | | | | 3,060.00R | | | 765.00 |
| 06/01/2017 | 3 | 748285 | 5,913.00 | 14.10 | | | | | 5,913.00 | 6,678.00 |
| 06/30/2017 | 8 | 750300 | | | | | 4,730.40R | 748285 | | 1,947.60 |
| 07/03/2017 | 4 | 749171 | 3,090.00 | 7.40 | | | | | 3,090.00 | 5,037.60 |
| 07/31/2017 | 9 | 750300 | | | | | 2,472.00R | 749171 | | 2,565.60 |
| 08/01/2017 | 10 | 750300 | 4,689.00 | 11.40 | 181.00 | | | | 4,870.00 | 7,435.60 |
| 08/31/2017 | 11 | 750794 | | | | | 3,896.00R | 750300 | | 3,539.60 |
| 08/31/2017 | 12 | 750794 | | | | | 36.20R | 750300 | | 3,503.40 |
| 09/01/2017 | 13 | 750794 | 168.00 | 0.40 | | | | | 168.00 | 3,671.40 |
| 09/30/2017 | 20 | 752053 | | | | | 134.40R | 750794 | | 3,537.00 |
| 10/02/2017 | 21 | 752053 | 126.00 | 0.30 | | | | | 126.00 | 3,663.00 |
| 11/01/2017 | 25 | 752731 | | | | | | | | 3,663.00 |
| 11/03/2017 | 22 | 752731 | | | | | 100.80R | 752053 | | 3,562.20 |
| 11/03/2017 | 23 | 752731 | | | | | 2,565.60R | 748191 | | 996.60 |
| 11/03/2017 | 24 | 752731 | | | | | 571.20R | 750300 | | 425.40 |
| 11/30/2017 | 26 | 753000 | | | | | | | | 425.40 |
| Subtotal | | | 17,811.00 | 42.90 | 181.00 | | 17,566.60 | | 17,992.00 | 425.40 |
| **35125.003M  FVMC Chapter 11** | | | | | | | | | | |
| RE: Assumption/Rejection Contracts | | | | | | | | | | |
| 08/01/2017 | 2 | 750301 | 1,638.00 | 3.90 | | | | | 1,638.00 | 1,638.00 |
| 08/31/2017 | 3 | 750795 | | | | | 1,310.40R | 750301 | | 327.60 |
| 09/01/2017 | 4 | 750795 | 6,015.00 | 14.60 | | | | | 6,015.00 | 6,342.60 |
| 09/30/2017 | 11 | 752054 | | | | | 4,812.00R | 750795 | | 1,530.60 |
| 10/02/2017 | 12 | 752054 | 5,811.00 | 15.40 | | | | | 5,811.00 | 7,341.60 |
| 11/01/2017 | 14 | 752732 | 4,569.00 | 12.70 | | | | | 4,569.00 | 11,910.60 |
| 11/03/2017 | 13 | 752732 | | | | | 4,648.80R | 752054 | | 7,261.80 |
| 11/30/2017 | 15 | 753001 | | | | | | | | 7,261.80 |
| Subtotal | | | 18,033.00 | 46.60 | | | 10,771.20 | | 18,033.00 | 7,261.80 |
| **35125.005M  FVMC Chapter 11** | | | | | | | | | | |
| RE: Business Operations | | | | | | | | | | |
| 05/01/2017 | 1 | 748192 | 84.00 | 0.20 | | | | | 84.00 | 84.00 |
| 05/31/2017 | 2 | 748286 | | | | | 67.20R | | | 16.80 |
| 06/01/2017 | 3 | 748286 | 1,830.00 | 4.40 | | | | | 1,830.00 | 1,846.80 |
| 06/30/2017 | 8 | 750302 | | | | | 1,464.00R | 748286 | | 382.80 |
| 07/03/2017 | 4 | 749172 | 1,503.00 | 3.60 | | | | | 1,503.00 | 1,885.80 |
| 07/31/2017 | 9 | 750302 | | | | | 1,202.40R | 749172 | | 683.40 |
| 08/01/2017 | 10 | 750302 | 168.00 | 0.40 | | | | | 168.00 | 851.40 |
| 08/31/2017 | 11 | 750796 | | | | | 134.40R | 750302 | | 717.00 |
| 09/01/2017 | 12 | 750796 | | | | | | | | 717.00 |
| 10/02/2017 | 15 | 752055 | | | | | | | | 717.00 |
| 11/01/2017 | 17 | 752733 | 1,512.00 | 3.60 | | | | | 1,512.00 | 2,229.00 |
| 11/03/2017 | 16 | 752733 | | | | | 683.40R | 748192 | | 1,545.60 |
| 11/30/2017 | 18 | 753002 | 84.00 | 0.20 | | | | | 84.00 | 1,629.60 |
| Subtotal | | | 5,181.00 | 12.40 | | | 3,551.40 | | 5,181.00 | 1,629.60 |
| **35125.006M  FVMC Chapter 11** | | | | | | | | | | |
| RE: Case Administration | | | | | | | | | | |
| 05/01/2017 | 1 | 748193 | 13,632.00 | 36.10 | | | | | 13,632.00 | 13,632.00 |
| 05/31/2017 | 2 | 748287 | | | | | 10,905.60R | | | 2,726.40 |
| 06/01/2017 | 3 | 748287 | 12,639.00 | 31.10 | | | | | 12,639.00 | 15,365.40 |
| 06/30/2017 | 8 | 750303 | | | | | 10,111.20R | 748287 | | 5,254.20 |
| 07/03/2017 | 4 | 749173 | 5,754.00 | 15.20 | 31.00 | | | | 5,785.00 | 11,039.20 |
| 07/31/2017 | 9 | 750303 | | | | | 4,628.00R | 749173 | | 6,411.20 |
| 08/01/2017 | 10 | 750303 | 687.00 | 1.70 | | | | | 687.00 | 7,098.20 |

EXHIBIT B TO APPLICATION OF SCCA FOR FINAL ALLOWANCE OF COMPENSATION

Date: 11/30/2017

**Tabs3 Client Ledger Report**
Stahl Cowen Crowley Addis LLC

Page: 2

Thru 11/30/2017

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **35125.006M  FVMC Chapter 11** | | *(continued)* | | | | | | | | | |
| | 08/31/2017 | 11 | 750797 | | | | | 549.60R | 750303 | | 6,548.60 |
| | 09/01/2017 | 12 | 750797 | 3,846.00 | 9.50 | | | | | 3,846.00 | 10,394.60 |
| | 09/30/2017 | 19 | 752056 | | | | | 3,076.80R | 750797 | | 7,317.80 |
| | 10/02/2017 | 20 | 752056 | 420.00 | 1.00 | | | | | 420.00 | 7,737.80 |
| | 11/01/2017 | 23 | 752734 | 684.00 | 1.80 | | | | | 684.00 | 8,421.80 |
| | 11/03/2017 | 21 | 752734 | | | | | 336.00R | 752056 | | 8,085.80 |
| | 11/03/2017 | 22 | 752734 | | | | | 6,411.20R | 748193 | | 1,674.60 |
| | 11/30/2017 | 24 | 753003 | | | | | | | | 1,674.60 |
| | Subtotal | | | 37,662.00 | 96.40 | 31.00 | | 36,018.40 | | 37,693.00 | 1,674.60 |

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **35125.007M  FVMC Chapter 11** | | | | | | | | | | | |
| RE: Claims Administration & Objections | | | | | | | | | | | |
| | 06/01/2017 | 1 | 748288 | 66.00 | 0.20 | | | | | 66.00 | 66.00 |
| | 06/30/2017 | 4 | 750304 | | | | | 52.80R | 748288 | | 13.20 |
| | 08/01/2017 | 5 | 750304 | 363.00 | 1.10 | | | | | 363.00 | 376.20 |
| | 08/31/2017 | 6 | 750798 | | | | | 290.40R | 750304 | | 85.80 |
| | 09/01/2017 | 7 | 750798 | 4,080.00 | 12.20 | | | | | 4,080.00 | 4,165.80 |
| | 09/30/2017 | 14 | 752057 | | | | | 3,264.00R | 750798 | | 901.80 |
| | 10/02/2017 | 15 | 752057 | 84.00 | 0.20 | | | | | 84.00 | 985.80 |
| | 11/01/2017 | 18 | 752735 | 3,651.00 | 10.90 | 60.00 | | | | 3,711.00 | 4,696.80 |
| | 11/03/2017 | 16 | 752735 | | | | | 67.20R | 752057 | | 4,629.60 |
| | 11/03/2017 | 17 | 752735 | | | | | 13.20R | 748288 | | 4,616.40 |
| | 11/30/2017 | 19 | 753004 | 2,025.00 | 6.00 | | | | | 2,025.00 | 6,641.40 |
| | Subtotal | | | 10,269.00 | 30.60 | 60.00 | | 3,687.60 | | 10,329.00 | 6,641.40 |

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **35125.008M  FVMC Chapter 11** | | | | | | | | | | | |
| RE: Corporate Governance/Board Matters | | | | | | | | | | | |
| | 05/01/2017 | 1 | 748194 | 588.00 | 1.40 | | | | | 588.00 | 588.00 |
| | 05/31/2017 | 2 | 748289 | | | | | 470.40R | | | 117.60 |
| | 06/01/2017 | 3 | 748289 | 168.00 | 0.40 | | | | | 168.00 | 285.60 |
| | 06/30/2017 | 8 | 750305 | | | | | 134.40R | 748289 | | 151.20 |
| | 07/03/2017 | 4 | 749174 | 2,100.00 | 5.00 | | | | | 2,100.00 | 2,251.20 |
| | 07/31/2017 | 9 | 750305 | | | | | 1,680.00R | 749174 | | 571.20 |
| | 08/01/2017 | 10 | 750305 | 462.00 | 1.10 | | | | | 462.00 | 1,033.20 |
| | 08/31/2017 | 16 | 752039 | | | | | 369.60R | 750305 | | 663.60 |
| | 09/01/2017 | 17 | 752039 | 840.00 | 2.00 | | | | | 840.00 | 1,503.60 |
| | 09/30/2017 | 20 | 752058 | | | | | 672.00R | | | 831.60 |
| | 10/02/2017 | 21 | 752058 | | | | | | | | 831.60 |
| | 11/01/2017 | 22 | 752736 | 924.00 | 2.20 | | | | | 924.00 | 1,755.60 |
| | 11/30/2017 | 23 | 753005 | 588.00 | 1.40 | | | | | 588.00 | 2,343.60 |
| | Subtotal | | | 5,670.00 | 13.50 | | | 3,326.40 | | 5,670.00 | 2,343.60 |

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **35125.009M  FVMC Chapter 11** | | | | | | | | | | | |
| RE: Employment and Fee Applications | | | | | | | | | | | |
| | 05/01/2017 | 1 | 748195 | 1,491.00 | 4.00 | | | | | 1,491.00 | 1,491.00 |
| | 05/31/2017 | 2 | 748290 | | | | | 1,192.80R | | | 298.20 |
| | 06/01/2017 | 3 | 748290 | 4,407.00 | 11.50 | | | | | 4,407.00 | 4,705.20 |
| | 06/30/2017 | 8 | 750306 | | | | | 3,525.60R | 748290 | | 1,179.60 |
| | 07/03/2017 | 4 | 749175 | 2,268.00 | 6.30 | | | | | 2,268.00 | 3,447.60 |
| | 07/31/2017 | 9 | 750306 | | | | | 1,814.40R | 749175 | | 1,633.20 |
| | 08/01/2017 | 10 | 750306 | 5,877.00 | 15.90 | | | | | 5,877.00 | 7,510.20 |
| | 08/31/2017 | 11 | 750800 | | | | | 4,701.60R | 750306 | | 2,808.60 |
| | 09/01/2017 | 12 | 750800 | 1,782.00 | 5.10 | | | | | 1,782.00 | 4,590.60 |
| | 09/30/2017 | 19 | 752059 | | | | | 1,425.60R | 750800 | | 3,165.00 |
| | 10/02/2017 | 20 | 752059 | 732.00 | 2.00 | | | | | 732.00 | 3,897.00 |
| | 11/01/2017 | 23 | 752737 | 1,179.00 | 3.30 | | | | | 1,179.00 | 5,076.00 |
| | 11/03/2017 | 21 | 752737 | | | | | 585.60R | 752059 | | 4,490.40 |
| | 11/03/2017 | 22 | 752737 | | | | | 1,633.20R | 748195 | | 2,857.20 |

Date: 11/30/2017

**Tabs3 Client Ledger Report**
Stahl Cowen Crowley Addis LLC

Page: 3

Thru 11/30/2017

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **35125.009M  FVMC Chapter 11** | *(continued)* | | | | | | | | | | |
| | 11/30/2017 | 24 | 753006 | 1,440.00 | 3.90 | | | | | 1,440.00 | 4,297.20 |
| | Subtotal | | | 19,176.00 | 52.00 | | | 14,878.80 | | 19,176.00 | 4,297.20 |
| **35125.010M  FVMC Chapter 11** | | | | | | | | | | | |
| RE: Employment and Fee Applications Objections | | | | | | | | | | | |
| | 08/01/2017 | 2 | 750307 | 336.00 | 0.80 | | | | | 336.00 | 336.00 |
| | 08/31/2017 | 3 | 750801 | | | | | 268.80R | 750307 | | 67.20 |
| | 09/01/2017 | 4 | 750801 | 378.00 | 0.90 | | | | | 378.00 | 445.20 |
| | 09/30/2017 | 11 | 752060 | | | | | 302.40R | 750801 | | 142.80 |
| | 10/02/2017 | 12 | 752060 | 210.00 | 0.50 | | | | | 210.00 | 352.80 |
| | 11/01/2017 | 14 | 752738 | 84.00 | 0.20 | | | | | 84.00 | 436.80 |
| | 11/03/2017 | 13 | 752738 | | | | | 168.00R | 752060 | | 268.80 |
| | 11/30/2017 | 15 | 753007 | 84.00 | 0.20 | | | | | 84.00 | 352.80 |
| | Subtotal | | | 1,092.00 | 2.60 | | | 739.20 | | 1,092.00 | 352.80 |
| **35125.011M  FVMC Chapter 11** | | | | | | | | | | | |
| RE: Financing and Cash Collateral | | | | | | | | | | | |
| | 05/01/2017 | 1 | 748196 | 2,712.00 | 6.80 | | | | | 2,712.00 | 2,712.00 |
| | 05/31/2017 | 2 | 748291 | | | | | 2,169.60R | | | 542.40 |
| | 06/01/2017 | 3 | 748291 | 672.00 | 1.60 | | | | | 672.00 | 1,214.40 |
| | 06/30/2017 | 8 | 750308 | | | | | 537.60R | 748291 | | 676.80 |
| | 07/03/2017 | 4 | 749176 | 378.00 | 0.90 | | | | | 378.00 | 1,054.80 |
| | 07/31/2017 | 9 | 750308 | | | | | 302.40R | 749176 | | 752.40 |
| | 08/01/2017 | 10 | 750308 | 210.00 | 0.50 | | | | | 210.00 | 962.40 |
| | 08/31/2017 | 11 | 750802 | | | | | 168.00R | 750308 | | 794.40 |
| | 09/01/2017 | 12 | 750802 | 3,582.00 | 8.70 | | | | | 3,582.00 | 4,376.40 |
| | 09/30/2017 | 19 | 752061 | | | | | 2,865.60R | 750802 | | 1,510.80 |
| | 10/02/2017 | 20 | 752061 | 126.00 | 0.30 | | | | | 126.00 | 1,636.80 |
| | 11/01/2017 | 23 | 752739 | 126.00 | 0.30 | | | | | 126.00 | 1,762.80 |
| | 11/03/2017 | 21 | 752739 | | | | | 100.80R | 752061 | | 1,662.00 |
| | 11/03/2017 | 22 | 752739 | | | | | 752.40R | 748196 | | 909.60 |
| | 11/30/2017 | 24 | 753008 | 2,982.00 | 7.10 | | | | | 2,982.00 | 3,891.60 |
| | Subtotal | | | 10,788.00 | 26.20 | | | 6,896.40 | | 10,788.00 | 3,891.60 |
| **35125.012M  FVMC Chapter 11** | | | | | | | | | | | |
| RE: Litigation | | | | | | | | | | | |
| | 05/01/2017 | 1 | 748197 | 249.00 | 0.70 | | | | | 249.00 | 249.00 |
| | 05/31/2017 | 2 | 748292 | | | | | 199.20R | | | 49.80 |
| | 06/01/2017 | 3 | 748292 | 360.00 | 0.90 | | | | | 360.00 | 409.80 |
| | 06/30/2017 | 8 | 750309 | | | | | 288.00R | 748292 | | 121.80 |
| | 07/03/2017 | 4 | 749177 | 210.00 | 0.50 | | | | | 210.00 | 331.80 |
| | 07/31/2017 | 9 | 750309 | | | | | 168.00R | 749177 | | 163.80 |
| | 08/01/2017 | 10 | 750309 | 126.00 | 0.30 | | | | | 126.00 | 289.80 |
| | 08/31/2017 | 11 | 750803 | | | | | 100.80R | 750309 | | 189.00 |
| | 09/01/2017 | 12 | 750803 | | | | | | | | 189.00 |
| | 10/02/2017 | 15 | 752062 | | | | | | | | 189.00 |
| | 11/01/2017 | 17 | 752740 | | | | | | | | 189.00 |
| | 11/03/2017 | 16 | 752740 | | | | | 163.80R | 748197 | | 25.20 |
| | 11/30/2017 | 18 | 753009 | | | | | | | | 25.20 |
| | Subtotal | | | 945.00 | 2.40 | | | 919.80 | | 945.00 | 25.20 |
| **35125.013M  FVMC Chapter 11** | | | | | | | | | | | |
| RE: Meetings and Communications with Creditors | | | | | | | | | | | |
| | 05/01/2017 | 1 | 748198 | 294.00 | 0.70 | | | | | 294.00 | 294.00 |
| | 05/31/2017 | 2 | 748293 | | | | | 235.20R | | | 58.80 |
| | 06/01/2017 | 3 | 748293 | 1,671.00 | 4.00 | | | | | 1,671.00 | 1,729.80 |

Date: 11/30/2017

**Tabs3 Client Ledger Report**
Stahl Cowen Crowley  Addis LLC

Page: 4

Thru 11/30/2017

**35125.013M  FVMC Chapter 11**

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (continued) | | | | | | | | | |
| | 06/30/2017 | 8 | 750310 | | | | | 1,336.80R | 748293 | | 393.00 |
| | 07/03/2017 | 4 | 749178 | 1,134.00 | 2.70 | | | | | 1,134.00 | 1,527.00 |
| | 07/31/2017 | 9 | 750310 | | | | | 907.20R | 749178 | | 619.80 |
| | 08/01/2017 | 10 | 750310 | 462.00 | 1.10 | | | | | 462.00 | 1,081.80 |
| | 08/31/2017 | 11 | 750804 | | | | | 369.60R | 750310 | | 712.20 |
| | 09/01/2017 | 12 | 750804 | 378.00 | 0.90 | | | | | 378.00 | 1,090.20 |
| | 09/30/2017 | 17 | 752063 | | | | | 302.40R | 750804 | | 787.80 |
| | 10/02/2017 | 18 | 752063 | | | | | | | | 787.80 |
| | 11/01/2017 | 20 | 752741 | 672.00 | 1.60 | | | | | 672.00 | 1,459.80 |
| | 11/03/2017 | 19 | 752741 | | | | | 619.80R | 748198 | | 840.00 |
| | 11/30/2017 | 21 | 753010 | 294.00 | 0.70 | | | | | 294.00 | 1,134.00 |
| | Subtotal | | | 4,905.00 | 11.70 | | | 3,771.00 | | 4,905.00 | 1,134.00 |

**35125.015M  FVMC Chapter 11**
RE: Plan and Disclosure Statement

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08/01/2017 | 2 | 750311 | 3,066.00 | 7.30 | | | | | 3,066.00 | 3,066.00 |
| | 08/31/2017 | 3 | 750805 | | | | | 2,452.80R | 750311 | | 613.20 |
| | 09/01/2017 | 4 | 750805 | 33,057.00 | 79.80 | | | | | 33,057.00 | 33,670.20 |
| | 09/30/2017 | 11 | 752064 | | | | | 26,445.60R | 750805 | | 7,224.60 |
| | 10/02/2017 | 12 | 752064 | 23,625.00 | 58.20 | | | | | 23,625.00 | 30,849.60 |
| | 11/01/2017 | 14 | 752742 | 27,690.00 | 69.40 | 42.54 | | | | 27,732.54 | 58,582.14 |
| | 11/03/2017 | 13 | 752742 | | | | | 18,900.00R | 752064 | | 39,682.14 |
| | 11/30/2017 | 15 | 753011 | 1,398.00 | 3.50 | | | | | 1,398.00 | 41,080.14 |
| | Subtotal | | | 88,836.00 | 218.20 | 42.54 | | 47,798.40 | | 88,878.54 | 41,080.14 |

**35125.018M  FVMC Chapter 11**
RE: Reporting

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/01/2017 | 1 | 748199 | 1,530.00 | 3.90 | | | | | 1,530.00 | 1,530.00 |
| | 05/31/2017 | 2 | 748294 | | | | | 1,224.00R | | | 306.00 |
| | 06/01/2017 | 3 | 748294 | 2,646.00 | 6.30 | | | | | 2,646.00 | 2,952.00 |
| | 06/30/2017 | 9 | 750312 | | | | | 2,116.80R | 748294 | | 835.20 |
| | 07/03/2017 | 4 | 749179 | 2,346.00 | 6.40 | | | | | 2,346.00 | 3,181.20 |
| | 07/31/2017 | 10 | 750312 | | | | | 1,876.80R | 749179 | | 1,304.40 |
| | 07/31/2017 | 11 | 750312 | | | | | 78.20R | 749179 | | 1,226.20 |
| | 08/01/2017 | 12 | 750312 | 336.00 | 0.80 | | | | | 336.00 | 1,562.20 |
| | 08/31/2017 | 13 | 750806 | | | | | 268.80R | 750312 | | 1,293.40 |
| | 09/01/2017 | 14 | 750806 | 168.00 | 0.40 | | | | | 168.00 | 1,461.40 |
| | 09/30/2017 | 21 | 752065 | | | | | 134.40R | 750806 | | 1,327.00 |
| | 10/02/2017 | 22 | 752065 | 168.00 | 0.40 | | | | | 168.00 | 1,495.00 |
| | 11/01/2017 | 25 | 752743 | 126.00 | 0.30 | | | | | 126.00 | 1,621.00 |
| | 11/03/2017 | 23 | 752743 | | | | | 134.40R | 752065 | | 1,486.60 |
| | 11/03/2017 | 24 | 752743 | | | | | 1,226.20R | 748199 | | 260.40 |
| | 11/30/2017 | 26 | 753012 | 42.00 | 0.10 | | | | | 42.00 | 302.40 |
| | Subtotal | | | 7,362.00 | 18.60 | | | 7,059.60 | | 7,362.00 | 302.40 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Total** | | | 227,730.00 | 574.10 | 314.54 | | 156,984.80 | | 228,044.54 | 71,059.74 |

