**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRIENDSHIP VILLAGE OF | § | Case No.: 17-12470 |
| MILL CREEK, NFP, d/b/a | § | |
| GREENFIELDS OF GENEVA, | § | |
| | § | Hearing: January 18, 2018 |
| FEIN: 20-3300991, | § | 10:00 a.m. |
| | § | |
| Debtor. | § | Hon. LaShonda A. Hunt |

**NOTICE OF MOTION AND DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE**

Please take notice that on Thursday, January 18, 2018 at 10:00 a.m., we will appear before the Honorable LaShonda A. Hunt, Judge of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Courtroom 719, Chicago, IL 60604, or such other judge as may be sitting in Judge LaShonda Hunt's place and stead, and then and there present the "Debtor's Motion for Entry of a Final Decree" a copy of which is attached hereto and is hereby served upon you.

Dated: January 10, 2018                     **Friendship Village of Mill Creek, NFP,**
                                            Reorganized Debtor

                                            By: /s/      Kevin V. Hunt
                                                 One of its attorneys

Bruce Dopke, Member (ARDC # 3127052)
Kevin V. Hunt (ARDC# 6283126)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Tel: 312-641-0060
Fax: 312-423-8188
email: bdopke@stahlcowen.com
email: khunt@stahlcowen.com

## CERTIFICATE OF SERVICE

I, Kevin V. Hunt, an attorney, hereby certify that I caused to be served a complete and accurate copy of the attached Notice of Motion and Debtor's Motion for Entry of a Final Decree by causing a copy of the same to be sent: (a) electronically and through the Court's electronic delivery system, to those persons who are registered to receive electronic service of process in this case as indicated below, or (b) by email, sent on or before 5:00 p.m. Central Time on January 10, 2018, to the persons whose names appear below.

/s/ Kevin V. Hunt

Electronic Notice in addition to that sent through the ECF system:

Gretchen Silver, Esq.
Kimberly Bacher, Esq.
Office of the U.S. Trustee, Region 11
Gretchen.Silver@usdoj.gov
Kimberly.Bacher@usdoj.gov

Charles Azano, Esq.
Daniel S. Bleck, Esq.
Bond Counsel
CWAzano@mintz.com
dsbleck@mintz.com

Jeffrey C. Dan
David K. Welch
Brian P. Welch
Bond Counsel – Local
jdan@craneheyman.com
dwelch@craneheyman.com
bwelch@craneheyman.com

Mark Fisher
Counsel for Illinois Finance Authority
mfisher@schiffhardin.com

Michael Kelly
US Attorney's Office
Michael.Kelly@usdoj.gov

Jeremy Johnson
Jerry Switzer
Jean Soh
Counsel for Friendship Senior Options
jeremy.johnson@polsinelli.com
jswitzer@polsinelli.com
jsoh@polsinelli.com

John Lipinsky
Counsel for Estate of Helen White
lipinsky@ccmlawyer.com

Richard Larsen
Counsel for Nancy Knight
rlarsen@springerbrown.com