# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRIENDSHIP VILLAGE OF | § | Case No.: 17-12470 |
| MILL CREEK, NFP, d/b/a | § | |
| GREENFIELDS OF GENEVA, | § | |
| | § | Hearing: January 18, 2018 |
| FEIN: 20-3300991, | § | 10:00 a.m. |
| | § | |
| Debtor. | § | Hon. LaShonda A. Hunt |

## NOTICE OF MOTION AND DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE

Please take notice that on Thursday, January 18, 2018 at 10:00 a.m., we will appear before the Honorable LaShonda A. Hunt, Judge of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Courtroom 719, Chicago, IL 60604, or such other judge as may be sitting in Judge LaShonda Hunt's place and stead, and then and there present the "Debtor's Motion for Entry of a Final Decree" a copy of which is attached hereto and is hereby served upon you.

Dated: January 11, 2018              **Friendship Village of Mill Creek, NFP,**
                                      Reorganized Debtor

                                      By: /s/     Kevin V. Hunt
                                            One of its attorneys

Bruce Dopke, Member (ARDC # 3127052)
Kevin V. Hunt (ARDC# 6283126)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Tel: 312-641-0060
Fax: 312-423-8188
email: bdopke@stahlcowen.com
email: khunt@stahlcowen.com

# CERTIFICATE OF SERVICE

I, Kevin V. Hunt, an attorney, hereby certify that I caused to be served a complete and accurate copy of the attached Notice of Motion and Debtor's Motion for Entry of a Final Decree by causing a copy of the same to be sent: (a) electronically and through the Court's electronic delivery system, to those persons who are registered to receive electronic service of process in this case as indicated below, or (b) by email, sent on or before 6:00 p.m. Central Time on January 11, 2018, to the persons whose names appear below.

/s/ Kevin V. Hunt

Electronic Notice in addition to that sent through the ECF system:

Gretchen Silver, Esq.
Kimberly Bacher, Esq.
Office of the U.S. Trustee, Region 11
Gretchen.Silver@usdoj.gov
Kimberly.Bacher@usdoj.gov

Charles Azano, Esq.
Daniel S. Bleck, Esq.
Bond Counsel
CWAzano@mintz.com
dsbleck@mintz.com

Jeffrey C. Dan
David K. Welch
Brian P. Welch
Bond Counsel – Local
jdan@craneheyman.com
dwelch@craneheyman.com
bwelch@craneheyman.com

Mark Fisher
Counsel for Illinois Finance Authority
mfisher@schiffhardin.com

Michael Kelly
US Attorney's Office
Michael.Kelly@usdoj.gov

Jeremy Johnson
Jerry Switzer
Jean Soh
Counsel for Friendship Senior Options
jeremy.johnson@polsinelli.com
jswitzer@polsinelli.com
jsoh@polsinelli.com

John Lipinsky
Counsel for Estate of Helen White
lipinsky@ccmlawyer.com

Richard Larsen
Counsel for Nancy Knight
rlarsen@springerbrown.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FRIENDSHIP VILLAGE OF | § | Case No.: 17-12470 |
| MILL CREEK, NFP, d/b/a | § | |
| GREENFIELDS OF GENEVA, | § | Hearing: January 18, 2018 |
| | § | 10:00 a.m. |
| FEIN: 20-3300991, | § | |
| | § | |
| Debtor. | § | Hon. LaShonda A. Hunt |

## DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE

Friendship Village of Mill Creek, NFP, d/b/a Greenfields of Geneva, the reorganized debtor in this case ("Debtor") by and through its attorneys Stahl Cowen Crowley Addis LLC, for its "Motion For Entry of a Final Decree" (the "Motion"), respectfully states as follows:

1. On April 20, 2017, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Case") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court").

2. On September 18, 2017, the Debtor filed its Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code (the "Plan") (Doc. No. 163).

3. The Court entered an order which confirmed the Plan on October 26, 2017 (Doc. No. 200).

4. The bond financings described in the Plan as the Series 2017A Bonds and the Series 2017B Bonds closed during the week of November 13, 2017.

