UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-12470 |
| Friendship Village of Mill Creek, NFP, | ) | |
| d/b/a GreenFields of Geneva | ) | Chapter: 11 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Final Decree

This matter was heard on the "Motion For Entry of a Final Decree" (the "Motion") filed by Friendship Village of Mill Creek, NFP, the reorganized debtor, and the Court, having considered the record in this case, the pleadings on file and the statements of counsel in support of their clients' positions, and having afforded the parties an opportunity for hearing as was appropriate under the circumstances, and being advised in the premises:

IT IS ORDERED:

1. The Motion is GRANTED.

2. The Clerk is authorized to close this case.

3. Under the circumstances, further notice of the entry of this Final Decree is not required.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: January 18, 2018

**Prepared by:**

Bruce Dopke, Member (ARDC # 3127052)
Kevin V. Hunt (ARDC# 6283126)
Stahl Cowen Crowley Addis, LLC
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Tel: 312-641-0060
Fax: 312-423-8189
email: bdopke@stahlcowen.com
email: khunt@stahlcowen.com