| | | REGISTER OF CLAIMS | |  | Page # : 1 |
|---|---|---|---|---|---|
| US Bankruptcy Court- NORTH DISTRICT OF ILLINOIS | | AS OF 3/15/2018 | | | Donlin, Recano & Company, Inc. |
| Chapter 11  Case No: 17-12470 | | ---NUMERIC ORDER --- | | | Report : Claims Register |
| Debtor: FRIENDSHIP VILLAGE OF MILL CREEK, NFP | | | | | Time: 3/15/2018 1:43:32 PM |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 17-12470 | 1.00 | EMILY SIVAK<br>GARY SIVAK<br>GARY SIVAK<br>14 HORNE ST<br>ST CHARLES, IL 60174 | 261,000.00 | U | 5/19/2017 | | | |
| 17-12470 | 2.00 | EMILY SIVAK<br>GARY SIVAK<br>GARY SIVAK<br>14 HORNE ST<br>ST CHARLES, IL 60174 | 261,000.00 | U | 5/19/2017 | | DUPLICATE OF CLAIM #1 | |
| 17-12470 | 3.00 | EMILY SIVAK<br>GARY SIVAK<br>GARY SIVAK<br>14 HORNE ST<br>ST CHARLES, IL 60174 | 261,000.00 | U | 5/19/2017 | | DUPLICATE OF CLAIM #1 | |
| 17-12470 | 4.00 | MOTT, RICHARD AND SIDNEY<br>1903 SHORELINE DR<br>ST CHARLES, IL 60174 | 1,000.00 | U | 5/18/2017 | | SCHEDULED AS PRIORITY | |
| 17-12470 | 5.00 | ALCO SALES AND SVC CO<br>JOE PROCHASKA<br>6851 HIGH GROVE BLVD<br>BURR RIDGE, IL 60527 | 322.64 | U | 5/18/2017 | | AMENDED BY CLAIM #50 | |
| 17-12470 | 6.00 | DOWNSIZING BY DESIGN<br>PATRICIA KEPLINGER<br>1229 CENTRAL PK DR<br>CAROL STREAM, IL 60188 | 420.00 | U | 5/16/2017 | | | |
| 17-12470 | 7.00 | IL- KANE COUNTY TREASURER<br>DAVID J RICKERT<br>719 BATAVIA AVE<br>GENEVA, IL 60134 | 187,171.64 | S | 5/18/2017 | | CREDITOR ALSO INDICATES PRIORITY | |
| 17-12470 | 8.00 | TRUDY PAPANEK<br>THE GUNDERSON LAW FIRM<br>MICHAEL JEFFREY GUNDERSON<br>2155 W ROSCOE ST<br>CHICAGO, IL 60618 | 112,320.00 | U | 5/25/2017 | | | |
| 17-12470 | 9.00 | BELL, RUTH<br>CHARLES BELL<br>1S316 REVERE HOUSE LN<br>GENEVA, IL 60134-4806 | 61,029.76 | U | 5/23/2017 | | | |
| 17-12470 | 10.00 | HERITAGE FOOD SVCS GROUP INC<br>CHRISTINE PEREZ<br>PO BOX 8710<br>FT WAYNE, IN 46808 | 192.84 | P | 6/5/2017 | | | |
| 17-12470 | 11.00 | US SIGNAL CO LLC<br>JODI L MITTS<br>201 IONIA AVE SW<br>GRAND RAPIDS, MI 49503 | 2,260.47 | U | 6/5/2017 | | | |
| 17-12470 | 12.00 | FOX VALLEY CONCERT BAND<br>CRAIG A JOHNSON<br>PO BOX 1422<br>ST.CHARLES, IL 60174 | 1,000.00<br>0.00 | U | 6/12/2017<br>11/6/2017 | 207 | WITHDRAWN - PER DOCKET #207 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| US Bankruptcy Court- NORTH DISTRICT OF ILLINOIS | | | REGISTER OF CLAIMS | | | | | Page # : 2 |
| Chapter 11  Case No: 17-12470 | | | AS OF 3/15/2018 | | | | | Donlin, Recano & Company, Inc. |