Date: 11/30/2017

**Tabs3 Client Ledger Report**
Stahl Cowen Crowley Addis LLC

Page: 1

From 08/01/2017 Thru 11/30/2017

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **35125.002M  FVMC Chapter 11** | | | **Balance Forward:** | | | | | | | | 2,565.60 |
| RE: Asset Disposition | | | | | | | | | | | |
| | 08/01/2017 | 10 | 750300 | 4,689.00 | 11.40 | 181.00 | | | | 4,870.00 | 7,435.60 |
| | 08/31/2017 | 11 | 750794 | | | | | 3,896.00R | 750300 | | 3,539.60 |
| | 08/31/2017 | 12 | 750794 | | | | | 36.20R | 750300 | | 3,503.40 |
| | 09/01/2017 | 13 | 750794 | 168.00 | 0.40 | | | | | 168.00 | 3,671.40 |
| | 09/30/2017 | 20 | 752053 | | | | | 134.40R | 750794 | | 3,537.00 |
| | 10/02/2017 | 21 | 752053 | 126.00 | 0.30 | | | | | 126.00 | 3,663.00 |
| | 11/01/2017 | 25 | 752731 | | | | | | | | 3,663.00 |
| | 11/03/2017 | 22 | 752731 | | | | | 100.80R | 752053 | | 3,562.20 |
| | 11/03/2017 | 23 | 752731 | | | | | 2,565.60R | 748191 | | 996.60 |
| | 11/03/2017 | 24 | 752731 | | | | | 571.20R | 750300 | | 425.40 |
| | 11/30/2017 | 26 | 753000 | | | | | | | | 425.40 |
| | Subtotal | | | 4,983.00 | 12.10 | 181.00 | | 7,304.20 | | 5,164.00 | 425.40 |
| | | | | | | | | | | | |
| **35125.003M  FVMC Chapter 11** | | | | | | | | | | | |
| RE: Assumption/Rejection Contracts | | | | | | | | | | | |
| | 08/01/2017 | 2 | 750301 | 1,638.00 | 3.90 | | | | | 1,638.00 | 1,638.00 |
| | 08/31/2017 | 3 | 750795 | | | | | 1,310.40R | 750301 | | 327.60 |
| | 09/01/2017 | 4 | 750795 | 6,015.00 | 14.60 | | | | | 6,015.00 | 6,342.60 |
| | 09/30/2017 | 11 | 752054 | | | | | 4,812.00R | 750795 | | 1,530.60 |
| | 10/02/2017 | 12 | 752054 | 5,811.00 | 15.40 | | | | | 5,811.00 | 7,341.60 |
| | 11/01/2017 | 14 | 752732 | 4,569.00 | 12.70 | | | | | 4,569.00 | 11,910.60 |
| | 11/03/2017 | 13 | 752732 | | | | | 4,648.80R | 752054 | | 7,261.80 |
| | 11/30/2017 | 15 | 753001 | | | | | | | | 7,261.80 |
| | Subtotal | | | 18,033.00 | 46.60 | | | 10,771.20 | | 18,033.00 | 7,261.80 |
| | | | | | | | | | | | |
| **35125.005M  FVMC Chapter 11** | | | **Balance Forward:** | | | | | | | | 683.40 |
| RE: Business Operations | | | | | | | | | | | |
| | 08/01/2017 | 10 | 750302 | 168.00 | 0.40 | | | | | 168.00 | 851.40 |
| | 08/31/2017 | 11 | 750796 | | | | | 134.40R | 750302 | | 717.00 |
| | 09/01/2017 | 12 | 750796 | | | | | | | | 717.00 |
| | 10/02/2017 | 15 | 752055 | | | | | | | | 717.00 |
| | 11/01/2017 | 17 | 752733 | 1,512.00 | 3.60 | | | | | 1,512.00 | 2,229.00 |
| | 11/03/2017 | 16 | 752733 | | | | | 683.40R | 748192 | | 1,545.60 |
| | 11/30/2017 | 18 | 753002 | 84.00 | 0.20 | | | | | 84.00 | 1,629.60 |
| | Subtotal | | | 1,764.00 | 4.20 | | | 817.80 | | 1,764.00 | 1,629.60 |
| | | | | | | | | | | | |
| **35125.006M  FVMC Chapter 11** | | | **Balance Forward:** | | | | | | | | 6,411.20 |
| RE: Case Administration | | | | | | | | | | | |
| | 08/01/2017 | 10 | 750303 | 687.00 | 1.70 | | | | | 687.00 | 7,098.20 |
| | 08/31/2017 | 11 | 750797 | | | | | 549.60R | 750303 | | 6,548.60 |
| | 09/01/2017 | 12 | 750797 | 3,846.00 | 9.50 | | | | | 3,846.00 | 10,394.60 |
| | 09/30/2017 | 19 | 752056 | | | | | 3,076.80R | 750797 | | 7,317.80 |
| | 10/02/2017 | 20 | 752056 | 420.00 | 1.00 | | | | | 420.00 | 7,737.80 |
| | 11/01/2017 | 23 | 752734 | 684.00 | 1.80 | | | | | 684.00 | 8,421.80 |
| | 11/03/2017 | 21 | 752734 | | | | | 336.00R | 752056 | | 8,085.80 |
| | 11/03/2017 | 22 | 752734 | | | | | 6,411.20R | 748193 | | 1,674.60 |
| | 11/30/2017 | 24 | 753003 | | | | | | | | 1,674.60 |
| | Subtotal | | | 5,637.00 | 14.00 | | | 10,373.60 | | 5,637.00 | 1,674.60 |
| | | | | | | | | | | | |
| **35125.007M  FVMC Chapter 11** | | | **Balance Forward:** | | | | | | | | 13.20 |
| RE: Claims Administration & Objections | | | | | | | | | | | |
| | 08/01/2017 | 5 | 750304 | 363.00 | 1.10 | | | | | 363.00 | 376.20 |
| | 08/31/2017 | 6 | 750798 | | | | | 290.40R | 750304 | | 85.80 |
| | 09/01/2017 | 7 | 750798 | 4,080.00 | 12.20 | | | | | 4,080.00 | 4,165.80 |
| | 09/30/2017 | 14 | 752057 | | | | | 3,264.00R | 750798 | | 901.80 |

EXHIBIT C TO APPLICATION OF SCCA FOR FINAL ALLOWANCE OF COMPENSATION

Date: 11/30/2017

**Tabs3 Client Ledger Report**
Stahl Cowen Crowley Addis LLC

Page: 2

From 08/01/2017 Thru 11/30/2017

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **35125.007M  FVMC Chapter 11** | | *(continued)* | | | | | | | | | |
| | 10/02/2017 | 15 | 752057 | 84.00 | 0.20 | | | | | 84.00 | 985.80 |
| | 11/01/2017 | 18 | 752735 | 3,651.00 | 10.90 | 60.00 | | | | 3,711.00 | 4,696.80 |
| | 11/03/2017 | 16 | 752735 | | | | | 67.20R | 752057 | | 4,629.60 |
| | 11/03/2017 | 17 | 752735 | | | | | 13.20R | 748288 | | 4,616.40 |
| | 11/30/2017 | 19 | 753004 | 2,025.00 | 6.00 | | | | | 2,025.00 | 6,641.40 |
| | Subtotal | | | 10,203.00 | 30.40 | 60.00 | | 3,634.80 | | 10,263.00 | 6,641.40 |
| **35125.008M  FVMC Chapter 11** | | Balance Forward: | | | | | | | | | 571.20 |
| RE: Corporate Governance/Board Matters | | | | | | | | | | | |
| | 08/01/2017 | 10 | 750305 | 462.00 | 1.10 | | | | | 462.00 | 1,033.20 |
| | 08/31/2017 | 16 | 752039 | | | | | 369.60R | 750305 | | 663.60 |
| | 09/30/2017 | 17 | 752039 | 840.00 | 2.00 | | | | | 840.00 | 1,503.60 |
| | 09/30/2017 | 20 | 752058 | | | | | 672.00R | | | 831.60 |
| | 10/02/2017 | 21 | 752058 | | | | | | | | 831.60 |
| | 11/01/2017 | 22 | 752736 | 924.00 | 2.20 | | | | | 924.00 | 1,755.60 |
| | 11/30/2017 | 23 | 753005 | 588.00 | 1.40 | | | | | 588.00 | 2,343.60 |
| | Subtotal | | | 2,814.00 | 6.70 | | | 1,041.60 | | 2,814.00 | 2,343.60 |
| **35125.009M  FVMC Chapter 11** | | Balance Forward: | | | | | | | | | 1,633.20 |
| RE: Employment and Fee Applications | | | | | | | | | | | |
| | 08/01/2017 | 10 | 750306 | 5,877.00 | 15.90 | | | | | 5,877.00 | 7,510.20 |
| | 08/31/2017 | 11 | 750800 | | | | | 4,701.60R | 750306 | | 2,808.60 |
| | 09/01/2017 | 12 | 750800 | 1,782.00 | 5.10 | | | | | 1,782.00 | 4,590.60 |
| | 09/30/2017 | 19 | 752059 | | | | | 1,425.60R | 750800 | | 3,165.00 |
| | 10/02/2017 | 20 | 752059 | 732.00 | 2.00 | | | | | 732.00 | 3,897.00 |
| | 11/01/2017 | 23 | 752737 | 1,179.00 | 3.30 | | | | | 1,179.00 | 5,076.00 |
| | 11/03/2017 | 21 | 752737 | | | | | 585.60R | 752059 | | 4,490.40 |
| | 11/03/2017 | 22 | 752737 | | | | | 1,633.20R | 748195 | | 2,857.20 |
| | 11/30/2017 | 24 | 753006 | 1,440.00 | 3.90 | | | | | 1,440.00 | 4,297.20 |
| | Subtotal | | | 11,010.00 | 30.20 | | | 8,346.00 | | 11,010.00 | 4,297.20 |
| **35125.010M  FVMC Chapter 11** | | | | | | | | | | | |
| RE: Employment and Fee Applications Objections | | | | | | | | | | | |
| | 08/01/2017 | 2 | 750307 | 336.00 | 0.80 | | | | | 336.00 | 336.00 |
| | 08/31/2017 | 3 | 750801 | | | | | 268.80R | 750307 | | 67.20 |
| | 09/30/2017 | 4 | 750801 | 378.00 | 0.90 | | | | | 378.00 | 445.20 |
| | 09/30/2017 | 11 | 752060 | | | | | 302.40R | 750801 | | 142.80 |
| | 10/02/2017 | 12 | 752060 | 210.00 | 0.50 | | | | | 210.00 | 352.80 |
| | 11/01/2017 | 14 | 752738 | 84.00 | 0.20 | | | | | 84.00 | 436.80 |
| | 11/03/2017 | 13 | 752738 | | | | | 168.00R | 752060 | | 268.80 |
| | 11/30/2017 | 15 | 753007 | 84.00 | 0.20 | | | | | 84.00 | 352.80 |
| | Subtotal | | | 1,092.00 | 2.60 | | | 739.20 | | 1,092.00 | 352.80 |
| **35125.011M  FVMC Chapter 11** | | Balance Forward: | | | | | | | | | 752.40 |
| RE: Financing and Cash Collateral | | | | | | | | | | | |
| | 08/01/2017 | 10 | 750308 | 210.00 | 0.50 | | | | | 210.00 | 962.40 |
| | 08/31/2017 | 11 | 750802 | | | | | 168.00R | 750308 | | 794.40 |
| | 09/01/2017 | 12 | 750802 | 3,582.00 | 8.70 | | | | | 3,582.00 | 4,376.40 |
| | 09/30/2017 | 19 | 752061 | | | | | 2,865.60R | 750802 | | 1,510.80 |
| | 10/02/2017 | 20 | 752061 | 126.00 | 0.30 | | | | | 126.00 | 1,636.80 |
| | 11/01/2017 | 23 | 752739 | 126.00 | 0.30 | | | | | 126.00 | 1,762.80 |
| | 11/03/2017 | 21 | 752739 | | | | | 100.80R | 752061 | | 1,662.00 |
| | 11/03/2017 | 22 | 752739 | | | | | 752.40R | 748196 | | 909.60 |
| | 11/30/2017 | 24 | 753008 | 2,982.00 | 7.10 | | | | | 2,982.00 | 3,891.60 |
| | Subtotal | | | 7,026.00 | 16.90 | | | 3,886.80 | | 7,026.00 | 3,891.60 |

Date: 11/30/2017

**Tabs3 Client Ledger Report**
Stahl Cowen Crowley  Addis LLC

Page: 3

From 08/01/2017 Thru 11/30/2017

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **35125.011M  FVMC Chapter 11** | | *(continued)* | | | | | | | | | |
| **35125.012M  FVMC Chapter 11** | | | **Balance Forward:** | | | | | | | | 163.80 |
| RE: Litigation | | | | | | | | | | | |
| | 08/01/2017 | 10 | 750309 | 126.00 | 0.30 | | | | | 126.00 | 289.80 |
| | 08/31/2017 | 11 | 750803 | | | | | 100.80R | 750309 | | 189.00 |
| | 09/01/2017 | 12 | 750803 | | | | | | | | 189.00 |
| | 10/02/2017 | 15 | 752062 | | | | | | | | 189.00 |
| | 11/01/2017 | 17 | 752740 | | | | | | | | 189.00 |
| | 11/03/2017 | 16 | 752740 | | | | | 163.80R | 748197 | | 25.20 |
| | 11/30/2017 | 18 | 753009 | | | | | | | | 25.20 |
| | Subtotal | | | 126.00 | 0.30 | | | 264.60 | | 126.00 | 25.20 |
| **35125.013M  FVMC Chapter 11** | | | **Balance Forward:** | | | | | | | | 619.80 |
| RE: Meetings and Communications with Creditors | | | | | | | | | | | |
| | 08/01/2017 | 10 | 750310 | 462.00 | 1.10 | | | | | 462.00 | 1,081.80 |
| | 08/31/2017 | 11 | 750804 | | | | | 369.60R | 750310 | | 712.20 |
| | 09/01/2017 | 12 | 750804 | 378.00 | 0.90 | | | | | 378.00 | 1,090.20 |
| | 09/30/2017 | 17 | 752063 | | | | | 302.40R | 750804 | | 787.80 |
| | 10/02/2017 | 18 | 752063 | | | | | | | | 787.80 |
| | 11/01/2017 | 20 | 752741 | 672.00 | 1.60 | | | | | 672.00 | 1,459.80 |
| | 11/03/2017 | 19 | 752741 | | | | | 619.80R | 748198 | | 840.00 |
| | 11/30/2017 | 21 | 753010 | 294.00 | 0.70 | | | | | 294.00 | 1,134.00 |
| | Subtotal | | | 1,806.00 | 4.30 | | | 1,291.80 | | 1,806.00 | 1,134.00 |
| **35125.015M  FVMC Chapter 11** | | | | | | | | | | | |
| RE: Plan and Disclosure Statement | | | | | | | | | | | |
| | 08/01/2017 | 2 | 750311 | 3,066.00 | 7.30 | | | | | 3,066.00 | 3,066.00 |
| | 08/31/2017 | 3 | 750805 | | | | | 2,452.80R | 750311 | | 613.20 |
| | 09/01/2017 | 4 | 750805 | 33,057.00 | 79.80 | | | | | 33,057.00 | 33,670.20 |
| | 09/30/2017 | 11 | 752064 | | | | | 26,445.60R | 750805 | | 7,224.60 |
| | 10/02/2017 | 12 | 752064 | 23,625.00 | 58.20 | | | | | 23,625.00 | 30,849.60 |
| | 11/01/2017 | 14 | 752742 | 27,690.00 | 69.40 | 42.54 | | | | 27,732.54 | 58,582.14 |
| | 11/03/2017 | 13 | 752742 | | | | | 18,900.00R | 752064 | | 39,682.14 |
| | 11/30/2017 | 15 | 753011 | 1,398.00 | 3.50 | | | | | 1,398.00 | 41,080.14 |
| | Subtotal | | | 88,836.00 | 218.20 | 42.54 | | 47,798.40 | | 88,878.54 | 41,080.14 |
| **35125.018M  FVMC Chapter 11** | | | **Balance Forward:** | | | | | | | | 1,226.20 |
| RE: Reporting | | | | | | | | | | | |
| | 08/01/2017 | 12 | 750312 | 336.00 | 0.80 | | | | | 336.00 | 1,562.20 |
| | 08/31/2017 | 13 | 750806 | | | | | 268.80R | 750312 | | 1,293.40 |
| | 09/01/2017 | 14 | 750806 | 168.00 | 0.40 | | | | | 168.00 | 1,461.40 |
| | 09/30/2017 | 21 | 752065 | | | | | 134.40R | 750806 | | 1,327.00 |
| | 10/02/2017 | 22 | 752065 | 168.00 | 0.40 | | | | | 168.00 | 1,495.00 |
| | 11/01/2017 | 25 | 752743 | 126.00 | 0.30 | | | | | 126.00 | 1,621.00 |
| | 11/03/2017 | 23 | 752743 | | | | | 134.40R | 752065 | | 1,486.60 |
| | 11/03/2017 | 24 | 752743 | | | | | 1,226.20R | 748199 | | 260.40 |
| | 11/30/2017 | 26 | 753012 | 42.00 | 0.10 | | | | | 42.00 | 302.40 |
| | Subtotal | | | 840.00 | 2.00 | | | 1,763.80 | | 840.00 | 302.40 |
| **Total for Client ID 35125** | | | **Balance Forward:** | | | | | | | | 14,640.00 |
| | | | | 154,170.00 | 388.50 | 283.54 | | 98,033.80 | | 154,453.54 | 71,059.74 |

Date: 11/30/2017                                    **Tabs3 Client Ledger Report**                                          Page: 4
                                                   Stahl Cowen Crowley  Addis LLC

From 08/01/2017 Thru 11/30/2017

| | Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS | | | | | | | | | | | |
| Balance Forward: | | | | | | | | | | | 14,640.00 |
| | | | | 154,170.00 | 388.50 | 283.54 | | 98,033.80 | | 154,453.54 | 71,059.74 |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Fees** | | | | | | |
| | 07/06/2017 | BD | 420.00 | 0.70 | 294.00 | Prepare for today's telephonic meeting with Solic/Sims (.2); participate in the call with Solic and Sims concerning the progress of the sale effort and the progress of the case in general (.5).<br>FVMC Chapter 11<br>Asset Disposition |
| | 07/14/2017 | BD | 420.00 | 1.10 | 462.00 | Further review of the sale motion, just in case it turns out that it is needed.<br>FVMC Chapter 11<br>Asset Disposition |
| | 07/18/2017 | BD | 420.00 | 0.20 | 84.00 | Telephone call to A. Rulnick to get an update on the sale process.<br>FVMC Chapter 11<br>Asset Disposition |
| | 07/19/2017 | BD | 420.00 | 1.00 | 420.00 | Telephone call from Mr. Rulnick re: the outcome of the sales effort (.2); telephone call to Mr. Yenchek and Mr. Shoemake re same (.3); telephone call to Mr. Johnson re same (.3); draft an email to the Special Committee re same, and canceling the meetings which we had tentatively scheduled for this Friday and next Monday (.2).<br>FVMC Chapter 11 |

EXHIBIT D TO APPLICATION OF SCCA FOR FINAL ALLOWANCE OF COMPENSATION

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

Asset Disposition

| 07/20/2017 | BD | 420.00 | 1.90 | 798.00 | Return call of Don Hemmesch (general counsel for FSO) to discuss next steps, relative to the case, the replacement bond issue, the timing issues associated with both of those items, and related issues (.6); return call of Mike Kelly (US Attorney) concerning the bidding (.2); participate in a conference call with staff, counsel and Hamlin concerning the status of the case and our next steps, with particular emphasis on the timetable for the issuance of the replacement bonds and the work that would need to get done to permit a mid-October 2017 exit (.8); telephone call to and later from Mark Fisher (represents the Illinois Finance Authority) re: the outcome of the bidding and the timetable for action before the IFA (.1); later, a call from Mr. Fisher confirming the deadlines for the next submission of deals to the IFA (.1); draft an email to staff and counsel re my discussions with the IFA's counsel and urging them to hasten their efforts (.1). |

|  | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | FVMC Chapter 11 Asset Disposition |
|  | 07/21/2017 | BD | 420.00 | 0.90 | 378.00 | Participate in the bi-weekly call with SOLIC and Sims re: the sale process, and discuss our next steps in the case (and our current activities) in detail, and make assignments for documents needed for the Plan/Disclosure Statement (.5); review and respond to an email sent by Mr. Johnson re: preparation of a notice of the outcome of the sale process (.1); later, return Mr. Yenchek's call concerning UMB's EMMA posting relative to the sale and what that means for the case and for the local PR that he wanted to do with the residents (.2); review that posting (.1). |
|  |  |  |  |  |  | FVMC Chapter 11 Asset Disposition |
|  | 07/22/2017 | BD | 420.00 | 0.20 | 84.00 | Review the EMMA posting by UMB Bank relative to the outcome of the Sale Process (.1); review the bid procedures to see what we are required to do to notify the Court of the absence of other bidders (.1). |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | 07/24/2017 | BD | 420.00 | 0.40 | 168.00 | FVMC Chapter 11 Asset Disposition Review the report sent by Sims concerning the narrative of the sale process (.2); respond to that email, suggesting a slightly different approach to the section (intended ultimately for the disclosure statement) and forward some documents to Mr. Rulnick which may be helpful (.2). |
| | 07/26/2017 | BD | 420.00 | 2.60 | 1,092.00 | FVMC Chapter 11 Asset Disposition Telephone call from S. Yenchek re status, and the meeting with Hamlin this afternoon (.2); telephone call with M. Flynn re same (.1); participate in the conference call with Hamlin, bond counsel, FSO, GreenFields and related parties concerning the financing (1.1); draft the notice relative to the outcome of the sale process (1.2). |
| | 07/27/2017 | KVH | 330.00 | 0.30 | 99.00 | FVMC Chapter 11 Asset Disposition Review Notice re Report of Sale and revise same (.2); correspondence to B. |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | Dopke re Report of Sale Notice (.1) FVMC Chapter 11 Asset Disposition |
| 07/27/2017 | BD | 420.00 | 0.80 | 336.00 | Revise the sale process results notice (.3); draft an email to Mr. Hunt re same (no charge for this); further revision of the Notice, which now incorporates Mr. Hunt's comments (.3); draft an email to bond counsel re same, and a second email to the client re same (.1); telephone Ms. Silver re the notice and related issues (.1). FVMC Chapter 11 Asset Disposition |
| 07/28/2017 | KVH | 330.00 | 0.80 | 264.00 | Review Notice of Designation and correspondence from B. Dopke and bond counsel re same (.1); prepare notice of filing (.1); communications with R. Rotman at Donlin Recano re certificate of service (.2); prepare and file Notice of Designation and Filing (.1); phone conference with Judge Hunt chambers re court date (.1); draft courtesy copy letter to Judge (.1); email to notice parties re Notice of Designation (.1) |

Date: 11/29/2017     Case 17-12470   Doc **Detail Transaction File List** 17:05:48    Desc Main
Document    Page 40 of 196
Stahl Cowen Crowley Addis LLC