5. As contemplated by the Plan, the Debtor caused $52.8 Million of the proceeds of the Series 2017A Bonds (defined in the Plan as the "Series 2010 Refund Payment") to be transmitted (by wire transfer) to the Bond Trustee on Friday, November 17, 2017.

1

6.  Upon the delivery of the Series 2010 Refund Payment to the Bond Trustee, which occurred on the afternoon of November 17, 2017, all conditions to the effectiveness of the Plan were either fulfilled under the terms of Section 9.2 of the Plan or waived by the Reorganized Debtor under the terms of Section 9.3 of the Plan.

7.  The Debtor filed a "Notice of Occurrence of Effective Date" in this case on November 17, 2017 (Doc. 210), which stated that the Effective Date of the Plan had occurred on November 17, 2017.

8.  Friendship Senior Options, NFP ("FSO"), the Debtor's corporate parent and a co-sponsor of the Plan, closed the taxable bond issue described in the Plan as the "Series 2017 B Bonds" during the week of November 13, 2017.  As contemplated by the Plan, FSO contributed no less than $5 Million of the proceeds of the Series 2017 B Bonds to fund the payments to creditors called for by the Plan, and to recapitalize the Reorganized Debtor.

9.  On November 17, 2017, and as permitted by Sections 4.10 and 7.1 of the Plan, the Reorganized Debtor entered into an agreement with the Bond Trustee which fixed the amount of the payment to be made to the Bond Trustee under Section 3.2.1 (b) and (c) of the Plan at One Million Nine Hundred Fifty-Five Thousand Four Hundred Thirty-One Dollars ($1,955,431.00), which sum was transmitted to the Bond Trustee by the Reorganized Debtor on or about November 17, 2017.  Thereafter, as contemplated by Section 8.8 of the Plan, the Bond Trustee released its liens on the Debtor's property.

10. On November 20, 2017, the Debtor was informed by the Bond Trustee's counsel that the Bond Trustee had initiated a distribution of the funds which it received from the Debtor to the holders of Class 1 bondholder claims under the Plan.

2

11.     As reflected in the Debtor's "Quarterly Report On Status Of Plan Payments" (Doc. 232) and "Quarterly Fee Statement" (Doc. 233), each of which was filed on January 9, 2018, the Reorganized Debtor has disbursed a total of $59,815,094.66 in the fourth quarter of 2017.  Those disbursements included the payments sent to the Bond Trustee noted above, as well as cure payments and dividends to unsecured creditors and entrance fee refunds to those individuals who were entitled to receive them under the terms of their assumed residency agreements with the Debtor.

12.     The Reorganized Debtor continues to pay priority or administrative claims of the estate in accordance with the provisions of the Plan, and in the ordinary course.  The Debtor believes that all such claims have been paid current.

13.     Federal Rule of Bankruptcy Procedure 3022 provides: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

14.     Pursuant to the Plan, all property of the estate that was not used to fund payments to creditors has been transferred to the Reorganized Debtor.  Consequently, there are no more assets which need to be administered in this chapter 11 case.

15.     The Debtor has issued payment to the US Trustee for the quarterly fee due for the fourth quarter of 2017 (in the amount of $30,000.00).  On or prior to the hearing date on this Motion, the Debtor intends to make a final payment to the US Trustee for quarterly fees due in the first quarter of 2018.

16.     As of January 10, 2018, the Debtor has taken all of the actions and paid all of the Claims which are currently payable under the terms of the Plan.

3

17. The affairs of this Case are now complete, and it is appropriate for the Court to enter a final decree.

WHEREFORE, Friendship Village of Mill Creek request that the Court enter a final decree which (1) authorizes the Clerk to close this case; (2) waives and excuses further notice to creditors of the entry of the Final Decree; and (3) grants to the movant such further and additional relief as the Court deems just.

Dated: January 10, 2018   FRIENDSHIP VILLAGE OF MILL CREEK, NFP, Reorganized Debtor

By: /s/ Bruce Dopke
Counsel for the Reorganized Debtor

Bruce Dopke, Member (ARDC # 3127052)
Kevin V. Hunt (ARDC# 6283126)
Stahl Cowen Crowley Addis, LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Tel: 312-641-0060
Fax: 312-423-8189
email: bdopke@stahlcowen.com
email: khunt@stahlcowen.com