| Debtor: FRIENDSHIP VILLAGE OF MILL CREEK, NFP | | | ---NUMERIC ORDER --- | | | | | Report : Claims Register |
| | | | | | | | | Time: 3/15/2018 1:43:32 PM |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 17-12470 | 13.00 | SCHINDLER ELEVATOR CORP<br>PO BOX 93050<br>CHICAGO, IL 60673-3050 | 3,323.23 | U | 6/6/2017 | | | |
| 17-12470 | 14.00 | KINSALE CONTRACTING GROUP INC<br>VASILKA MATANSKA<br>648 BLACKHAWK DR<br>WESTMONT, IL 60559 | 32,372.98 | U | 6/19/2017 | | | |
| 17-12470 | 15.00 | BREITLING, BERNADINE<br>GREENFIELDS OF GENEVA<br>0N801 FRIENDSHIP WAY<br>UNIT 2112<br>GENEVA, IL 60134 | 95,600.00 | U | 6/15/2017 | | | |
| 17-12470 | 16.01 | IRS- DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 1,400.00 | P | 6/15/2017 | | | |
| 17-12470 | 16.02 | IRS- DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 1,100.00 | U | 6/15/2017 | | | |
| 17-12470 | 17.01 | MARY L DOTY TRUST<br>JORDAN LEGAL GROUP LTD<br>DARRELL L JORDAN<br>1999 W GALENA BLVD STE B<br>AURORA, IL 60506 | 2,850.00 | P | 6/16/2017 | | | |
| 17-12470 | 17.02 | MARY L DOTY TRUST<br>JORDAN LEGAL GROUP LTD<br>DARRELL L JORDAN<br>1999 W GALENA BLVD STE B<br>AURORA, IL 60506 | 279,214.50 | U | 6/16/2017 | | | |
| 17-12470 | 18.01 | ALFRED W BULL DECLARATION OF TRUST<br>AKA ALFRED W BULL AND NANINE T BULL<br>JORDAN LEGAL GROUP LTD<br>1999 W GALENA BLVD STE B<br>AURORA, IL 60506 | 2,850.00 | P | 6/16/2017 | | | |
| 17-12470 | 18.02 | ALFRED W BULL DECLARATION OF TRUST<br>AKA ALFRED W BULL AND NANINE T BULL<br>JORDAN LEGAL GROUP LTD<br>1999 W GALENA BLVD STE B<br>AURORA, IL 60506 | 330,060.00 | U | 6/19/2017 | | | |
| 17-12470 | 19.00 | HERBERT HITSCHEL<br>CO  KIRK HITSCHEL<br>LAURA D FRYE<br>0N801 FRIENDSHIP WAY #128<br>UNITED STATES<br>GENEVA , IL 60134 | 94,500.00 | U | 6/22/2017 | | | |
| 17-12470 | 20.00 | LENDLEASE US CONSTRUCTION INC<br>AKA BOVIS LEND LEASE INC<br>STEIN RAY LLP<br>222 W ADAMS ST STE 1800<br>CHICAGO, IL 60606 | 544,115.60 | U | 6/21/2017 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| US Bankruptcy Court- NORTH DISTRICT OF ILLINOIS | | | **REGISTER OF CLAIMS** | | | | | Page # : 3 |
| Chapter 11  Case No: 17-12470 | | | AS OF 3/15/2018 | | | | | Donlin, Recano & Company, Inc. |
| Debtor: FRIENDSHIP VILLAGE OF MILL CREEK, NFP | | | ---NUMERIC ORDER --- | | | | | Report : Claims Register |
| | | | | | | | | Time: 3/15/2018 1:43:32 PM |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---:|---|---|---|---|---|