Page: 6

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| | | | | | | FVMC Chapter 11 |
| | | | | | | Asset Disposition |
| | 07/28/2017 | BD | 420.00 | 0.50 | 210.00 | Telephone call to Mr. Azano to discuss whether the bond trustee had any comments to the notice we circulated (on the outcome of the sale process) and also to discuss a question about bondholder distributions (.2); later, review the abbreviated draft of the "notice" sent by Mr. Azano (.1); exchange emails with the US Trustee concerning the notice (.1); draft an email to Mr. Hunt re: filing of the notice and the letter to the court re same (.1). |
| | | | | | | FVMC Chapter 11 |
| | | | | | | Asset Disposition |
| | 08/07/2017 | BD | 420.00 | 0.40 | 168.00 | Telephone call to Mr. Flynn to check on the status of the IFA submission and to discuss related matters (.2); draft an email to Sims and Solic to inform them of the status of the IFA submission (.2). |
| | | | | | | FVMC Chapter 11 |
| | | | | | | Asset Disposition |
| | 09/11/2017 | BD | 420.00 | 0.30 | 126.00 | Telephone call from Mr. Rulnick (Sims) to discuss the status of matters before the |

|  | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
|---|---|---|---|---|---|---|
| **Fees** | | | | | | |
| | | | | | | IFA, as they affect the sale and the case going forward. |
| | | | | | | FVMC Chapter 11 |
| | | | | | | Asset Disposition |
| **Total for Fees** | | | Billable | 12.10 | 4,983.00 | |

## GRAND TOTALS

|  | Rate | Hours to Bill | Amount |
|---|---|---|---|
| | Billable | 12.10 | 4,983.00 |

Date: 11/30/2017        **Tabs3 Attorney Realization Report**        Page: 1

Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|---|
| 13 BRUCE DOPKE | | 11.00 | 420.00 | 4,620.00 |
| 91 KEVIN V. HUNT | | 1.10 | 330.00 | 363.00 |
| | **Totals** | 12.10 | 411.82 | 4,983.00 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| 07/22/2017 | BD | 420.00 | 1.10 | 462.00 | Review the draft motion, notice and order prepared by bond counsel relative to the assumption/rejection of executory contracts, and determine what needs to be done to conform the motion to the outcome of the sale process.<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| 07/26/2017 | BD | 420.00 | 1.70 | 714.00 | Revise the executory contract motion.<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| 07/27/2017 | BD | 420.00 | 1.10 | 462.00 | Review the executory contract list received from the Debtor (.2); determine what is missing from the list, and draft a detailed email to staff re same (.2); further work on the procedures motion (.7).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| 08/04/2017 | BD | 420.00 | 0.40 | 168.00 | Telephone call with Mr. Flynn re: information needed for the procedures motion (concerning vendors)  relative to executory contracts (.2); telephone call with Ms. Mash and Mr. Yenchek re: information needed for the procedures |

| | Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | motion (concerning residents and former residents) (.2).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
|---|---|---|---|---|---|---|
| | 08/07/2017 | BD | 420.00 | 1.00 | 420.00 | Further revision of the motion to set procedures for the assumption of executory contracts.<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| | 08/08/2017 | BD | 420.00 | 4.30 | 1,806.00 | Complete the revision of the motion to set procedures for the assumption of executory contracts (4.3); draft an email transmitting the proposed draft of the executory contract procedures motion to staff and counsel (no charge for this).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| | 08/18/2017 | BD | 420.00 | 1.90 | 798.00 | Revise the procedures motion per our discussion with bond counsel yesterday (in the hall of the Court after the hearing) (1.5); draft the notice to vendors, relative to the motion (.3); draft an email to bond counsel and FSO counsel re same (.1).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |

|  | Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount |  |
|---|---|---|---|---|---|---|

**Fees**

| | 08/21/2017 | BD | 420.00 | 0.40 | 168.00 | Review the latest draft of the executory contract list (.2); draft an email to Mr. Flynn re same (.2).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| | 08/22/2017 | BD | 420.00 | 0.60 | 252.00 | Review the revised executory contract list received from the client (.2); mark recommended changes on that list (.3); draft an email to Mr. Flynn, concerning the markup (.1).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| | 08/28/2017 | BD | 420.00 | 2.30 | 966.00 | Review bond counsel's comments on the contracts motion which we received from bond counsel this morning (.5); review the last version of the exhibit to the executory contracts motion, and revise it substantially to make it more useful to vendors who wish to check the list for cure amounts, etc. (1.4); draft a detailed email to Mr. Flynn concerning the executory contracts list, including the reasons for certain requirements, and the need for critical information for some of the vendors, and the need to verify |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | certain data (.4), FVMC Chapter 11 Assumption/Rejection Contracts |
|  | 08/30/2017 | BD | 420.00 | 0.50 | 210.00 | Review the schedules and the claims analysis, in response to an emailed question from Jeff Nyberg (FSO financial staff); reply to that email (.3); going online, quickly locate a form of the CMS agreement, and draft an email which transmits that copy to Mr. Flynn (.1); followup call with Mr. Flynn re same (.1). FVMC Chapter 11 Assumption/Rejection Contracts |
|  | 08/31/2017 | BD | 420.00 | 1.90 | 798.00 | Final review and revision of the contract procedures motion (.9); final revisions to Exhibit 1 to the motion (the chart of executory contracts) (.2); revise the notice initially prepared by bond counsel, so that it confirms to the terms of the motion as currently revised (.5); prepare the proposed order on the motion (.3). FVMC Chapter 11 Assumption/Rejection Contracts |
|  | 08/31/2017 | KVH | 330.00 | 1.30 | 429.00 | Correspondence from B. Dopke re Procedures Motion (.1); review |

Date: 11/29/2017     Case 17-12470   Doc **Detail Transaction File List** 17:05:48   Desc Main
                                          Document    Page 47 of 196
Stahl Cowen Crowley Addis LLC

Page: 5

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | information re for preparing matrix for Procedures Motion (.1); conference with B. Dopke re Procedures motion (not billed by Mr. Dopke) (.1); review and prepare request for certificate of service to Donlin for Procedures motion (.2); review and edit Exhibit 1 to motion (.2); receipt and review of certificate of service for procedures motion (.1); draft Notice of Motion for Procedures motion (.1); review and edit Procedures Motion, prepare same for filing and file same (.3); correspondence with Donlin Recano re service of Procedures Motion. FVMC Chapter 11 Assumption/Rejection Contracts |
| 09/05/2017 | KVH | 330.00 | 0.50 | 165.00 | Review of Symbria invoices and correspondence from counsel for Symbria re same (.4); correspondence with Fox Valley Band re claim (.1). FVMC Chapter 11 Assumption/Rejection Contracts |
| 09/06/2017 | KVH | 330.00 | 0.90 | 297.00 | Prepare updated notes re claim of Fox Valley Band (.1); analyze claims and materials submitted by Symbria related to |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | | its claims and prepare notes re same (.5); correspondence to Ridge Ambulance re invoices (.1); analyze claim re Dahlquist and email to Dahlquist re same (.2).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| 09/07/2017 | BD | 420.00 | 3.30 | 1,386.00 | Review the executory contracts motion, to prepare for this morning's hearing (.3); attend the hearing on the executory contracts motion (1.0); revise the Order on the executory contracts procedures, per the court's directions on the record this morning (1.0); conform the Notice (of the contracts procedures) to the Order, and a redline (.3 ); draft an email to the parties concerning the revisions to the procedures order and notice (with explanation for the attachments, and our assumptions concerning the documents) (.2); draft an email to the client re same (.1); discuss the order and the outcome of today's hearing with bond counsel (.2); make a slight revision to the Notice, as suggested by bond counsel (no charge |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | for this); after receiving authorization from the UST, and after double-checking the order, notice and exhibit to the notice for content and completeness (.2); upload those matters to the ecf system (no charge for this); contact the Clerk re same (no charge for this). FVMC Chapter 11 Assumption/Rejection Contracts |
|---|---|---|---|---|---|---|
| | 09/14/2017 | KVH | 330.00 | 0.50 | 165.00 | Communications with B. Dopke re proposed order and courtesy copy letter to judge (.1) (not billed by Mr. Dopke); review proposed documents and orders for inclusion in courtesy copy letter (.2); draft courtesy copy letter to Judge with orders for presentment (.1); email to Judge's Chambers with courtesy copies and email to notice parties re same (.1). FVMC Chapter 11 Assumption/Rejection Contracts |
| | 09/14/2017 | BD | 420.00 | 1.20 | 504.00 | Prepare a revised version of the notice on the assumption motion, and a redline to be transmitted to the Court (.1); prepare a revised version of the order on the contracts assumption motion, and a |

Stahl Cowen Crowley Addis LLC

                                                                              Page: 8

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | redline (.3); further revision to the notice which is an attachment to the assumption motion, and a redline (.2); review the other documents which are part of the order and the notice, and then check everything over (.4); draft a list of the documents to be transmitted to chambers in connection with the revised assumption order, notice and the exhibit to that notice (.1); draft an email to financial staff re: the missing contract for the salon (.1). FVMC Chapter 11 Assumption/Rejection Contracts |
| 09/17/2017 | BD | 420.00 | 1.00 | 420.00 | Review the materials sent by staff concerning the executory contract for the salon (.1); draft an email to staff concerning that contract and any others which may have been overlooked (.3); draft a detailed email to Donlin re: service of the executory contract procedures notice (.2); draft another email to Donlin concerning the service of the notice on the executory contracts, and making reference to the persons who get the |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | initial notice, and the persons who we have to serve the certificate of service on.  Also, modify the initial service list (of people who receive the notice) to include the salon services contract counterparties, who recently came to light (.4). FVMC Chapter 11 Assumption/Rejection Contracts |
| 09/19/2017 | KVH | 330.00 | 0.20 | 66.00 | Communications with B. Dopke re contracts related to Motion re Contracts and leases (no charge by Mr. Dopke). FVMC Chapter 11 Assumption/Rejection Contracts |
| 09/19/2017 | BD | 420.00 | 0.60 | 252.00 | Review the correspondence from Mr. Holbrook re: additional contracts (.2); reply to same (.2); telephone call to Mr. Hunt concerning the work which needs to be done with respect to the newly identified contracts (.2). FVMC Chapter 11 Assumption/Rejection Contracts |
| 09/20/2017 | KVH | 330.00 | 1.30 | 429.00 | Draft letter re Motion for Executory Contracts to new parties (.3); prepare form letter for completion by staff for |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | address and mailing (.2); review correspondence re NICL, Nurse Care, Level 3, Tom Dahlquist and Ridge Ambulance and prepare updated claims notes re same (.3); meeting with B. Dopke re pending claims and cure amounts (.5). FVMC Chapter 11 Assumption/Rejection Contracts |
| | 09/20/2017 | BD | 420.00 | 0.60 | 252.00 | Telephone call from Mr. Morrissey (counsel for the beauty salon at GreenFields) concerning his client's executory contract (.1); meet with Mr. Hunt and go through the information on all of the claims filed (discussing the claim types and disputes by category, as the different categories require different approaches). During the meeting, discuss the variances in the cure amounts for the executory contracts to be assumed, and ways to informally address those variances, including by objection for one creditor in particular, and also discuss the two letters which need to go out, concerning the executory contract |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | | | | assumption (.5). |
| | | | | | | FVMC Chapter 11 |
| | | | | | | Assumption/Rejection Contracts |
| | 09/21/2017 | KVH | 330.00 | 0.50 | 165.00 | Draft Notice of Filing re Certificate of Service from Donlin re Notice sent pursuant to court order (.2); draft letter to parties that received copy of Notice re reconciling past due amounts (.1); correspondence with Donlin re service list for parties receiving copy of Notice (.1); file Notice of Filing of COS (.1). |
| | | | | | | FVMC Chapter 11 |
| | | | | | | Assumption/Rejection Contracts |
| | 09/21/2017 | BD | 420.00 | 0.10 | 42.00 | Review the draft of the letter to go to the additional contract parties; telephone call to Mr. Hunt re same and re the other things we are doing today to move the notice project along. |
| | | | | | | FVMC Chapter 11 |
| | | | | | | Assumption/Rejection Contracts |
| | 09/22/2017 | KVH | 330.00 | 0.30 | 99.00 | Phone conference with counsel for Healthcare Cosmetology and correspondence to counsel re executory contract (.2); revise correspondence with counsel for Healthcare Cosmetology re |

Date: 11/29/2017    Case 17-12470    Doc **Detail Transaction File List** 17:05:48    Desc Main
Document    Page 54 of 196
Stahl Cowen Crowley Addis LLC

Page: 12

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| | | | | | | same (.1).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| | 09/25/2017 | BD | 420.00 | 0.30 | 126.00 | Review, think about and then reply in some detail to a question raised by the US Attorney concerning a funding source for cure payments under the Plan; later, very briefly reply to his positive response.<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| | 09/26/2017 | KVH | 330.00 | 0.70 | 231.00 | Prepare list of executory contracts and the missing cure amounts (.4); correspondence from Brightstar about payment of invoice and contract (.1); correspondence from NICL re amount due related to contract (.1); phone conference with counsel for Healthcare Cosmetology regarding reinstatement of contract (.1).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| | 09/26/2017 | KVH | 330.00 | 1.50 | 495.00 | Phone conference with Kane County Treasurer re tax bill and proof of claim (.2); correspondence with Kane County Treasurer re Amended Proof of Claim |

|  | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  | (.2); receipt of invoice confirmation from Kinsale Contracting (.1); draft list of outstanding creditors whose amounts claimed are not yet reconciled (.8); forward same to B. Dopke for review (.1); correspondence with T. Dahlquist re Amended Proof of Claim (.1). FVMC Chapter 11 Assumption/Rejection Contracts |
| 09/27/2017 | KVH | 330.00 | 0.30 | 99.00 | Phone conference with counsel for Grand Valley State re executory contract (.1); receipt and review of information and documents from IMS re contract cure amount (.1); phone conference with C. Toolan re executory contract (.1). FVMC Chapter 11 Assumption/Rejection Contracts |
| 09/27/2017 | BD | 420.00 | 1.00 | 420.00 | After reviewing the subject claims, draft an email to financial staff requesting confirmation of the Symbria claim and cure amounts, as that affects the balloting issue that must be resolved today (.2); review the updated resident list received from Ms. Mash late yesterday afternoon, compare it to the |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | prior list, and then telephone Donlin (followed up with an email) concerning the two additional names for the Notice of Non Voting status list (.3); exchange emails with bond counsel re: current deadlines and preparation for the confirmation hearing (.1); check the deadlines for the "trigger date" notice to be sent to post-petition entrants to GreenFields (.2); review and respond to a large number of emails with Donlin personnel re: the completion of the notice project (for confirmation) (.2). FVMC Chapter 11 Assumption/Rejection Contracts |
| | 09/28/2017 | KVH | 330.00 | 0.40 | 132.00 | Phone conference with representative of Clare Oaks confirming no cure amount (.1); phone conference with representative from Nurses and Caregivers re cure amount (.1); phone conference with representative from Fox Valley Career Center re cure amount and contract (.1); correspondence to M. Flynn confirming cure amount for Healthcare Cosmetology (.1). |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | |
|---|---|---|---|---|---|
| 09/29/2017 | KVH | 330.00 | 0.20 | 66.00 | FVMC Chapter 11 Assumption/Rejection Contracts Correspondence from M. Flynn re cure amount for Healthcare Cosmetology (.1); review Procedures order and correspondence to counsel for Healthcare Cosmetology re Executory Contract and cure amount (.1). |
| 10/02/2017 | KVH | 330.00 | 0.10 | 33.00 | FVMC Chapter 11 Assumption/Rejection Contracts Phone conference with B. Dopke re list of contracts to be assumed and correspondence to B. Dopke re Symbria contracts (.1) (not billed by Mr. Dopke). |
| 10/03/2017 | KVH | 330.00 | 0.20 | 66.00 | FVMC Chapter 11 Assumption/Rejection Contracts Exchanged calls with Markland's Children's home re contract with FVMC (.1); receipt and review of Markland's contract with FVMC (.1). |
| 10/04/2017 | KVH | 330.00 | 0.80 | 264.00 | FVMC Chapter 11 Assumption/Rejection Contracts Prepare updated list of contracts that have cure amounts that differ from contract parties' proposed cure amounts |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | (.4); correspondence to B. Dopke re contracts yet to be reconciled and forwarded information related to contracts (.2); communications with B. Dopke re Executory Contract list for FVMC (.2). FVMC Chapter 11 Assumption/Rejection Contracts |
| 10/04/2017 | BD | 420.00 | 0.60 | 252.00 | Review Mr. Hunt's (excel) analysis of the remaining issues on the executory contracts (.2); forward that analysis to the client's financial staff and to the staff in charge of operations, with specific directions on who to contact and what to ask for (.4). FVMC Chapter 11 Assumption/Rejection Contracts |
| 10/05/2017 | KVH | 330.00 | 0.90 | 297.00 | Receipt and review of updated contract list parties and prepare list of new parties (.3); conference with B. Dopke re same (.1) (not billed by Mr. Dopke);  prepare updated and merged list of all contracts to be assumed with known cure amounts (.5). FVMC Chapter 11 |

Date: 11/29/2017     Case 17-12470   Doc **Detail Transaction File List** 17:05:48   Desc Main
Document     Page 59 of 196
Stahl Cowen Crowley Addis LLC

Page: 17

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 10/06/2017 | KVH | 330.00 | 0.30 | 99.00 | Assumption/Rejection Contracts Correspondence with counsel for Symbria re claims and forward pleadings re executory contracts. FVMC Chapter 11 |
| 10/11/2017 | KVH | 330.00 | 0.30 | 99.00 | Assumption/Rejection Contracts Exchanged calls with representative from Tri Cities Dialysis re contract (.1); correspondence with counsel for Symbria re contract and receipt and review of contract for Senior fitness (.2). FVMC Chapter 11 |
| 10/12/2017 | KVH | 330.00 | 0.50 | 165.00 | Assumption/Rejection Contracts Phone conference with C. Ganong at Tri Cities Dialysis re contract and any cure amount (.2); phone conference with counsel for Healthcare Cosmetology re claim (.2); correspondence with counsel for Healthcare Cosmetology re same (.1). FVMC Chapter 11 |
| 10/12/2017 | BD | 420.00 | 2.30 | 966.00 | Assumption/Rejection Contracts Review the "Escrow" motion, the order on that motion, and the "Addendum" to the Residency Agreements concerning the rescission rights afforded to |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | post-filing entrants to the GreenFields campus (.5); prepare a notice relative to the "trigger date" provided by the escrow order (1.3); draft an email to executive staff concerning the notice of the trigger date (.1); in response to his email, telephone call to John Neuenkirchen (who represents two former residents) concerning the plan and whether his clients should vote (.2); in response to his email, telephone call to Richard Larsen (who represents one former resident) and answer his questions concerning the plan (.2). FVMC Chapter 11 Assumption/Rejection Contracts |
| 10/13/2017 | KVH | 330.00 | 0.70 | 231.00 | Multiple telephone calls with B. Dopke re certificate of service for Notice to Residents re right to rescind (.2); review list of recipients and prepare certificate of service for execution by Debtor re delivery of Notice (.5). FVMC Chapter 11 Assumption/Rejection Contracts |
| 10/13/2017 | BD | 420.00 | 0.60 | 252.00 | Make slight revisions to the notice to the |

|  | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  | post-April 20 entrants to the Campus, to reflect Mr. Flynn's comments and a few of my own (.1); multiple calls and emails to executive staff and sales concerning the form of the notice, and the possible modes of service (i.e., either having staff hand deliver the notices to the residents at their mailboxes, or by other means (.3); multiple calls with Mr. Hunt re same, before the service issue was finally resolved with the client in the late afternoon (.2). FVMC Chapter 11 Assumption/Rejection Contracts |
|  | 10/19/2017 | KVH | 330.00 | 0.20 | 66.00 | Review correspondence from FVMC re service of notice to FVMC residents of Notice to Rescind (.1); draft revisions to notice and forward to J. Holbrook at FVMC for review and execution (.1). FVMC Chapter 11 Assumption/Rejection Contracts |
|  | 10/20/2017 | KVH | 330.00 | 0.20 | 66.00 | Receipt of Certificate of Service for Notice of Right to rescind and file same. FVMC Chapter 11 Assumption/Rejection Contracts |

**Detail Transaction File List**
Stahl Cowen Crowley Addis LLC

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| 10/23/2017 | KVH | 330.00 | 0.90 | 297.00 | Reveiw recently filed claims and compare to list of potential contracts to be assumed (.3); draft Exhibit for list of Executory Contracts to be assumed (.4); correspondence to clients re proposed list of contracts (.2).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |
| 10/24/2017 | KVH | 330.00 | 1.60 | 528.00 | Communications with counsel for Healthcare Cosmetology re contract (.2); communications with B. Dopke re preparation of final cure amounts and executory contracts (.1); receipt and review of correspondence from J. Nyberg re contracts (.1); investigate discrepencies raised by client and prepare correspondence to client re same (.4); review proofs of claim requested by client and forward with notes re same (.5); correspondence with J. Nyberg re Brightstar's claim (.1); phone conference with J. Nyberg re potential contracts (.2).<br>FVMC Chapter 11<br>Assumption/Rejection Contracts |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| 10/25/2017 | KVH | 330.00 | 1.80 | 594.00 | Receipt and review of correspondence from J. Nyberg re contracts and claim amounts (.1); call to J. Nyberg re same (.1); preparing revisions to Contract list per comments from client (.3); review information re Ridge Ambulance and correspondence with vendor re amount due (.2); receipt and review of correspondence and documents from M. Flynn re final proposed list (.3); correspondence to M. Flynn and J. Nyberg re proposed edits to contract list and relevant cure amounts (.2); communications with B. Dopke re preparing Assumed Contract list (.2); prepare revised list and forward to M. Flynn and J. Nyberg for approval (.2); prepare Notice and Exhibit for filing and file same (.1); email Notice of Assumption to service list (.1). FVMC Chapter 11 Assumption/Rejection Contracts |
| 10/25/2017 | BD | 420.00 | 0.70 | 294.00 | Review the order granting the executory contract procedures motion (.1); draft a notice relative to the assumption of those |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

contracts (.2); review the final form of the list of the assumed contracts, and the correspondence from the client concerning the list from yesterday and this morning (.2); telephone call with Mr. Hunt, authorizing the filing of the Notice with the final form of the list of contracts (.2).
FVMC Chapter 11
Assumption/Rejection Contracts

| **Total for Fees** | | | Billable | 46.60 | 18,033.00 | |

| **GRAND TOTALS** |
|---|

| | | | Billable | 46.60 | 18,033.00 | |

Date: 11/30/2017 **Tabs3 Attorney Realization Report** Page: 1
Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|---|
| 13 BRUCE DOPKE | | 29.50 | 420.00 | 12,390.00 |
| 91 KEVIN V. HUNT | | 17.10 | 330.00 | 5,643.00 |
| | **Totals** | 46.60 | 386.97 | 18,033.00 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 07/17/2017 | BD | 420.00 | 0.20 | 84.00 | Telephone call from Mr. Yenchek, inviting me to join a conference call in progress between staff and GreenFields' public relations contractor, to discuss the possibility and timing of press releases relative to the sale process.<br>FVMC Chapter 11<br>Business Operations |
| 07/24/2017 | BD | 420.00 | 0.20 | 84.00 | Review the media statement draft received from the PR firm.<br>FVMC Chapter 11<br>Business Operations |
| 10/19/2017 | BD | 420.00 | 0.10 | 42.00 | Telephone call from Pat Mash, head of marketing, who had questions about how long we need to be escrowing entrance fees, and related issues.<br>FVMC Chapter 11<br>Business Operations |
| 10/19/2017 | BD | 420.00 | 0.70 | 294.00 | Review the last updated information from the client relative to the parties entitled to receive refunds of entrance fee deposits (.3); draft an email to the client re same (.2); review the information on the service of the trigger date notice to holders of powers of attorneys (rather than to |

Date: 11/29/2017     Case 17-12470     Doc **Detail Transaction File List** 17:05:48     Desc Main
Document     Page 67 of 196
Stahl Cowen Crowley Addis LLC