| 17-12470 | 21.00 | NICKELS, PHYLLIS<br>GREENFIELDS OF GENEVA<br>0N801 FRIENDSHIP WAY<br>UNIT 1306<br>GENEVA, IL 60134 | 313,747.20 | U | 6/23/2017 | | | |
| 17-12470 | 22.00 | INDUSTRIAL MAINTENANCE SVC<br>KATIE MAXWELL<br>PO BOX 763<br>ST CHARLES, IL 60174 | 2,427.84 | U | 6/26/2017 | | | |
| 17-12470 | 23.00 | COBBAN, JAMES<br>4004 ROYAL AND ANCIENT DR<br>ST CHARLES, IL 60714 | 2,006.90 | P | 6/29/2017 | | DEBTOR NOT INDICATED | |
| 17-12470 | 24.00 | FREEDOM 1ST TRANSPORTATION<br>200 POPLAR PL<br>NORTH AURORA, IL 60542 | 1,539.00 | U | 7/3/2017 | | NO POC | |
| 17-12470 | 25.00 | NORTH AMERICAN NETWORK SVC<br>NORTH AMERICAN CORP<br>NADINE ULLMER<br>2101 CLAIRIE CT<br>GLENVIEW, IL 60025 | 4,962.58 | U | 6/30/2017 | | | |
| 17-12470 | 26.00 | JOHNSTONE SUPPLY<br>ROGER ATTIA<br>6153 MULFORD CT<br>NILES, IL 60714 | 2,469.42 | U | 6/2/2017 | | | |
| 17-12470 | 27.00 | PHOENIX TEXTILE CORP<br>MELISA K GRIMES<br>21 COMMERCE DR<br>OFALLON, MO 63366 | 591.60 | U | 6/21/2017 | | | |
| 17-12470 | 28.00 | RIEHLE DEVELOPMENT LLC<br>TIM RIEHLE<br>479 S WESTERN AVE<br>BARTLETT, IL 60103-4582 | 13,285.00 | U | 6/5/2017 | | | |
| 17-12470 | 29.00 | JUDITH RICHARDSON EXECUTOR OF ESTATE<br>OF JC MEDLOCK<br>LEVIN AND PERCONTI<br>325 N LASALLE ST STE 450<br>CHICAGO, IL 60654 | 0.00 | U | 7/5/2017 | | CREDITOR INDICATES AMOUNT UNDETERMINED | |
| 17-12470 | 30.00 | BRIGHTSTAR CARE<br>DENISE PALMERT<br>650E ALGONQUIN ROAD<br>STE 301<br>SCHAUMBURG, IL 60173 | 3,830.50 | U | 7/5/2017 | | | |
| 17-12470 | 31.00 | MIDAMERICAN ENERGY SVCS LLC<br>PO BOX 4290<br>DAVENPORT, IA 52808 | 7,950.91 | U | 7/11/2017 | | | |
| 17-12470 | 32.00 | RIDGE AMBULANCE SVCS<br>DEBRA A BUELENS<br>1851 AUCUTT RD<br>MONTGOMERY, IL 60538 | 3,945.99 | U | 7/14/2017 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| US Bankruptcy Court- NORTH DISTRICT OF ILLINOIS | | | REGISTER OF CLAIMS | | | | Page # : 4 |
| Chapter 11  Case No: 17-12470 | | | AS OF 3/15/2018 | | | | Donlin, Recano & Company, Inc. |
| Debtor: FRIENDSHIP VILLAGE OF MILL CREEK, NFP | | | ---NUMERIC ORDER --- | | | | Report : Claims Register |
| | | | | | | | Time: 3/15/2018 1:43:32 PM |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | SCHEDULED AS PRIORITY | |
| 17-12470 | 33.00 | CASCIARO, JEAN<br>425 COVE TOWER DR C1104<br>NAPLES, FL 34110 | 1,000.00 | U | 7/14/2017 | | | |
| 17-12470 | 34.00 | SYMBRIA REHAB INC<br>FKA ALLIANCE REHAB INC<br>MELISSA TYLER<br>28100 TORCH PKWY STE 600<br>WARRENVILLE, IL 60555 | 34,954.88 | U | 7/14/2017 | | | |