Page: 2

Fees

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| | | | | | residents) (.1); draft an email to Mr. Hunt re same, with suggestions on how to document the alternate service (.1). FVMC Chapter 11 Business Operations |
| 10/23/2017 | BD | 420.00 | 0.40 | 168.00 | Review and then reply to the email and notice received from staff relative to the one Resident who exercised a rescission right; briefly reply to the response to my reply (.3); reply to follow-up affidavits from GreenFields staff concerning how to handle the rescission (.1). FVMC Chapter 11 Business Operations |
| 10/30/2017 | BD | 420.00 | 1.30 | 546.00 | Review the escrow arrangements, the information concerning the depositors and the amounts deposited and the procedures for releasing funds form escrow (.5); telephone call to Mr. Yenchek re same (.1); conference call with the executive staff re taking the steps necessary to get the funds released from the escrow account (.3); draft a detailed email to executive staff, identifying the documentation needed for |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | the escrow project (with attachments given and described) and other details concerning the project (.4). |
| | | | | | FVMC Chapter 11 |
| | | | | | Business Operations |
| 10/30/2017 | BD | 420.00 | 1.10 | 462.00 | Draft an announcement (as requested by executive staff) concerning the outcome of the case (1.0); draft an email to executive staff re same (.1). |
| | | | | | FVMC Chapter 11 |
| | | | | | Business Operations |
| 11/02/2017 | BD | 420.00 | 0.20 | 84.00 | Telephone call from Ms. Farley at the trust department of the Wintrust bank concerning the GreenFields escrow. |
| | | | | | FVMC Chapter 11 |
| | | | | | Business Operations |

| **Total for Fees** | | Billable | 4.20 | 1,764.00 | |

| **GRAND TOTALS** | | | | | |

| | | Billable | 4.20 | 1,764.00 | |

Date: 11/30/2017                    **Tabs3 Attorney Realization Report**                    Page: 1
Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|
| 13 BRUCE DOPKE | 4.20 | 420.00 | 1,764.00 |
| **Totals** | 4.20 | 420.00 | 1,764.00 |

**Detail Transaction File List**

Stahl Cowen Crowley Addis LLC

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 07/10/2017 | BD | 420.00 | 0.10 | 42.00 | Telephone call from Mr. Yenchek to discuss the status of the case.<br>FVMC Chapter 11<br>Case Administration |
| 07/13/2017 | BD | 420.00 | 0.20 | 84.00 | Return the call of Mr. Azano and discuss the general status of the case.<br>FVMC Chapter 11<br>Case Administration |
| 07/14/2017 | KVH | 330.00 | 0.10 | 33.00 | Correspondence from Dolin Recano re Claims Register set up (.1)<br>FVMC Chapter 11<br>Case Administration |
| 07/24/2017 | BD | 420.00 | 1.00 | 420.00 | Telephone call with bond counsel to discuss our next steps in the case, as well as the information we have learned relative to the process before the IFA (.4); participate in a conference call with staff and the PR staff concerning the next 8 weeks, and what to say in the event of a press contact (.3); after the PR folks left the call, continue to discuss timing and action plan for the exit from bankruptcy (.3).<br>FVMC Chapter 11<br>Case Administration |

# Detail Transaction List
## Stahl Cowen Crowley Addis LLC

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

## Fees

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| 07/31/2017 | KVH | 330.00 | 0.20 | 66.00 | Phone conference with Judge Hunt's chambers re status hearing (.1); phone conference with B. Dopke re same (.1) FVMC Chapter 11 Case Administration |
| 07/31/2017 | BD | 420.00 | 0.10 | 42.00 | Draft an email to bond counsel, counsel for FSO and the UST concerning the contact from the clerk about tomorrow's hearing. FVMC Chapter 11 Case Administration |
| 08/01/2017 | KVH | 330.00 | 0.80 | 264.00 | Court appearance on status hearing. FVMC Chapter 11 Case Administration |
| 08/01/2017 | BD | 420.00 | 3.30 | 1,386.00 | Prepare our presentation at this afternoon's hearing (which involves, in addition to the usual things, a thinking through of a schedule for the completion of the case, as that schedule interfaces with the process for obtaining authorization for the replacement bonds from the IFA (1.4); draft an email to bond counsel, with copies to Sims & SOLIC, concerning the presentation/timeline for the completion of the case (.1); |

**Fees**

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| | | | | | teleconference with Sims & SOLIC re same (.2); telephone call from Mr. Azano (Bond Counsel) re same (.3); second call from bond counsel, with further thoughts and suggestions for our presentation today and the timeline for cash collateral use in the case (and the related milestones (.1); further revision of the presentation, incorporating some of the suggestions made by bond counsel (.2); attend the status hearing in the case (1.0).<br>FVMC Chapter 11<br>Case Administration |
| 08/02/2017 | KVH | 330.00 | 0.10 | 33.00 | Receipt of appearance from R. Larsen and correspondence to same re misidentified party.<br>FVMC Chapter 11<br>Case Administration |
| 08/08/2017 | BD | 420.00 | 0.20 | 84.00 | Telephone call from Mr. Yenchek to discuss whether the bankruptcy code or rules restrict GreenFields from contracting in the ordinary course.<br>FVMC Chapter 11 |

**Fees**

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| | | | | | Case Administration |
| 08/17/2017 | KVH | 330.00 | 0.70 | 231.00 | Court appearance on status of case. |
| | | | | | FVMC Chapter 11 |
| | | | | | Case Administration |
| 08/17/2017 | BD | 420.00 | 4.40 | 1,848.00 | Prepare a motion to extend the Debtor's exclusive periods to file a plan and obtain acceptances, and the related notice and order (3.1); attend the hearing on the motion to extend the term of the financing order and the general status of the case (1.0)(includes about .3 of time in discussions with the principal parties both before and after the hearing on plan issues and scheduling issues); participate in the bi-weekly call with Sims & SOLIC (.3). |
| | | | | | FVMC Chapter 11 |
| | | | | | Case Administration |
| 09/14/2017 | BD | 420.00 | 1.00 | 420.00 | Attend the hearing on the SCCA and SOLIC fee applications. |
| | | | | | FVMC Chapter 11 |
| | | | | | Case Administration |
| 10/31/2017 | KVH | 330.00 | 0.80 | 264.00 | Drafting Motion to Estimate Claim re Lendlease. |
| | | | | | FVMC Chapter 11 |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

Case Administration

| | 10/31/2017 | BD | 420.00 | 1.00 | 420.00 | Review the Court's confirmation order and the Court's website to see if there is a national or local form of "Notice of Confirmation" other than the "Order and Notice" which appears in the local forms (there isn't one)(.2); draft a "Notice of Confirmation" which combines the elements from the local form with the requirements of par. 7 of the confirmation order (.3); draft an email to the two notice and servicing agents, relative to the notice of confirmation (.1); telephone call from Mr. Stevens (Globic) re service options which could save us thousands of dollars (.2); respond to a question from bond counsel re: the effectiveness of the confirmation order (.1); reply to Mr. Flynn's email to the escrow agent re: procedures for closing out the account (.1). |

FVMC Chapter 11

Case Administration

**Detail Transaction File List**
Stahl Cowen Crowley Addis LLC

| Trans Date | Atty | Rate | Hours to Bill | Amount | | |
|---|---|---|---|---|---|---|
| **Total for Fees** | | Billable | 14.00 | 5,637.00 | | |

## GRAND TOTALS

| | | Billable | 14.00 | 5,637.00 |
|---|---|---|---|---|

Date: 11/30/2017          **Tabs3 Attorney Realization Report**          Page: 1
Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|---|
| 13 BRUCE DOPKE | | 11.30 | 420.00 | 4,746.00 |
| 91 KEVIN V. HUNT | | 2.70 | 330.00 | 891.00 |
| | **Totals** | 14.00 | 402.64 | 5,637.00 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 07/13/2017 | KVH | 330.00 | 0.20 | 66.00 | Review Proof of Claim information and docket information re claims (.1); correspondence with A. Logan re Proof of Claim information (.1) FVMC Chapter 11 Claims Administration & Objections |
| 07/18/2017 | KVH | 330.00 | 0.60 | 198.00 | Review online Proof of Claims register (.2); download and review claims (.2); correspondence with Donlin re additional claims (.2) FVMC Chapter 11 Claims Administration & Objections |
| 07/20/2017 | KVH | 330.00 | 0.30 | 99.00 | Correspondence from Donlin re availability of claims and register (.1); retrieve and review claims from Donlin's site (.2) FVMC Chapter 11 Claims Administration & Objections |
| 08/14/2017 | KVH | 330.00 | 0.50 | 165.00 | Review online docket for Proof of Claims (.1); correspondence with Donlin Recano re updated Claims Registrar (.1); receipt and review of additional Claims from registrar and matrix (.3). FVMC Chapter 11 Claims Administration & Objections |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| 08/15/2017 | KVH | 330.00 | 3.80 | 1,254.00 | Correspondence with B. Dopke re claims and registrar (.1) (no billing by Mr. Dopke); analyze Claims Register and schedules (.3); correspondence with C. Dickson at Donlin re same (.1); phone conference with C. Dickson at Donlin re prepared Regsiter (.2); review and analyze Claims 1-49 and takes notes re same (3.1).<br>FVMC Chapter 11<br>Claims Administration & Objections |
| 08/16/2017 | KVH | 330.00 | 0.10 | 33.00 | Correspondence to B. Dopke re analysis of claims (.1).<br>FVMC Chapter 11<br>Claims Administration & Objections |
| 08/17/2017 | KVH | 330.00 | 0.40 | 132.00 | Prepare claims documents and analysis for review by B. Dopke (.1); conference with B. Dopke re handling of pending Proofs of Claim (.3).<br>FVMC Chapter 11<br>Claims Administration & Objections |
| 08/17/2017 | BD | 420.00 | 0.30 | 126.00 | Meet with Mr. Hunt to discuss the claims filed in this case.  Give him some specific instruction on how to address each of four categories of claims filed, and |

**Fees**

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| | | | | | discuss the followup that is needed, depending on the type of claim, with the client's staff, the claimants or, if represented, the claimant's attorneys. |
| | | | | | FVMC Chapter 11 |
| | | | | | Claims Administration & Objections |
| 08/21/2017 | KVH | 330.00 | 1.70 | 561.00 | Correspondence with Donlin re creditor matrix (.1); review online information re creditor matrix for comparison with claims asserted (.2); prepare notes and analysis for client's review of Proof of Claims by vendors and residents (1.3); correspondence to B. Dopke re potential claims (.1). |
| | | | | | FVMC Chapter 11 |
| | | | | | Claims Administration & Objections |
| 08/24/2017 | KVH | 330.00 | 0.40 | 132.00 | Conference with B. Dopke re treatment of claims (.2) (not billed by Mr. Dopke); receipt and review of debtor's list of continuing contracts (.2). |
| | | | | | FVMC Chapter 11 |
| | | | | | Claims Administration & Objections |
| 08/24/2017 | BD | 420.00 | 0.30 | 126.00 | Office meeting with Mr. Hunt to discuss the claims data which we have received from Donlin, and the need to correlate |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

that information with the cure listing that we recently received from GreenFields, and the project involving the reconciliation of the information from the claims and the cure listing.
FVMC Chapter 11
Claims Administration & Objections

| | 08/25/2017 | KVH | 330.00 | 0.40 | 132.00 | Compare Claims Register with list of outstanding contracts held by debtor (.4). |

FVMC Chapter 11
Claims Administration & Objections

| | 08/25/2017 | KVH | 330.00 | 1.90 | 627.00 | Phone calls to Heritgage Food. Freedom First, Alco re Proofs of Claim (.4); draft emails and send emails re Proofs of Claim to the following creditors: US Signal, Fox Valley Concert Bank, Schindler Elevator, Industrial Maintenance, NA Network, Johnstone SUpply, Phoenix Textile, Brightstar Care, Ridge Ambulance, Symbria, Grainger, NICL Laboratories, Brogans Painting, Level 3 Communications, Norstan Communications, Healthcare Cosmetology and Nurses and Caregivers, Inc. (1.5). |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| | 08/28/2017 | KVH | 330.00 | 0.70 | 231.00 | FVMC Chapter 11 Claims Administration & Objections Correspondence from Symbria, Fox Valley Concert Band, Grainger, Level 3 and US Signal re Proofs of Claim (.2); update notes re communications from vendors (.2); correspondence with Alco re proof of claim (.1); correspondence with Fox Valley Concert Band re amending claim (.1); correspondence with Nurse's Care re amending duplicate claim (.1). |
| | 08/29/2017 | KVH | 330.00 | 0.30 | 99.00 | FVMC Chapter 11 Claims Administration & Objections Receipt and review of amended claim of Alco and correspondence to Donlin Recano re same (.1); correspondence from Brogans Painting re claim (.1); correspondence from Johnstone Supply re claim (.1). |
| | 08/30/2017 | KVH | 330.00 | 0.30 | 99.00 | FVMC Chapter 11 Claims Administration & Objections Correspondence with Donlin Recano re amended claim of Alco (.1); correspondence with ALCO re submitting |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | original copy of amended claim (.1); correspondence with counsel for Symbria re claim (.1). FVMC Chapter 11 Claims Administration & Objections |
| 08/31/2017 | KVH | 330.00 | 1.10 | 363.00 | Correspondence from BrightStar Care re POC (.1); review and analyze pending claims by vendor to determine challenges by debtor (.6); correspondence from Level 3 Communications re claim (.1); prepare updated Proof of Claims notes and discuss with B. Dopke (.3) (not billed by Mr. Dopke). FVMC Chapter 11 Claims Administration & Objections |
| 09/01/2017 | BD | 420.00 | 0.20 | 84.00 | Review the master list of claims prepared by Mr. Hunt. FVMC Chapter 11 Claims Administration & Objections |
| 10/04/2017 | KVH | 330.00 | 1.10 | 363.00 | Correspondence to Fox Valley Concert re filing revised Amended Proof of Claim to reduce claim amount to zero (.1); preparing consolidated list of Proofs of Claim that need to be reconciled by accounting department of FVMC (.5); |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | review MidAmerican claim and communications with MidAmerican re trailing balance indicated on Proof of Claim (.3); phone conference with IRS office re proof of Claim (.2) FVMC Chapter 11 Claims Administration & Objections |
|---|---|---|---|---|---|---|
| | 10/05/2017 | KVH | 330.00 | 1.00 | 330.00 | Communications with B. Dopke re objection to Lendlease claim (.2); communications with B. Dopke re Patient #178 and the patient's claim (.2); review documents re Lendlease's Counterclaim and factual background related to the case (.6) FVMC Chapter 11 Claims Administration & Objections |
| | 10/05/2017 | BD | 420.00 | 0.10 | 42.00 | Draft an email to Mr. Hunt, with a question and an assignment for him concerning a particular disputed claim. FVMC Chapter 11 Claims Administration & Objections |
| | 10/06/2017 | KVH | 330.00 | 0.50 | 165.00 | Analyzing objections to LendLease proof of claim (.4); correspondence with B. Dopke re same (.1) FVMC Chapter 11 |

Date: 11/29/2017     Case 17-12470   Doc **Detail Transaction File List** 17:05:48     Desc Main
Document   Page 84 of 196
Stahl Cowen Crowley Addis LLC

Page: 8

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | Claims Administration & Objections |
|---|---|---|---|---|---|
| 10/09/2017 | KVH | 330.00 | 1.10 | 363.00 | Review materials related to LendLease's counterclaim and the allegations supporting FVMC's complaint (.6); drafting Notice and Objection to Claim (.5). |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Claims Administration & Objections |
| 10/11/2017 | KVH | 330.00 | 0.40 | 132.00 | Analyzing Lendlease claims and reviewing contract (.4) |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Claims Administration & Objections |
| 10/12/2017 | KVH | 330.00 | 1.60 | 528.00 | Correspondence with C. Dickson at Donlin re updated proof of claim list and information related to any recent amended claims (.1); review and analyze remaining unresolved or duplicate Proofs of Claim (.2); drafting objection to Lendlease claim (1.3); |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Claims Administration & Objections |
| 10/13/2017 | KVH | 330.00 | 0.10 | 33.00 | Review online site for additional proofs of claim |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Claims Administration & Objections |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 10/16/2017 | KVH | 330.00 | 2.20 | 726.00 | Communications with B. Dopke re research re objections (.2); reserach and review case law re res judicata re plan confirmation and objections (2.0). FVMC Chapter 11 Claims Administration & Objections |
| 10/16/2017 | BD | 420.00 | 0.20 | 84.00 | Telephone call to Mr. Hunt re a research project for him concerning the estimation of a certain disputed claim. FVMC Chapter 11 Claims Administration & Objections |
| 10/17/2017 | KVH | 330.00 | 1.30 | 429.00 | Correspondence with C. Dickson at Donlin re additional proofs of claim (.1); correspondence with B. Dopke re objections and plan (.1) (not billed by Mr. Dopke); reserach additional case law re same (.6); draft memo re requirements under plan for objections (.5). FVMC Chapter 11 Claims Administration & Objections |
| 10/18/2017 | KVH | 330.00 | 0.70 | 231.00 | Receipt and review of Proofs of Claim from Kane County, Dalquist and Illinois Finance Authority (.1); correspondence to B. Dopke re same (.1);  correspondence to Donlin re additional proofs of claim on |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | register (.1); correspondence to B. Dopke re additional claims from IRS, Medicaid and Midwest Screens (.1); receipt and review of new claims and correspondence to B. Dopke re same (.3).<br>FVMC Chapter 11<br>Claims Administration & Objections |
| 10/31/2017 | BD | 420.00 | 0.30 | 126.00 | Telephone call to Mr. Hunt re three assignments: the motion to estimate (with a description of what I would like to see in the motion), the calculation of the Class 4 dividend by payee, and the final amount of "cure" payments to be paid (net of the dividend that they will each receive).<br>FVMC Chapter 11<br>Claims Administration & Objections |
| 10/31/2017 | KVH | 330.00 | 0.30 | 99.00 | Telephone call from Mr. Dopke to discuss several projects relating to the dividend and case amounts payable to Class 4 creditors.<br>FVMC Chapter 11<br>Claims Administration & Objections |
| 11/07/2017 | KVH | 330.00 | 1.30 | 429.00 | Receipt and review of withdrawal of Fox |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | Valley Concert Bank claim (.1); drafting list of vendors and claimants to receive payments (1.2). |
|---|---|---|---|---|---|
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Claims Administration & Objections |
| 11/08/2017 | KVH | 330.00 | 1.20 | 396.00 | Reviewing escrow deposits to be returned and comparing to scheduled claims and proofs of claims filed in case and prepare list of same (.8); analyzing and preparing notes re scheduled claims and proofs of claim that need to be paid (.4). |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Claims Administration & Objections |
| 11/09/2017 | KVH | 330.00 | 1.40 | 462.00 | Analyzing claims from vendors, proofs of claims and scheduled claims (.5); conference with B. Dopke re claims (.4); prepare document for mailing to vendors re cure payments (.3); review Flynn affidavit for distribution amount (.1); forward Amended Proof of Claim to B. Dopke re Kane County (.1) |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Claims Administration & Objections |
| 11/09/2017 | BD | 420.00 | 0.50 | 210.00 | Office conference with Mr. Hunt to |

Date: 11/29/2017          Case 17-12470     Doc **Detail Transaction File List** 17:05:48     Desc Main
Document     Page 88 of 196
Stahl Cowen Crowley Addis LLC

Page: 12

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | discuss the current version of the master spreadsheet of all claims and cure amounts, and individual creditor claims shown in the list (.4); draft an email to the client re: a form to use in connection with refunds of entrance fees (.1).<br>FVMC Chapter 11<br>Claims Administration & Objections |
| 11/10/2017 | KVH | 330.00 | 1.60 | 528.00 | Correspondence with B. Dopke re claim of Mary Wright (.1); phone conference with counsel for Helen White re payment of amounts due (.1);  preparing separated lists for vendor payments, resident payments and escrow refunds (1.3); correspondence to B. Dopke re same (.1)<br>FVMC Chapter 11<br>Claims Administration & Objections |

| **Total for Fees** | | Billable | 30.40 | 10,203.00 | |

**Expenses**

| 10/16/2017 | KVH | | | 60.00 | Westlaw Information Charges<br>FVMC Chapter 11<br>Claims Administration & Objections |

**Detail Transaction File List**
Stahl Cowen Crowley Addis LLC

| | Trans Date | Atty | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|
| **Total for Expenses** | | | Billable | 0.00 | 60.00 |

### GRAND TOTALS

| | | | Billable | 30.40 | 10,263.00 |
|---|---|---|---|---|---|

Date: 11/30/2017                    **Tabs3 Attorney Realization Report**                    Page: 1
Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | Billed Hours | Realization Rate | Original Value |
|----------|-------------:|-----------------:|---------------:|
| 13 BRUCE DOPKE | 1.90 | 420.00 | 798.00 |
| 91 KEVIN V. HUNT | 28.50 | 330.00 | 9,405.00 |
| **Totals** | 30.40 | 335.63 | 10,203.00 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| 07/17/2017 | BD | 420.00 | 0.10 | 42.00 | Review email from Mr. Yenchek to the Debtor's board. |
| | | | | | FVMC Chapter 11 |
| | | | | | Corporate Governance/Board Matters |
| 07/18/2017 | BD | 420.00 | 0.60 | 252.00 | Draft a detailed email to the special committee, outlining the procedure for this week and the possible need for meetings on Friday or next Monday to review bids, and also giving a detailed status of the sales activity thus far. |
| | | | | | FVMC Chapter 11 |
| | | | | | Corporate Governance/Board Matters |
| 07/19/2017 | BD | 420.00 | 0.40 | 168.00 | Draft a detailed email to the special committee re the outcome of the sale process. |
| | | | | | FVMC Chapter 11 |
| | | | | | Corporate Governance/Board Matters |
| 08/14/2017 | BD | 420.00 | 0.10 | 42.00 | Return the call of Paul Schaffhausen (special committee chair) concerning the status of the case and the timetable for the next actions by the special committee. |
| | | | | | FVMC Chapter 11 |
| | | | | | Corporate Governance/Board Matters |
| 08/15/2017 | BD | 420.00 | 1.90 | 798.00 | Attend a GreenFields Board meeting to |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | give a status update on the case (1.0); travel to board meeting, billed at 50% of actual time spent in transit (.9). FVMC Chapter 11 Corporate Governance/Board Matters |
|---|---|---|---|---|---|
| 10/02/2017 | BD | 420.00 | 0.20 | 84.00 | Draft a short report to the Special Committee re the status of the case. FVMC Chapter 11 Corporate Governance/Board Matters |
| 10/17/2017 | BD | 420.00 | 1.40 | 588.00 | Participate in the executive session of the GreenFields board meeting (1.4)(exiting after our presentation concluded). FVMC Chapter 11 Corporate Governance/Board Matters |
| 10/24/2017 | BD | 420.00 | 0.60 | 252.00 | Participate in the executive session of FSO's executive committee, to provide a complete status of the case and our planned activities in the next 60 days. FVMC Chapter 11 Corporate Governance/Board Matters |
| 11/10/2017 | BD | 420.00 | 1.40 | 588.00 | Telephone call from Mr. Yencheck re: a request for our participation in a board meeting set to commence in 30 minutes (.1); review the proposed resolutions (.4); participate in that meeting (.9). |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