| 17-12470 | 35.00 | SYMBRIA REHAB INC<br>FKA ALLIANCE REHAB INC<br>MELISSA TYLER<br>28100 TORCH PKWY STE 600<br>WARRENVILLE, IL 60555 | 4,618.42 | U | 7/14/2017 | | | |
| 17-12470 | 36.00 | SYMBRIA RX SVC<br>MELISSA TYLER<br>28100 TORCH PKWY STE 600<br>WARRENVILLE, IL 60555 | 14,166.56 | U | 7/14/2017 | | | |
| 17-12470 | 37.00 | WW GRAINGER<br>MARGARET M BLAUS<br>7300 N MELVINA AVE MWX22886625346<br>NILES, IL 60714 | 2,273.18 | U | 7/13/2017 | | | |
| 17-12470 | 38.00 | DAHLQUIST, TOM<br>1724 W MOTEL RD<br>SYCAMORE, IL 60178 | 6,000.00 | P | 7/10/2017 | | | |
| 17-12470 | 39.00 | DUANE MORRIS LLP<br>JAMES J HOLMAN<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 185,507.34 | S | 7/12/2017 | | | |
| 17-12470 | 40.00 | NICL LABORATORIES<br>AKA CHICAGO CLINICAL LABORATORIES<br>JOEL WELDER<br>306 ERA DR<br>NORTHBROOK, IL 60062 | 3,052.76 | U | 7/17/2017 | | | |
| 17-12470 | 41.00 | BROGANS PAINTING<br>JOHN A SWIMS<br>PO BOX 988<br>ELBURN, IL 60119 | 11,810.00 | P | 7/17/2017 | | | |
| 17-12470 | 42.00 | LEVEL 3 COMUNICATIONS LLC<br>LEGAL BKY<br>1025 ELDORADO BLVD<br>BROOMFIELD, CO 80021 | 1,143.29 | U | 7/12/2017 | | | |
| 17-12470 | 43.00 | NANCY G KNIGHT<br>RICHARD G LARSEN<br>300 S COUNTY FARM RD STE I<br>WHEATON, IL 60187 | 85,050.00 | U | 7/14/2017 | | | |
| 17-12470 | 44.00 | NORSTAN COMMUNICATIONS<br>DBA BLACK BOX NETWORK SERVICES<br>BLACK BOX NETWORK SVC NORSTAN<br>COMMUNICATIONS<br>5050 LINCOLN DR STE 300<br>MINNEAPOLIS, MN 55436 | 558.25 | U | 7/14/2017 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| US Bankruptcy Court- NORTH DISTRICT OF ILLINOIS | | | REGISTER OF CLAIMS | | | Page # : 5 | |
| Chapter 11 Case No: 17-12470 | | | AS OF 3/15/2018 | | | Donlin, Recano & Company, Inc. | |
| Debtor: FRIENDSHIP VILLAGE OF MILL CREEK, NFP | | | ---NUMERIC ORDER --- | | | Report : Claims Register | |
| | | | | | | Time: 3/15/2018 1:43:32 PM | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 17-12470 | 45.00 | FRIENDSHIP SENIOR OPTIONS NFP<br>MIKE FLYNN KEREMY JOHNSON<br>350 W SCHAUMBURG RD<br>SCHAUMBURG, IL 60194 | 11,170,688.83 | U | 7/17/2017 | | | |
| 17-12470 | 46.01 | ESTATE OF HELEN WHITE<br>CLINGEN CALLOW AND MCLEAN LLC<br>JOHN LIPINSKY<br>2300 CABOT DR STE 500<br>LISLE, IL 60532 | 2,850.00 | P | 7/17/2017 | | | |
| 17-12470 | 46.02 | ESTATE OF HELEN WHITE<br>CLINGEN CALLOW AND MCLEAN LLC<br>JOHN LIPINSKY<br>2300 CABOT DR STE 500<br>LISLE, IL 60532 | 287,940.00 | U | 7/17/2017 | | | |