FVMC Chapter 11
Corporate Governance/Board Matters

| **Total for Fees** | | | Billable | 6.70 | 2,814.00 | |

### GRAND TOTALS

| | | | Billable | 6.70 | 2,814.00 | |

Date: 11/30/2017        **Tabs3 Attorney Realization Report**        Page: 1

Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|
| 13 BRUCE DOPKE | 6.70 | 420.00 | 2,814.00 |
| **Totals** | 6.70 | 420.00 | 2,814.00 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | |
|---|---|---|---|---|---|
| 07/10/2017 | KVH | 330.00 | 1.40 | 462.00 | Review of documents from SOLIC re Monthly Compensation (.1); phone conference with B. Dopke re filing SOLIC Fee Statement (.1); Draft Notice of Filing for SOLIC Fee Statement (.1); prepare SOLIC Fee Statement for Filing (.2); File SOLIC Fee Statement and Notice (.1); draft Notice of Filing for SCCA Fee Statement (.1); review exhibits for SCCA Fee Application and request updated numbers for filing of Application (.2); prepare Chart for Exhibit C to SCCA Fee Application (.2); conference with B. Dopke re filing SCCA Fee Application (.1) (not billed by Mr. Dopke); file SCCA Fee Application and Notice (.1); prepare correspondence to notices parties re filings of SCCA and SOLIC Fee Applications (.1) FVMC Chapter 11 Employment and Fee Applications |
| 07/10/2017 | BD | 420.00 | 1.00 | 420.00 | Prepare SCCA's Third interim fee statement. FVMC Chapter 11 Employment and Fee Applications |

| Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 07/13/2017 | KVH | 330.00 | 0.90 | 297.00 | Conference with B. Dopke re First Interim Fee Application (.1) (not billed by Mr. Dopke); drafting First Interim Fee Application (.8)<br>FVMC Chapter 11<br>Employment and Fee Applications |
| 07/14/2017 | KVH | 330.00 | 1.00 | 330.00 | Drafting First Interim Fee Application (.9); correspondence to B. Dopke re same (.1).<br>FVMC Chapter 11<br>Employment and Fee Applications |
| 07/16/2017 | BD | 420.00 | 4.20 | 1,764.00 | Review and revise SCCA's First Interim Fee Application, for form, accuracy and content, including the expansion of certain sections, to provide greater detail of the work done within certain task categories.<br>FVMC Chapter 11<br>Employment and Fee Applications |
| 07/17/2017 | KVH | 330.00 | 2.60 | 858.00 | Correspondence from B. Dopke re Interim Fee application and review drafts of documents (.2); review correspondence with B. Dopke and US Trustee's office re Interim Fee Application filing requirements (.1); draft |

Date: 11/29/2017    Case 17-12470    Doc **Detail Transaction File/List** 17:05:48    Desc Main
Document    Page 97 of 196
Stahl Cowen Crowley Addis LLC

Page: 3

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | courtesy copy letter to judge for Interim Fee Application (.1); preparation of exhibits for filing with Interim Fee Application (.7); prepare, analyze and label itemized bill statements to attach as exhibits (.6); phone conference with B. Dopke re filing (.1) (not billed by Mr. Dopke); draft notice of motion (.2); draft cover sheet for fee application (.1); prepare Fee Application and exhibits for filing (.4); email to notice parties re filing and courtesy copy letter (.1). FVMC Chapter 11 Employment and Fee Applications |
| | 07/17/2017 | KVH | 330.00 | 0.80 | 264.00 | Review filing requirements for Fee Application (.2); review online information re court calls (.1); communications with B. Dopke re court call times (.2); prepare updated fee application and notice re new court date (.2); prepare revised cover letter to judge (.1) [no charge] FVMC Chapter 11 Employment and Fee Applications |
| | 07/17/2017 | BD | 420.00 | 1.70 | 714.00 | Complete our review and revision of the First Interim Fee Application (1.2); draft |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | an email to Ms. Bacher (UST) concerning a question on notice under the Procedures Order; later, reply to her response (.1); draft an order allowing the First Interim Fee Application (.4). FVMC Chapter 11 Employment and Fee Applications |
| | 07/18/2017 | KVH | 330.00 | 0.70 | 231.00 | Call from Judge Hunt's clerk re Fee Application (.1); correspondence to B. Dopke re same (.1); prepare exhibits with larger font and communicate with accounting re same (.3); prepare courtesy copy letter and cover sheets for exhibits (.2). FVMC Chapter 11 Employment and Fee Applications |
| | 07/27/2017 | KVH | 330.00 | 1.20 | 396.00 | Draft Cover Sheet required for larger Chapter 11 cases (.4); draft Supplement to Fee Petition for filing additional cover sheet (.2); draft notice of filing and certificate of service (.1); conference with B. Dopke re supplement and cover sheet (.1) (not billed by Mr. Dopke); file Supplement to First Interim Fee Petition and Notice (.2); draft courtesy copy letter |

**Detail Transaction File List**

Stahl Cowen Crowley Addis LLC

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| | | | | | and prepare for delivery (.1); email to parties re service of courtesy copy letter (.1) |
| | | | | | FVMC Chapter 11 |
| | | | | | Employment and Fee Applications |
| 07/27/2017 | BD | 420.00 | 0.10 | 42.00 | Telephone the UST to verify whether it is truly necessary to include in SCCA's quarterly fee applications the UST Guidelines cover sheet, in addition to the coversheet required by local rule (it is) (no charge for this call); review and approve the supplement to SCCA's quarterly fee application prepared by Mr. Hunt, and the UST Guidelines cover sheet attached to the supplement (.1). |
| | | | | | FVMC Chapter 11 |
| | | | | | Employment and Fee Applications |
| 07/28/2017 | KVH | 330.00 | 0.60 | 198.00 | Correspondence with B. Dopke re preparation of Certificates of No Objection (.1); prepare Certificate and Notice for SOLIC (.2); prepare Certificate and Notice for Stahl Cowen (.3). |
| | | | | | FVMC Chapter 11 |
| | | | | | Employment and Fee Applications |
| 07/31/2017 | KVH | 330.00 | 0.50 | 165.00 | Prepare revisions to CNO for Third |

**Fees**

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | Monthly Fee Statement of SCCA (.1); prepare Notices and CNOs for SCCA and Solic for filing (.1); file CNOs and Notices with Clerk of the Court (.1); correspondence to notice parties with CNOs (.1); correspondence to Solic re filing of CNO (.1) FVMC Chapter 11 Employment and Fee Applications |
| 08/04/2017 | KVH | 330.00 | 0.20 | 66.00 | Correspondence from B. Dopke re preparing exhibits for July's Monthly Fee Statement (.1); communications with accounting department re same (.1). FVMC Chapter 11 Employment and Fee Applications |
| 08/07/2017 | KVH | 330.00 | 0.20 | 66.00 | Review proposed exhibits for Monthly Fee Statement of SCCA (.2). FVMC Chapter 11 Employment and Fee Applications |
| 08/09/2017 | KVH | 330.00 | 1.20 | 396.00 | Conference with B. Dopke re filing CNOs and Fee Statements (.1) (no charge by Mr. Dopke); draft notice of filing for July Monthly Fee Statement for SOLIC and prepare same for filing (.1); review and edit SOLIC's July Monthly Fee Statement |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | and exhibits and prepare documents for filing (.3); review and edit SCCA's July Monthly Fee Statement and prepare Statement and Exhibits for filing (.3); draft CNO for SCCA's First Interim Fee Application and prepare same for filing.(.3); draft Notice of Filing of CNO for SCCA's First Fee Application (.1). FVMC Chapter 11 Employment and Fee Applications |
| 08/09/2017 | BD | 420.00 | 1.10 | 462.00 | Prepare SCCA's Fourth Monthly Fee Statement (1.1); discuss same with Mr. Hunt (Mr. Dopke did not charge for this discussion). FVMC Chapter 11 Employment and Fee Applications |
| 08/10/2017 | KVH | 330.00 | 0.70 | 231.00 | Revise and edit Certificate of No Objection for First Interim Fee Application (.1); file SOLIC Fourth Monthly Fee Statement and Notice (.1); file SCCA Fourth Monthly Fee Statement and Notice (.1); file CNO for SCCA First Fee Application (.1); draft courtesy copy letter to judge re CNO (.1); email to service list re CNO for First Fee INterim |

**Fees**

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| | | | | | Application (.1); email to parties re SCCA and SOLIC Fee Statements and forward filed copies to SOLIC (.1). FVMC Chapter 11 Employment and Fee Applications |
| 08/14/2017 | KVH | 330.00 | 0.70 | 231.00 | Conferences with B. Dopke re filing of SOLIC Fee Application (.1) (Mr. Dopke did not charge for this discussion); draft Notice of Motion for SOLIC Fee Application (.1); prepare Exhibits and Fee Application for filing (.2); review and edit Proposed Order for SOLIC Fee Application (.1); file SOLIC Fee Application (.1); draft courtesy copy letter to Judge and circulate filings and letter to all Notice parties (.1). FVMC Chapter 11 Employment and Fee Applications |
| 08/29/2017 | KVH | 330.00 | 0.70 | 231.00 | Draft Notice of Filing and CNO for SCCA Fee Statement and prepare same for filing (.3); correspondence with M. Rubin at SOLIC re retainer (.1); draft Notice of Filing and CNO for SOLIC Fee Statement and prepare same for filing (.3). |

Date: 11/29/2017     Case 17-12470   Doc **Detail Transaction File List** 1/14 17:05:48   Desc Main
Document    Page 103 of 196
Stahl Cowen Crowley Addis LLC

Page: 9

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | 08/30/2017 | KVH | 330.00 | 0.30 | 99.00 | FVMC Chapter 11<br>Employment and Fee Applications<br>Draft emails to service list for CNO and to SOLIC re filing of CNO's for SCCA and SOLIC (.1); file CNO and Notice of Filing for SCCA (.1); file CNO and Notice of Fiilng for SOLIC (.1). |
| | 09/05/2017 | KVH | 330.00 | 0.20 | 66.00 | FVMC Chapter 11<br>Employment and Fee Applications<br>Draft an email to B. Dopke re preparation of information for August Fee Statement and coordinate same with staff. |
| | 09/08/2017 | KVH | 330.00 | 0.70 | 231.00 | FVMC Chapter 11<br>Employment and Fee Applications<br>Prepare Notice of Filing of Fifth Monthly SCCA Fee Statement (.1); prepare exhibit of Time Keepers for SCCA Statement (.1); prepare time sheet exhibits for SCCA Fee Statement (.1); drafting SCCA Fee Statement (.3); correspondence with B. Dopke re SCCA Fee Statement (.1) (not charged by Mr. Dopke).<br>FVMC Chapter 11<br>Employment and Fee Applications |

Stahl Cowen Crowley Addis LLC

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 09/09/2017 | KVH | 330.00 | 0.20 | 66.00 | Prepare SOLIC Fee Statement for Filing. FVMC Chapter 11 Employment and Fee Applications |
| 09/10/2017 | BD | 420.00 | 0.80 | 336.00 | Review and revise SCCA's fifth fee statement. FVMC Chapter 11 Employment and Fee Applications |
| 09/11/2017 | KVH | 330.00 | 0.10 | 33.00 | Correspondence to SOLIC with copies of filed Monthly Fee Statements FVMC Chapter 11 Employment and Fee Applications |
| 10/02/2017 | KVH | 330.00 | 0.50 | 165.00 | Prepare and file Notice of Filing and CNO for SCCA August Compensation (.2); Prepare and file Notice of Filing and CNO for SOLIC August Compensation (.2);  correspondence to notice parties re filings (.1) FVMC Chapter 11 Employment and Fee Applications |
| 10/09/2017 | KVH | 330.00 | 0.90 | 297.00 | Receipt and review of fee statement information (.1); prepare Notice of Filing for Fee Statement and exhibits for Fee Statement (.2); coordinate billing summaries with accounting department (.5); communications with B. Dopke re |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | fee statements (.1) (not billed by Mr. Dopke).<br>FVMC Chapter 11<br>Employment and Fee Applications |
| 10/09/2017 | BD | 420.00 | 1.00 | 420.00 | Prepare SCCA's Sixth monthly fee statement (charges reduced to 1.0 hour, from approx. 1.5, and the time does not include review of individual fee entries).<br>FVMC Chapter 11<br>Employment and Fee Applications |
| 10/10/2017 | KVH | 330.00 | 0.20 | 66.00 | File SCCA Monthly Fee Statement and notice and circulate to notice parties.<br>FVMC Chapter 11<br>Employment and Fee Applications |
| 10/23/2017 | KVH | 330.00 | 0.40 | 132.00 | Review orders to determine the requirements for the fee application for Donlin and Globic (.2); review requirements for Fee Application for Sims (.2).<br>FVMC Chapter 11<br>Employment and Fee Applications |
| 10/31/2017 | KVH | 330.00 | 0.30 | 99.00 | Draft Notice of Filing and Certificate of No Objection for SCCA Sixth Monthly Fee Statement, file same and deliver to service list. |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | FVMC Chapter 11 |
|---|---|---|---|---|---|
| 11/02/2017 | KVH | 330.00 | 0.10 | 33.00 | Employment and Fee Applications Communications with M. Rubin re SOLIC's final fee application |
| 11/03/2017 | KVH | 330.00 | 0.20 | 66.00 | FVMC Chapter 11 Employment and Fee Applications Phone conference with M. Rubin re SOLIC's final fee application. |
| 11/07/2017 | KVH | 330.00 | 0.20 | 66.00 | FVMC Chapter 11 Employment and Fee Applications Communications with B. Dopke re documents for October fee statement. |
| 11/08/2017 | KVH | 330.00 | 1.00 | 330.00 | FVMC Chapter 11 Employment and Fee Applications Prepare exhibits for SCCA's Seventh Monthly Fee Statement (.3); draft Notice of Filing of Seventh Monthly Fee Statement (.1); prepare cover sheet for seventh monthly fee statement and correspondence to B. Dopke re same (.1); finalize Seventh Monthly Fee Statement for filing (.2); phone conference with B.Dopke re SOLIC fee application (.1); phone conference with M. Rubin re SOLIC's Final Fee |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | application (.2)<br>FVMC Chapter 11<br>Employment and Fee Applications |
|---|---|---|---|---|---|
| 11/08/2017 | BD | 420.00 | 1.70 | 714.00 | Draft SCCA's 7th monthly fee statement (this is in addition to time spent on the review of SCCA's timesheets and intimized fee exhibits).<br>FVMC Chapter 11<br>Employment and Fee Applications |
| 11/10/2017 | KVH | 330.00 | 0.20 | 66.00 | File Seventh Monthly Fee Statement and circulate to notice parties.<br>FVMC Chapter 11<br>Employment and Fee Applications |
| 11/16/2017 | KVH | 330.00 | 0.50 | 165.00 | Receipt and edit SOLIC Final Fee Application<br>FVMC Chapter 11<br>Employment and Fee Applications |

| **Total for Fees** | | Billable | 30.20 | 11,010.00 | |
|---|---|---|---|---|---|
| | | Non-billable | 0.80 | 264.00 | |
| | | Total | 31.00 | 11,274.00 | |

| Trans Date | Atty | Rate | Hours to Bill | Amount |
|---|---|---|---|---|
| **GRAND TOTALS** | | | | |
| | | Billable | 30.20 | 11,010.00 |
| | | Non-billable | 0.80 | 264.00 |
| | | Total | 31.00 | 11,274.00 |

Date: 11/30/2017          **Tabs3 Attorney Realization Report**          Page: 1

Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|---|
| 13 BRUCE DOPKE | | 11.60 | 420.00 | 4,872.00 |
| 91 KEVIN V. HUNT | | 18.60 | 330.00 | 6,138.00 |
| | **Totals** | 30.20 | 364.57 | 11,010.00 |

|  | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
| --- | --- | --- | --- | --- | --- | --- |

**Fees**

| 07/26/2017 | BD | 420.00 | 0.80 | 336.00 | Review the Donlin #4 invoice (.2); review and reply to the email from staff and another from SOLIC re same (.1); review our records to see whether we have a #3 invoice from Donlin (for May 2017 time and expenses)  finding none, draft an email to Donlin to suggest that they locate and resend us their May 2017 invoice (.2); review the missing (and resent) Donlin #3 invoice (.2); draft separate emails to Donlin and to the client, recommending payment (.1). FVMC Chapter 11 Employment and Fee Applications Objections |
| 08/10/2017 | BD | 420.00 | 0.50 | 210.00 | Review the SOLIC interim comp application (.4); draft an email to SOLIC re: the missing exhibit for the itemization of time, and later, review the reply (.1). FVMC Chapter 11 Employment and Fee Applications Objections |
| 08/14/2017 | BD | 420.00 | 0.40 | 168.00 | Further review of the SOLIC application (.2); draft an email to Mr. Rubin re same, and in particular, the absence of detail time information (.2). FVMC Chapter 11 |

# Detail Transaction File List
## Stahl Cowen Crowley Addis LLC

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 09/10/2017 | BD | 420.00 | 0.30 | 126.00 | Employment and Fee Applications Objections<br>Review the fifth fee statement of SOLIC.<br>FVMC Chapter 11 |
| 09/14/2017 | BD | 420.00 | 0.20 | 84.00 | Employment and Fee Applications Objections<br>Review the latest statement from Donlin; draft an email to the client re same.<br>FVMC Chapter 11 |
| 10/05/2017 | BD | 420.00 | 0.20 | 84.00 | Employment and Fee Applications Objections<br>Review the invoice received from Donlin for their August 2017 work; draft an email to financial staff, giving the OK to payment of that invoice.<br>FVMC Chapter 11 |
| 11/02/2017 | BD | 420.00 | 0.20 | 84.00 | Employment and Fee Applications Objections<br>Review the Donlin bill for September 2017; draft an email to Mr. Flynn re same.<br>FVMC Chapter 11 |
| | | | | | Employment and Fee Applications Objections |

| **Total for Fees** | | Billable | 2.60 | 1,092.00 | |

### GRAND TOTALS

| | | Billable | 2.60 | 1,092.00 | |

Date: 11/30/2017                        **Tabs3 Attorney Realization Report**                        Page: 1
Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|
| 13 BRUCE DOPKE | 2.60 | 420.00 | 1,092.00 |
| **Totals** | 2.60 | 420.00 | 1,092.00 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 07/27/2017 | BD | 420.00 | 0.50 | 210.00 | Review the cash variance report for the prior week (.2); draft an email to Messrs. Flynn and Rubin concerning certain expense transactions which might have been omitted from the current and some of the previous reports (.2); review the internal information concerning the SCCA retainer draws, and then draft an email to forward that information to the Debtor's accounting staff (.1). FVMC Chapter 11 Financing and Cash Collateral |
| 08/01/2017 | BD | 420.00 | 1.00 | 420.00 | Review the proposed cash collateral budget received from SOLIC (.1); review the proposed cash variance report for the past week, and the additional language inserted by SOLIC relative to the application of the professional fee retainers (.2); participate in the weekly call with Solic & Sims, this time focusing more on the exit plan and the cash collateral budget, and related subjects (.6); review the second draft of the proposed cash collateral budget (covering the latter half of the case), and |

|  | **Trans Date** | **Atty** | **Rate** | **Hours to Bill** | **Amount** |  |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | then draft a short email to bond counsel, transmitting the proposed budget (.1). FVMC Chapter 11 Financing and Cash Collateral |
|  | 08/07/2017 | BD | 420.00 | 0.20 | 84.00 | Telephone call to Mr. Azano to discuss the cash collateral budget, and one item on that budget in particular, and to check on the status of the cash collateral extension order. FVMC Chapter 11 Financing and Cash Collateral |
|  | 08/08/2017 | BD | 420.00 | 0.20 | 84.00 | Telephone call from Mr. Yenchek to discuss the cash collateral budget extension and related issues. FVMC Chapter 11 Financing and Cash Collateral |
|  | 08/09/2017 | BD | 420.00 | 2.10 | 882.00 | Draft a motion to extend the cash collateral budget and order (1.7); telephone call with Mr. Flynn re: the new cash collateral budget, and the need to accelerate the calculation of the entrance fee refunds due (.2); review an email from Mr. Flynn concerning a testing mechanism of the cash collateral order; telephone Mr. Azano to discuss it, and |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | then draft an email to Messrs. Rubin and Flynn re same (.2). FVMC Chapter 11 Financing and Cash Collateral |
| | 08/10/2017 | KVH | 330.00 | 0.20 | 66.00 | Communications with B. Dopke re cash collateral motion (.1); communications with noticing agent re certificate of service for cash collateral (.1). FVMC Chapter 11 Financing and Cash Collateral |
| | 08/11/2017 | BD | 420.00 | 3.90 | 1,638.00 | Review in greater detail bond counsel's revisions to the motion and order to extend cash collateral use (mostly focusing on the order) and make revisions to the Order as appropriate (2.1); review, in particular, the changes to par. 16 i, and draft an email to Messrs. Flynn and Rubin to confirm whether the revisions address the concerns that they previously raised (.3); draft an email to Messrs. Flynn and Rubin, requesting changes to the budget, to confirm to the confirmation schedule and the terms of the proposed cash collateral order (.1); review the revised budget received from |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | Mr. Rubin (.2); draft an email to Mr. Azano re: the revisions to the motion, budget and order (.2); telephone call from Mr. Azano re: the swapped budget and a provision of the order (.1); telephone call with Mr. Johnson re: the revisions to the Order on the motion to amend (.1); draft a notice of motion and service list for the extension motion (.2); email to Donlin re the need for a certificate of service, and reply to their response (.1); telephone call from Mr. Yenchek; explain the motion and order and budget to him and obtain authorization to file it (.2); revise the title pages of the motion, notice and order, to permit the use of a specific filing code (.2); emails to and from Donlan, concerning the filing of the motion and confirmation of the service of the motion this evening by appropriate messenger service for Monday delivery (.1). FVMC Chapter 11 Financing and Cash Collateral |
| | 08/23/2017 | BD | 420.00 | 0.30 | 126.00 | Review the draft cash collateral order received from bond counsel. |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| | | | | | FVMC Chapter 11 Financing and Cash Collateral |
| 08/24/2017 | KVH | 330.00 | 0.50 | 165.00 | Conference with B. Dopke re cash collateral order (.1) (no charge by Mr. Dopke); receipt and review of cash collateral order and prepare same for delivery to service list and judge (.2); draft courtesy copy letter to judge re same (.1); forward letter and draft order to service list (.1). FVMC Chapter 11 Financing and Cash Collateral |
| 08/24/2017 | BD | 420.00 | 0.20 | 84.00 | Telephone Mr. Azano with a request for the modification of one termination clause in the proposed order (.1); revise the order per my discussion with Mr. Azano, and then draft an email which forwards the revised order and exhibit to Mr. Hunt (.1). FVMC Chapter 11 Financing and Cash Collateral |
| 08/29/2017 | KVH | 330.00 | 0.10 | 33.00 | Receipt and review of filed Cash Collateral Order. FVMC Chapter 11 Financing and Cash Collateral |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | |
|---|---|---|---|---|---|
| 09/05/2017 | BD | 420.00 | 0.30 | 126.00 | Telephone call with Mr. Flynn concerning operations in the next 8 weeks, and matters that we will need to work on together in view of the reduced role of SOLIC going forward. FVMC Chapter 11 Financing and Cash Collateral |
| 10/02/2017 | BD | 420.00 | 0.20 | 84.00 | After checking the extended cash collateral order, draft an email to Mr. Flynn re the weekly certifications which must be sent to the bond trustee under the order. FVMC Chapter 11 Financing and Cash Collateral |
| 10/12/2017 | BD | 420.00 | 0.10 | 42.00 | Telephone call to Mr. Azano with the good news about the IFA approval of the Bonds (and the bad news about when that bond issue is actually likely to close) and the interface of that news with the current expiration date for the extended cash collateral order. FVMC Chapter 11 Financing and Cash Collateral |
| 11/02/2017 | BD | 420.00 | 4.90 | 2,058.00 | Review the Plan, the Cash Collateral Order (and its budget), certain fee orders |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | entered in the case and other materials which will be important to the setting of reserves for administrative claims as of November 3 (.6); draft a memo to Mr. Flynn re: the reserves to be set (3.8); draft an email to Mr. Flynn re: the reserves to be set and the memo re same (attached) (.1); draft an email to Mr. Nyberg re: a component of the reserves to be set (.1); discuss the memos and the reporting requirements going forward with Mr. Flynn (.3). FVMC Chapter 11 Financing and Cash Collateral |
| 11/03/2017 | BD | 420.00 | 0.50 | 210.00 | Telephone call from Mr. Yenchek re: closing issues and related financial issues (.3); review analysis of 11/4 cash prepared by Mr. Flynn (.2). FVMC Chapter 11 Financing and Cash Collateral |
| 11/08/2017 | BD | 420.00 | 0.60 | 252.00 | Review Mr. Flynn's calculations of the amount payable to the 2010 bond trustee from the operating account as of Nov. 3, 2017 (.2); check some of those calculation against the figures in our Nov. |

| | Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount | |
| --- | --- | --- | --- | --- | --- | --- |