| 17-12470 | 47.00 | HEALTHCARE COSMETOLOGY SVC<br>CATHY BONCALDO<br>1382 PLEASANT ST<br>WEYMOUTH, MA 02189 | 10,750.77 | U | 7/20/2017 | | | |
| 17-12470 | 48.00 | NURSES AND CAREGIVERS INC<br>MICHELLE VERGARA<br>801 E MAIN ST<br>ST CHARLES, IL 60174 | 1,196.30 | U | 7/22/2017 | | | |
| 17-12470 | 49.00 | NURSES AND CAREGIVERS INC<br>MICHELLE VERGARA<br>801 E MAIN ST<br>ST CHARLES, IL 60174 | 1,196.30 | U | 7/22/2017 | | DUPLICATE OF CLAIM #48 | |
| 17-12470 | 50.00 | ALCO SALES AND SVC CO<br>JOE PROCHASKA<br>6851 HIGH GROVE BLVD<br>BURR RIDGE, IL 60527 | 0.00 | U | 9/6/2017 | | AMENDS CLAIM #5<br>CREDITOR INDICATES AMOUNT AS $0 | |
| 17-12470 | 51.00 | IL- KANE COUNTY TREASURER<br>DAVID J RICKERT<br>719 SOUTH BATAVIA AVE<br>GENEVA, IL 60134 | 0.00 | P | 9/29/2017 | | CREDITOR INDICATES AMOUNT AS $0 | |
| 17-12470 | 52.00 | DAHLQUIST, TOM<br>1724 W MOTEL RD<br>SYCAMORE, IL 60178 | 3,600.00 | P | 10/6/2017 | | | |
| 17-12470 | 53.00 | ILLINOIS FINANCE AUTHORITY<br>CHRISTOPHER B MEISTER EXECUTIVE DIR<br>160 N LASALLE ST<br>STE S-1000<br>CHICAGO, IL 60601 | 40,000.00 | A | 10/10/2017 | | | |
| 17-12470 | 54.01 | IRS- DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | P | 10/11/2017 | | CREDITOR INDICATES AMOUNT AS $0 | |
| 17-12470 | 54.02 | IRS- DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | U | 10/11/2017 | | CREDITOR INDICATES AMOUNT AS $0 | |
| 17-12470 | 55.00 | MIDWEST SCREENS LLC<br>303 MAIN ST STE 111<br>ANTIOCH, IL 60002 | 868.00 | U | 10/13/2017 | | | |

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | | US Bankruptcy Court- NORTH DISTRICT OF ILLINOIS | | | REGISTER OF CLAIMS | | Page # : 6 | |
| | | Chapter 11 Case No: 17-12470 | | | AS OF 3/15/2018 | | Donlin, Recano & Company, Inc. | |
| | | Debtor: FRIENDSHIP VILLAGE OF MILL CREEK, NFP | | | ---NUMERIC ORDER --- | | Report : Claims Register | |
| | | | | | | | Time: 3/15/2018 1:43:32 PM | |
| 17-12470 | 56.00 | CENTERS FOR MEDICARE AND MEDICAID SVC (CMS) US DHHS NGSUS BANK LOCKBOX SVCS PO BOX 809199 CHICAGO, IL 60680 | 0.00 | S | 10/16/2017 | | | |
| 17-12470 | 57.00 | SPECTRUM PROMOTIONS DEBRA WAIDANZ 570 SANDPEBBLE DR SCHAUMBURG, IL 60193 | 520.02 | U | 11/1/2017 | | | |

## Summary

| Classification | Total Claim Amount | Total Number of Claims | Total Number Unliquidated |
|---|---|---|---|
| (U) UNSECURED CLAIM | 14,316,366.78 | 44 | 3 |
| (S) SECURED CLAIM | 372,678.98 | 2 | 1 |
| (P) PRIORITY CLAIM | 33,559.74 | 9 | 2 |
| (A) ADMINISTRATIVE CLAIM | 40,000.00 | 1 | 0 |
| TOTALS | 14,762,605.50 | 56 | 6 |