**Fees**

| | | | | | | 2 memo, and revise the chart accordingly (.2); telephone Mr. Flynn concerning the revisions to the chart (.2). FVMC Chapter 11 Financing and Cash Collateral |
| | 11/13/2017 | BD | 420.00 | 0.30 | 126.00 | Review and then (after looking a few things up) reply to the email from bond counsel re the reserves set for SOLIC and the UST. FVMC Chapter 11 Financing and Cash Collateral |
| | 11/15/2017 | BD | 420.00 | 0.80 | 336.00 | Telephone call from Mr. Azano re: the payments to be made to the trustee under the Plan, and the various components of same, and a way to confirm that the funds will be flowing as expected (.3); discuss same with Mr. Flynn (.1); after checking the plan provisions, draft an email to Mr. Johnson concerning the proposed distributions (.2); telephone call with Mr. Johnson concerning the distribution issue (.2). FVMC Chapter 11 Financing and Cash Collateral |

| Trans Date | Atty | Rate | Hours to Bill | Amount | | |
|---|---|---|---|---|---|---|
| **Total for Fees** | | Billable | 16.90 | 7,026.00 | | |

## GRAND TOTALS

| | | Billable | 16.90 | 7,026.00 |
|---|---|---|---|---|

Date: 11/30/2017                    **Tabs3 Attorney Realization Report**                    Page: 1
Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | Billed Hours | Realization Rate | Original Value |
|----------|-------------:|-----------------:|---------------:|
| 13 BRUCE DOPKE | 16.10 | 420.00 | 6,762.00 |
| 91 KEVIN V. HUNT | 0.80 | 330.00 | 264.00 |
| **Totals** | 16.90 | 415.74 | 7,026.00 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 07/18/2017 | BD | 420.00 | 0.20 | 84.00 | Review correspondence from Mr. Johnson re: alleged activities by one of the GreenFields bidders. FVMC Chapter 11 Litigation |
| 07/25/2017 | BD | 420.00 | 0.10 | 42.00 | Telephone call from attorney Tim McVeih (insurance defense counsel for GreenFields) and answer his questions about a bankruptcy notice received by opposing counsel in the case. FVMC Chapter 11 Litigation |
| **Total for Fees** | | Billable | 0.30 | 126.00 | |

| | | | GRAND TOTALS | | |
|---|---|---|---|---|---|
| | | Billable | 0.30 | 126.00 | |

Date: 11/30/2017                    **Tabs3 Attorney Realization Report**                    Page: 1
Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|
| 13 BRUCE DOPKE | 0.30 | 420.00 | 126.00 |
| **Totals** | 0.30 | 420.00 | 126.00 |

**Detail Transaction File List**
Stahl Cowen Crowley Addis LLC

| | Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| 07/07/2017 | BD | 420.00 | 0.20 | 84.00 | Review and reply to the flurry of emails from staff concerning the meeting to be held at GreenFields next Tuesday, involving attorneys soliciting residents to file unnecessary proofs of claim.<br>FVMC Chapter 11<br>Meetings and Communications with Creditors |
|---|---|---|---|---|---|

| 07/12/2017 | BD | 420.00 | 0.30 | 126.00 | Telephone call from attorney J. Stanek re: bid procedures and the rights of the residents at GreenFields (.2); telephone call from attorney Mark Fisher (IFA) concerning the status of the bidding (.1).<br>FVMC Chapter 11<br>Meetings and Communications with Creditors |

| 07/14/2017 | BD | 420.00 | 0.20 | 84.00 | Review the email received from ABT Electronics and then telephone the credit manager and answer his question.<br>FVMC Chapter 11<br>Meetings and Communications with Creditors |

| 07/25/2017 | BD | 420.00 | 0.20 | 84.00 | Return call of Nate Hassell (representing Dorsky Hodges) and answer his questions about the case (.1); return call of former resident and answer his questions about the bar date and his claim for a refund (.1). |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Meetings and Communications with Creditors |
| 07/28/2017 | BD | 420.00 | 0.20 | 84.00 | Return the call of Josh Green (represents a GreenFields former resident) and discuss the case and the mechanics of the bar date order, and identify the portion of the order which excuses residents from filing proofs of claim for refunds of entrance fees due to them; later, reply and confirm the email from Mr. Green concerning that point. |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Meetings and Communications with Creditors |
| 08/15/2017 | BD | 420.00 | 0.10 | 42.00 | Return the call of the Illinois Department of Professional Regulations concerning the notice the office received (concerning the financing motion). |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Meetings and Communications with Creditors |
| 08/22/2017 | BD | 420.00 | 0.80 | 336.00 | Long telephone conversation with a prospective resident and his family concerning the case and the bankruptcy exit procedures, and the rescission rights concerning post-filing entrance fees. |
|  |  |  |  |  | FVMC Chapter 11 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | Meetings and Communications with Creditors |
|---|---|---|---|---|---|
| 10/04/2017 | BD | 420.00 | 0.40 | 168.00 | Return call of Ms. Danoff, daughter of a prospective resident, who had many, many questions concerning the status of the bankruptcy, the exit, the confirmation date and the IFA process. |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Meetings and Communications with Creditors |
| 10/05/2017 | BD | 420.00 | 0.10 | 42.00 | Draft an email to Ms. Danoff, transmitting a copy of the Second Amended Disclosure Statement, as filed. |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Meetings and Communications with Creditors |
| 10/15/2017 | BD | 420.00 | 0.10 | 42.00 | Review and then replay to an email from an adult child of a prospective resident. |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Meetings and Communications with Creditors |
| 10/16/2017 | BD | 420.00 | 0.60 | 252.00 | Review a voice mail received from Robert Bruce, a Class 1 bondholder; draft a response to him and to Globic (the noticing agent for bondholders); later, reply to Globic's response re same (.2); respond in some detail (in two emails) to a question forwarded by Globic from another bondholder concerning the funds |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | available to reimburse the trustee for her costs in this case (.2); revise the certificate of service relative to the notice served on post-petition entrants last Friday; draft an email to the executive director re same (.2).<br>FVMC Chapter 11<br>Meetings and Communications with Creditors |
| 10/18/2017 | BD | 420.00 | 0.40 | 168.00 | Return the call of Mr. Richard Olson, a bondholder, and answer his many questions concerning the case and the solicitation package which he received.<br>FVMC Chapter 11<br>Meetings and Communications with Creditors |
| 11/07/2017 | BD | 420.00 | 0.50 | 210.00 | Return the call of Ms. Evelyn Levy, a bondholder, who had many questions concerning the notice of confirmation and the case in general (.2); return the call of a current resident of GreenFields, who had many questions concerning the confirmation notice and some further questions concerning the status of his residency agreement (.3).<br>FVMC Chapter 11<br>Meetings and Communications with Creditors |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 11/10/2017 | BD | 420.00 | 0.20 | 84.00 | Telephone call with Doug Wright, representative of a former resident, concerning the case. FVMC Chapter 11 Meetings and Communications with Creditors |
| **Total for Fees** | | Billable | 4.30 | 1,806.00 | |

## GRAND TOTALS

| | | | | |
|---|---|---|---|---|
| | Billable | 4.30 | 1,806.00 | |

Date: 11/30/2017        **Tabs3 Attorney Realization Report**        Page: 1

Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|
| 13 BRUCE DOPKE | 4.30 | 420.00 | 1,806.00 |
| **Totals** | 4.30 | 420.00 | 1,806.00 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 07/27/2017 | BD | 420.00 | 1.30 | 546.00 | Review the email and the attachment sent by SOLIC, concerning the report we requested from them on the status of cash collateral use and budget compliance issues (intended for inclusion in the disclosure statement) (.2); review the draft of the plan received from Mr. Johnson (1.1). FVMC Chapter 11 Plan and Disclosure Statement |
| 07/28/2017 | BD | 420.00 | 0.90 | 378.00 | Further review of the plan in preparation for our discussion of same with Mr. Johnson (.4); telephone call with Mr. Johnson (FSO's counsel) to run through our comments on the plan (.5). FVMC Chapter 11 Plan and Disclosure Statement |
| 07/31/2017 | BD | 420.00 | 5.10 | 2,142.00 | Review the plan draft which arrived this morning from Polsinelli (.6); telephone Mr. Johnson re his latest plan draft (.3); draft a proposed version 4 of that plan (4.2). FVMC Chapter 11 Plan and Disclosure Statement |
| 08/02/2017 | BD | 420.00 | 1.70 | 714.00 | Review the narrative concerning the sale |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | process which we asked Sims and SOLIC to prepare (.3); draft an email to Mr. Rulnick and Mr. Caine re same (.1); review version "4 c" of the Plan (.4); draft an email to Mr. Johnson with some further comments on the latest Plan draft (.1); review the draft submission to the IFA (.4); participate in the working group call (for the IFA submission) (.4). FVMC Chapter 11 Plan and Disclosure Statement |
| 08/03/2017 | BD | 420.00 | 3.20 | 1,344.00 | Exchange emails with Mr. Armstrong concerning a meeting today to coordinate dates and also concerning a question we raised yesterday about the IFA submission (.1); think through the scheduling of the confirmation process, given the information disclosed during yesterday's call with the IFA working group, and prepare a written time line for same for distribution to the the participants in this morning's call with the working group (.6); revise the schedule (.2); draft an email to Mr. Azano, transmitting the schedule (.1); review and |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | revise the latest version of the IFA submission (.9); telephone call with Mr. Azano re the exit time line (.1); draft an email to the IFA working group re: the exit time line and my comments on the IFA document (.1); participate in the working group call (concerning the IFA submission and time line) (.8); review the latest revision to the plan (.2); draft an email to Polsinelli re same (.1). FVMC Chapter 11 Plan and Disclosure Statement |
| | 08/04/2017 | BD | 420.00 | 0.40 | 168.00 | Participate in a conference call with counsel for the bond trustee and FSO about the path forward. FVMC Chapter 11 Plan and Disclosure Statement |
| | 08/08/2017 | BD | 420.00 | 0.70 | 294.00 | Conference call with bond counsel and FSO counsel re the Plan draft (.6); telephone call to FSO counsel re same (.1). FVMC Chapter 11 Plan and Disclosure Statement |
| | 08/09/2017 | BD | 420.00 | 0.80 | 336.00 | Review the information received from financial staff concerning the escrow |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

account balance and deposits, and the analysis of the entrance fee refunds due (.3); telephone financial staff with a question concerning the data (.1); telephone bond counsel to discuss the data (.2); revise the spreadsheets (concerning the deposit information) to delete the information concerning the identity of the residents due deposits (from Hippa and privacy concerns) (.1); draft an email which transmits the refund information (with names redacted) to bond counsel (.1).
FVMC Chapter 11
Plan and Disclosure Statement

| | 08/10/2017 | BD | 420.00 | 1.40 | 588.00 | Draft an email to staff and counsel re: the need for a meeting to discuss the status of the plan discussions (.1); telephone call with Mr. Johnson re: his discussion earlier today with bond counsel re the deal points on the plan (.6); attend the teleconference with staff and counsel re same (.6); telephone call to Mr. Johnson (after the meeting) re next steps (.1). FVMC Chapter 11 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| | | | | | Plan and Disclosure Statement |
| 08/11/2017 | BD | 420.00 | 1.10 | 462.00 | Review Mr. Johnson's email concerning the proposal from bond counsel, and then dig into the financial assumptions to that proposal, and find some very interesting data (.4); telephone call to Mr. Johnson re: the analysis of the diminution claim (.2); later, telephone call with Mr. Yenchek re same (.2); very quickly review the changes to the Plan per the draft sent by bond counsel (.3). |
| | | | | | FVMC Chapter 11 |
| | | | | | Plan and Disclosure Statement |
| 08/14/2017 | BD | 420.00 | 2.40 | 1,008.00 | Review the bond counsel's proposed revisions to the Plan in greater detail (.8); review the other materials and documentation concerning the settlement with the bond trustee that will no doubt come up in our discussion this afternoon relative to the Plan (.7); telephone calls to and from Mr. Hemmesch to discuss the status of the IFA application and the potential impact that it might have on our confirmation schedule (.2); conference call with bond counsel and FSO counsel |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

re: plan issues (.7).
FVMC Chapter 11
Plan and Disclosure Statement

| | 08/15/2017 | BD | 420.00 | 1.10 | 462.00 | Review the source documents, to calculate the potential likely amount of the "tail" for professional fees which would be reserved for or paid at the close of the case, and then draft an email to Mr. Johnson concerning our analysis of the impact of the proposed settlement with bond counsel (.5); later, telephone Mr. Johnson to discuss that and the other open deal points or action items concerning the plan (.6).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| | 08/16/2017 | KVH | 330.00 | 0.10 | 33.00 | Review multiple communications re distribution and service of disclosure statement and plan.<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| | 08/16/2017 | BD | 420.00 | 2.00 | 840.00 | Review the two forms of ballots received from bond counsel, that would be used to solicit individual bondholders (form number 1) and nominees for those |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | | bondholders (the longer form #2) (.3); review issues relative to the actual rights of bondholders to cast votes, given the structure of the indenture (.5); telephone call to and later from Mr. Azano regarding that issue and a number of issues having to do with the plan, including the balloting and disclosure process, certain specific provisions in the Plan, the settlement that we are thinking through, and related issues (.4); revisit and reset some of the deadlines relative to the confirmation process (.4); revise the draft confirmation schedule, to reflect the changes the dates for different actions (.1); draft separate emails to Donlin and Globic re: scheduling issues relative to the Plan (.3). |

FVMC Chapter 11
Plan and Disclosure Statement

| Trans Date | Atty | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|
| 08/17/2017 | BD | 420.00 | 1.80 | 756.00 | Draft an email to bond counsel and FSO's counsel re: the revised confirmation schedule (.1); telephone call from Mr. Fisher (represents the IFA) concerning the case and some |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  | documentation which might be needed by the IFA relative to the bond issue (.1); draft an email to client staff re same (.1); draft another email to the client re: the issues discussed with bond counsel this morning (.2); telephone call with staff and counsel re: the issues raised in court today (and in the hallway outside of court), and the open issues with the Plan (.9); review the content and the exhibits to the Park Place disclosure statement, for provisions which may be useful and instructive for inclusion in the FVMC solicitation materials (.4). FVMC Chapter 11 Plan and Disclosure Statement |
| 08/19/2017 | BD | 420.00 | 2.50 | 1,050.00 | Review the rather lengthy scheduling motion received from bond counsel, and make notes for various revisions to that document. FVMC Chapter 11 Plan and Disclosure Statement |
| 08/21/2017 | BD | 420.00 | 4.50 | 1,890.00 | Further revision to the scheduling motion and its exhibits (.3); review the latest Plan draft (.8); draft revisions of specific |

# Detail Transaction File List
## Stahl Cowen Crowley Addis LLC

|  | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  | paragraphs of this morning's plan draft (3.3); draft an email to staff and counsel re same (.1). FVMC Chapter 11 Plan and Disclosure Statement |
| 08/22/2017 | BD | 420.00 | 1.40 | 588.00 | Review the redline of the the Plan, which incorporates yesterday's revisions (.4); draft an email to Mr. Johnson with three very nit-picky comments on the revised plan (.2); telephone call to Mr. Flynn re: a) the exhibits to the disclosure statement; and b) the exhibit on the cure amounts of executory contracts (.2); review the draft of the disclosure statement (.4); draft an email to Donlin on two subjects: the return address to be used on the ballots, and the creation, now, of the mailing list for those "creditors" who are not bondholders who have the right to vote on the Plan (.2). FVMC Chapter 11 Plan and Disclosure Statement |
| 08/23/2017 | BD | 420.00 | 9.10 | 3,822.00 | Further research on the scheduling issues and options to speed the disclosure and confirmation process |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

(1.9); consistent with the research, revise the draft confirmation schedule and time line, and with reference to Rules 3016 -- 3018 and LR 3016 (.5); draft a detailed email to staff and counsel re same, laying out the potential outcomes on the scheduling issues (.4); conference call with staff and counsel re the scheduling issue (.7); conference call with bond counsel and FSO counsel re: scheduling issues (.5); further refinement of the confirmation schedule, taking into considerations the comments received earlier from the client's officers and bond counsel (.4); discuss the time line, and IFA issues  with Mr. Johnson (.3); telephone Mr. Fisher at the IFA re same (.1 ); draft a motion to set hearing and objection dates relative to the disclosure statement (4.3).
FVMC Chapter 11
Plan and Disclosure Statement

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| | 08/24/2017 | KVH | 330.00 | 0.20 | 66.00 | Receipt and review of draft Motion re Scheduling Disclosure Statement (.1); |

|      | **Trans Date** | **Atty** | **Rate** | **Hours to Bill** | **Amount** | |
|------|----------------|----------|----------|-------------------|------------|--|

**Fees**

receipt and review of proposed amendments to schedule for Disclosure Statement and Plan (.1).
FVMC Chapter 11
Plan and Disclosure Statement

| | 08/24/2017 | BD | 420.00 | 2.90 | 1,218.00 | Further revision of the scheduling motion (for the Disclosure Statement) (.6); draft emails to bond counsel and a separate email to staff and counsel re same (.1); telephone call to Mark Fisher to inquire about two issues relative to the financing authorization through the IFA (.2); telephone call from Mr. Fisher, with answers to our two questions (.1); draft an email to staff and counsel re same (.2); review the bond trustee's comments on the scheduling motion (.3); telephone call with Mr. Azano re: two of his comments on the scheduling motion (.1); revise the scheduling motion, per our discussion with Mr. Azano (.2); draft an email to staff and counsel re same, and soliciting their comments (.1); telephone call with Ms. Silver (UST) concerning the scheduling motion, the timelines for |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | approval of the disclosure statement and plan, and the concerns she expressed concerning components of the relief that we had planned to request through the motion (.3); take yet another look at our confirmation schedule, to find ways to accommodate the concerns expressed by the UST (.5); draft an email to staff and counsel re: our discussion with the UST and our revised time line for confirmation (.2). FVMC Chapter 11 Plan and Disclosure Statement |
|---|---|---|---|---|---|---|
| | 08/25/2017 | BD | 420.00 | 6.50 | 2,730.00 | Revise the Scheduling Motion, per our discussion with the UST yesterday (1.2); telephone call with Mr. Azano re same (.1); draft an email to Ms. Silver re same (.1);  telephone Ms. Silver to discuss the Scheduling Motion (.2); draft an email to bond counsel and Mr. Johnson re same (.1); draft the introductory section of the disclosure statement (4.8). FVMC Chapter 11 Plan and Disclosure Statement |
| | 08/26/2017 | BD | 420.00 | 6.70 | 2,814.00 | Further work on the first draft of the |

**Detail Transaction File List**
Stahl Cowen Crowley Addis LLC

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | Disclosure Statement. |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Plan and Disclosure Statement |
| 08/27/2017 | BD | 420.00 | 2.00 | 840.00 | Complete a first draft of all of the factual elements of the Disclosure Statement. |
|  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  | Plan and Disclosure Statement |
| 08/28/2017 | KVH | 330.00 | 1.60 | 528.00 | Correspondence with B. Dopke re filing of Motion re Disclosure Statement (.1) (not billed by Mr. Dopke); prepare notice of motion for Motion re Disclosure Statement (.1); correspondence with Donlin Recano re Certificate of Service for Motion (.1); receipt and review of certificate of service and make revisions to notice list (.3); correspondence with R. Rotman at Donlin Recano re service list and proper parties for Motion re Disclosure Statement (.2); correspondence with D. Dopke re title of Motion (.1) (not billed by Mr. Dopke); prepare Notice and Motion for filing (.2); draft courtesy copy letter and email to notice parties re Motion re Disclosure Statement (.2); receipt and revisions of |

**Fees**

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| | | | | | amended certificate of service from Donlin (.1); file Motion re Disclosure Statement and prepare same for circulation to service list and judge (.2). FVMC Chapter 11 Plan and Disclosure Statement |
| 08/28/2017 | BD | 420.00 | 6.10 | 2,562.00 | Review and revise the first draft of the disclosure statement (4.5); draft an email to staff and counsel re the Disclosure Statement, and a second email to bond counsel re same (.2); final review of the scheduling motion before it is filed (.3); draft the notice and the order which grants the Scheduling Order (.6); review the email from Bond Counsel and the attachment to that email: the clean and redlined copies of the Plan which reflect the Bond Trustee's additional comments on the Plan (.3); telephone call from Mr. Hunt and learn that the ecf fields available require a re-titling and other conforming changes to the scheduling motion and order (no charge for this); make those conforming changes to the motion and to the proposed order and |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  | notice (.2). |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  |  | Plan and Disclosure Statement |
|  | 08/29/2017 | KVH | 330.00 | 0.90 | 297.00 | Phone conference with B. Dopke re analysis of claims for the purposes of Plan (.2) (not billed by Mr. Dopke); prepare notes re claims for Mr. Dopke's liquidation analysis and forward same to Mr. Dopke (.5);  receipt and review of Liquidation Analysis (.2). |
|  |  |  |  |  |  | FVMC Chapter 11 |
|  |  |  |  |  |  | Plan and Disclosure Statement |
|  | 08/29/2017 | BD | 420.00 | 4.90 | 2,058.00 | Telephone call from Mr. Flynn re: the reports which need to be attached to the Disclosure Statement, and a discussion of the executory contracts, a few of which remain to be identified (.4); telephone call from Mr. Hemmesch re: his many questions and some comments on the Disclosure Statement (.8); draft the liquidation analysis exhibit to the Disclosure Statement (3.2); draft an email to staff and counsel re same (.1); telephone call with FSO counsel in advance of our converence call with bond |

|  | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  | counsel (.1); participate in a conference call with bond counsel and FSO counsel concerning the final deal points on the plan of reorganization (.3). FVMC Chapter 11 Plan and Disclosure Statement |
| | 08/30/2017 | KVH | 330.00 | 1.60 | 528.00 | Receipt and review of comments re LIquidation analysis from FSO (.1); receipt and review of most recent drafts Disclosure Statement and Plan (.5); receipt of comments to Disclosure Statement from bond counsel (.1); phone conference with B. Dopke re strategy and filing of Disclosure Statement and Plan (.2) (not charged by Mr. Dopke); draft Notice of Filing and service list for Plan (.2); draft Notice of Filing for Disclosure Statement (.1); correspondence to B. Dopke re Plan structure comments (.1) (not billed by Mr. Dopke); file Plan, Disclosure Statement and Notices (.2); draft email re circulation of Plan and and Disclosure Statement (.1). FVMC Chapter 11 Plan and Disclosure Statement |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| 08/30/2017 | BD | 420.00 | 6.90 | 2,898.00 | Review  the comments of bond counsel on the Disclosure Statements (.4); review Mr. Johnson's comments on the liquidation analysis (.1); draft an email to staff and counsel re both of the above subjects (.1); revise the liquidation analysis to reflect Mr. Johnson's comments, and also, to reflect a change which appeared in bond counsel's comments to the disclosure statement (1.6); draft an email to staff and counsel re same (.2); draft an email to bond counsel re same (.1); review the proposed financial exhibits to the Disclosure Statement received from staff yesterday afternoon (Exhibits 3 - 6) (.4); review the bracketed provisions of the Disclosure Statement which will need to be filled in prior to its filing (and check the source materials for the many items that need to be calculated and included in the text of the Disclosure Statement ) (1.1); draft an email to Mr. Flynn, inquring as to the current balance in the Escrow Account; review his response, and make |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  | appropriate adjustments to the factual statements concerning that balance contained in the Disclosure Statement as well as in the Liquidation Analysis (.2); review the "final" draft of the Plan, which just arrived from FSO's counsel (.5); revise the Plan, to add factual content which needs to be added, and to make adjustments relative to exhibits and other structural aspects of the document (.6); review the "final" draft of the disclosure statement (which arrived at 3:00 p.m.) (.6); revise the final draft of the disclosure statement, adding factual disclosures and other items (.9); telephone Mr. Hunt to coordinate the filing of both documents, and to answer a question he had concerning a field that will need to be answered when the Plan is filed (.1).Draft FVMC Chapter 11 Plan and Disclosure Statement |
| 08/31/2017 | KVH | 330.00 | 0.70 | 231.00 | Draft courtesy copy letter to judge with Disclosure Statement and Plan and draft email to notice parties re same (.2); prepare same for delivery and deliver to |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | chambers (.3); receipt and review of Order re disclosure statement and docket same (.2). FVMC Chapter 11 Plan and Disclosure Statement |
| 08/31/2017 | BD | 420.00 | 4.60 | 1,932.00 | Listen to voicemail from Mr. Fisher (IFA) and immediately call Mr. Johnson to discuss Mr. Fisher's voice mail and our response (.2); later, review the emails sent by Mr. Fisher and draft a reply to those emails (.1); draft a more detailed email to staff and counsel re same (.3); attend the hearing on the two motions (exclusivity and disclosure statement scheduling) (1.7); draft an email to Ms. Silver (who had to leave the hearing during the recess) concerning the outcome of the hearing (.1); draft an email to the client re same (.1); telephone call from S. Yenchek, joined by Mr. Flynn, concerning the outcome of today's hearing, and the IFA, and obtain his permission to proceed to amend both the Plan and the Disclosure statement, at our discretion (.3); amend the disclosure |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  | statement, per the Court's ruling, modifying a variety of provisions which address the IFA and the timing of confirmation (1.4); review the Plan to determine whether there are any provisions in the Plan which are affected by the Court's ruling today, and, at the end of the process, determine that the Plan does not need to be amended today (.3); draft the notice of filing for the Amended Disclosure Statement (.1). FVMC Chapter 11 Plan and Disclosure Statement |
| | 09/01/2017 | KVH | 330.00 | 0.50 | 165.00 | Receipt and review of communications from servicing agents and B. Dopke re delivery and service of Order re Disclosure Statement (.1); review of amended Disclosure Statement (.1); prepare courtesy copy letter re Amended Disclosure Statement and email to notice parties (.2); receipt and review of Order Granting Motion to Extend Exclusivity (.1). FVMC Chapter 11 Plan and Disclosure Statement |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| 09/01/2017 | BD | 420.00 | 0.70 | 294.00 | Draft the following emails: to staff and counsel, concerning the amended disclosure statement and the notice which will be sent to all parties in interest (.2); to bond counsel, concerning the amendments made to the disclosure statement and the latest information concerning the IFA process (.2); to our noticing agents (Donlin and Globic) concerning service of the order and notice of the hearing on the disclosure statement and the deadline for same (.1); to Donlin (in addition to the prior email) to confirm with them the need to serve physical copies of the amended disclosure statement and the original plan on the notice parties and the 20 largest (.1); to staff, and in particular, operations and marketing, to make sure that they know that the order and notice will be circulating and that they may wish to inform the Residents and the Associates (i.e., the people who work at GreenFields) that the notice will be arriving by mail (.1). |

|  | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
|---|---|---|---|---|---|---|

**Fees**

|  | Trans Date | Atty | Rate | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|
|  | 09/05/2017 | KVH | 330.00 | 0.50 | 165.00 | FVMC Chapter 11 Plan and Disclosure Statement Receipt and review of comments from G. Silver re Disclosure Statement (.1); phone conference with B. Dopke re mailings (.1) (not billed by Mr. Dopke); communications with R. Rotman re service list and mailings re Plan and Disclosure Statement (.2); review amended Certificate of Service for Plan and Disclosure Statement (.1). |
|  | 09/06/2017 | KVH | 330.00 | 0.70 | 231.00 | FVMC Chapter 11 Plan and Disclosure Statement Receipt and review of Certificate of Service for Order and Notice re Hearing on Adequacy of Disclosure Statement and confirm the correct service list (.2); draft notice of filing for COS on Order re Disclosure Statement and prepare same for filing (.2); draft notice of filing for COS on Joint Plan and Amended Disclsoure Statement and prepare same for filing (.2); file Notices and COS with Clerk of Court (.1). |

FVMC Chapter 11

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | Plan and Disclosure Statement |
| 09/06/2017 | BD | 420.00 | 0.50 | 210.00 | Participate in the call with the "working group" which is handling the bond process and dealings with the IFA. FVMC Chapter 11 |
| | | | | | Plan and Disclosure Statement |
| 09/07/2017 | KVH | 330.00 | 0.30 | 99.00 | Conference with B. Dopke re Globic Certificate of Service (.1) (not billed by Mr. Dopke); correspondence with R. Stevens at Globic re same (.2). FVMC Chapter 11 |
| | | | | | Plan and Disclosure Statement |
| 09/07/2017 | BD | 420.00 | 0.80 | 336.00 | Review the email from the UST re: plan comments (.1); draft an email to staff and counsel re same (.1); long telephone call with Mr. Hemmesch (general counsel to FSO) concerning the status of matters with the IFA and of the bankruptcy case in general (.6). FVMC Chapter 11 |
| | | | | | Plan and Disclosure Statement |
| 09/08/2017 | KVH | 330.00 | 0.30 | 99.00 | Correspondence with R. Stevens at Globic re notice to bondholders (.1); prepare and filed Notice and Certificate of Service of Order re Disclosure |

Date: 11/29/2017    Case 17-12470    Doc **Detail Transaction File List** 17:05:48    Desc Main
Document    Page 154 of 196
Stahl Cowen Crowley Addis LLC

Page: 24

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| | | | | | Statement (.2). |
| | | | | | FVMC Chapter 11 |
| | | | | | Plan and Disclosure Statement |
| 09/11/2017 | KVH | 330.00 | 0.30 | 99.00 | Phone conference with B. Dopke re Motion related to Confirmation and Objections (.1) (not billed by Mr. Dopke); draft Notice of Motion re same (.2). |
| | | | | | FVMC Chapter 11 |
| | | | | | Plan and Disclosure Statement |
| 09/11/2017 | BD | 420.00 | 4.50 | 1,890.00 | Revise the motion to set balloting dates (4.0); draft an email re same to bond counsel (.1); draft an email re same to staff and counsel (.2); telephone call with Mr. Stevens (Globic) concerning the form of the two ballots to go to bondholder or bondholder agents or fiduciaries, and the blanks that we would like him to fill in on both ballots (.2). |
| | | | | | FVMC Chapter 11 |
| | | | | | Plan and Disclosure Statement |
| 09/12/2017 | KVH | 330.00 | 0.50 | 165.00 | Correspondence with C. Dickson at Donlin re solicitation order (.1); phone conference with C. Dickson re procedures and solicitation (.2); correspondence to B. Dopke re |

**Fees**

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  |  | solicitation deadline (.1) (not billed by Mr. Dopke); correspondence to JW Song with draft scheduling motion for confirmation (.1). |
|  |  |  |  |  |  | FVMC Chapter 11 Plan and Disclosure Statement |
|  | 09/12/2017 | BD | 420.00 | 5.70 | 2,394.00 | Review the numbers, in advance of our teleconference with bond counsel and financial advisors this morning (1.1) (this time includes three short telephone calls with Mr. Flynn, who is running similar calculations for the non-professional fee budget items, as we touched base to make sure that our methodology and assumptions were in sync); participate in the conference call with bond counsel and financial advisor concerning: projected end of case cash payable to the bond trustee under the Plan (.4); telephone call to Mr. Flynn to discuss the outcome of this morning's call, and to discuss the status of the preparation of the MOR for August and the related officers' certificate (.1); review the UST's comments on the disclosure statement |

| | Trans Date | Atty | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|

**Fees**

(.2); telephone call from Mr. Johnson (returning my call) to discuss the UST's concerns about the plan and disclosure statement (.3); telephone Ms. Silver to discuss the modifications to the plan and the disclosure statement (.2); review FSO's comments on the confirmation scheduling motion (.1); draft an email to Globic requesting comments on the Master Ballot and Beneficial Ballots (.1); review the revised drafts received from Globic in response to our email (.2); review and revise the Master Ballot and the Beneficial Ballot, and the voting instructions contained therein (.9); draft a detailed email to Globic, with copies to bond counsel and FSO counsel, concerning the changes made to the Master Ballot and Beneficial Ballot, and the voting instructions contained in those ballots (.2); draft the ballot to be used by Class 4 creditors and a detailed Notice of non-voting status to be sent to priority unsecured creditors and unclassified claims, including the Residents (1.5);

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | draft an email to Donlin re the ballot, and outlining the solicitation process that Donlin will be handling (.2); draft an email to Mr. Johnson concerning the US Attorney's concerns about the assumption of the medicare agreement and the proposed plan amendment re same (.2).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| | 09/13/2017 | KVH | 330.00 | 1.00 | 330.00 | Review correspondence from B. Dopke and phone conference with B. Dopke re Solicitation procedures motion (.1); edit Notice of Motion for procedures motion and forward same to B. Dopke (.1); draft courtesy copy letter to judge (.1); draft email to notices parties re solicitation procedures motion (.1); communications with B. Dopke re filing of solicitation procedures motion (.2) (not billed by Mr. Dopke); communications with R. Rotman at Donlin Recano re service list (.2); receipt and review of service list and prepare motion for filing (.2).<br>FVMC Chapter 11 |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | 09/13/2017 | BD | 420.00 | 8.00 | 3,360.00 | Plan and Disclosure Statement After reviewing the plan provisions affected by our discussions with the UST, draft a detailed email to bond counsel concerning the modification to the release provisions of the Plan (.4); review the form of order received from bond counsel on the confirmation scheduling motion (.4); revise that Order (1.7); draft an email to bond and FSO counsel re same (.1); draft the publication notice (.4); draft an email to bond and FSO counsel re same (.1); telephone call to Mr. Azano to discuss the Plan and the scheduling motion (.3);  further (and hopefully final) revision to the Master Ballots (.1); revise the Class 4 ballot, to incorporate Donlin's comments (.3); further revisions to each of the exhibits to the motion, as well as to the order (.9); further revisions to the motion, making numerous small changes and then conforming those changes across the motion, the order and the various exhibits affected (3.3). |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | FVMC Chapter 11<br>Plan and Disclosure Statement |
| 09/14/2017 | KVH | 330.00 | 0.30 | 99.00 | Review of updated order and prepare courtesy copy package for delivery with disclosure statement documents (.1); receipt and review of solicitation documents and information from Donlin Recano (.2). |
| | | | | | FVMC Chapter 11<br>Plan and Disclosure Statement |
| 09/14/2017 | BD | 420.00 | 3.30 | 1,386.00 | Review the original plan, and revise it to reflect certain comments received (.9); draft an email to bond counsel and FSO counsel re: the amended plan and the redline (.1); draft a more detailed email to staff and counsel re same (.1); prepare for the conference call with bond counsel and FSO counsel concerning the Plan (.2); participate in that call, until Messrs. Azano and I agreed to postpone it for a half hour to give the others a chance to join (.1); telephone and email Mr. Johnson, to invite him to the call, speaking to him briefly (no charge for this); later, try again with bond counsel, |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

and discuss the open issues with the amended plan and the disclosure statement (.3); review the comments of the US Attorney relative to the CMS contract (.2); review the plan provisions re CMS (.2); draft an email to Mr. Kelly (US Attorney's office) re the concerns about his proposed plan insert (.2); discuss the proposed changes to the Plan with IFA counsel (.3); draft a longer email to the client and counsel to verify one aspect of the IFA's requests, and to describe in detail an idea we had for how to manage the plan release issue, as it affects the IFA  (.4); telephone call with Mr. Johnson re our earlier contacts with bond counsel (concerning their minor and potential revisions to the plan and the IFA (concerning the release issue) and the results of this morning's hearing (.3).
FVMC Chapter 11
Plan and Disclosure Statement

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| | 09/15/2017 | BD | 420.00 | 2.30 | 966.00 | Respond to Donlin's email concerning the placement of the notice of publication |

**Detail Transaction File List**
Stahl Cowen Crowley Addis LLC

|  | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
|---|---|---|---|---|---|---|

**Fees**

(for the plan objection and hearing dates) (.1); review the IFA's comments on the plan (.3); draft an email to executive staff and counsel re same (.2); draft an email to Ms. Silver re same (.1); telephone call from the IFA counsel (Mr. Fisher) concerning the release and exculpation provisions of the proposed plan (.3); a second call from Mr. Fisher re the same subject (.1); draft a detailed response to Ms. Silver's emailed question, referencing exhibits (.3); review the language requested by CMS, and then call Mr. Kelly (US Attorney) and be joined in a conference call with Jim Welsh (HHS) to discuss the "pass through" provisions of the proposed language requested by Mr. Kelly (.3); revise the proposed language, as we discussed with Kelly and Welsh, and email that to the gentlemen for their review  (.1); forward that email with comments to FSO counsel (.1); draft an email to bond counsel re: the resolution of the disagreement between the UST and the

|      | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
| ---- | ---------- | ---- | ---- | ------------- | ------ | ---- |

**Fees**

|  |  |  |  |  |  | IFA on the exculpation language, and our recommendation on a related issue (.2); draft an email to the client re same (.2). FVMC Chapter 11 Plan and Disclosure Statement |
| 09/17/2017 | BD | 420.00 | 5.90 | 2,478.00 | Review the draft submission to the IFA (.5); review the two separate drafts of comments from the IFA inside counsel and their outside counsel (.3); review section 4.3 of the Plan and draft an email to Mr. Johnson (FSO Counsel) concerning the release (which is a Plan exhibit)  mentioned by that section (.2); second email to Mr. Johnson concerning the agreement with CMS, and what the revised language does (.2); review the many, many emails that were exchanged by the commenting parties between last Wednesday and Friday (the UST, IFA, the US Attorney, bond counsel, FSO counsel and our client's staff) concerning the provisions of the Plan, to be absolutely sure that we are not missing anyone's comments (.4); revise the Plan to its final form (to be filed as the |

|      | Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount |  |
| ---- | ---- | ---- | ---- | ---- | ---- | ---- |

**Fees**

|  |  |  |  |  |  | Amended Plan tomorrow) (1.9); conform the Disclosure Statement to all of the changes made in the Plan (2.4).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
|  | 09/18/2017 | KVH | 330.00 | 2.40 | 792.00 | Communications with B. Dopke re filing Amended Plan and Second Amended Disclosure Statement (.2) (not billed by Mr. Dopke); review and edit Table of Contents for Disclosure Statement (.6); review and edit Table of Disclosure Statement for Plan (.4); communications with R. Rotman at Donlin Recano re filing of Plan and Disclosure Statement (.3); prepare notices of filing for Amended Plan and for Second Amended Disclosure Statement (.2); draft courtesy copy letter to judge and emails to parties re same (.2); prepare Second Amended Disclosure Statement and Notice for filing and file same (.3); prepare Amended Plan and Notice for filing and file same (.2).<br>FVMC Chapter 11 |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | 09/18/2017 | BD | 420.00 | 6.80 | 2,856.00 | Plan and Disclosure Statement<br>Give a final review early in the morning to the Plan and to the Disclosure Statement, prior to circulating the redlines of each to counsel for FSO, the Bond Trustee, the IFA, the US Attorney and the UST (2.6); draft an email to the counsel in the case who commented on the plan and disclosure statement, concerning the latest drafts (.2); draft an email to the client re same (.1); draft an email to Mr. Hunt, with instructions concerning the Plan and Disclosure Statement, and the review and tables to be prepared for each, and the noticing steps which need to be done for each (.1); further review, and begin to revise, the proposed submission to the IFA (.4); draft an email to Mr. Holbrook (GreenFields Exec Director) to make sure that Resident John Hughes gets a copy of the amended disclosure statement and plan, when they become available later today (.2); draft an email to FSO staff re: signatures on the revised |

|  | Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount |  |
| --- | --- | --- | --- | --- | --- | --- |

**Fees**

plan and disclosure statement (.1); telephone Mr. Fisher, to inquire about the IFA's comments (.1); telephone Mr. Azano, and take his comments (while revising the draft plan and disclosure statements (.2); telephone call from Mr. Johnson concerning his comments on the disclosure statement (.3); revise the disclosure statement and the exhibits, to reflect Mr. Johnson's comments and the elimination of the mortgage release document as a disclosure statement exhibit (1.0); telephone staff to inquire about our authorization to file the amendments to the plan and the disclosure statement (.1); telephone call to Mr. Yenchek to discuss the plan and disclosure statements, and the negotiations which led to the current drafts (.4); listen to the voicemail from Mr. Fisher and draft an email to him urging haste (.1); telephone call from Mr. Fisher (IFA) and take his comments on the plan and disclosure statement (.3); finalize all of the documents for filing (.3); reply to

| Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| | | | | | the Bondholder Service Agent's email concerning the solicitation package (.1); telephone call from Mr. Hemmesch to discuss the plan and disclosure statement filed today and the hearing scheduled for this coming Wednesday (.2).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 09/19/2017 | BD | 420.00 | 1.80 | 756.00 | Review the email from Mr. Fisher concerning the Liquidation Analysis (.2); draft a response to same (1.0); review the order and ballots on the confirmation scheduling motion, to check on the concern raised by the US Trustee yesterday afternoon (.2); draft a reply to Ms. Silver's email of yesterday afternoon on the question of the Debtor's reservation of rights to waive defects in ballots (.2); review and reply to Ms. Silver's response (.2).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 09/20/2017 | BD | 420.00 | 3.80 | 1,596.00 | Telephone call from bond counsel, to discuss our approach to this afternoon's |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

hearing (.2); prepare for this afternoon's presentation at the hearing on the approval of the disclosure statement and solicitation procedures (.6); attend the hearing on the disclosure statement and the approval of the solicitation packages (.8); telephone Mr. Rotman (from Donlin) concerning the outcome of today's hearing and the service and notice task which is before them (.2); have a similar discussion with Mr. Stevens (from Globic) (.2); telephone the client to report on this afternoon's hearing (.1); prepare the solicitation package to be distributed by Rotman (which required minor revisions to the documents to remove the opening disclaimer from the Disclosure Statement and the exhibit markings from the other items (.2); draft an email (as requested by Mr. Rotman (from Donlin) which details the items in the solicitation package, and details the three discrete groups of claimants who get one or more of those materials, and our suggestions on how to easily differentiate groups of

**Fees**

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| | | | | | them from the Schedule E and F data base (.5); (after reviewing the slightly reformatted class 1 ballots), reply to the email received from Mr. Stevens (Globic) concerning the reformatting of the two Class 1 ballots (and our approval of same) (.2); later, draft an email to Mr. Stevens concerning the elements of the Solicitation Package that he is to serve on the Bond Holders (.2); review the current draft of the application to the IFA (.2); at a point, check to see the differences between the draft we are looking at, and the draft that we commented on last Monday, and seeing no differences ... (.2); draft an email to Ms. Zaiger, noting our earler comments, and including a redline of the changes from my comment draft of Sept. 18 and the draft we received today (.2). FVMC Chapter 11 Plan and Disclosure Statement |
| 09/21/2017 | KVH | 330.00 | 0.50 | 165.00 | Receipt and review of communication from B. Dopke re instructions for balloting (.1); review debtor's contract list and |

Date: 11/29/2017     Case 17-12470   Doc ... Detail Transaction File List ...17/17 17:05:48   Desc Main
Document   Page 169 of 196
Stahl Cowen Crowley Addis LLC

Page: 39

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | extra parties and prepare contact list for Donlin (.2); communications with Donlin re service list for additional parties (.2). FVMC Chapter 11 Plan and Disclosure Statement |
|---|---|---|---|---|---|
| 09/21/2017 | BD | 420.00 | 0.80 | 336.00 | Telephone call to Mr. Yenchek to discuss the outcome of Friday's hearing, the schedule going forward and the ongoing discussions with Hamlin concerning the terms of the bond issue (.4); draft a detailed response to Donlin's email, answering about 10 very specific questions on the notice to be sent to different classes and also on how to distinguish the different classes of creditors in the Schedule E/F notice pool (.4). FVMC Chapter 11 Plan and Disclosure Statement |
| 09/22/2017 | KVH | 330.00 | 0.80 | 264.00 | Correspondence with B. Dopke re Plan deadline order and publication (.1); review Publication Notice and compare with proposed order (.2); receipt and review of Order re Plan Deadlines (.3); review communications from Donlin re |

Date: 11/29/2017    Case 17-12470    Doc 461  Filed 11/29/17  Entered 11/29/17 17:05:48    Desc Main    Page: 40
Document    Page 170 of 196

**Detail Transaction File List**
Stahl Cowen Crowley Addis LLC

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

publication and correspondence to client re payment of invoice for required Plan publication (.2).
FVMC Chapter 11
Plan and Disclosure Statement

| | 09/22/2017 | BD | 420.00 | 2.60 | 1,092.00 | Check the docket to check on the status of the scheduling order, and the contact the clerk to see whether the order might have been entered under another docket number (.1); review the marked draft of the IFA application narrative (.4); draft an email to Ms. Zeigler (at Polsinelli) with comments on the draft and a question (.2); give a careful review to the unmarked draft of the IFA submission (.5); draft an email to Ms. Ziegler, noting three more flyspecks to correct and providing her with my contact information through the weekend (.1); review the final draft of the IFA submission narrative (.3); draft an email to Ms. Ziegler re same (.1); respond to Donlin's questions about the claim amounts and related information on the several additional contract parties which we have added to the notice list for |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | the Solicitation Package (.1); review the order as entered (.1); modify it to remove the exhibits, and then draft a single email to the two noticing agents, transmitting the order without exhibits, and providing my contact information through the weekend (.2); review and then immediately reply to Mr. Rotman's question about the order (.1); review the scheduling order, as entered (to check on Rotman's question) (.1); draft an email to the two servicing agents re same (.1); reply to several emails from Donlin with followup questions concerning the order or the notice of publication (.1); draft an email to Mr. Flynn (CFO) re: the publication notice and the need to make payment on it in order to guaranty the ad placement by the publication date (.1). FVMC Chapter 11 Plan and Disclosure Statement |
| | 09/25/2017 | BD | 420.00 | 0.20 | 84.00 | Telephone call from Mr. Yenchek re: questions about some Hamlin covenants. FVMC Chapter 11 Plan and Disclosure Statement |

**Detail Transaction File List**

Stahl Cowen Crowley Addis LLC

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 09/26/2017 | KVH | 330.00 | 0.80 | 264.00 | Phone conference with B. Dopke re requests from Donlin re solicitation (.1) (not billed by Mr. Dopke); review notes re claims and draft email to Donlin re information for solicitation package (.3); review comments from Donlin re information provided re solicitation package (.2); prepare correspondence for review by client re Symbria claims for ballots (.2).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 09/27/2017 | KVH | 330.00 | 0.20 | 66.00 | Conference with B. Dopke about ballots and phone conference with B. Dopke and Donlin re same.<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 09/27/2017 | BD | 420.00 | 0.70 | 294.00 | In response to bond counsel's inquiry, review materials and prepare a list of those things which need to be done between now and the confirmation hearing (.4); draft an email to Mr. Azano re same (.1); conference with Mr. Hunt regarding an important issue regarding the class 4 ballots, and join Donlin (by |

Date: 11/29/2017     Case 17-12470   Doc **Detail Transaction File List** 11/14 17:05:48   Desc Main
Document   Page 173 of 196
Page: 43

Stahl Cowen Crowley Addis LLC

| | Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | phone) in that discussion (.2).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
|---|---|---|---|---|---|---|
| | 09/29/2017 | BD | 420.00 | 0.70 | 294.00 | After reviewing the documentation, draft an email to the client with our specific recommendations for posting the disclosure statement on EMMA, and our recommendations on what to say (and what to avoid saying) in that posting (.5); draft a second email to the executive staff concerning what should be posted and distributed at the campus, to people who may be interested in the bankruptcy process (.2).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| | 10/05/2017 | KVH | 330.00 | 0.40 | 132.00 | Review the email from with B. Dopke re providing service list for service of solicitation package (.2); review and download Donlin's records re same (.2).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| | 10/05/2017 | BD | 420.00 | 0.20 | 84.00 | Draft an email to Mr. Hunt re: an assignment relative to the certificates to be filed in connection with the Solicitation |

|  | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  | 10/09/2017 | BD | 420.00 | 3.90 | 1,638.00 | |
|---|---|---|---|---|---|---|

Packages and other materials sent to parties in interest by Globic and Donlin. FVMC Chapter 11 Plan and Disclosure Statement

10/09/2017   BD   420.00   3.90   1,638.00   Review and respond to emails from management staff re: bond financing issues (.2); review the documentation sent concerning the financing documents, and specifically, the covenants (.8); research: utilization of governance provisions (1.4); draft an email to executive staff re same (.3); participate in a conference call with the executive staff concerning the Hamlin financing (1.2).
FVMC Chapter 11
Plan and Disclosure Statement

10/10/2017   BD   420.00   1.30   546.00   Planning and outlining of the form of confirmation order (and the subject areas of affidavits) (1.1); telephone call from Mr. Yenchek, concerning his request for my attendance at the meetings with the IFA this Thursday (.2).
FVMC Chapter 11
Plan and Disclosure Statement

| Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 10/11/2017 | KVH | 330.00 | 0.60 | 198.00 | Review materials to prepare forms for Certificate of Service of Solicitation packages by Donlin and Globic and Affidavit of Publication (.4); correspondence to B. Dopke re same (.2)<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/12/2017 | BD | 420.00 | 5.50 | 2,310.00 | Prepare for this morning's meetings before the IFA (.5); participate in the meeting before the IFA bond committee (1.0); participate in the public meeting with the full IFA board, concerning the GreenFields bond proposals (1.5); participate in a series of meetings after the IFA board meeting concluded with executive staff and Hamlin (2.5).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/16/2017 | BD | 420.00 | 1.40 | 588.00 | Further work on the first draft of the confirmation order.<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/17/2017 | KVH | 330.00 | 0.30 | 99.00 | Correspondence with B. Dopke re solicitation package certificates of service (.2); correspondence from Globic re |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | same (.1)<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/17/2017 | BD | 420.00 | 1.50 | 630.00 | Multiple emails to and from Globic re: balloting results to date (.2); exchange emails with Donlin re same (.1); telephone call with Messrs. Azano and Bleck concerning the balloting results (very little to date), the deadline on the cash collateral order and related issues (.4); later telephone discussion with Mr. Hemmesch et al concerning plan implementation issues (.8).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/18/2017 | BD | 420.00 | 6.70 | 2,814.00 | Complete a first draft of the confirmation order (6.6); telephone call from Mr. Hemmesch re: a question about whether the Debtor needs an owners policy as a part of the closing package (.1).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/19/2017 | KVH | 330.00 | 0.30 | 99.00 | Review certificates of service for solicitation packages (.2); correspondence with Globic re certificate |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | of service to bondholders (.1)<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
|---|---|---|---|---|---|---|
| | 10/19/2017 | BD | 420.00 | 3.90 | 1,638.00 | Office conference with Mr. Hunt, to discuss the list of projects which need to be completed (a) before the confirmation date; and (b) after the confirmation date but on or before the effective date of the Plan (.6); revise the confirmation order (3.1); draft an email to bond counsel, Mr. Johnson and Ms. Silver re the proposed confirmation order (.1); draft an email to the client re same (.1).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| | 10/19/2017 | KVH | 330.00 | 0.60 | 198.00 | Conference with B. Dopke re confirmation of plan and items to be completed to consummate plan.<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| | 10/20/2017 | KVH | 330.00 | 1.00 | 330.00 | Correspondence with J. Burlacu at Donlin re publication affidavit and review same (.2); draft Notice and Certificate of Service for Bondholders (.2); draft Notice and Certificate of Service for Creditors |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | (.2); draft Notice for Publication Affidavit (.1); file Solicitation Certificates of Service and Publication Affidavit (.2); email to service list with Certificates of Service (.1)<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/20/2017 | BD | 420.00 | 0.40 | 168.00 | Telephone call with Mr. Yenchek re: plan and closing issues.<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/22/2017 | KVH | 330.00 | 3.80 | 1,254.00 | Review Confirmation Order, confirm citations, references and definitions referenced in order, and make revisions.<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/22/2017 | BD | 420.00 | 0.80 | 336.00 | Review the confirmation order (and to an extent, the Disclosure Statement and flag those provisions that must be addressed by Mr. Yenchek's affidavit.<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/23/2017 | KVH | 330.00 | 0.90 | 297.00 | Communications from B. Dopke re preparing draft of confirmation order and review redline of latest draft (.2); receipt |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | and review of ballot information from Globic and correspondence from B. Dopke re same (.2); receipt and review of ballot information from Donlin (.1); preparing forms for use on ballots and correspondence with B. Dopke re same (.4);<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| | 10/23/2017 | BD | 420.00 | 9.90 | 4,158.00 | Review Mr. Hunt's comments on the confirmation order, and make additional revisions to same (.8); draft an email to Messrs. Azano, Bleck and Johnson re same (.2); draft an email to the executive staff re same, and also concerning the balloting (.2); draft an email to Donlin re: follow up on the voting results as of Friday afternoon (.1); prepare Mr. Yenchek's affidavit (2.9); telephone call with Mr. Flynn re: his calculation of the Nov. 3 cash balance (.2); review the Bond Trustee's comments on the confirmation order and make appropriate changes to the final draft of that order (and to those provisions of Mr. Yenchek's |

| | Trans Date | Atty | Rate | Hours to Bill | | Amount |
|---|---|---|---|---|---|---|

**Fees**

affidavit, if any, that would be affected by the revisions) (1.9); telephone call with Mr. Azano re: the changes to the confirmation order, and the schedule for tomorrow (.3); draft an email to Mr. Yenchek re: his affidavit in support of confirmation (.1); prepare Mr. Flynn's proposed affidavit (1.1); draft an email to Mr. Flynn re same (.1); telephone call with Messrs Flynn and Yenchek re: closing issues (.6); draft a reply to Mr. Johnson's email concerning comments on the order (.1); draft a somewhat more involved reply to Ms. Silver's inquiry about whether an order with findings of fact is necessary in the case, in light of the apparent acceptance of the case (.2); review the email from Donlin (and the attachment) relative to the voting on Class 4; draft an email to executive staff re same (.2); review the ballot report received from Donlin, noting the one large "abstaining" vote; reply to that email with a request (.1); check the balloting procedures, to see if there was

|  | Trans Date | Atty | Rate | Hours to Bill | Amount |  |
|---|---|---|---|---|---|---|

**Fees**

something in the order to address voters who "abstain" (there is) (.2); draft an email to the executive staff concerning the outcome of the voting, and the issue concerning the abstention (.2); review the final balloting report which just arrived from Globic (.1); draft an email to the client re same, providing detail on the results (.3).
FVMC Chapter 11
Plan and Disclosure Statement

|  | 10/24/2017 | KVH | 330.00 | 2.80 | 924.00 |

Receipt and review of ballots and certificate from Globic (.1); phone conference with B. Dopke re balloting and forms (.1) (not billed by Mr. Dopke); review local rules re Ballot forms and requirements (.2); draft Section 1126 Ballot Form (.3); draft Ballot report (.4); correspondence with Donlin re certificate and review same for inclusion in Ballot Report (.2); phone conference with B. Dopke re form of Ballot and filing (.1) (not billed by Mr. Dopke); draft Notice of Filing for Ballot (.1); correspondence with Donlin re finalizing certificate for Ballot

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | tabulation (.1); receipt and review of revised Confirmation Order (.1); compile ballot and exhibits and file ballot and notice (.2); draft courtesy copy letter and prepare ballot and letter for delivery (.2); email to parties with courtesy copy letter and filed ballot and emails to noticing agents re same (.1); drafting Notice of Effective Date (.5); receipt and review of comments from IFA and US Trustee re confirmation order (.1) FVMC Chapter 11 Plan and Disclosure Statement |
| | 10/24/2017 | BD | 420.00 | 6.30 | 2,646.00 | Review and reply to Mr. Rulnick's email concerning the confirmation hearing, and let him know that we will probably need an affidavit from him (.1); review Mr. Yenchek's comments on his affidavit, and make revisions to same (.4); draft a reply which responds in detail to the many questions that Mr. Yenchek raised with respect to his proposed affidavit (.3); revise Mr. Flynn's affidavit (.3); draft an email to Mr. Flynn re same (.1); review and revise the Certification received from |

| | Trans Date | Atty | Rate | Hours to Bill | Amount |
|---|---|---|---|---|---|

**Fees**

Donlin concerning the balloting (.4); telephone Mr. Hunt re same (.2); review the executory contract list (.2); telephone Mr. Hunt with a question on the list (.1); draft an email to financial staff relative to the list, and noting the urgency of the request (.2); telephone call with Donlin re the Lend Lease ballot snafu (.1); review the local rule pertaining to the Sec. 1126(c) report, and then draft an email to Mr. Hunt re same  (.1); telephone Mr. Flynn re: his affidavit, and upon getting voicemail, draft an email to him in response to his question (.1); review the ballot report, in its final form and revise it to restructure it somewhat and add factual elements (.7); telephone call to Mr. Hunt with authorization to file the report (no charge for this); telephone call with Ms. Silver re: the confirmation hearing, the voting, the proposed order and affidavits, and related subjects (.2); draft a detailed email to Mr. Johnson re: the choices before us on the confirmation order and the hearing this Thursday (.2);

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| | | | | | telephone call with bond counsel re: preparations for Thursday's hearing (.3); telephone call to the US Trustee re: the notion of proceeding based on a stripped down order without findings (.1); reply to Mr. Johnson's email concerning the findings (.1); draft an affidavit for Mr. Rulnick (Sims) (1.5); revise the confirmation order to eliminate those items which are unnecessary, given the lack of objection to the Plan and the result of the voting (.4); draft an email transmitting the revised confirmation order to the interested parties (.2). FVMC Chapter 11 Plan and Disclosure Statement |
| 10/25/2017 | KVH | 330.00 | 1.40 | 462.00 | Phone conference with B. Dopke re filings in support of plan confirmation (.1) (not billed by Mr. Dopke); review Affidavits in Suport of Plan and draft Notices of Filing (.2); receipt and review of revised Plan (.1); receipt and review of correspondence and comments from party re version 6 of the Order (.1); receipt and review of proposed version 7 |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

of the Order and comments from parties re same (.1); communications with B. Dopke re filing of documents (.1) (not billed by Mr. Dokpe); draft confirmation order in PDF fillable form (.2); file Affidavits in Support of Confirmation, related notices and proposed confirmation order (.3); draft courtesy copy letter to judge (.1); emails to judge and to parties with Affidavits and proposed orders (.1).
FVMC Chapter 11
Plan and Disclosure Statement

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| | 10/25/2017 | BD | 420.00 | 4.20 | 1,764.00 | Review bond counsel's comments to Mr. Rulnick's affidavit (.2); telephone call from Mr. Rulnick to discuss his affidavit (.4); revise that affidavit, once, to reflect Bond counsel's comments (just received) and again to add the additional content suggested by Mr. Rulnick (.5); draft an email to Mr. Rulnick re: the hopefully final version of his affidavit and the items changed (.1); draft an email to Mr. Hunt with instructions for the filing of all three confirmation affidavits (.1); telephone call |

|      | Trans<br>Date | Atty | Rate | Hours<br>to Bill | Amount |
| ---- | ------------- | ---- | ---- | ---------------- | ------ |

**Fees**

from Mr. Rubin re: tomorrow's hearing (.1); review bond counsel's comments to Mr. Yenchek's affidavit, and revise that affidavit accordingly (.4); draft an urgent email to Mr. Yenchek re same (.1); review bond counsel's comments to Mr. Flynn's affidavit (.1); revise that affidavit (.1); draft an email to Mr. Flynn re same (.1); review the comments of Bond Counsel to the final version of the confirmation order, and make appropriate revisions to the final form of that order to be submitted to the court (.3); review the proposed additions to the order suggested by the IFA and the UST's response to their suggestions (.2); review the proposed additions to the order suggested by the Bond Counsel (.2); telephone Mr. Azano, to suggest that we trim some of his latest suggestions on the order (.1); further and final revisions to the confirmation order (.2); draft an email to the parties re: the final form of the confirmation order (.2); review Mr. Fisher's comments relative to two

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

|  |  |  |  |  | additions to v7 of the confirmation order (.1);  revise the order to add, in modified form, the suggestions made by Mr. Fisher (.2); draft an email to the interested parties re version 8 (and the redline) of the confirmation order (.1); numerous calls and emails to the client concerning the final form of the documents to be filed today with the draft proposed confirmation order (.4).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/26/2017 | KVH | 330.00 | 3.70 | 1,221.00 | Research and review caselaw re substantial consummation (.8); court appearance on Plan Confirmation (2.2); communications with clerk's office re mislabeled Declarations, refile same and forward same to parties and judge's chambers (.7).<br>FVMC Chapter 11<br>Plan and Disclosure Statement |
| 10/26/2017 | BD | 420.00 | 6.90 | 2,898.00 | Prepare our comments for this afternoon's confirmation hearing (4.2); meet with the client representatives before the hearing and prepare them for |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | either an easy hearing or one that might require testimony (.5); attend the confirmation hearing (2.2). FVMC Chapter 11 Plan and Disclosure Statement |
|---|---|---|---|---|---|---|
| | 10/27/2017 | BD | 420.00 | 0.30 | 126.00 | Review the confirmation order as entered (.2); draft an email to the client re same (.1). FVMC Chapter 11 Plan and Disclosure Statement |
| | 10/30/2017 | KVH | 330.00 | 0.20 | 66.00 | Receipt and review of Plan and Post-Confirmation scheduling order and related correspondence. FVMC Chapter 11 Plan and Disclosure Statement |
| | 10/31/2017 | KVH | 330.00 | 0.20 | 66.00 | Drafted Notice of Filing and file Notice of Confirmation and Notice of Filing. FVMC Chapter 11 Plan and Disclosure Statement |
| | 11/07/2017 | BD | 420.00 | 0.30 | 126.00 | Telephone call from Mr. Rulnick re: the status of the plan and bond closings, and questions about the remaining filings which are due in the case. FVMC Chapter 11 Plan and Disclosure Statement |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|

**Fees**

| 11/08/2017 | BD | 420.00 | 1.30 | 546.00 | Review and reply to Mr. Hemmesch's email concerning the issues raised by the underwriter for the title policy to be issued with respect to the 2017 bonds (.3); draft an email to bond counsel re: the operating cash calculation (.1); telephone call from Don Hemmesch re: many questions concerning different provisions of the plan, and the sources and uses of funds under the plan (needed for the work he is doing on the 2017 bond closings) (.6); draft an email to Mr. Johnson and Ms Ziegler (Polsinelli) concerning the status of the legal opinion on the effectiveness of the bankruptcy plan and confirmation order (.1); review the emails back and forth on the IFA bankruptcy and bond fees and related charges (.2). FVMC Chapter 11 Plan and Disclosure Statement |
| 11/09/2017 | BD | 420.00 | 0.20 | 84.00 | Draft an email to the client, transmitting a copy of the amended claim by the County of Geneva, reflecting the payment in full of the tax claim (this was needed for the |

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | bond closing) (.1); telephone call from Mr. Johnson re: the IFA fee question and the effective date opinion (.1). FVMC Chapter 11 Plan and Disclosure Statement |
| | 11/10/2017 | BD | 420.00 | 0.30 | 126.00 | Telephone call with Mr. Flynn re: multiple subjects, including the process for disbursement of the entrance fee refunds, his contacts (and mine) with representatives of the 2010 bond trustee, and related issues. FVMC Chapter 11 Plan and Disclosure Statement |
| | 11/16/2017 | KVH | 330.00 | 0.80 | 264.00 | Conference with B. Dopke re timing of effective date and filing Notice of Occurrence of Effective Date (.1) (not billed by Mr. Dopke); draft Notice of Filing and revise Notice of Effective Date (.3); communications with R. Stevens at Globic re filing of Notice of Effective Date and service issues re same (.2); communications with R. Rotman at Donlin re filing of Notice of Effective Date and service of same (.2) FVMC Chapter 11 |

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 11/16/2017 | BD | 420.00 | 0.60 | 252.00 | Plan and Disclosure Statement Telephone call with Mr. Azano re: the questions about the agreed treatment of the Sims success fee (.1); later, discuss same with Mr. Johnson (.1); review and revise the notice of effective date (.2) and the related notices and certificates (.1); office conference with Mr. Hunt re same (.1). FVMC Chapter 11 Plan and Disclosure Statement |
| **Total for Fees** | | Billable | 218.20 | 88,836.00 | |

| | | | | | |
|---|---|---|---|---|---|
| **Expenses** | | | | | |
| 10/12/2017 | KVH | | | 42.54 | Lunch for Meeting FVMC Chapter 11 Plan and Disclosure Statement |
| **Total for Expenses** | | Billable | 0.00 | 42.54 | |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTALS** | | | | | |
| | | Billable | 218.20 | 88,878.54 | |

Date: 11/30/2017                    **Tabs3 Attorney Realization Report**                    Page: 1
                                      Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|
| 13 BRUCE DOPKE | 187.00 | 420.00 | 78,540.00 |
| 91 KEVIN V. HUNT | 31.20 | 330.00 | 10,296.00 |
| **Totals** | 218.20 | 407.13 | 88,836.00 |

# Detail Transaction File List
## Stahl Cowen Crowley Addis LLC

| Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| 07/21/2017 | BD | 420.00 | 0.70 | 294.00 | Review the monthly operating report (for June) (.4); email Mr. Flynn re same (.1); review the US Trustee's email concerning a question about vehicular insurance coverage (.1); forward that email to Mr. Flynn with comments (.1). FVMC Chapter 11 Reporting |
| 07/28/2017 | BD | 420.00 | 0.10 | 42.00 | Draft an email which transmits a copy of the vehicle insurance renewal certificate to the US Trustee's office. FVMC Chapter 11 Reporting |
| 08/18/2017 | BD | 420.00 | 0.40 | 168.00 | Review the July operating report (.3); cause that report to be filed (.1). FVMC Chapter 11 Reporting |
| 09/20/2017 | BD | 420.00 | 0.40 | 168.00 | Review the August 2017 operating report (.3); cause it to filed (.1). FVMC Chapter 11 Reporting |
| 10/25/2017 | BD | 420.00 | 0.30 | 126.00 | Review the September operating report and the certification of September expenses to the Bond Trustee. FVMC Chapter 11 |

Date: 11/29/2017     Case 17-12470     Doc **Detail Transaction File List** 1/14 17:05:48     Desc Main
Document     Page 194 of 196
Stahl Cowen Crowley Addis LLC

Page: 2

| | Trans Date | Atty | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|

**Fees**

| | 11/14/2017 | BD | 420.00 | 0.10 | 42.00 | Reporting<br>Review the email received from the US Trustee concerning the quarterly fees for Q III, and forward that email to the CFO with our recommendation.<br>FVMC Chapter 11<br>Reporting |

| **Total for Fees** | | | Billable | 2.00 | 840.00 | |

| **GRAND TOTALS** |
|---|

| | | | Billable | 2.00 | 840.00 | |

Date: 11/30/2017                **Tabs3 Attorney Realization Report**                Page: 1
                                 Stahl Cowen Crowley  Addis LLC

July 4, 2017 thru November 30, 2017

| Attorney | Billed Hours | Realization Rate | Original Value |
|---|---|---|---|
| 13 BRUCE DOPKE | 2.00 | 420.00 | 840.00 |
| **Totals** | 2.00 | 420.00 | 840.00 |

**FEES BY ATTORNEY**

| Attorney | Billed Hours | Billing Rate | Billed Amount |
|---|---|---|---|
| **Bruce Dopke** | **425.30** | **$420.00** | **$178,626.00** |
| | | | |
| BD – April | 39.80 | $420.00 | $16,716.00 |
| BD – May | 64.30 | $420.00 | $27,006.00 |
| BD – June | 32.70 | $420.00 | $13,734.00 |
| BD – July | 34.90 | $420.00 | $14,658.00 |
| BD – August | 110.10 | $420.00 | $46,242.00 |
| BD – September | 60.70 | $420.00 | $25,494.00 |
| BD – October | 68.20 | $420.00 | $28,644.00 |
| BD - November | 14.60 | $420.00 | $6,132.00 |
| | | | |
| **Kevin Hunt** | **148.80** | **$330.00** | **$49,104.00** |
| | | | |
| KVH – April | 23.30 | $330.00 | $7,689.00 |
| KVH – May | 10.20 | $330.00 | $3,366.00 |
| KVH – June | 15.30 | $330.00 | $5,049.00 |
| KVH – July | 11.40 | $330.00 | $3,762.00 |
| KVH – August | 24.40 | $330.00 | $8,052.00 |
| KVH – September | 17.60 | $330.00 | $5,808.00 |
| KVH – October | 38.10 | $330.00 | $12,573.00 |
| KVH – November | 8.50 | $330.00 | $2,805.00 |
| | | | |
| **TOTALS** | **574.10** | **N/A** | **$227,730.00** |

EXHIBIT E TO APPLICATION OF SCCA FOR FINAL ALLOWANCE OF COMPENSATION